# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | Case No. 1:25-cv-00794-ADA |

### NOTICE OF CHANGE OF ADDRESS

The following attorney files this Notice of Change of Address and request that the Court's docket in the above-styled cause be updated accordingly.

    Erin P. Gibson
    DLA Piper LLP (US)
    500 Eighth Street, NW
    Washington, DC  20004
    Telephone:  202.799.4000
    Facsimile:  202.799.5000

Dated:  July 17, 2025

Respectfully submitted,

*/s/ Erin P. Gibson*
John M. Guaragna
Texas Bar No. 24043308
Zachary Loney
Texas Bar No. 24092714
Michael Saulnier
Texas Bar No. 24131647
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com
zachary.loney@us.dlapiper.com

- 1 -

michael.saulnier@us.dlapiper.com

Erin P. Gibson
**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC  20004
Telephone: 202.799.4000
Facsimile:  202.799.5000
erin.gibson@us.dlapiper.com

Robert Williams
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 858.677.1400
Fax: 858.677.1401
robert.williams@us.dlapiper.com

Ahimsa E. Hodari
Texas Bar No. 24132415
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: 713.425.8400
Fax: 713.425.8401
ahimsa.hodari@us.dlapiper.com

Meera Midha (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

**ATTORNEY FOR DEFENDANT MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

*/s/ Erin P. Gibson*
Erin Gibson

1621759897.1