# Exhibit G

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

VIRTAMOVE, CORP.,

        *Plaintiff*,

v.

MICROSOFT CORPORATION,

        *Defendant*.

Case No. 1:25-cv-00794-ADA

# DECLARATION OF DR. ANGELOS D. KEROMYTIS

## I.    INTRODUCTION

1.    My name is Dr. Angelos D. Keromytis. I have been retained to provide technical assistance in the above-captioned action on behalf of Defendant Microsoft Corporation ("Microsoft"). I have been asked to offer my opinions relating to the meaning of the following terms used in the claims of U.S. Patent No. 7,784,058 (the "'058 Patent") to a person of ordinary skill in the art, including whether, when read in light of the specifications and the prosecution history, they inform those skilled in the art of the scope of the invention with reasonable certainty:

- critical system elements / operating system critical system elements / shared library critical system elements ['058 Patent claims 1, 2, 3, 4, and 18];

- functional replicas ['058 Patent claim 1].

2.    I based the opinions provided in this Declaration on my years of experience in the field, education, and review of the materials identified in this Declaration and in Appendix A to this Declaration.

3.    I reserve the right to amend or supplement my opinions in light of further documents, depositions, or discovery disclosures. I further reserve the right to rely upon any additional information or materials that may be provided to me or that are relied upon by any of Plaintiff VirtaMove, Corp.'s ("Plaintiff") experts or witnesses, if called to testify or to give additional opinions regarding this matter. I specifically reserve the right to address, including through reference to new evidence and/or opinions, the arguments and opinions raised by Plaintiff or its experts once they are disclosed, such as in any expert report or declaration.

## II.    QUALIFICATIONS AND EXPERIENCE

4.    My qualifications, including my education and work experience, are provided in my Curriculum Vitae, which is attached as Appendix B and summarized as follows.

5.      I have a Ph.D. (2001) in Computer Science from the University of Pennsylvania, an M.Sc. (1996) in Computer Science from the University of Pennsylvania, and a B.Sc. (1995) in Computer Science from the University of Crete. From 2001 to 2017, I was (Assistant, then Associate) Professor of Computer Science at Columbia University. From 2018 to today, I am Endowed Chair Professor with the School of Electrical and Computer Engineering at the Georgia Institute of Technology. I have also served as Program Director for the National Science Foundation (NSF, 2013-2014) and as Program Manager for the Defense Advanced Research Projects Agency (DARPA, 2014-2018), where I conceived, supervised, and transitioned advanced research programs in the field of cybersecurity with a total budget exceeding $500M. For that work, I received the DARPA Superior Public Service Medal.

6.      The focus of my research and teaching has always been on systems and network security, and applied cryptography. I have published over 300 peer-reviewed papers in conferences, journals, and workshops. My work has been cited over 30,000 times and has been recognized with awards over the years. I have been a named inventor in 62 issued US patents. I have co-founded 4 technology startups, and I am currently serving as President and Chairman of the Board for two of them. I have served in the technical program committees (including as Chair) of over 100 conferences and workshops. I have participated in several advisory committees and groups for the Federal Government, including on the Scientific Advisory Board for the National Security Agency. For my contributions I have been elected Fellow of both the Institute of Electrical and Electronics Engineers (IEEE) and the Association for Computing Machinery (ACM), the two top professional organizations in my field.

7.      My background knowledge in operating system kernel security is extensive, focusing on various defense mechanisms and exploitation techniques. For example, I have

contributed to addressing a fundamental design weakness in the Linux memory management subsystem by introducing a kernel exploitation technique known as "return-to-direct-mapped memory" (*ret2dir: Rethinking Kernel Isolation*). This technique effectively bypasses existing kernel isolation protections. To counter this, I designed and implemented an exclusive page frame ownership (XPFO) scheme for the Linux kernel, which prevents the implicit sharing of physical memory between user processes and the kernel with minimal runtime overhead. My work also includes developing methodologies for mounting reliable *ret2dir* attacks against various Linux architecture targets, including x86, x86-64, AArch32, and AArch64, by forcing user-space exploit payloads into the kernel's direct-mapped RAM area and accurately pinpointing their location.

8.      My contributions also encompass developing *kGuard: Lightweight Kernel Protection against Return-to-user Attacks*, a cross-platform GCC plugin designed to safeguard the kernel from return-to-user (ret2usr) attacks. These attacks exploit the operating system kernel to hijack privileged execution paths and execute arbitrary code with elevated privileges, impacting major OSes across multiple architectures. *kGuard* achieves its protection by injecting fine-grained inline guards into the operating system kernel code at compile time, which perform dynamic control-flow assertions (CFAs) at runtime. These CFAs verify that any indirect branch targets remain within kernel space, preventing unauthorized transitions to user space. In the event of a violation, execution is transferred to a handler that can log the event or halt the system, with support for custom handlers for forensic analysis or selective confinement.

9.      Other relevant work of mine includes experience with Systrace, a system-call interposition mechanism pivotal for containing untrusted code through program-specific policies by constructing application sandboxes. My work involved extending Systrace to enable sandboxed processes to dynamically impose additional restrictions on their child processes, enhancing its

4

flexibility for applications such as ftpd, sendmail, and sshd (*RECURSIVE SANDBOXES: EXTENDING SYSTRACE TO EMPOWER APPLICATIONS*). Systrace operates by intercepting system calls in the kernel and applying policy decisions, either directly via in-kernel rules or by consulting a user-level daemon for more complex cases.

10.     In the domain of dynamic shared library security, I have extensively worked on Instruction-Set Randomization (ISR). My contributions include applying ISR to dynamically linked libraries and developing a comprehensive key management scheme to track the keys used for randomizing these libraries. The ISR technique obfuscates the "language" understood by a system, creating a unique and unpredictable execution environment for each process. This makes code-injection attacks, such as those exploiting buffer overflows, significantly harder to succeed (*Fast and Practical Instruction-Set Randomization for Commodity Systems*, *Instruction-Set Randomization*). My implementations are designed to operate on currently deployed binaries without requiring recompilation or modifications to the underlying operating system or hardware.

11.     My expertise also extends to *e-NeXSh*, a lightweight technique that enhances dynamic shared library security by building upon existing system-call interception models. *e-NeXSh* utilizes process-specific disassembly information to establish an implicit policy for normal program behavior, monitoring LIBC function invocations and validating the call stack to detect abnormal execution (*e-NeXSh*). This system effectively creates a non-executable stack and heap, which permits legitimate system calls while blocking malicious injected code, even in the context of libc-based attacks. The technique offers transparency to the user and can be selectively applied to specific applications like server daemons.

12.     Finally, I designed and contributed to the implementation of the OpenBSD Cryptographic Framework (OCF). OCF provides a kernel-internal service virtualization model

that abstracts the complexities of specific cryptographic hardware accelerators behind a uniform API (*The design of the OpenBSD cryptographic framework*). This enables user-level applications, such as the OpenSSL library and the SSH daemon, to uniformly and efficiently access cryptographic services, thereby improving overall system performance and security.

13.     I am being compensated at my usual hourly rate of $700. My compensation does not depend on the outcome of these proceedings. I have no financial interest, beneficial or otherwise, in any of the parties.

## III.    LEGAL PRINCIPLES

14.     I am not a lawyer and offer no opinions on the law. For the purposes of performing my analyses, I have been instructed by counsel of certain legal principles with respect to patent law and claim construction, and I have applied those principles in reaching the opinions set forth herein.

### A.    Person of Ordinary Skill in the Art

15.     I understand that the claims of a patent define the purported invention, and the purpose of claim construction is to understand how a person of ordinary skill in the art ("POSITA") would have understood disputed claim terms at the time of the purported invention. I understand factors that may be considered in determining the level of ordinary skill in the art include: (a) the types of problems encountered in the field, (b) prior art solutions to those problems, (c) how sophisticated the technology at issue is and how fast inventions occur in the field, and (d) the educational level of active workers in the field.

16.     As to the '058 Patent, a POSITA would have a bachelor's degree in computer science or a similar degree, and at least two years of experience in the field of computer software systems. Additional education might compensate for less experience, and vice-versa.

6

17.     My opinions in this Declaration are from the perspective of a POSITA. Given my education and experience, I was a POSITA years before even the earliest claimed priority date of the '058 Patent, which is September 22, 2003.

### B.    Claim Construction

18.     I understand that the most important evidence to consider in construing the claims is the "intrinsic" record. This includes the claim language, the patent specification, and the prosecution history. I understand that words or terms should be given their ordinary and accepted meaning to a POSITA unless it appears that the inventors were using them to mean something else. In making this determination, however, of paramount importance are the claims, the patent specification, and the prosecution history. Additionally, the specification and prosecution history should be consulted to confirm whether the patentee has acted as its own lexicographer (*i.e.*, provided a special meaning to any disputed terms), or intentionally disclaimed, disavowed, or surrendered any claim scope.

19.     I further understand that reference materials that were publicly available at the time that the patent application was filed, such as dictionaries, treatises, or other technical references, may provide context and background for understanding how a POSITA would have considered the terms used in the claims. However, I understand that such references, as well as testimony (including this Declaration), are generally known as "extrinsic evidence," and are accorded less weight than evidence found within the patent and prosecution history.

20.     I understand that POSITAs are deemed to read the words used in the patent with an understanding of their meaning in the field, and to have and apply knowledge of any special meaning and usage associated with the term within the field. The words used by the inventors to describe the invention must be understood and interpreted as they would be understood and interpreted by a POSITA.

21.    I understand that the claims of a patent define the scope of the rights conferred by the patent. I further understand that the claims of a patent must satisfy a definiteness requirement, i.e., the claims must particularly point out and distinctly claim the subject matter which the patentee regards as his invention. I also understand that a patent is invalid for indefiniteness if its claims, read in light of the patent specification and the file history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the claimed subject matter. It was further explained to me that absolute or mathematical precision in claim language is not required. However, it is not enough that some meaning can be ascribed to a patent's claims, including where, for example, the patent specification purports to provide a definition for a claim term. Instead, the claims, when read in light of the patent specification and prosecution history, must provide objective boundaries for a POSITA.

22.    I have also been informed that terms of degree used in a patent are indefinite unless the patent provides objective boundaries for those of ordinary skill in the art when read in light of the intrinsic evidence.

## IV.    THE '058 PATENT

23.    The '058 Patent is titled "Computing System Having User Mode Critical System Elements as Shared Libraries," and it purports to recite "[a] computing system and architecture . . . that affects and extends services exported through application libraries." '058 Patent at Abstract, 1:15-18.

24.    The '058 Patent explains that "[c]omputer systems are designed in such a way that software application programs share common resources," and "it is traditionally the task of an operating system to provide mechanisms to safely and effectively control access to shared resources." '058 Patent at 1:21-24. The '058 Patent further explains that "the centralized control"

of shared resources by the operating system "creates a limitation caused by conflicts for shared resources." '058 Patent at 1:26-28.

25.     The '058 Patent purports to address the problem where conflicts are created by multiple software applications accessing the same kernel level services on a single computing platform by making such services available in user-mode shared libraries, which the software applications can access thereafter. '058 Patent at 1:21-54; 6:62-8:44. Specifically, the '058 Patent describes replicating CSEs "through the use of shared libraries" that "provide[] a means of attaching or linking a CSE service to an application having access to the shared library." '058 Patent at 5:29-34. These replicated CSEs are called "shared library critical system elements" ("SLCSEs") and are located in user space, outside of the operating system kernel. '058 Patent at 2:10, 3:19-24, 5:21-28.

26.     An exemplary embodiment is presented in Figure 3 and Figure 4:



FIG. 3

9



**FIG. 4**

27.     As shown in Figure 3, software applications use their own application libraries, which "are augmented by an extension, which contains critical system elements, that reside in extended shared libraries." '058 Patent at 8:11-15. The '058 Patent explains that "some system elements that are critical to the operation of a software application are replicated from kernel mode, into user mode in the same context as that of the application" and that "[t]hese system elements are contained in a shared library." '058 Patent at 9:15-19. The '058 Patent explains "[t]he process of starting the application includes creating a linkage to all of the required shared libraries that the application will need," such that the "CSE is loaded and linked to the application." '058 Patent at 9:22-26. The '058 Patent also explains that "[e]ach application that will use a CSE will link to a library containing the CSE independent of any other application" in order to "provide an application with a unique instance of a CSE." '058 Patent at 3:26-30.

28.     As further shown in Figure 4, "[a]pplications exist and run in user mode while the operating system kernel **46** itself runs in kernel mode." '058 Patent at 8:18-20. The '058 Patent explains that "[u]ser mode functionality includes the user applications **42**, the standard application libraries **44**, and one or more critical system elements, **45 & 47**." '058 Patent at 8:18-22. Consistent

10

therewith, the '058 Patent explains that a "user process" includes "the application itself, the regular application library, the extended library, and the critical system element all of which are operating in user mode," allowing a CSE to "execute in the same context as an application." '058 Patent at 1:48, 9:44-47, 9:41-42. Thus, "critical system elements [] exist in the same context as an application." '058 Patent at 9:41-42.

29.    Both claim terms addressed herein are found in claim 1 of the '058 Patent, which recites:

1. A computing system for executing a plurality of software applications comprising:

a) a processor;

b) an operating system having an operating system kernel having OS critical system elements (OSCSEs) for running in kernel mode using said processor; and,

c) a shared library having shared library critical system elements (SLCSEs) stored therein for use by the plurality of software applications in user mode and

i) wherein some of the SLCSEs stored in the shared library are functional replicas of OSCSEs and are accessible to some of the plurality of software applications and when one of the SLCSEs is accessed by one or more of the plurality of software applications it forms a part of the one or more of the plurality of software applications,

ii) wherein an instance of a SLCSE provided to at least a first of the plurality of software applications from the shared library is run in a context of said at least first of the plurality of software applications without being shared with other of the plurality of software applications and where at least a second of the plurality of software applications running under the operating system have use of a unique instance of a corresponding critical system element for performing same function, and

iii) wherein a SLCSE related to a predetermined function is provided to the first of the plurality of software applications for running a first instance of the SLCSE, and wherein a SLCSE for performing a same function is provided to the second of the plurality of software applications for running a second instance of the SLCSE simultaneously.

## V.    PRIORITY DATES OF THE '058 PATENT

30.    I understand that Plaintiff contends that the claims of the '058 Patent are entitled to a September 22, 2003, priority date.

11

31.    I do not offer an opinion on whether Plaintiff is entitled to this priority date, but in forming my opinions, I have applied it in considering the '058 Patent from the perspective of a POSITA, informed by the specification and teachings of the '058 Patent, the intrinsic record, and extrinsic evidence where appropriate, consistent with the legal standards noted above. I further understand that the application for the '058 Patent (No. 10/946,536) was filed on September 21, 2004. My opinions and analysis of the '058 Patent provided in this Declaration would not change if this later priority date were applied.

## VI.    CLAIM CONSTRUCTION OPINIONS

### A.    '058 Patent Terms

#### 1.    "critical system elements" / "operating system critical system elements" / "shared library critical system elements"

| **Microsoft**: Indefinite | **VirtaMove**: "any service or part of a service, 'normally' supplied by an operating system, that is critical to the operation of software application" |
|---|---|

32.    Claim 1 of the '058 patent recites "an operating system kernel having OS critical system elements" and "a shared library having shared library critical system elements."

33.    In my opinion, the term "critical system elements" had no established meaning in the art at the time of the alleged invention, and a POSITA would not have reasonable certainty about the scope of the term as used in the specification. As such, the term "critical system elements" is indefinite.

34.    Although the '058 Patent defines a "critical system element" as "[a]ny service or part of a service, 'normally' supplied by an operating system, that is critical to the operation of a software application," and describes a CSE as "a dynamic object providing some function that is

executing instructions used by applications," ('058 Patent at 6:6-10), this explanation does not provide a POSITA with reasonable certainty as to what "system elements" are "critical."

35.     First, the specification's explanation that a CSE includes "any service or part of a service, 'normally' supplied by an operating system that is critical to the operation of a software application," is both subjective and circular, as it essentially defines the term "critical system elements" to be services that are "critical." Whether a service is "critical" to the operation of a software application is subjective, and will depend on the specific context of the software application, including its specific functionalities. This is further complicated by the fact that a software application could perform functions as if it had a particular specific service through alternative mechanisms. For example, an application can display information using the operating system service, which transfers information to the graphics card connected to a display. The same information can be transmitted over the network using the operating system's networking services and presented to the user through another computing device's display. Given the alternate mechanisms, it is unclear whether either service is "critical" because the software application could perform the same function (i.e., transmitting and displaying information) with either of them. Thus, the universe of considerations for what makes one service "critical" to a software application is boundless.

36.     Determining whether a service is "critical" to the operation of a software application also depends on the operating system in question. For example, a service could be "critical" for a software application operating on a Linux-based OS distribution but not critical for a software application operating on a Windows-based OS distribution. When researchers tested the robustness of six Windows variants and the Linux operating system using applications that use individual operating system services one at a time through system calls, they found that what

13

constitutes a critical service depends on the operating system. Functionally similar services offered by the operating systems caused different degrees of failures, from catastrophic (i.e. the operating system seized to function) to non-significant (i.e. the application was able to operate without loss of functionality). *See, e.g.*, Appendix C, Charles P. Shelton, Phillip Koopman & Kobey Devale, *Robustness Testing of the Microsoft Win32 API* (Proceeding International Conference on Dependable Systems and Networks, 2000); *see also* Appendix D, *Mueller's Computer Dictionary* at 451, describing the relationship between various operating systems and hardware platforms. *See also* MSFT_VIRTA_000016407 - MSFT_VIRTA_000016417; MSFT_VIRTA_000016405 - MSFT_VIRTA_000016406. This means that even knowing what 'critical' means for one OS does not help us determine what is 'critical' in another.

37.    To further complicate the issue, an operating system service may be critical to the functioning of the computer as a whole, even though no specific application requires the service to function. For example, the Windows device management services for removable media can cause the operating system to "freeze" when a new device is connected or removed, regardless of whether this new device is being used by any application at that time.

38.    Thus, the "critical" quality of any given service would not only depend on the software applications a POSITA may consider, but also on the operating systems, the universe of which is not defined by the '058 Patent. Again, the specification and prosecution history of the '058 Patent provide no objective standard to guide a POSITA's determination of what makes a service "critical."

39.    Second, a POSITA will understand "normal" to mean "typical" or "expected." But whether a service is "'normally' supplied" by an operating system necessarily differs from one operating system to another. In my experience, different operating systems provide different

services for the variety of software applications that run on the operating systems. At the time of the invention, there were many operating systems available with very diverse designs, *e.g.*: MS/PC DOS, Macintosh System 7, Windows 3, Windows 9, Windows 2000, Windows NT, AmigaDOS, hline MTS, VMS, BeOS, and many versions of the Berkeley Unix operating system. In addition, there were many Unix operating systems available from a variety of vendors offering different services and capabilities, including FreeBSD, BSD by Berkeley, SunOS/Solaris by Sun Microsystems, Ultrix and OSF 1/Digital Unix by DEC/Compaq, HPUX by Hewlett-Packard, AIX by IBM, IRIX by Silicon Graphics, GNU/Linux that was open source, and SCO Unix by Novell. These operating systems were further separated between single-user and multi-user. At the same time, some of the operating systems were designed to perform a single task and others were architected to allow multi-tasking. As such, a service that is said to be "'normally' supplied" by an operating system will necessarily depend on the specifics of the underlying operating systems, the software applications being run, and the services provided therewith. *See also* Appendix E, David Ely et al., *Alpine: A User-Level Infrastructure for Network Protocol Development*, in PROC. 3RD USENIX SYMPOSIUM ON INTERNET TECHNOLOGIES AND SYSTEMS (USITS '01) 171 (2001), which was publicly available as early as June 2001.

40.     A POSITA would not have been aware of any objective standards to determine whether a "service or parts of a service" was "'normally' supplied" without knowing the particular version of the operating system in question. Though some services are common across operating systems, the '058 Patent provides no objective boundaries with respect to how common a service must be in operating systems before it is considered "'normally' supplied."

41.     Further, even for services that were common among some operating systems, the specific architectural implementation and mechanisms through which these services were offered

to applications differed in many cases. For example, in the Exokernel Operating System and other libOSes, some of the operating system functionality and services are provided by applications, not the operating system, as depicted in Figure 1 below. Appendix F, Dawson R. Engler, The Exokernel Operating System Architecture, 22 (1998) (Ph.D. dissertation, Massachusetts Institute of Technology); *see also* MSFT_VIRTA_000016304 - MSFT_VIRTA_000016396.



Figure 2-1: A simplified exokernel system with two applications, each linked with its own libOS and sharing pages through a buffer cache registry.

Figure 1: A simplified version of the Exokernel with two applications that use different OS services and functionality to perform the same task (sharing of pages).

42.     In addition, some services were more commonly supplied on one operating system than another, given that the universe of services often differed across operating systems and, in some cases, versions of the same operating system. Moreover, distributed and network operating systems may be implemented to serve multiple computing devices and applications, each offering a different set of services.

43.     U.S. Patent No. 7,519,814 (the "'814 Patent"), based on provisional application No. 60/512,213, which is incorporated in the '058 Patent, adds further ambiguity to what services can be considered "'normally' supplied by an operating system" insofar as it explains that "containers are created using, for example, ***Linux, Windows, and Unix systems*** . . . however, ***the invention is not limited to these operating systems***." '814 Patent at 7:34-38 (emphasis added). Thus, the '058

16

Patent acknowledges that it is not limited to any specific set of operating systems. But the specification fails to define the universe of operating systems a POSITA may consider when determining whether a particular service is "'normally' supplied."

44.     Moreover, the specification refers to CSEs that are *normally found* or *normally embodied* in an operating system. *See, e.g.,* '058 Patent at 5:21-23 ("[e]mbodiments of the invention enable the replication of critical system elements *normally found* in an operating system kernel") (emphasis added); '058 Patent at 4:55-57 ("In accordance with this invention, critical system elements *normally embodied* in an operating system are exported to software applications through shared libraries") (emphasis added). But there are no objective boundaries to define when services are to be considered "normally" supplied, found, or embodied by any particular operating system.

45.     Further, the specification purports to provide examples of "critical system elements," such as:

- TCP/IP, Bluetooth, ATM; or message passing protocols;

- File System services that offer extensions to those supplied by the OS;

- Implementation of file system optimizations for specific application behavior; and

- Implementation of network optimizations for specific application services.

'058 Patent at 6:11-28. However, neither the specification nor the prosecution history explains whether any of the purported examples are "'normally supplied'" by any particular operating system. Additionally, not all software applications require the services outlined in the specification in order to be fully functional. For example, a desktop user using a computer-aided design (CAD) application might not depend on or require Bluetooth and TCP/IP functionality; however, it does depend on the services that offer graphical user interface support. Conversely, a computer running

17

an operating system that runs a web server application heavily depends on TCP/IP and networking services but does not make use of the graphical user interface services provided by the operating system.

46.    There exist many other examples depending on the application functionality, the design of the operating system, and the hardware it is executed on. Notwithstanding the examples, a POSITA would not be able to determine if a service is "critical" without objective boundaries as to what specific features or functionalities make the broad categories of listed services "critical." The specification fails to articulate why these examples are purportedly "critical" to any particular software application. As such, even if relying on the broad examples in the specification, a POSITA would still be unable to determine what else constitutes a "critical" service."

47.    Extrinsic evidence further confirms my opinion that the term "critical" is subjective, having no established meaning in the context of software and computer engineering. I consulted the IEEE Dictionary, published in 2000, which provides technical definitions for terms used in the context of computer engineering. Although the IEEE Dictionary does not provide a standalone definition for "critical" (in the context of application software or services), it defines several terms which incorporate the word. For example, the IEEE Dictionary defines "criticality" as: "A *subjective* description of the intended use and application of the system. Software criticality properties *may include safety, security, complexity, reliability, performance, or other characteristics.*" Appendix G, *Criticality*, IEEE 100, THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS (7th ed. 2000) (emphasis added) (MSFT_VIRTA_000016400 - MSFT_VIRTA_000016404). This definition confirms that "criticality" in the software context is a subjective determination. For a service to be deemed "critical" depends on several unenumerated properties, including those not explicitly listed in the definition of the term.

48.     As another example, the IEEE Dictionary defines "criticality" as "[t]he **degree** of impact that a requirement, module, error, fault, failure, or other item has on the development or operation of a system. *Synonym:* severity." Appendix G, *Criticality*, IEEE 100, THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS (7th ed. 2000) (emphasis added) (MSFT_VIRTA_000016400 - MSFT_VIRTA_000016404). And as another example, the IEEE Dictionary defines "critical piece first (software)" as: "A system development approach in which the most critical aspects of a system are implemented first. The critical piece **may be defined** in terms of **services provided, degree of risk, difficulty, or other criteria**." *Critical piece first*, IEEE 100, THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS (7th ed. 2000) (emphasis added) (MSFT_VIRTA_000016400 - MSFT_VIRTA_000016404). These definitions further reinforce the subjectivity of the term "critical," indicating that it is a term of degree.

49.     The same dictionary describes "critical components" as "[e]quipment whose failure will result in complete system or functional failure." (MSFT_VIRTA_000016400 - MSFT_VIRTA_000016404); *see also* Appendix G. Although different services may have varying degrees of criticality to a particular software application, the '058 Patent fails to provide objective boundaries for a POSITA to discern the degree of criticality required for a "system element" to be "critical" to any particular software application. As such, this definition is inherently subjective because it does not help a POSITA discern which components result in complete system or functional failure.

50.     The American Heritage College Library (7th ed. 2004) defines "critical" as "[c]haracterized by careful, exact evaluation and judgment." (MSFT_VIRTA_000016418 -

MSFT_VIRTA_000016421); *see also* Appendix H. This definition underscores that the state of being "critical" relies on judgement and evaluation rather than an objective standard.

51.     The Chambers Dictionary (new 9th ed. 2003) similarly defines "critical" as "rigorously discriminating," which further demonstrates the act of judging and testing, terms that describe mechanisms of evaluation when objective standards are lacking. (MSFT_VIRTA_000016428 - MSFT_VIRTA_000016431); *see also* Appendix I.

52.     Because the '058 Patent fails to provide any objective standard for determining what is "'normally' supplied" and "critical" as used in the definition of "critical system elements," a POSITA would not have reasonable certainty about the scope of term "critical system elements." Therefore, in my opinion, asserted claims 1, 2, 3, 4, and 18 of the '058 Patent reciting "critical system elements" are indefinite.

### 2.     "functional replicas"

| **Microsoft**: Indefinite | **VirtaMove**: "substantial functional equivalents or replacements of kernel functions" |
|---|---|

53.     Claim 1 also requires that the recited critical system elements (CSE) in the shared library be "functional replicas" of the CSEs in the operating system ("OSCSE").

54.     Based on my experience, the term "functional replicas" had no established meaning in the art at the time of the alleged invention and in my opinion, this term is also indefinite.

55.     A POSITA would not have reasonable certainty about the scope of "functional replicas." The '058 Patent provides the following definition for "replica": "The term replica used herein is meant to denote a CSE having similar attributes to, but not necessarily and preferably not an exact copy of a CSE in the operating system (OS); notwithstanding, a CSE for use in user mode, may in a less preferred embodiment be a copy of a CSE in the OS." '058 Patent at 1:66-2:3.

56.    The definition uses subjective language by requiring that a "replica" have "*similar attributes* to" a CSE in the operating system. But, whether a CSE has "similar attributes" is a subjective determination. For example, CSEs may be said to be "similar" by virtue of their underlying application codes; by having the same application programming interfaces, or by accomplishing or because they accomplish the same result, but with different backend operations or dependencies to other existing services. There are simply no objective bounds provided by the specification regarding what constitutes "similar attributes." Instead, the '058 Patent adds further vagueness by noting that a replica is "not *necessarily* and preferably not an exact copy." '058 Patent at 1:67-2:1 (emphasis added). Neither the specification nor the prosecution history of the '058 Patent provides any guidance as to how "similar" a CSE must be to constitute a replica of a CSE in the operating system, much less what properties of a CSE a POSITA should consider in determining whether a CSE is sufficiently similar to another CSE in the operating system, without being an exact copy.

57.    Indeed, the patent's description of the preferred embodiment of the invention invites additional confusion. For example, the specification explains that "[a] CSE is replicated by way of a kernel service being repeated in user space. ***This replicated CSE may differ slightly from its counterpart in the OS***. Replication is achieved placing ***CSEs similar to those in the OS in shared libraries*** which provides a means of attaching or linking a CSE service to an application having access to the shared library. ***Therefore, a service in the kernel is substantially replicated in user mode through the use of shared libraries***." '058 Patent at 5:20-34 (emphasis added).

58.    Here again, the '058 Patent explains that a CSE is "replicated by way of a kernel service being repeated in user space." That a CSE is "replicated" by being "***repeated***" would suggest to a POSITA that the CSE is an "exact copy of a CSE in the operating system." But this

cannot be the case because the definition for "replica" discourages having "an exact copy." 058 Patent at 1:66-2:3. The specification further explains that "[t]his replicated CSE *may differ slightly from its counterpart in the OS.*" '058 Patent at 5:28-30 (emphasis added). But this purported explanation introduces yet another term of degree in the form of "slightly." Nothing in the specification or the prosecution history provides objective boundaries as to what would constitute a "difference," or the degree to which the differences between a CSE and a CSE in the operating system are sufficiently "slight" to be deemed "similar."

59.    Further, moving code from the kernel to the user space of an application would inherently require a substantially different design architecture and functional implementation, as the code would no longer be part of the operating system and have direct access to kernel interfaces, modules, and functionality. The code design for kernel functions substantially differs from that of user space services, even when offering the same functionality, and has a different set of functional and code dependencies.

60.    Further, the specification explains that "[r]eplication is achieved by placing CSEs similar to those in the OS in shared libraries." '058 Patent at 5:28-30. This also leaves open the question of what makes CSEs in shared libraries "similar" to those in the OS. Also vague is the specification's explanation that "a service in the kernel is substantially replicated in user mode through the use of shared libraries." *Id.* Here, the specification introduces additional terms of degree and uncertainty, like "substantially replicated."

61.    Further, the specification explains that:

> The CSE library includes ***replicas*** or ***substantial functional equivalents*** or ***replacements of kernel functions***. ***The term replica, shall encompass any of these meanings, and although not a preferred embodiment, may even be a copy of a CSE that is part of the OS.*** These functions can be directly called by the applications **42** and as such can be run in the same context as the applications **42**. In preferred embodiments, the kernel

functions which are included in the extended shared library **45,47** and critical system element library are also included in the operating system kernel **46**.

'058 Patent at 8:27-44 (emphasis added). First, the statement defines "replica" as including any of these following meanings: "replicas," "substantial functional equivalents," and "replacements of kernel functions." Defining the term "replica" with itself does not provide any useful guidance to a POSITA. Moreover, in my opinion, the other supposedly definitional terms, including "substantial functional equivalent," are similarly imprecise and ambiguous, at least because it is unclear at which point a service "critical" to the application substituted by something "substantially" functionally equivalent would cause the "critical" aspect to fail.

62.    With respect to "substantial functional equivalent," the term "substantial" is a subjective term of degree. Neither the specification nor the file history provide any guidance as to what "substantial functional" entails and how a POSITA would measure how "substantial" the "functional equivalence" must be for a CSE to be considered a "replica" of a CSE in the operating system.

63.    Further, in describing preferred embodiments of the invention, the specification explains that:

> In preferred embodiments, the critical system elements which are included in user mode are replicas of elements which are still included in the operating system kernel. The term replication means that *like services* are supplied. As was described heretofore, it is not necessarily the case that duplicates of the same implementation found in the kernel are provided by a CSE; but *essentially the same functionality* is provided.

'058 Patent at 9:41-58 (emphasis added). This statement repeats the same ambiguity concerning the meaning of "replica." Specifically, the statement replaces the term "similar to" with synonyms in the form of "like services" and "essentially the same functionality." *See, e.g.*, *id.*; '058 Patent at 5:28-30. A POSITA would not have any objective boundaries to determine what constitutes a replica supplying a "like service" and/or "essentially the same functionality," much

23

like there are no objective boundaries in the specification to decipher what constitutes a CSE "similar to" a CSE in an operating system.

64.     Further, the term "***functional* replicas**" is only used in the claim (and nowhere else in the specification). As discussed above, the specification offers definitions for "replica" and "replication." Adding the word "functional" before "replica" does not address the ambiguity created by the specification's subjective definition for "replica." The only other use of "functional replica" occurred when the patentee sought to distinguish a prior art reference, explaining that "[n]owhere does Cabrero et al. disclose ***the SLCSEs stored in the shared library being functional replicas of OSCSEs, or in other words, replacements***." '058 Patent File History, July 1, 2009 Response at 8 (emphasis added). However, even if a replica is a "replacement" of a CSE in the operating system, a POSITA would still understand that this "replacement" must be "similar" to the CSE in the operating system, given that it is "preferably not" an "exact copy of a CSE in the operating system." '058 Patent at 1:66-2:3, 5:28-30.

65.     Extrinsic evidence further confirms my opinion that the term "functional replica" is unclear and ambiguous when read in light of the specification. In the context of software, the IEEE Dictionary defines "function" as: "(A) A ***defined objective*** or ***characteristic action*** of a system or component. For example, a system may have inventory control as its primary function. (B) A software module that performs a ***specific action***, is invoked by the appearance of its name in an expression, may receive input values, and returns a single value." *Function*, IEEE 100, THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS (7th ed. 2000) (emphasis added) (MSFT_VIRTA_000016422 - MSFT_VIRTA_000016427); *see also* Appendix J. The IEEE Dictionary also defines "function" as: "(8) (software user documentation) A ***specific*** purpose of an entity or it characteristic action." *Id.* (emphasis added).

24

66.    "Functional" is also defined in Webster's II New College Dictionary (2001) as "[c]apable of performing: OPERATIVE." *Functional*, WEBSTER'S II NEW COLLEGE DICTIONARY (2001) (MSFT_VIRTA_000016435 - MSFT_VIRTA_000016440); *see also* Appendix K.

67.    "Function" is defined in Microsoft Computer Dictionary (5th ed. 2002) as "[t]he ***specific*** purpose, or the ***action*** carried out by, a program or routine." *Function*, MICROSOFT COMPUTER DITIONARY (5th ed. 2002) (emphasis added) (MSFT_VIRTA_000016397 - MSFT_VIRTA_000016399); *see also* Appendix L.

68.    Webster's II New College Dictionary (2001) provides an ordinary definition for "replica" as: "A ***copy*** or ***reproduction***." *Replica*, WEBSTER'S II NEW COLLEGE DICTIONARY (2001) (emphasis added) (MSFT_VIRTA_000016435 - MSFT_VIRTA_000016440) *see also* Appendix K.

69.    "Replicate" is similarly defined as "[t]o ***duplicate***, ***copy***, or repeat," and "replication" is defined as "[a] ***copy or reproduction***." *Replicate; Replication*, WEBSTER'S II NEW COLLEGE DICTIONARY (2001) (emphasis added) (MSFT_VIRTA_000016435 - MSFT_VIRTA_000016440) *see also* Appendix K.

70.    The American Heritage College Dictionary (4th ed. 2004) defines "replicate" as "[t]o duplicate, copy, reproduce, or repeat." (MSFT_VIRTA_000016418 - MSFT_VIRTA_000016421) *see also* Appendix H. However, the specification's definition of "replica" discourages having "an exact copy." 058 Patent at 1:66-2:3. The specification further explains that "[t]his replicated CSE *may differ slightly* from its counterpart in the OS." '058 Patent at 5:28-30 (emphasis added).

25

71.     The same dictionary defines "replication" as "[a] copy or reproduction," thus leading to the same failure to inform a POSITA with any certainty as to the scope of this term. (MSFT_VIRTA_000016418 - MSFT_VIRTA_000016421) *see also* Appendix H.

72.     The Meriam Webster Dictionary (2004) defines "replica" as "a copy exact in all details: DUPLICATE." (MSFT_VIRTA_000016432 - MSFT_VIRTA_000016434) *see also* Appendix M. The same dictionary defines "replicate" as "DUPLICATE, REPEAT." (MSFT_VIRTA_000016432 - MSFT_VIRTA_000016434). Again, however, the specification discourages exact copies, thus failing to inform a POSTIA as to the scope of this term.

73.     By way of yet another example, The Chambers Dictionary (new 9th ed. 2003) defines "replica" and "replicate" as "a duplicate," and "to repeat," respectively. *Replica; Replicate*, THE CHAMBERS DICTIONARY (new 9th ed. 2003) (MSFT_VIRTA_000016428 - MSFT_VIRTA_000016431) *see also* Appendix I. These definitions are similar to those described above in The Merriam Webster Dictionary.

74.     Based on all of the aforementioned extrinsic evidence, a POSITA may understand "functional replica" of a CSE in an operating system to be, "a copy of a CSE performing the same specific action (or defined objective) as the CSE in the operating system." Yet, the patent specification obviates any objective boundaries for the term "replica" by using terms such as "similar," "not an exact copy," "may even be a copy," "substantial functional equivalent," "like," and "essentially the same functionality."

75.     Because the '058 Patent fails to provide any objective standard for determining the meaning of the term "functional replicas," a POSITA would not have reasonable certainty about the scope of this term. Therefore, in my opinion, asserted claim 1 of the '058 Patent reciting "functional replicas" is indefinite.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this 21st day of July, 2025

Dr. Angelos D. Keromytis

# Appendix A

# Materials Considered

1. VirtaMove's Asserted Patents

   U.S. Patent No. 7,784,058

   U.S. Patent No. 7,519,814

2. File Histories of the Asserted Patents

3. Extrinsic Evidence

   *Critical*, The American Heritage College Dictionary (4th ed. 2004)

   *Critical*, The Chambers Dictionary (2003)

   *Critical Component/Criticality*, IEEE 100, The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000)

   *Operating System*, The Scott Mueller Library - Computer Dictionary (1998)

   Charles P. Shelton, Phillip Koopman & Kobey Devale, *Robustness Testing of the Microsoft Win32 API* (Proceeding International Conference on Dependable Systems and Networks, 2000)

   Engler, D. R. (1998). *The Exokernel Operating System Architecture* (Doctoral dissertation, Massachusetts Institute of Technology).

   VirtaMove, Corp. v. Hewlett Packard Enterprise Co., 2:24-cv-00093-JRG, D.I. 143, Ex. 6.

   *Replicate/Replication*, The American Heritage College Dictionary (4th ed. 2004)

   *Replica/Replicate*, The Merriam Webster Dictionary (2004)

   *Replica/Replicate*, The Chambers Dictionary (2003)

   *Replica/Replicate/Replication* and *Functional*, Webster's II New College Dictionary (2001)

   *Function*, IEEE 100, The Authoritative Dictionary of IEEE Standards terms (7th ed. 2000)

   *Function/Functional Component/Functional Element/Functional Unit*, Microsoft Computer Dictionary (5th ed. 2002)

   VirtaMove, Corp. v. Hewlett Packard Enterprise Co., 2:24-cv-00093-JRG, D.I. 143, Ex. 6

VirtaMove, Corp. v. Hewlett Packard Enterprise Co., 2:24-cv-00093-JRG, D.I. 151

David Ely et al., *Alpine: A User-Level Infrastructure for Network Protocol Development*, in PROC. 3RD USENIX SYMPOSIUM ON INTERNET TECHNOLOGIES AND SYSTEMS (USITS '01) 171 (2001)

4. Correspondences Between Counsel for the Parties Regarding Proposed Constructions

5. Other Disclosures as required by WDTX Local Rules

# Appendix B

# Angelos D. Keromytis - *Curriculum Vitae*

## Professional Distinctions

- DARPA Superior Public Service Medal, December 2018.
- DARPA Results Matter award, October 2018.
- IEEE Fellow, 2018 onward.
- ACM Fellow, 2017 onward.
- ACM Distinguished Scientist, 2012 onward.

## Positions Held

- **August 2019 - Present**
  *President*
  Voreas Laboratories, Atlanta, GA

  Co-founder, Chairman of the Board, and President of technology startup in the Atlanta area, commercializing technologies around network analytics and cyber attribution.
- **April 2019 - Present**
  *President*
  Aether Argus, Atlanta, GA

  Co-founder, Chairman of the Board, and President of technology startup in the Atlanta area, commercializing technologies around electromagnetic side channels.
- **August 2018 - Present**
  *John H. Weitnauer, Jr. Endowed Chair Professor and Georgia Research Alliance Eminent Scholar*
  School of Electrical and Computer Engineering, Georgia Institute of Technology, Atlanta, GA

  Co-founder and co-director of the Center for Cyber Operations Enquiry and Unconventional Sensing (COEUS). Co-founded two technology startup companies. Raised over $35M for research. Awarded an additional 14 issued US patents.
- **July 2014 - December 2018**
  *Program Manager*
  Information Innovation Office (I2O), Defense Advanced Research Projects Agency (DARPA), Arlington, VA

  Conceived, launched, and managed 5 new major research programs (Transparent Computing (TC), Leveraging the Analog Domain for Security (LADS), Enhanced Attribution (EA), Warfighter Analytics using Smartphones for Health (WASH), and Harnessing Autonomy for Countering Cyberadversary Systems (HACCS)) and managed an additional 4 programs (Active Authentication (AA), Active Cyber Defense (ACD), Anomaly Detection at Multiple Scales (ADAMS), and Computer Science Study Group (CSSG)), with a total budget of almost $500M. Responsible for technical and programmatic direction for each of these efforts, and interfaced with the rest of the Department of Defense, US Government, and private industry and academia. Successfully transitioned technologies that contributed to the DARPA and DoD mission. For these efforts, I was awarded the DARPA Superior Public Service Metal and a DARPA Results Matter award.
- **July 2013 - July 2014**
  *Program Director*
  Division of Computer and Network Systems (CNS), Directorate for Computer & Information Science & Engineering (CISE)
  National Science Foundation (NSF), Arlington, VA

  Helped manage the $80M/year Secure and Trustworthy Cyberspace (SaTC) program, which is the primary NSF source of funding for academic research in cybersecurity across the nation. With colleagues from the SBE and ENG Directorates, I helped create the Resilient Interdependent Infrastructure Processes and Systems (RIPS) program, which seeks to enhance the understanding and design of interdependent critical infrastructure systems (ICIs) and processes that provide essential goods and services despite disruptions and failures from any cause, natural, technological, or malicious. I also led the creation of the NSF/Intel Partnership on Cyber-Physical Systems Security and Privacy (CPS-Security) program, which seeks to foster a research community committed to advancing research and education at the confluence of cybersecurity, privacy, and cyber-physical systems, and to transitioning its findings into engineering practice. I was also involved in the Secure, Trustworthy, Assured and Resilient Semiconductors and Systems (SaTC: STARSS) track, which represented a joint partnership between NSF and the Semiconductor Research Corporation (SRC) that supports research on new strategies for architecture, specification and verification, especially at the stages of design in which formal methods are currently weak or absent, with the aim of decreasing the likelihood of unintended behavior or access, increasing resistance and resilience to tampering, and improving the ability to provide authentication throughout the supply chain and in the field.
- **January 2009 - January 2010**
  *Senior Research Engineer*
  Symantec Research Labs Europe, Sophia Antipolis, France

Sabbatical leave with Symantec Research Labs Europe, where I worked primarily on security for voice over IP (VoIP) and on rogue security software.

- **January 2006 - July 2017**
  *Associate Professor*
  Department of Computer Science, Columbia University, New York, NY

  After receiving tenure, continued expanding the research scope of the Network Security Lab, including work on clean-slate hardware-assisted system design for security, cloud security, security for open source / third-party software, deception-based security, security applications of information flow, scalable private databases, operating system kernel security, security for mobile ad hoc networks (MANETs), anomaly detection, voice over IP (VoIP) security, anonymity, and privacy. Demonstrated vulnerabilities against digital broadcast TV, CAPTCHAs, location proximity services, photo-based social authentication, the Tor anonymity network, and others. Co-founded two technology startup companies. Raised an additional $30M for research, with major sponsors including DARPA, IARPA, and NSF. Published an additional 23 journal, 76 conference, and 20 workshop papers, and was awarded an additional 47 issued US patents. Taught courses on security, operating systems, and software.

- **July 2001 - December 2005**
  *Assistant Professor*
  Department of Computer Science, Columbia University, New York, NY

  Established and directed the Network Security Laboratory, supervising several postdoc, Ph.D., and M.Sc. students conducting research on a variety of projects. Major research efforts include the Secure Overlay Services (SOS) anti-DDoS architecture (which anticipated current CDN-based commercial services available today), the GRIDLOCK architecture for managing access control policies for distributed networked resources, autonomic software patching and the ASSURE self-healing software framework, the concept of Instruction Set Randomization (which was awarded the 2013 ACM CCS Test of Time Award), the concept of Application Communities for improving security of software monocultures, the design and analysis of Elastic Block Ciphers, and others. Raised almost $9.5M in 12 major projects and numerous smaller gifts and awards, was awarded 2 issued US patents, and published 27 journal, 71 conference, and 30 workshop papers. Taught courses on security, operating systems, and software engineering.

- **September 1996 - July 2001**
  *Research Assistant*
  Computer and Information Science Department, University of Pennsylvania, Philadelphia, PA

  Conducted research on cryptographic protocols, security for active networks, the IP security protocol (IPsec) suite, and access control (including the concept of distributed firewalls). Contributed the IPsec stack and the framework for hardware-based cryptographic acceleration to the OpenBSD kernel. Co-designed and developed the KeyNote trust management system, and demonstrated its applications to a number of domains such as offline micropayments and network authorization.

- **January 1993 - October 1995**
  *Member of the Technical Staff*
  FORTHnet S.A., Heraclion, Greece

  Employee #3 at the first commercial Internet Service Provider in Greece. Responsible for network reliability and security. Developed the first usage-based network accounting system, which was used for several years thereafter. Established and operated the Freenet IRC node for Greece and maintained an FTP mirror site.

- **September 1991 - January 1993**
  *Member of the Technical Staff*
  Education Team, Computer Center of the University of Crete, Heraclion, Greece

  Served as system administrator for a cluster of IBM AIX systems supporting the educational mission of the University.

# Education

- **November 2001**
  Ph.D. (Computer Science), University of Pennsylvania, USA
- **August 1997**
  M.Sc. (Computer Science), University of Pennsylvania, USA
- **June 1996**
  B.Sc. (Computer Science), University of Crete, Greece

# Service and Teaching

## Editorial Boards and Steering Committees

- Associate Editor, Encyclopedia of Cryptography and Security (2nd Edition), Springer, 2010 - 2011.
- Associate Editor, IET (formerly IEE) Proceedings Information Security, 2005 - 2010.

- Steering Committee, *ISOC Symposium on Network and Distributed System Security (SNDSS),* 2006 - 2009.
- Steering Committee, *New Security Paradigms Workshop (NSPW),* 2007 onward.
- Associate Editor, ACM Transactions on Information and System Security (TISSEC), 2004 - 2010.
- Steering Committee, *USENIX Workshop on Hot Topics in Security (HotSec),* 2006 - 2009.
- Steering Committee, *Computer Security Architecture Workshop (CSAW),* 2007 - 2009.

# Program Chair

- Program co-Chair, 8th International ICST Conference on Security and Privacy in Communication Networks (SecureComm), 2012.
- Program Chair, 16th International Conference on Financial Cryptography and Data Security (FC), 2012.
- Program co-Chair, 17th ACM Computer and Communication Security (CCS), 2010.
- Program co-Chair, 16th ACM Computer and Communication Security (CCS), 2009.
- Program co-Chair, New Security Paradigms Workshop (NSPW), 2008.
- Program co-Chair, New Security Paradigms Workshop (NSPW), 2007.
- Chair, 27th International Conference on Distributed Computing Systems (ICDCS), *Security Track,* 2007.
- Chair, 16th World Wide Web (WWW) Conference, *Security, Privacy, Reliability and Ethics Track,* 2007.
- Chair, 15th USENIX Security Symposium, 2006.
- Deputy Chair, 15th World Wide Web (WWW) Conference, *Security, Privacy and Ethics Track,* 2006.
- Chair, 3rd Workshop on Rapid Malcode (WORM), 2005.
- Program co-Chair, 3rd Applied Cryptography and Network Security (ACNS) Conference, 2005.
- Program co-Chair, OpenSig Workshop, 2003.

# Program Organization

- General Chair, New Security Paradigms Workshop (NSPW), 2010.
- General Vice Chair, New Security Paradigms Workshop (NSPW), 2009.
- Co-chair, Invited Talks, 17th USENIX Security Symposium, 2008.
- General co-chair, Applied Cryptography and Network Security (ACNS) Conference, 2008.
- Co-chair, Invited Talks, 16th USENIX Security Symposium, 2007.
- Organizing Committee, Columbia/IBM/Stevens Security & Privacy Day (bi-annual event).
  - Organizer, Columbia/IBM/Stevens Security & Privacy Day, December 2010.
  - Organizer, Columbia/IBM/Stevens Security & Privacy Day, June 2007.
- Co-organizer, ARO/FSTC Workshop on Insider Attack and Cyber Security, 2007.
- Publicity co-Chair, ACM Conference on Computer and Communications Security, 2006.
- General co-Chair, OpenSig Workshop, 2003.

# Program Committees

56. Program Committee, Information Security Conference (ISC), 2005, 2007, 2009, 2011, 2012, 2014, 2020, 2021, 2022, 2023.
55. Program Committee, International Workshop on Security (IWSEC), 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014.
54. Program Committee, ACM Conference on Computer and Communications Security (CCS), 2005, 2007, 2008, 2009, 2010, 2012, 2013, 2014.
53. Program Committee, ISOC Symposium on Network and Distributed Systems Security (SNDSS), 2003, 2004, 2006, 2007, 2008, 2012.
52. Program Committee, Applied Cryptography and Network Security (ACNS) Conference, 2005, 2006, 2010, 2011, 2012, 2013.
51. Program Committee, Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN), Dependable Computing and Communication Symposium (DCCS), 2010, 2013, 2024, 2025, 2026.
50. Program Committee, Financial Cryptography (FC) Conference, 2002, 2010, 2011, 2012, 2013.
49. Program Committee, European Workshop on Systems Security (EuroSec), 2009, 2010, 2011, 2012, 2013.
48. Program Committee, USENIX Security Symposium, 2004, 2005, 2006, 2008.
47. Program Committee, International Conference on Distributed Computing Systems (ICDCS), *Security Track*, 2005, 2006, 2007, 2008.
46. Program Committee, Workshop on Rapid Malcode (WORM), 2004, 2005, 2006, 2007.
45. Program Committee, Australasian Conference on Information Security and Privacy (ACISP), 2022, 2023, 2025.
44. Program Committee, World Wide Web Conference (WWW), 2005, 2006, 2007.
43. Program Committee, USENIX Workshop on Hot Topics in Security (HotSec), 2006, 2007, 2010.
42. Program Committee, Annual Computer Security Applications Conference (ACSAC), 2006, 2007, 2011.
41. Program Committee, USENIX Technical Conference, *Freely Distributable Software (Freenix) Track,* 1998, 1999, 2003.
40. Program Committee, International Conference on Mathematical Methods, Models and Architectures for Computer Network Security (MMM-ACNS), 2007, 2010, 2012.
39. Program Committee, IEEE Security & Privacy Symposium, 2006, 2008.
38. Program Committee, ACM SIGCOMM Workshop on Large Scale Attack Defense (LSAD), 2006, 2007.
37. Program Committee, New Security Paradigms Workshop (NSPW), 2007, 2008.
36. Program Committee, IEEE WETICE Workshop on Enterprise Security, 2002, 2003.

35. Program Committee, USENIX Annual Technical Conference (ATC), 2008, 2011.

34. Program Committee, 6th International Conference on Cryptology and Network Security (CANS), 2007, 2012.

33. Program Committee, ACM Workshop on Moving Target Defense (MTD), 2014, 2015.

32. Program Committee, 1st International Conference on Human Aspects of Information Security, Privacy and Trust (HAS), 2013.

31. Program Committee, Workshop on Information Security Theory and Practice (WISTP), 2012.

30. Program Committee, European Symposium on Research in Computer Security (ESORICS), 2011.

29. Program Committee, International Workshop on Mobile Security (WMS), 2010.

28. Program Committee, Computer Forensics in Software Engineering Workshop, 2009.

27. Program Committee, USENIX Workshop on Large-scale Exploits and Emergent Threats (LEET), 2008.

26. Program Committee, 23rd International Information Security Conference (IFIP SEC), 2008.

25. Program Committee, Joint iTrust and PST Conferences on Privacy, Trust Management and Security (IFIPTM), 2008.

24. Program Committee, 1st Computer Security Architecture Workshop (CSAW), 2007.

23. Program Committee, 8th IEEE Information Assurance Workshop (IAW), 2007.

22. Program Committee, Anti-Phishing Working Group (APWG) eCrime Researchers Summit, 2007.

21. Program Committee, 4th GI International Conference on Detection of Intrusions & Malware, and Vulnerability Assessment (DIMVA), 2007.

20. Program Committee, 2nd ACM Symposium on InformAtion, Computer and Communications Security (AsiaCCS), 2007.

19. Program Committee, 2nd Workshop on Advances in Trusted Computing (WATC), 2006.

18. Program Committee, International Conference on Information and Communications Security (ICICS), 2006.

17. Program Committee, 2nd Workshop on Secure Network Protocols (NPSec), 2006.

16. Program Committee, 1st Workshop on Hot Topics in System Dependability (HotDep), 2005.

15. Program Committee, 20th ACM Symposium on Applied Computing (SAC), Trust, Recommendations, Evidence and other Collaboration Know-how (TRECK) Track, 2005.

14. Program Committee, 1st Workshop on Operating System and Architecture Support for the on demand IT Infrastructure (OASIS), 2004.

13. Program Committee, Workshop on Information Security Applications (WISA), 2004.

12. Program Committee, Workshop on Logical Foundations of an Adaptive Security Infrastructure (WOLFASI), 2004.

11. Program Committee, 29th IEEE Conference on Local Computer Networks (LCN), 2004.

10. Program Committee, 2nd International Conference on Trust Management, 2004.

9. Program Committee, Asia BSD Conference, 2004.

8. Program Committee, 2nd Annual New York Metro Area Networking Workshop (NYMAN), 2002.

7. Program Committee, Cloud Computing Security Workshop (CCSW), 2009.

6. Program Committee, Workshop on Grid and Cloud Security (WGC-Sec), 2011.

5. Program Committee, Workshop on Cyber Security Experimentation and Test (CSET), 2011.

4. Program Committee, OWASP AppSec EU, 2012.

3. Program Committee, 1st International Workshop on Cyber Crime (IWCC), 2012.

2. Program Committee, 8th China International Conference on Information Security and Cryptology (INSCRYPT), 2012.

1. Program Committee, NDSS Workshop on Security of Emerging Networking Technologies (SENT), 2014.

## Advisory Workshops (Not During Federal Government Service)

- Committee Member, Cyber Resilience Forum, National Academies, 2025-present.
- Committee Member, Scientific Advisory Board, Discovery and Analytic Tradecraft Panel, National Security Agency, 2024-2025.
- Committee Member, Study on Cyber Hard Problems, Computer Science and Telecommunications Board (CSTB), National Academies, 2023-2025.
- NSF Workshop on Secure and Trustworthy Cyberspace (SaTC) 2.0, Dallas, TX, March 2023.
- DARPA ISAT Workshop, Pittsburgh, PA, February/March 2023.
- ARO Workshop on AI for Security and Security for AI, Arlington, VA, January 2023.
- Steering Committee Chair, US Open-Source Security Initiative Workshop, August 2022.
- ODNI/NSA Invitational Workshop on Computational Cybersecurity in Compromised Environments (C3E), Menlo Park, September 2019.
- NITRD/SCORE Invitational Workshop on Artificial Intelligence and Cybersecurity, College Park, MD, June 2019.
- DARPA ISAT Summer Meeting, Arlington, VA, August 2013.
- NITRD/SCORE Invitational Workshop on Designing-in Security: Current Practices and Research Needs, Arlington, VA, July 2013.
- MITRE/NSA Invitational Annual Secure and Resilient Cyber Architectures Workshop, McLean, VA, June 2013.
- ONR Workshop on Automated Software Complexity Reduction for Retaining Software Execution Efficiency and Increasing Security, McLean, VA, June 2013.
- ARO Cloud Security Workshop, Fairfax, VA, March 2013.
- ODNI/NSA Invitational Workshop on Computational Cybersecurity in Compromised Environments (C3E), West Point, NY, September 2012.
- Cyber Security Research Institute (CSRI) Invitational Workshop, Arlington, VA, April 2012.
- ODNI/NSA Invitational Workshop on Computational Cybersecurity in Compromised Environments (C3E), Keystone, CO, September 2011.
- ONR Workshop on Host Computer Security, Chicago, IL, October 2010.

- Intel Workshop on Trust Evidence and End-to-end Trust in Heterogeneous Environments, Santa Clara, CA, May 2010.
- Intelligence Community Technical Exchange on Moving Target, Washington, DC, April 2010.
- Lockheed Martin Future Security Threats Workshop, New York, NY, November 2009.
- Air Force Office for Scientific Research (AFOSR) Invitational Workshop on Homogeneous Enclave Software *vs* Heterogeneous Enclave Software, Arlington, VA, October 2007.
- NSF Future Internet Network Design Working Meeting, Arlington, VA, June 2007.
- ARO/FSTC Workshop on Insider Attack and Cyber Security, Arlington, VA, June 2007.
- NSF Invitational Workshop on Future Directions for the CyberTrust Program, Pittsburgh, PA, October 2006.
- ARO/HSARPA Invitational Workshop on Malware Detection, Arlington, VA, August 2005.
- Department of Defense Invitational Workshop on the Complex Behavior of Adaptive, Network-Centric Systems, College Park, MD, July 2005.
- ARDA Next Generation Malware Invitational Workshop, Annapolis Junction, MD, March 2005.
- Co-leader of session on "Securing software environments", joint NSF and Department of Treasury Invitational Workshop on Resilient Financial Information Systems, Washington, DC, March 2005.
- DARPA Application Communities Invitational Workshop, Arlington, VA, October 2004.
- DARPA APNets Invitational Workshop, Philadelphia, PA, December 2003.
- NSF/NIST Invitational Workshop on Cybersecurity Workforce Needs Assessment and Educational Innovation, Arlington, VA, August 2003.
- NSF Invitational Workshop on Large Scale Cyber-Security, Lansdowne, VA, March 2003.
- IP Security Working Group Secretary, Internet Engineering Task Force (IETF), 2003 - 2008.
- Session moderator, Workshop on Intelligence and Research, Florham Park, NJ, October 2001.
- DARPA Composable High Assurance Trusted Systems #2 (CHATS2) Invitational Workshop, Napa, CA, November 2000.

# Other Professional Activities

- Proposal Evaluator, European Commission Horizon Program, 2022, 2023.
- Member, Georgia Secretary of State Bipartisan Task Force for Safe, Secure, and Accessible Elections, 2020.
- Member, ACM SIGSAC CCS Test of Time Award Committee, 2020.
- Vice Chair, IEEE Computer Society Fellows Evaluation Committee, 2020.
- Founder and President, *Voreas Laboratories LLC*, 2019 - present.
- Founder and President, *Aether Argus Inc.*, 2019 - present.
- Reviewer, IEEE Computer Society Fellows Evaluation Committee, 2018.
- Member, IEEE Security & Magazine Editor-in-Chief Search Committee, 2017.
- Advisory Board, Aponix Financial Technologists, 2014 - 2015.
- Member, Executive Committee for the *Institute for Data Sciences and Engineering (IDSE)*, Columbia University, 2012 - 2013.
- Co-chair, ACM Computing Classification System Update Committee ("Security and Privacy" top-level node), 2011.
- Founder, *Allure Security Technology Inc.*, 2010 - present.
- Member, ACM Computing Classification System Update Committee (top two levels), 2010.
- External Advisory Board member, "*i-code: Real-time Malicious Code Identification*", EU project, 2010 - 2012.
- Reviewer (grant applications), Greek Ministry of Education, 2010.
- Reviewer (grant applications), Danish National Research Foundation, 2010.
- Member of the Scientific Advisory Board, *Centre for Research and Technology, Hellas (CERTH)*, 2008 - 2011.
- Senior Member of the ACM, 2008 onward.
- Senior Member of the IEEE, 2009 onward.
- Visiting Scientist, Institute for Infocomm Research (I$^2$R), Singapore, February - May 2007.
- Columbia Representative to the Institute for Information Infrastructure Protection (I3P), 2006 - 2008.
- Technical Advisory Board, *StackSafe Inc.* (formerly *Revive Systems Inc.*), 2006 - 2009.
- Technical Advisory Board, *Radiuz Inc.,* 2006.
- Reviewer (grant applications), Institute for Security Technology Studies (ISTS), Dartmouth College, 2006.
- Reviewer, Singapore National Science and Technology Awards (NSTA), 2006.
- Board of Directors, *StackSafe Inc.* (formerly *Revive Systems Inc.*), 2005 - 2009.
- Founder, *StackSafe Inc.* (formerly *Revive Systems Inc.*), 2005 - 2009.
- Expert witness in criminal and intellectual property litigation cases, 2005, 2006, 2007, 2009, 2010, 2011, 2012, 2013.
- Science Fair Judge, Middle School for Democracy and Leadership, Brooklyn, NY, 2005, 2006.
- Reviewer (grant applications), Swiss National Science Foundation, 2007.
- Reviewer (grant applications), Netherlands Organisation for Scientific Research, 2005, 2006.
- Reviewer (grant applications), US/Israel Binational Science Foundation, 2003, 2005.
- NSF reviewer & panelist, 2002, 2003, 2006, 2008, 2009, 2011, 2012, 2013, 2015, 2017.
- Internet Engineering Task Force (IETF) Security Area Advisor, 2001 - 2008.

# Ph.D. Thesis Committee Service

39. Thomas Papastergiou, "*Enabling Line-rate Network Traffic Analysis and Device Identification in Large-scale Networks*", School of Electrical and Computer Engineering, Georgia Institute of Technology, May 2025.
38. Kevin Hutto, "*Remote Sensor Security Through Encoded Computation and Cryptographic Signatures*", School of Electrical and Computer Engineering, Georgia Institute of Technology, April 2024.

37. Amos Imbati Alubala, *"Towards A Secure Account Recovery: Machine Learning Based User Modeling for Protection of Account Recovery"*, Department of Computer Science, Columbia University, November 2022.

36. Panagiotis Kintis, *"Characterizing Network Infrastructure Using the Domain Name System"*, School of Computer Science, Georgia Institute of Technology, October 2020.

35. Nader Sehatbakhsh, *"Leveraging Side-Channel Signals for Security and Trust"*, School of Computer Science, Georgia Institute of Technology, May 2020.

34. Baki Berkay Yilmaz, *"Covert/Side Channel Analysis, Modeling and Capacity Estimation"*, School of Electrical and Computer Engineering, Georgia Institute of Technology, March 2020.

33. Luong N. Nguyen, *"New Side-Channel and Techniques for Hardware Trojan Detection"*, School of Electrical and Computer Engineering, Georgia Institute of Technology, March 2020.

32. Mohammad Hamad, *"A Multilayer Secure Framework for Vehicular Systems"*, Institute of Computer and Network Engineering, Technical University of Braunschweig, Germany, February 2020.

31. Ruian Duan, *"Toward Solving The Security Risks Of Open Source Software Use"*, School of Computer Science, Georgia Institute of Technology, October 2019.

30. Monjur Alam, *"Making Crypto Libraries Robust Against Physical Side-Channel Attacks"*, School of Computer Science, Georgia Institute of Technology, September 2019.

29. Yang Ji, *"Efficient and Refinable Attack Investigation"*, School of Computer Science, Georgia Institute of Technology, August 2019.

28. Nathaniel Boggs, *"Empirical Measurement of Defense in Depth"*, Department of Computer Science, Columbia University, March 2015.

27. Ang Cui, *"Embedded System Security: A Software-based Approach"*, Department of Computer Science, Columbia University, March 2015.

26. Binh Vo, *"Private, Distributed, and Searchable Content Providers"*, Department of Computer Science, Columbia University, December 2014.

25. Jingyue Wu, *"Sound and Precise Analysis of Multithreaded Programs through Schedule Specialization"*, Department of Computer Science, Columbia University, May 2014.

24. Dimitris Mitropoulos, *"Secure Software Development Technologies"*, Department of Management Science and Technology, Athens University of Economics and Business, March 2014.

23. Iasonas Polakis, *"Online Social Networks From A Malicious Perspective: Novel Attack Techniques and Defense Mechanisms"*, Computer Science Department, University of Crete, February 2014.

22. Kapil Anand, *"Binary Analysis Based on a Compiler-level Intermediate Representation"*, Electrical and Computer Engineering Department, University of Maryland, July 2013.

21. Theodoor Scholte, *"Securing Web Applications by Design"*, Computer Science Group, Communications and Electronics Department, Ecole Nationale Superieure des Telecommunications, May 2012.

20. Maritza Johnson, *"Toward Usable Access Control for End-Users: A Case Study of Facebook Privacy Settings"*, Department of Computer Science, Columbia University, April 2012.

19. Collin R. Mulliner, *"On the Impact of the Cellular Modem on the Security of Mobile Phones"*, Technische Universitat Berlin, December 2011.

18. Malek Ben Salem, *"Towards Effective Masquerade Attack Detection"*, Department of Computer Science, Columbia University, October 2011.

17. Michalis Polychronakis, *"Generic Code Injection Attack Detection using Code Emulation"*, Computer Science Department, University of Crete, October 2009.

16. Spyros Antonatos, *"Defending against Known and Unknown Attacks using a Network of Affined Honeypots"*, Computer Science Department, University of Crete, October 2009.

15. Van-Hau Pham, *"Honeypot Traces Forensics by Means of Attack Event Identification"*, Computer Science Group, Communications and Electronics Department, Ecole Nationale Superieure des Telecommunications, September 2009.

14. Gabriela F. Ciocarlie, *"Towards Self-Adaptive Anomaly Detection Sensors"*, Department of Computer Science, Columbia University, September 2009.

13. Wei-Jen Li, *"SPARSE: A Hybrid System for Malcode-Bearing Document Detection"*, Department of Computer Science, Columbia University, June 2008.

12. Raj Kumar Rajendran, *"The Method for Strong Detection for Distributed Routing"*, Electrical Engineering Department, Columbia University, March 2008.

11. Constantin Serban, *"Advances in Decentralized and Stateful Access Control"*, Computer Science Department, Rutgers University, December 2007.

10. Ricardo A. Baratto, *"THINC: A Virtual and Remote Display Architecture for Desktop Computing"*, Computer Science Department, Columbia University, October 2007.

9. Zhenkai Liang, *"Techniques in Automated Cyber-Attack Response and Recovery"*, Computer Science Department, Stony Brook University, November 2006.

8. Ke Wang, *"Network Payload-based Anomaly Detection and Content-based Alert Correlation"*, Computer Science Department, Columbia University, August 2006.

7. Seoung-Bum Lee, *"Adaptive Quality of Service for Wireless Ad hoc Networks"*, Electrical Engineering Department, Columbia University, June 2006.

6. Shlomo Hershkop, *"Behavior-based Email Analysis with Application to Spam Detection"*, Computer Science Department, Columbia University, August 2005.

5. Gaurav S. Kc, *"Defending Software Against Process-subversion Attacks"*, Computer Science Department, Columbia University, April 2005.

4. Gong Su, *"MOVE: A New Virtualization Approach to Mobile Communication"*, Computer Science Department, Columbia University, May 2004.

3. Jonathan M. Lennox, *"Services for Internet Telephony"*, Computer Science Department, Columbia University, December 2003.

2. Michael E. Kounavis, *"Programming Network Architectures"*, Electrical Engineering Department, Columbia University, June 2003.
1. Wenyu Jiang, *"QoS Measurement and Management for Internet Real-time Multimedia Services"*, Computer Science Department, Columbia University, April 2003.

# Post-doctoral Students / Research Scientists

9. Hyung Chan Kim (October 2007 - October 2008)
8. Stelios Sidiroglou (October 2008 - December 2008)
7. Dimitris Geneiatakis (June 2010 - September 2011)
6. Georgios Portokalidis (March 2010 - December 2012)
5. Elias Athanasopoulos (January 2012 - November 2013)
4. Michalis Polychronakis (May 2010 - December 2014)
3. Yossef Oren (December 2013 - August 2015)
2. Iasonas Polakis (April 2014 - July 2016)
1. Dimitris Mitropoulos (September 2014 - July 2016)

# Current Ph.D. Students (including co-advisees)

5. Evangelos Froudakis (Georgia Tech; September 2024 - Present)
4. George Kokolakis (Georgia Tech; August 2022 - Present)
3. Matthew Pruett (Georgia Tech; August 2021 - Present)
2. Kevin Sam Tharayil (Georgia Tech; January 2021 - present)
1. Athanasios Moschos (Georgia Tech; January 2020 - present)

# Graduated Ph.D. Students

19. Athanasios Avgetidis (Georgia Institute of Technology; January 2020 - May 2024; co-advised with Manos Antonakakis)
    - Thesis title: *"Towards Understanding the Lifecycle of Malicious Network Infrastructure"*
    - Post-graduation: Senior Research Scientist, Voreas Laboratories
    - Currently: Senior Research Scientist, Voreas Laboratories
18. Athanasios Kountouras (Georgia Institute of Technology; September 2018 - February 2023; co-advised with Manos Antonakakis)
    - Thesis title: *"Improving Access to DNS Datasets Through the Large-scale Collection of Active-DNS Data"*
    - Post-graduation: Big Data Lead Engineer, Security Operations Center, Georgia Institute of Technology
    - Currently: Big Data Lead Engineer, Security Operations Center, Georgia Institute of Technology
17. Marios Pomonis (Columbia University; September 2012 - August 2019)
    - Thesis title: *"Preventing Code Reuse Attacks On Modern Operating Systems"*
    - Post-graduation: Security Software Engineer, Google
    - Currently: Security Software Engineer, Google
16. Georgios Argyros (Columbia University; September 2012 - October 2018)
    - Thesis title: *"Symbolic Model Learning: New Algorithms and Applications"*
    - Post-graduation: Member of the Technical Staff, Amazon Web Services
    - Currently: Member of the Technical Staff, Amazon Web Services
15. Suphannee Sivakorn (Columbia University; September 2013 - April 2018)
    - Thesis title: *"Understanding Flaws in the Deployment and Implementation of Web Encryption"*
    - Post-graduation: Member of the Technical Staff, Bloomberg
    - Currently: Assistant Professor, Rajamangala University of Technology, Thailand
14. Theofilos Petsios (Columbia University; September 2012 - March 2018)
    - Thesis title: *"Compiler-assisted Adaptive Software Testing"*
    - Post-graduation: Research Scientist, Capsule8 Inc.
    - Currently: Member of the Technical Staff, Amazon Web Services
13. Georgios Kontaxis (Columbia University; September 2011 - May 2017)
    - Thesis title: *"Reducing Third Parties in the Network through Client-side Intelligence"*
    - Post-graduation: Privacy Engineer, Apple Inc.
    - Currently: Privacy Engineer, Apple Inc.
12. Vasileios Kemerlis (Columbia University; September 2008 - July 2015)
    - Thesis title: *"Protecting Commodity Operating Systems through Strong Kernel Isolation"*
    - Post-graduation: Assistant Professor, Department of Computer Science, Brown University
    - Currently: Assistant Professor, Department of Computer Science, Brown University
11. Kangkook Jee (Columbia University; January 2008 - June 2015)
    - Thesis title: *"On Efficiency and Accuracy of Data Flow Tracking Systems"*
    - Post-graduation: Research Scientist, NEC Research Labs
    - Currently: Assistant Professor, Department of Computer Science, University of Texas at Dallas
10. Vasilis Pappas (Columbia University; September 2009 - May 2014)
    - Thesis title: *"Defending against Return-Oriented Programming"*
    - Post-graduation: Senior Research Scientist, Appthority Inc.

- Currently: Symantec Corp.
9. Angelika Zavou (Columbia University; September 2006 - May 2014)
   - Thesis title: *"Information Flow Auditing in the Cloud"*
   - Post-graduation: Assistant Professor, Hofstra University
   - Currently: Security Automation Lead, Northwestern Mutual
8. Sambuddho Chakravarty (Columbia University; January 2007 - December 2013)
   - Thesis title: *Traffic Analysis Attacks and Defense in Low Latency Anonymous Communication*
   - Post-graduation: Assistant Professor, Department of Computer Science, IIIT Delhi, India
   - Currently: Associate Professor, Department of Computer Science, IIIT Delhi, India
7. Brian Bowen (Columbia University; September 2007 - December 2010; co-advised with Salvatore J. Stolfo)
   - Thesis title: *"Design and Analysis of Decoy Systems for Computer Security"*
   - Post-graduation: Member of the Technical Staff, Sandia National Laboratories
   - Currently: Dragos Inc.
6. Mansoor Alicherry (Columbia University; September 2006 - October 2010)
   - Thesis title: *"A Distributed Policy Enforcement Architecture for Mobile Ad Hoc Networks"*
   - Post-graduation: Member of the Technical Staff, Alcatel-Lucent Bell Labs
   - Currently: VP of Engineering, Vizuri Interactive
5. Vanessa Frias-Martinez (Columbia University; September 2003 - October 2008; co-advised with Salvatore J. Stolfo)
   - Thesis title: *"Behavior-Based Admission and Access Control for Network Security"*
   - Post-graduation: Researcher, Telefonica Research
   - Currently: Assistant Professor, University of Maryland
4. Stelios Sidiroglou (Columbia University; June 2003 - May 2008)
   - Thesis title: *"Software Self-healing Using Error Virtualization"*
   - Post-graduation: Research Scientist, Columbia University
   - Currently: Research Scientist, MIT CSAIL
3. Michael E. Locasto (Columbia University; September 2002 - December 2007)
   - Thesis title: *"Integrity Postures for Software Self-Defense"* (awarded with distinction)
   - Post-graduation: ISTS Research Fellow, Dartmouth College
   - Currently: SRI International
2. Angelos Stavrou (Columbia University; January 2003 - August 2007)
   - Thesis title: *"An Overlay Architecture for End-to-End Service Availability"* (awarded with distinction)
   - Post-graduation: Assistant Professor, Computer Science Department, George Mason University (GMU)
   - Currently: Professor, Electrical and Computer Engineering Department, Virginia Institute of Technology (VT)
1. Debra Cook (Columbia University; January 2002 - June 2006)
   - Thesis title: *"Elastic Block Ciphers"*
   - Post-graduation: Member of the Technical Staff, Bell Labs
   - Currently: Research Staff Member, Peraton Labs

# Service at Georgia Tech

- School of Electrical and Computer Engineering Review, Promotion, and Tenure (RPT) Committee, 2023 - 2024.
- School of Electrical and Computer Engineering Recruiting Committee, 2018 - 2023.

# Service at Columbia

- Computer Science Department Ph.D. Committee, 2010 - 2011
- Computer Science Department Computing Research Facilities Committee, 2001 - 2008, 2010 - 2013
  - Chair, 2003 - 2005, 2011 - 2013
- M.Sc. Admissions Committee, 2007 - 2013
- M.Sc. Committee, 2008 - 2013
- Computer Science Department Faculty Recruiting Committee, 2002, 2008, 2012
- Columbia Committee on Research Conflict of Interest Policy, 2007 - 2008
- Co-organizer, Computer Science Faculty Retreat, Fall 2007
- Advisor for the School of Engineering Computer Science Majors, Freshmen & Sophomores, 2004 - 2005
- Computer Science Department Undergraduate Admissions Representative, 2003 - 2008
- Advisor for the School of Engineering Computer Science Majors, Seniors, 2003 - 2004, 2006 - 2007
- Computer Science Department Space Allocation Policy Committee, 2002 - 2010
- Computer Science Department Events Representative, 2002 - 2008
- Advisor for the School of Engineering Computer Science Majors, Juniors, 2002 - 2003, 2005 - 2006
- Computer Science Department CRF Director Hiring Committee, 2003
- Advisor for the School of Engineering Computer Science Majors, Sophomores, 2001 - 2002
- Computer Science Department Faculty Recruiting Committee, 2001 - 2002
- Executive Vice Provost committee on Columbia University response to the 9/11 events, Fall 2001

# Teaching

*(Scores indicate average of instructor effectiveness from student survey; survey not conducted for summer sessions)*

- Instructor, ECE 4115 - Introduction to Computer Security, Georgia Tech
  - Spring 2025: 18 on-campus students
  - Fall 2024: 31 on-campus students *(4.67/5)*
  - Spring 2024: 33 on-campus students *(4.2/5)*
  - Fall 2023: 22 on-campus students *(4.13/5)*
  - Spring 2023: 39 on-campus students *(3.0/5)*
  - Fall 2022: 40 on-campus students *(4.4/5)*
  - Spring 2022: 45 on-campus students *(4.2/5)*
  - Fall 2021: 58 on-campus students *(4.2/5)*
  - Spring 2021: 47 on-campus students *(4.5/5)*
  - Spring 2020: 56 on-campus students *(N/A)*
- Instructor, COMS E6183-1 - Advanced Topics in Network Security, Columbia University
  - Fall 2006: 17 on-campus students *(4.58/5)*
- Instructor, COMS W6998.1 - Advanced Topics in Network Security, Columbia University
  - Fall 2004: 17 on-campus students *(4.62/5)*
  - Spring 2003: 18 on-campus students *(N/A)*
- Instructor, COMS W4180 - Network Security, Columbia University
  - Fall 2012: 19 on-campus and 3 CVN students *(4.64/5)*
  - Spring 2012: 21 on-campus and 2 CVN students *(4.33/5)*
  - Spring 2011: 4 CVN students *(N/A)*
  - Fall 2010: 2 CVN students *(N/A)*
  - Spring 2010: 25 on-campus and 5 CVN students *(4.48/5)*
  - Summer 2006: 7 CVN students *(N/A)*
  - Spring 2006: 63 on-campus and 9 CVN students *(4.14/5)*
  - Summer 2005: 4 CVN students *(N/A)*
  - Spring 2005: 41 on-campus and 5 CVN students *(4.25/5)*
  - Summer 2004: 6 CVN students *(N/A)*
  - Fall 2003: 45 on-campus and 12 CVN students *(3.74/5)*
  - Summer 2003: 5 CVN students *(N/A)*
  - Fall 2002: 43 on-campus and 9 CVN students *(3.21/5)*
  - Fall 2001: 23 on-campus students *(3.6/5)*
- Instructor, COMS W4118 - Operating Systems, Columbia University
  - Summer 2007: 8 CVN students *(N/A)*
  - Fall 2006: 59 on-campus and 7 CVN students *(3.73/5)*
  - Summer 2006: 15 CVN students *(N/A)*
  - Fall 2005: 52 on-campus and 9 CVN students *(3.86/5)*
  - Spring 2004: 32 on-campus and 4 CVN students *(3.39/5)*
  - Spring 2002: 37 on-campus students *(3.13/5)*
- Instructor, COMS W3157 - Advanced Programming, Columbia University
  - Fall 2010: 37 on-campus students *(3.25/5)*
  - Fall 2007: 30 on-campus students *(4.16/5)*
- Instructor, CIS700/002 - Building Secure Systems, University of Pennsylvania, Spring 1998

# Support for Research and Teaching (Gifts and Grants)

76. co-PI (joint effort with Virginia Tech and University of Kentucky), *"Collaborative Research: SaTC: CORE: Medium: An Anti-tracking and Robocall-free Architecture for Next-G Mobile Networks"*, NSF Secure and Trustworth Computing (SaTC), **$1,200,000** (Georgia Tech portion: $299,731, 10/2023 - 09/2027)

75. co-PI (with Manos Antonakakis), *"Antikythera: A Novel Framework to Assess, Statistically Model, and Evade Cyber Attack Infrastructure"*, DARPA SMOKE, **$22,704,951** (09/2022 - 08/2025)

74. PI, *"U.S. Open-Source Software Security Initiative Workshop"*, NSF, CNS-22-32616, **$73,444** (07/2022 - 12/2022)

73. co-PI (with Charles Lever, Manos Antonakakis, and Robert Perdisci), *"A Behavioral Engine for Detecting Network Abuse"*, DARPA CHASE, **$1,767,684** (06/2021 - 05/2023)

72. co-PI (with Brendan Saltaformaggio), *"KILLER ORCA"*, DARPA, **$1,357,707** (10/2020 - 09/2023; part of a larger project)

71. co-PI (with Manos Antonakakis), *"PRogrammable INfrastructure for CounterIng Pugnacious Adversaries on a Large Scale (PRINCIPALS)"*, DARPA OPS-5G, **$7,292,076** (10/2020 - 09/2024)

70. co-PI (with Alenka Zajic and Milos Prvulovic), *"Dormant Hardware Trojan Detection Using Back-Scattering Side Channels"*, ONR, **$4,401,742** (03/2019 - 02/2022)

69. PI (with Sal Stolfo), *"Trust Estimation System for Wireless Networks via Multi-Pronged Detection (TREND)"*, DARPA Wireless Network Defense (WND), **$253,700** (10/2013 - 09/2014; part of a larger project)

68. co-PI (with Michalis Polychronakis), *"TWC: Small: Virtual Private Social Networks"*, NSF Secure and Trustworthy Computing (SaTC), CNS-13-18415, **$498,332** (09/2013 - 08/2016)

67. PI, *"Runtime Program Behavior Monitoring Combining Control and Data Flow Tracking"*, Intel (research gift), **$92,000** (06/2013)

66. PI, *"REU: TWC: Small: Auditing PII in the Cloud with CloudFence"*, NSF Secure and Trustworthy Computing (SaTC), **$15,600** (05/2013 - 08/2013)

65. PI, *"Runtime Program Behavior Monitoring Combining Control and Data Flow Tracking"*, Intel (research gift), **$92,000** (09/2012)

64. PI, *"TWC: Small: Auditing PII in the Cloud with CloudFence"*, NSF Secure and Trustworthy Computing (SaTC), CNS-12-22748, **$499,998** (09/2012 - 08/2015)

63. PI, *"MINESTRONE Task: Automatic Discovery of Rescue Points Using Static and Dynamic Analysis"*, IARPA, **$270,400** (09/2012 - 11/2014)

62. PI, *"Vulnerability Protections for End Nodes (VPEN)"*, Air Force Research Labs (AFRL), **$263,385** (08/2012 - 07/2013)

61. PI, *"NSF Support for the 2012 New Security Paradigms Workshop Financial Aid"*, NSF Trustworthy Computing, **$10,000** (07/2012 - 08/2013)

60. co-PI (with Junfeng Yang), *"Transparently Extending Programs at Compilation to Prevent Bugs"*, ONR, **$749,975** (07/2012 - 06/2015)

59. PI (co-PIs: Junfeng Yang, Sal Stolfo), *"MINESTRONE, Phase 2 Extension"*, IARPA, **$637,624** (08/2010 - 11/2014; leading team that includes Stanford University, George Mason University, and Symantec Corp.)

58. PI (co-PIs: Roxana Geambasu, Junfeng Yang, Simha Sethumadhavan, Sal Stolfo), *"MEERKATS: Maintaining EnterprisE Resiliency via Kaleidoscopic Adaptation & Transformation of Software Services"*, DARPA MRC, **$6,691,270** (09/2011 - 09/2015; leading team that includes George Mason University and Symantec Corp.)

57. co-PI (with Tal Malkin, Steve Bellovin, and Vladimir Kolesnikov), *"Practical and Secure Database Access Using Encrypted Bloom Filters"*, IARPA, **$2,236,144** (09/2011 - 03/2015)

56. PI, *"NSF Support for the 2011 New Security Paradigms Workshop Financial Aid (Supplement)"*, NSF Trustworthy Computing, **$10,000** (06/2011 - 07/2012)

55. PI, *"Leveraging the Cloud to Audit Use of Sensitive Infomation"*, Google (research gift), **$60,200** (05/2011)

54. co-PI (with Sal Stolfo), *"ADAMS Advanced Behavioral Sensors (ABS)"*, DARPA ADAMS, **$780,996** (05/2011 - 04/2013)

53. PI, *"Tracking Sensitive Information Flows in Modern Enterprises"*, Intel, **$84,951** (12/2010 - 12/2011)

52. co-PI (with Simha Sethumadhavan, Sal Stolfo, Junfeng Yang, and David August @ Princeton), *"SPARCHS: Symbiotic, Polymorphic, Autotomic, Resilient, Clean-slate, Host Security"*, DARPA CRASH, **$6,424,180** (10/2010 - 09/2014)

51. PI, *"NSF Support for the 2010 New Security Paradigms Workshop Financial Aid"*, NSF Trustworthy Computing, **$10,000** (09/2010 - 08/2011)

50. PI (co-PIs: Junfeng Yang, Sal Stolfo), *"MINESTRONE"*, IARPA, **$7,530,113** (08/2010 - 07/2014; leading team that includes Stanford University, George Mason University, and Symantec Corp.)

49. co-PI (with Junfeng Yang and Dawson Engler @ Stanford), *"Seed: CSR: Large: Collaborative Research: SemGrep: Improving Software Reliability Through Semantic Similarity Bug Search"*, NSF CSR, CNS-10-12107, **$325,000** (07/2010 - 06/2011)

48. PI, *"Tracking Sensitive Information Flows in Modern Enterprises"*, Intel, **$82,286** (08/2009 - 07/2010)

47. PI, *"Supplement for International Research Collaborations"*, NSF Trustworthy Computing, **$41,769** (09/2009 - 08/2011)

46. PI, *"NSF Support for the 2009 New Security Paradigms Workshop Financial Aid"*, NSF Trustworthy Computing, **$10,000** (09/2009 - 08/2010)

45. PI, *"Measuring the Health of Internet Routing: A Longitudinal Study"*, Google (research gift), **$60,000** (07/2009)

44. PI, *"CSR: Small: An Information Accountability Architecture for Distributed Enterprise Systems"*, NSF Trustworthy Computing, CNS-09-14312, **$450,000** (07/2009 - 06/2012)

43. co-PI (with Jason Nieh), *"TC: Small: Exploiting Software Elasticity for Automatic Software Self-Healing"*, NSF Trustworthy Computing, CNS-09-14845, **$450,000** (07/2009 - 06/2012)

42. co-PI (with Steve Bellovin and Sal Stolfo), *"Pro-actively Removing the Botnet Threat"*, Office of Naval Research (ONR), **$294,625** (04/2009 - 09/2010)

41. co-PI (with Simha Sethumadhavan and Sal Stolfo), *"SCOPS: Secure Cyber Operations and Parallelization Studies Cluster"*, Air Force Office for Scientific Research (AFOSR), **$650,000** (04/15/2009 - 04/14/2010)

40. PI (co-PIs: Sal Stolfo), *"Program Whitelisting, Vulnerability Analytics and Risk Assessment"*, Symantec (research gift), **$65,000** (12/2008)

39. co-PI (with Sal Stolfo), *"Automated Creation of Network and Content Traffic For the National Cyber Range"*, DARPA/STO, **$85,000** (01/01/2009 - 06/30/2011; part of a larger project)

38. co-PI (with Steve Bellovin, Tal Malkin, and Sal Stolfo), *"Secure Encrypted Search"*, IARPA, **$648,787** (09/2008 - 02/2010)

37. PI, *"Tracking Sensitive Information Flows in Modern Enterprises"*, Intel (research gift), **$64,000** (05/2008)

36. PI, *"Privacy and Search: Having it Both Ways in Web Services"*, Google (research gift), **$50,000** (03/2008)

35. PI (co-PI: Sal Stolfo), *"Continuation: Safe Browsing Through Web-based Application Communities"*, Google (research gift), **$50,000** (03/2008)

34. co-PI (with Steve Bellovin, Vishal Misra, Henning Schulzrinne, Dan Rubenstein, Nick Maxemchuck), *"Zero Outage Dynamic Intrinsically Assurable Communities (ZODIAC)"*, DARPA/STO, **$835,357** (11/2007 - 05/2009; part of a larger project with Telcordia, Sparta, GMU, and the University of Pennsylvania)

33. PI, *"Travel Supplement under the US/Japan Critical Infrastructure Protection Cooperation Program"*, NSF CyberTrust, **$38,640** (09/2007 - 08/2009)

32. PI, *"PacketSpread: Practical Network Capabilities"*, NSF CyberTrust, CNS-07-14277, **$280,000** (09/2007 - 08/2010)

31. PI, *"Integrated Enterprise Security Management"*, NSF CyberTrust, CNS-07-14647, **$286,486** (08/2007 - 07/2009)

30. PI, *"Safe Browsing Through Web-based Application Communities"*, NY State/Polytechnic CAT, **$25,000** (06/2007 - 06/2009)

29. PI, *"MURI: Foundational and Systems Support for Quantitative Trust Management"*, Office of Naval Research (ONR), **$750,000** (05/2007 - 04/2012; part of a larger project with the University of Pennsylvania and Georgia Institute of Technology)

28. PI (co-PIs: Jason Nieh, Sal Stolfo), *"MURI: Autonomic Recovery of Enterprise-Wide Systems After Attack or Failure with Forward Correction"*, Air Force Office of Scientific Research (AFOSR), **$1,368,000** (05/2007 - 04/2012; part of a larger project with GMU and Penn State University)

27. co-PI (with Sal Stolfo), *"Human Behavior, Insider Threat, and Awareness"*, DHS/I3P, **$616,442** (04/2007 - 03/2009)

26. PI (co-PI: Sal Stolfo), *"Safe Browsing Through Web-based Application Communities"*, Google (research gift), **$50,000** (01/2007)

25. PI (co-PI: Sal Stolfo), "*Supplement to Behavior-based Access Control and Communication in MANETs grant*", DARPA/IPTO and NRO, **$96,627** (09/2006 - 07/2007)

24. PI, "*Secure Overlay Services*", NY State/Polytechnic CAT, **$10,000** (09/2006 - 06/2007)

23. PI (co-PIs: Gail Kaiser, Sal Stolfo), "*Enabling Collaborative Self-healing Software Systems*", NSF CyberTrust, CNS-06-27473, **$800,000** (09/2006 - 08/2010)

22. PI (co-PI: Sal Stolfo), "*Behavior-based Access Control and Communication in MANETs*", DARPA/IPTO, **$100,000** (07/2006 - 06/2007)

21. co-PI (with Steve Bellovin and Sal Stolfo), "*Large-Scale System Defense*", DTO, **$535,555** (07/2006 - 12/2007)

20. PI, "*Active Decoys for Spyware*", NY State/Polytechnic CAT, **$25,000** (06/2006 - 12/2007)

19. PI, "*Retrofitting A Flow-oriented Paradigm in Commodity Operating Systems for High-Performance Computing*", NSF CPA, CCF-05-41093, **$378,091** (01/2006 - 12/2008)

18. co-PI (with Jason Nieh, Gail Kaiser), "*Broadening Participation in Research*", NSF BPC, **$133,565** (09/2005 - 08/2006)

17. PI, "*Secure Overlay Services*", NY State/Polytechnic CAT, **$12,500** (09/2005 - 06/2006)

16. co-PI (with Dan Rubenstein, Vishal Misra), "*Secure Overlay Services*", Intel Corp. (research gift), **$75,000** (08/2005)

15. PI, "*Snakeyes*", New York State Center for Advanced Technology, **$14,999** (07/2005 - 06/2006)

14. PI, "*Self-protecting Software*", Columbia Science and Technology Ventures (research gift), **$65,000** (06/2005 - 09/2005)

13. co-PI (with Gail Kaiser), "*Trustworthy Computing Curriculum Development*", Microsoft Research (research gift), **$50,000** (12/2004 - 12/2005)

12. co-PI (with Jason Nieh, Gail Kaiser), "*Secure Remote Computing Services*", NSF ITR, CNS-04-26623, **$1,200,000** (09/2004 - 08/2009)

11. PI, "*Secure Overlay Services*", NY State/Polytechnic CAT, **$12,500** (09/2004 - 06/2005)

10. co-PI (with Dan Rubenstein, Vishal Misra), "*Secure Overlay Services*", Intel Corp. (research gift), **$90,000** (06/2004)

9. co-PI (with Dan Rubenstein, Vishal Misra), "*Secure Overlay Services*", Intel Corp. (research gift), **$120,000** (08/2003)

8. PI (co-PIs: Dan Rubenstein, Vishal Misra), "*Secure Overlay Services*", Cisco Corp. (research gift), **$76,000** (07/2003)

7. co-PI (with Sal Stolfo, Tal Malkin, Vishal Misra), "*Distributed Intrusion Detection Feasibility Study*", Department of Defense, **$300,000** (03/2003 - 03/2004)

6. PI, "*STRONGMAN*", DARPA/ATO, **$23,782** (09/2002 - 08/2003; part of a larger project with the University of Pennsylvania)

5. PI, "*POSSE*", DARPA/ATO, **$16,341** (09/2002 - 08/2003; part of a larger project with the University of Pennsylvania)

4. PI, "*GRIDLOCK*", NSF Trusted Computing, CCR-TC-02-08972, **$207,000** (07/2002 - 06/2005; part of a larger project with the University of Pennsylvania and Yale University)

3. PI (co-PIs: Dan Rubenstein, Vishal Misra), "*Secure Overlay Services*", Cisco Corp. (research gift), **$70,000** (07/2002)

2. PI (co-PIs: Dan Rubenstein, Vishal Misra), "*Secure Overlay Services*", DARPA/ATO, **$695,000** (06/2002 - 05/2004)

1. PI, "*Code Security Analysis Kit (CoSAK)*", DARPA/ATO, **$37,000** (07/2001 - 06/2003; part of a larger project with Drexel University)

- **Total:** $78,656,824
- **Total as Principal Investigator (PI):** $22,506,562

# Publications

(Student co-authors/co-inventors are underlined.)

## Patents

63. "*Detecting return-oriented programming payloads by evaluating data for a gadget address space address and determining whether operations associated with instructions beginning at the address indicate a return-oriented programming payload*"
Michalis Polychronakis and **Angelos D. Keromytis**. U.S. Patent 11,599,628. Issued on March 7, 2023.

62. "*Methods, media, and systems for detecting an anomalous sequence of function calls*"
**Angelos D. Keromytis** and Salvatore J. Stolfo. U.S. Patent 11,106,799. Issued on August 31, 2021.

61. "*Methods, media, and systems for detecting attack on a digital processing device*"
Salvatore J. Stolfo, Wei-Jen Li, **Angelos D. Keromytis**, and Elli Androulaki. U.S. Patent 10,902,111. Issued on January 26, 2021.

60. "*Detecting network anomalies by probabilistic modeling of argument strings with markov chains*"
Yingbo Song, **Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 10,819,726. Issued on October 27, 2020.

59. "*Methods, media, and systems for detecting an anomalous sequence of function calls*"
**Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 10,423,788. Issued on September 24, 2019.

58. "*Methods, systems, and media for authenticating users using multiple services*"
**Angelos D. Keromytis**, Elias Athanasopoulos, Georgios Kontaxis, and Georgios Portokalidis. U.S. Patent 10,367,797. Issued on July 30, 2019.

57. "*Systems and methods for inhibiting attacks on applications*"
Michael E. Locasto, Salvatore J. Stolfo, **Angelos D. Keromytis**, and Ke Wang. U.S. Patent 10,305,919. Issued on May 28, 2019.

56. "*Diversified instruction set processing to enhance security*"
Lakshminarasimhan Sethumadhavan, Kanad Sinha, **Angelos D. Keromytis**, Vasileios Pappas, and Vasileios Kemerlis. U.S. Patent 10,237,059. Issued on March 19, 2019.

55. "*Detecting return-oriented programming payloads by evaluating data for a gadget address space address and determining whether operations associated with instructions beginning at the address indicate a return-oriented programming payload*"
Michalis Polychronakis and **Angelos D. Keromytis**. U.S. Patent 10,192,049. Issued on January 29, 2019.

54. *"Methods, media, and systems for detecting attack on a digital processing device"*
    Salvatore J. Stolfo, <u>*Wei-Jen Li*</u>, **Angelos D. Keromytis**, and <u>*Elli Androulaki*</u>. U.S. Patent 10,181,026. Issued on January 15, 2019.

53. *"Systems, methods, and media for generating sanitized data, sanitizing anomaly detection models, and/or generating sanitized anomaly detection models"*
    <u>*Gabriela F. Ciocarlie*</u>, <u>*Angelos Stavrou*</u>, Salvatore J. Stolfo and **Angelos D. Keromytis**. U.S. Patent 10,178,113. Issued on January 8, 2019.

52. *"Methods, media, and systems for securing communications between a first node and a second node"*
    Salvatore J. Stolfo, <u>*Gabriela F. Ciocarlie*</u>, <u>*Vanessa Frias-Martinez*</u>, <u>*Janak Parekh*</u>, **Angelos D. Keromytis**, and <u>*Joseph Sherrick*</u>. U.S. Patent 10178,104. Issued on January 8, 2019.

51. *"Detecting network anomalies by probabilistic modeling of argument strings with markov chains"*
    <u>*Yingbo Song*</u>, **Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 10,063,576. Issued on August 28, 2018.

50. *"Systems and methods for correlating and distributing intrusion alert information among collaborating computer systems"*
    Salvatore J. Stolfo, Tal Malkin, **Angelos D. Keromytis**, , <u>*Michael Locasto*</u>, and <u>*Janak Parekh*</u>. U.S. Patent 10,038,704. Issued on July31, 2018.

49. *"Systems and methods for inhibiting attacks with a network"*
    <u>*Angelos Stavrou*</u> and **Angelos D. Keromytis**. U.S. Patent 9,992,222. Issued on June 5, 2018.

48. *"Methods, systems, and media for detecting covert malware"*
    <u>*Brian M. Bowen*</u>, <u>*Pratap V. Prabhu*</u>, <u>*Vasileios P. Kemerlis*</u>, <u>*Stylianos Sidiroglou*</u>, Salvatore J. Stolfo, and **Angelos D. Keromytis**. U.S. Patent 9,971,891. Issued on May 15, 2018.

47. *"Methods, media, and systems for securing communications between a first node and a second node"*
    Salvatore J. Stolfo, <u>*Gabriela F. Ciocarlie*</u>, <u>*Vanessa Frias-Martinez*</u>, <u>*Janak Parekh*</u>, **Angelos D. Keromytis**, and <u>*Joseph Sherrick*</u>. U.S. Patent 9,654,478. Issued on May 16, 2017.

46. *"Systems, methods, and media for testing software patches"*
    **Angelos D. Keromytis** and <u>*Stylianos Sidiroglou*</u>. U.S. Patent 9,606,906. Issued on March 28, 2017.

45. *"Methods, media, and systems for detecting attack on a digital processing device"*
    Salvatore J. Stolfo, <u>*Wei-Jen Li*</u>, **Angelos D. Keromytis**, and <u>*Elli Androulaki*</u>. U.S. Patent 9,576,127. Issued on February 21, 2017.

44. *"Systems, methods, and media protecting a digital data processing device from attack"*
    <u>*Stylianos Sidiroglou*</u>, **Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 9,544,322. Issued on January 10, 2017.

43. *"Methods, systems, and media for baiting inside attackers"*
    Salvatore J. Stolfo, **Angelos D. Keromytis**, <u>*Brian M. Bowen*</u>, <u>*Shlomo Hershkop*</u>, <u>*Vasileios P. Kemerlis*</u>, <u>*Pratap V. Prabhu*</u>, and <u>*Malek Ben Salem*</u>. U.S. Patent 9,501,639. Issued on November 22, 2016.

42. *"Detecting return-oriented programming payloads by evaluating data for a gadget address space address and determining whether operations associated with instructions beginning at the address indicate a return-oriented programming payload"*
    Michalis Polychronakis and **Angelos D. Keromytis**. U.S. Patent 9,495,541. Issued on November 15, 2016.

41. *"Methods, media, and systems for detecting an anomalous sequence of function calls"*
    **Angelos D. Keromytis** and Salvatore J. Stolfo. U.S. Patent 9,450,979. Issued on September 20, 2016.

40. *"Methods, media, and systems for securing communications between a first node and a second node"*
    Salvatore J. Stolfo, <u>*Gabriela F. Ciocarlie*</u>, <u>*Vanessa Frias-Martinez*</u>, <u>*Janak Parekh*</u>, **Angelos D. Keromytis**, and <u>*Joseph Sherrick*</u>. U.S. Patent 9,419,981. Issued on August 16, 2016.

39. *"Systems, methods, and media for generating bait information for trap-based defenses"*
    **Angelos D. Keromytis** and Salvatore J. Stolfo. U.S. Patent 9,356,957. Issued on May 31, 2016.

38. *"Systems and methods for inhibiting attacks with a network"*
    <u>*Angelos Stavrou*</u> and **Angelos D. Keromytis**. U.S. Patent 9,344,418. Issued on May 17, 2016.

37. *"Systems and methods for inhibiting attacks on applications"*
    <u>*Michael E. Locasto*</u>, Salvatore J. Stolfo, **Angelos D. Keromytis**, and <u>*Ke Wang*</u>. U.S. Patent 9,338,174. Issued on May 10, 2016.

36. *"Detecting network anomalies by probabilistic modeling of argument strings with markov chains"*
    <u>*Yingbo Song*</u>, **Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 9,253,201. Issued on February 2, 2016.

35. *"Systems, methods, and media for recovering an application from a fault or attack"*
    <u>*Michael E. Locasto*</u>, **Angelos D. Keromytis**, <u>*Angelos Stavrou*</u>, and <u>*Gabriela F. Ciocarlie*</u>. U.S. Patent 9,218,254. Issued on December 22, 2015.

34. *"Systems, methods, and media protecting a digital data processing device from attack"*
    <u>*Stylianos Sidiroglou*</u>, **Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 9,143,518. Issued on September 22, 2015.

33. *"Systems and methods for correlating and distributing intrusion alert information among collaborating computer systems"*
    Salvatore J. Stolfo, Tal Malkin, **Angelos D. Keromytis**, Vishal Misra, <u>*Michael Locasto*</u>, and <u>*Janak Parekh*</u>. U.S. Patent 9,135,438. Issued on September 15, 2015.

32. *"Systems, methods, and media for generating sanitized data, sanitizing anomaly detection models, and/or generating sanitized anomaly detection models"*
    <u>*Gabriela F. Ciocarlie*</u>, <u>*Angelos Stavrou*</u>, Salvatore J. Stolfo and **Angelos D. Keromytis**. U.S. Patent 9,088,596. Issued on July 21, 2015.

31. *"Methods, systems, and media for baiting inside attackers"*
    Salvatore J. Stolfo, **Angelos D. Keromytis**, <u>*Brian M. Bowen*</u>, <u>*Shlomo Herhskop*</u>, <u>*Vasileios P. Kemerlis*</u>, <u>*Pratap V. Prabhu*</u>, and <u>*Malek Ben Salem*</u>. U.S. Patent 9,009,829. Issued on April 14, 2015.

30. *"Systems, methods, and media for recovering an application from a fault or attack"*
    <u>*Michael E. Locasto*</u>, **Angelos D. Keromytis**, <u>*Angelos Stavrou*</u>, and <u>*Gabriela F. Ciocarlie*</u>. U.S. Patent 8,924,782. Issued on December 30, 2014.

29. *"Systems, methods, and media for detecting network anomalies using a trained probabilistic model"*

    *Yingbo Song*, **Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 8,844,033. Issued on September 23, 2014.

28. *"Systems, methods, and media for generating bait information for trap-based defenses"*
    **Angelos D. Keromytis** and Salvatore J. Stolfo. U.S. Patent 8,819,825. Issued on August 26, 2014.

27. *"Systems and methods for inhibiting attacks on applications"*
    *Michael E. Locasto*, Salvatore J. Stolfo, **Angelos D. Keromytis**, and *Ke Wang*. U.S. Patent Numnber 8,763,103. Issued on June 24, 2014.

26. *"Methods, media, and systems for detecting an anomalous sequence of function calls"*
    **Angelos D. Keromytis** and Salvatore J. Stolfo. U.S. Patent 8,694,833. Issued on April 8, 2014.

25. *"Systems, methods, and media for testing software patches"*
    **Angelos D. Keromytis** and *Stylianos Sidiroglou*. U.S. Patent Number 8,683,450. Issued on March 25, 2014.

24. *"Systems and methods for correlating and distributing intrusion alert information among collaborating computer systems"*
    Salvatore J. Stolfo, **Angelos D. Keromytis**, Vishal Misra, *Michael Locasto*, and *Janak Parekh*. U.S. Patent 8,667,588. Issued on March 4, 2014.

23. *"Systems and methods for inhibiting attacks with a network"*
    Angelos Stavrou and **Angelos D. Keromytis**. U.S. Patent 8,631,484. Issued on January 14, 2014.

22. *"Methods, media and systems for detecting anomalous program executions"*
    Salvatore J. Stolfo, **Angelos D. Keromytis**, and *Stylianos Sidiroglou*. U.S. Patent 8,601,322. Issued on December 3, 2013.

21. *"Using decoys by a data loss prevention system to protect against unscripted activity"*
    Darren Shou, Salvatore J. Stolfo, and **Angelos D. Keromytis**. U.S. Patent 8,549,643. Issued on October 1, 2013.

20. *"Methods, media and systems for responding to a denial of service attack"*
    *Angelos Stavrou*, **Angelos D. Keromytis**, Jason Nieh, Vishal Misra, and Daniel Rubenstein. U.S. Patent 8,549,646. Issued on October 1, 2013.

19. *"Methods, systems, and media for detecting covert malware"*
    *Brian M. Bowen*, *Pratap V. Prabhu*, *Vasileios P. Kemerlis*, Stylianos Sidiroglou, Salvatore J. Stolfo, and **Angelos D. Keromytis**. U.S. Patent 8,528,091. Issued on September 3, 2013.

18. *"Systems, methods, and media for enforcing a security policy in a network including a plurality of components"*
    *Matthew Burnside* and **Angelos D. Keromytis**. U.S. Patent 8,516,575. Issued on August 20, 2013.

17. *"Methods, media, and systems for detecting an anomalous sequence of function calls"*
    **Angelos D. Keromytis** and Salvatore J. Stolfo. U.S. Patent 8,489,931. Issued on July 16, 2013.

16. *"Systems, methods, and media protecting a digital data processing device from attack"*
    *Stylianos Sidiroglou*, **Angelos D. Keromytis**, and Salvatore J. Stolfo. U.S. Patent 8,407,785. Issued on March 26, 2013.

15. *"Systems, methods, and media for generating sanitized data, sanitizing anomaly detection models, and/or generating sanitized anomaly detection models"*
    *Gabriela Cretu*, *Angelos Stavrou*, Salvatore J. Stolfo, **Angelos D. Keromytis**, and *Michael E. Locasto*. U.S. Patent Number 8,407,160. Issued on March 26, 2013.

14. *"Systems and methods for correlating and distributing intrusion alert information among collaborating computer systems"*
    Salvatore J. Stolfo, Tal Malkin, **Angelos D. Keromytis**, Vishal Misra, *Michael Locasto*, and *Janak Parekh*. U.S. Patent 8,381,295. Issued on February 19, 2013.

13. *"Systems and methods for computing data transmission characteristics of a network path based on single-ended measurements"*
    **Angelos D. Keromytis**, *Sambuddho Chakravarty*, and *Angelos Stavrou*. U.S. Patent 8,228,815. Issued on July 24, 2012.

12. *"Methods, media, and systems for detecting an anomalous sequence of function calls"*
    **Angelos D. Keromytis** and Salvatore J. Stolfo. U.S. Patent 8,135,994. Issued on March 13, 2012.

11. *"Methods, media and systems for detecting anomalous program executions"*
    Salvatore J. Stolfo, **Angelos D. Keromytis**, and *Stelios Sidiroglou*. U.S. Patent 8,074,115. Issued on December 6, 2011.

10. *"Microbilling using a trust management system"*
    Matthew A. Blaze, John Ioannidis, and **Angelos D. Keromytis**. U.S. Patent Number 7,996,325. Issued on August 9, 2011.

9. *"Methods, systems and media for software self-healing"*
    *Michael E. Locasto*, **Angelos D. Keromytis**, Salvatore J. Stolfo, *Angelos Stavrou*, *Gabriela Cretu*, *Stylianos Sidiroglou*, Jason Nieh, and *Oren Laadan*. U.S. Patent Number 7,962,798. Issued on June 14, 2011.

8. *"Systems and methods for detecting and inhibiting attacks using honeypots"*
    *Stylianos Sidiroglou*, **Angelos D. Keromytis**, and Kostas G. Anagnostakis. U.S. Patent 7,904,959. Issued on March 8, 2011.

7. *"Systems and methods for correlating and distributing intrusion alert information among collaborating computer systems"*
    Salvatore J. Stolfo, **Angelos D. Keromytis**, Vishal Misra, *Michael Locasto*, and *Janak Parekh*. U.S. Patent Number 7,784,097. Issued on August 24, 2010.

6. *"Systems and methods for correlating and distributing intrusion alert information among collaborating computer systems"*
    Salvatore J. Stolfo, Tal Malkin, **Angelos D. Keromytis**, Vishal Misra, *Michael Locasto*, and *Janak Parekh*. U.S. Patent Number 7,779,463. Issued on August 17, 2010.

5. *"Systems and methods for computing data transmission characteristics of a network path based on single-ended measurements"*
    **Angelos D. Keromytis**, *Sambuddho Chakravarty*, and *Angelos Stavrou*. U.S. Patent 7,660,261. Issued on February 9, 2010.

4. *"Microbilling using a trust management system"*
    Matthew A. Blaze, John Ioannidis, and **Angelos D. Keromytis**. U.S. Patent Number 7,650,313. Issued on January 19, 2010.

3. *"Methods and systems for repairing applications"*
    **Angelos D. Keromytis**, *Michael E. Locasto*, and *Stylianos Sidiroglou*. U.S. Patent 7,490,268. Issued on February 10, 2009.

2. *"System and method for microbilling using a trust management system"*
    Matthew A. Blaze, John Ioannidis, and **Angelos D. Keromytis**. U.S. Patent 6,789,068. Issued on September 7, 2004.

1. *"Secure and reliable bootstrap architecture"*
    *William A. Arbaugh*, David J. Farber, ***Angelos D. Keromytis***, and Jonathan M. Smith. U.S. Patent 6,185,678. Issued on February 6, 2001.

# Journal Publications

50. *"Defending Against Web Application Attacks: Approaches, Challenges and Implications"*
    Dimitris Mitropoulos, **Angelos D. Keromytis**, Panagiotis Louridas, and Michalis Polychronakis. In *IEEE Transactions on Dependable and Secure Computing (TDSC)*, vol. 5, no. 2, pp. 188 - 203, March/April 2019.

49. "Kernel Protection against Just-In-Time Code Reuse"
    Marios Pomonis, Theofilos Petsios, **Angelos D. Keromytis**, Michalis Polychronakis, and Vasileios P. Kemerlis. In *ACM Transactions on Privacy and Security (TOPS)*, vol. 22, no. 1, January 2018.

48. *"Evaluating the Privacy Guarantees of Location Proximity Services"*
    George Argyros, Theofilos Petsios, Suphannee Sivakorn, **Angelos D. Keromytis**, and Iasonas Polakis. In *ACM Transactions on Privacy and Security (TOPS)*, vol. 19, no. 4, pp. 12:1 - 12:31, February 2017.

47. *"How to Train your Browser: Preventing XSS Attacks Using Contextual Script Fingerprints"*
    Dimitris Mitropoulos, Konstantinos Stroggylos, Diomidis Spinellis, and **Angelos D. Keromytis**. In *ACM Transactions on Privacy and Security (TOPS)*, vol. 19, no. 1, pp. 2:1 - 2:31, July 2016.

46. *"A Stack Memory Abstraction and Symbolic Analysis Framework for Executables"*
    Kapil Anand, Khaled Elwazeer, Matthew Smithson, Rajeev Barua, and **Angelos D. Keromytis**. In *ACM Transactions on Software Engineering and Methodology (TOSEM)*, vol. 25, no. 2, pp. 19:1 - 19:38, May 2016.

45. *"An efficient and easily deployable method for dealing with DoS in SIP services"*
    Zisis Tsiatsikas, Dimitris Geneiatakis, Georgios Kambourakis, and **Angelos D. Keromytis**. In the *Journal of Computer Communications*, vol. 57, pp. 50 - 63, 2015.

44. *"Detection and Analysis of Eavesdropping in Anonymous Communication Networks"*
    Sambuddho Chakravarty, Michalis Polychronakis, Georgios Portokalidis, and **Angelos D. Keromytis**. In the *International Journal of Information Security (IJIS)*, vol. 14, no. 3, pp. 205 - 220. June 2015.

43. *"Attacking the Internet using Broadcast Digital Television"*
    Yossef Oren and **Angelos D. Keromytis**. In the *ACM Transactions on Information and Systems Security (TISSEC), vol. 17, no. 4. April 2015.*

42. *"Privacy Policy-driven Mashups"*
    Soon Ae Chun, Janice Warner, and **Angelos D. Keromytis**. In the *International Journal of Business Continuity and Risk Management (IJBCRM)*, vol. 4, no. 4, pp. 344 - 370. 2013.

41. *"kGuard: Lightweight Kernel Protection"*
    Vasileios P. Kemerlis, Georgios Portokalidis, Elias Athanasopoulos, and **Angelos D. Keromytis**. In the *USENIX ;login: Magazine*, vol. 37, no. 6, pp. 7 - 14. December 2012.

40. *"A System for Generating and Injecting Indistinguishable Network Decoys"*
    Brian M. Bowen, Vasileios P. Kemerlis, Pratap Prabhu, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In the *Journal of Computer Security (JCS)*, vol. 20, no. 2 - 3, pp. 199 - 221, June 2012.

39. *"A Comprehensive Survey of Voice over IP Security Research"*
    **Angelos D. Keromytis**. In the *IEEE Communications Surveys and Tutorials*, vol. 14, no. 2, pp. 514 - 537, May 2012.

38. *"The Efficient Dual Receiver Cryptosystem and Its Applications"*
    Ted Diament, Homin K. Lee, **Angelos D. Keromytis**, and Moti Yung. In the *International Journal of Network Security (IJNS)*, vol. 13, no. 3, pp. 135 - 151, November 2011.

37. *"On the Infeasibility of Modeling Polymorphic Shellcode: Re-thinking the Role of Learning in Intrusion Detection Systems"*
    Yingbo Song, Michael E. Locasto, Angelos Stavrou, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In the *Machine Learning Journal (MLJ)*, vol. 81, no. 2, pp. 179 - 205, November 2010.

36. *"On The General Applicability of Instruction-Set Randomization"*
    Stephen W. Boyd, Gaurav S. Kc, Michael E. Locasto, **Angelos D. Keromytis**, and Vassilis Prevelakis. In the *IEEE Transactions on Dependable and Secure Computing (TDSC)*, vol. 7, no. 3, pp. 255 - 270, July - September 2010.

35. *"Shadow Honeypots"*
    Michalis Polychronakis, Periklis Akritidis, Stelios Sidiroglou, Kostas G. Anagnostakis, **Angelos D. Keromytis**, and Evangelos P. Markatos. In the *International Journal of Computer and Network Security (IJCNS)*, vol. 2, no. 9, pp. 1 - 15, September 2010.

34. *"Ethics in Security Vulnerability Research"*
    Andrea M. Matwyshyn, Ang Cui, Salvatore J. Stolfo, and **Angelos D. Keromytis**. In the *IEEE Security & Privacy Magazine*, vol. 8, no. 2, pp. 67 - 72, March/April 2010.

33. *"Voice over IP Security: Research and Practice"*
    **Angelos D. Keromytis**. In the *IEEE Security & Privacy Magazine*, vol. 8, no. 2, pp. 76 - 78, March/April 2010.

32. *"A Market-based Bandwidth Charging Framework"*
    David Michael Turner, Vassilis Prevelakis, and **Angelos D. Keromytis**. In the *ACM Transactions on Internet Technology (ToIT)*, vol. 10, no. 1, pp. 1 - 30, February 2010.

31. *"A Look at VoIP Vulnerabilities"*
    **Angelos D. Keromytis**. In the *USENIX ;login: Magazine*, vol. 35, no. 1, pp. 41 - 50, February 2010.

30. *"Designing Host and Network Sensors to Mitigate the Insider Threat"*
    Brian M. Bowen, Malek Ben Salem, Shlomo Hershkop, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In the *IEEE Security & Privacy Magazine*, vol. 7, no. 6, pp. 22 - 29, November/December 2009.

29. *"Elastic Block Ciphers: Method, Security and Instantiations"*
    Debra L. Cook, Moti Yung, and **Angelos D. Keromytis**. In the *Springer International Journal of Information Security (IJIS)*, vol 8, no. 3, pp. 211 - 231, June 2009.

28. *"On the Deployment of Dynamic Taint Analysis for Application Communities"*
    Hyung Chan Kim and **Angelos D. Keromytis**. In the *IEICE Transactions*, vol. E92-D, no. 3, pp. 548 - 551, March 2009.

27. "*Dynamic Trust Management*"
Matt Blaze, Sampath Kannan, Insup Lee, Oleg Sokolsky, Jonathan M. Smith, **Angelos D. Keromytis**, and Wenke Lee. In the *IEEE Computer Magazine*, vol. 42, no. 2, pp. 44 - 52, February 2009.

26. "*Randomized Instruction Sets and Runtime Environments: Past Research and Future Directions*"
**Angelos D. Keromytis**. In the *IEEE Security & Privacy Magazine*, vol. 7, no. 1, pp. 18 - 25, January/February 2009.

25. "*Anonymity in Wireless Broadcast Networks*"
Matt Blaze, John Ioannidis, **Angelos D. Keromytis**, Tal Malkin, and Avi Rubin. In the *International Journal of Network Security (IJNS)*, vol. 8, no. 1, pp. 37 - 51, January 2009.

24. "*Decentralized Access Control in Networked File Systems*"
Stefan Miltchev, Jonathan M. Smith, Vassilis Prevelakis, **Angelos D. Keromytis**, and Sotiris Ioannidis. In the *ACM Computing Surveys*, vol. 40, no. 3, pp. 10:1 - 10:30, August 2008.

23. "*Robust Reactions to Potential Day-Zero Worms through Cooperation and Validation*"
Kostas G. Anagnostakis, Michael Greenwald, Sotiris Ioannidis, and **Angelos D. Keromytis**. In the *Springer International Journal of Information Security (IJIS), ISC 2006 Special Issue*, vol.6, no. 6, pp. 361 - 378, October 2007. (Extended version of the ISC 2006 paper.)

22. "*Requirements for Scalable Access Control and Security Management Architectures*"
**Angelos D. Keromytis** and Jonathan M. Smith. In the *ACM Transactions on Internet Technology (ToIT)*, vol. 7, no. 2, pp. 1 - 22, May 2007.

21. "*Virtual Private Services: Coordinated Policy Enforcement for Distributed Applications*"
Sotiris Ioannidis, Steven M. Bellovin, John Ioannidis, **Angelos D. Keromytis**, Kostas G. Anagnostakis, and Jonathan M. Smith. In the *International Journal of Network Security (IJNS)*, vol. 4, no. 1, pp. 69 - 80, January 2007.

20. "*Countering DDoS Attacks with Multi-path Overlay Networks*"
Angelos Stavrou and **Angelos D. Keromytis**. In the *Information Assurance Technology Analysis Center (IATAC) Information Assurance Newsletter (IAnewsletter)*, vol. 9, no. 3, pp. 26 - 30, Winter 2006. *(Invited paper, based on the CCS 2005 paper.)*

19. "*Conversion Functions for Symmetric Key Ciphers*"
Debra L. Cook and **Angelos D. Keromytis**. In the *Journal of Information Assurance and Security (JIAS)*, vol. 1, no. 2, pp. 119 - 128, June 2006. *(Extended version of the IAS 2005 paper.)*

18. "*Execution Transactions for Defending Against Software Failures: Use and Evaluation*"
Stelios Sidiroglou and **Angelos D. Keromytis**. In the *Springer International Journal of Information Security (IJIS)*, vol. 5, no. 2, pp. 77 - 91, April 2006. *(Extended version of the ISC 2005 paper.)*

17. "*Worm Propagation Strategies in an IPv6 Internet*"
Steven M. Bellovin, Bill Cheswick, and **Angelos D. Keromytis**. In the *USENIX ;login*, vol. 31, no. 1, pp. 70 - 76, February 2006.

16. "*Cryptography As An Operating System Service: A Case Study*"
**Angelos D. Keromytis**, Theo de Raadt, Jason Wright, and Matthew Burnside. In the *ACM Transactions on Computer Systems (ToCS)*, vol. 24, no. 1, pp. 1 - 38, February 2006. *(Extended version of USENIX Technical 2003 paper.)*

15. "*Countering Network Worms Through Automatic Patch Generation*"
Stelios Sidiroglou and **Angelos D. Keromytis**. In the *IEEE Security & Privacy Magazine*, vol. 3, no. 6, pp. 41 - 49, November/December 2005.

14. "*WebSOS: An Overlay-based System For Protecting Web Servers From Denial of Service Attacks*"
Angelos Stavrou, Debra L. Cook, William G. Morein, **Angelos D. Keromytis**, Vishal Misra, and Dan Rubenstein. In the *Elsevier Journal of Computer Networks, special issue on Web and Network Security*, vol. 48, no. 5, pp. 781 - 807, August 2005. *(Extended version of the CCS 2003 paper.)*

13. "*Hardware Support For Self-Healing Software Services*"
Stelios Sidiroglou, Michael E. Locasto, and **Angelos D. Keromytis**. In the *ACM SIGARCH Computer Architecture News, Special Issue on Workshop on Architectural Support for Security and Anti-Virus (WASSA)*, vol. 33, no. 1, pp. 42 - 47, March 2005. Also appeared in the Proceedings of the *Workshop on Architectural Support for Security and Anti-Virus (WASSA)*, held in conjunction with the 11th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS-XI), pp. 37 - 43. October 2004, Boston, MA.

12. "*The Case For Crypto Protocol Awareness Inside The OS Kernel*"
Matthew Burnside and **Angelos D. Keromytis**. In the *ACM SIGARCH Computer Architecture News, Special Issue on Workshop on Architectural Support for Security and Anti-Virus (WASSA)*, vol. 33, no. 1, pp. 58 - 64, March 2005. Also appeared in the Proceedings of the *Workshop on Architectural Support for Security and Anti-Virus (WASSA)*, held in conjunction with the 11th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS-XI), pp. 54 - 60. October 2004, Boston, MA.

11. "*Patch-on-Demand Saves Even More Time?*"
**Angelos D. Keromytis**. In the *IEEE Computer*, vol. 37, no. 8, pp. 94 - 96, August 2004.

10. "*Just Fast Keying: Key Agreement In A Hostile Internet*"
William Aiello, Steven M. Bellovin, Matt Blaze, Ran Canetti, John Ioannidis, **Angelos D. Keromytis**, and Omer Reingold. In the *ACM Transactions on Information and System Security (TISSEC)*, vol. 7, no. 2, pp. 1 - 32, May 2004. *(Extended version of the CCS 2002 paper.)*

9. "*SOS: An Architecture for Mitigating DDoS Attacks*"
**Angelos D. Keromytis**, Vishal Misra, and Dan Rubenstein. In the *IEEE Journal on Selected Areas in Communications (JSAC), special issue on Recent Advances in Service Overlay Networks*, vol. 22, no. 1, pp. 176 - 188, January 2004. *(Extended version of the SIGCOMM 2002 paper.)*

8. "*A Secure PLAN*"

Michael Hicks, **Angelos D. Keromytis**, and Jonathan M. Smith. In the *IEEE Transactions on Systems, Man, and Cybernetics (T-SMC) Part C: Applications and Reviews, Special issue on technologies promoting computational intelligence, openness and programmability in networks and Internet services: Part I*, vol. 33, no. 3, pp. 413 - 426, August 2003. *(Extended version of the DANCE 2002 paper.)*

7. "*Drop-in Security for Distributed and Portable Computing Elements*"
Vassilis Prevelakis and **Angelos D. Keromytis**. In the MCB Press *Emerald Journal of Internet Research: Electronic Networking, Applications and Policy*, vol. 13, no. 2, pp. 107 - 115, 2003. *(Extended version of the INC 2002 paper.)*

6. "*Trust Management for IPsec*"
Matt Blaze, John Ioannidis, and **Angelos D. Keromytis**. In the *ACM Transactions on Information and System Security (TISSEC)*, vol. 5, no. 2, pp. 1 - 24, May 2002. *(Extended version of the NDSS 2001 paper.)*

5. "*The Price of Safety in an Active Network*"
<u>D. Scott Alexander</u>, <u>Paul B. Menage</u>, **Angelos D. Keromytis**, <u>William A. Arbaugh</u>, <u>Kostas G. Anagnostakis</u>, and Jonathan M. Smith. In the *Journal of Communications and Networks (JCN), special issue on programmable switches and routers*, vol. 3, no. 1, pp. 4 - 18, March 2001. Older versions are available as *University of Pennsylvania Technical Report MS-CIS-99-04* and *University of Pennsylvania Technical Report MS-CIS-98-02*.

4. "*Secure Quality of Service Handling (SQoSH)*"
<u>D. Scott Alexander</u>, <u>William A. Arbaugh</u>, **Angelos D. Keromytis**, <u>Steve Muir</u>, and Jonathan M. Smith. In the *IEEE Communications Magazine*, vol. 38, no. 4, pp. 106 - 112, April 2000. An older version is available as *University of Pennsylvania Technical Report MS-CIS-99-05*.

3. "*Safety and Security of Programmable Network Infrastructures*"
<u>D. Scott Alexander</u>, <u>William A. Arbaugh</u>, **Angelos D. Keromytis**, and Jonathan M. Smith. In the *IEEE Communications Magazine, issue on Programmable Networks*, vol. 36, no. 10, pp. 84 - 92, October 1998.

2. "*A Secure Active Network Environment Architecture*"
<u>D. Scott Alexander</u>, <u>William A. Arbaugh</u>, **Angelos D. Keromytis**, and Jonathan M. Smith. In the *IEEE Network Magazine, special issue on Active and Controllable Networks*, vol. 12, no. 3, pp. 37 - 45, May/June 1998.

1. "*The SwitchWare Active Network Architecture*"
<u>D. Scott Alexander</u>, <u>William A. Arbaugh</u>, <u>Michael Hicks</u>, <u>Pankaj Kakkar</u>, **Angelos D. Keromytis**, <u>Jonathan T. Moore</u>, Carl A. Gunter, Scott M. Nettles, and Jonathan M. Smith. In the *IEEE Network Magazine, special issue on Active and Programmable Networks*, vol. 12, no. 3, pp. 29 - 36, May/June 1998.

## Peer-Reviewed Conference Proceedings

160. "*Understanding Orphan Flows*"
<u>Kevin Sam Tharayil</u>, <u>Athanasios Avgetidis</u>, Zane Ma, Manos Antonakakis, and **Angelos D. Keromytis**. In Proceedings of the 9th *IFIP Network Traffic Measurement and Analysis (TMA) Conference*. June 2025, Copenhagen, Denmark.

159. "*Augmenting DNS-based Security With NetFlow*"
<u>Kevin Sam Tharayil</u>, Panagiotis Kintis, and **Angelos D. Keromytis**. In Proceedings of the 4th *International Conference on Electrical, Computer, Communications, and Mechatronics Engineering (ICECCME)*. November 2024, Male, Maldives.

158. "*Heterogeneous IC Component Identification via EM Side-Channels*"
Donald Greene, Zahir Khan, **Angelos D. Keromytis**, and Baki B. Yilmaz. In Proceedings of the *IEEE Military Communications Conference (MILCOM)*. October/November 2024, Washington, DC.

157. "*Resilience Analysis of Electromagnetic Side-channels against Weight Perturbations*"
Baki B. Yilmaz and **Angelos D. Keromytis**. In Proceedings of the *IEEE Military Communications Conference (MILCOM)*. October/November 2024, Washington, DC.

156. "*Practical Attacks against DNS Reputation Systems*"
<u>Tillson Galloway</u>, <u>Kleanthis Karakolios</u>, Zane Ma, Roberto Perdisci, **Angelos D. Keromytis**, and Manos Antonakakis. In Proceedings of the 45th *IEEE Symposium on Security and Privacy (S&P)*. May 2024, San Francisco, CA. *(Acceptance rate: 17.8%)*

155. "*Towards Practical Fabrication Stage Attacks Using Interrupt-Resilient Hardware Trojans*"
<u>Athanasios Moschos</u>, Fabian Monrose, and **Angelos D. Keromytis**. In Proceedings of the *IEEE International Symposium on Hardware Oriented Security and Trust (HOST)*. May 2024, Washington, DC.

154. "*AAKA: An Anti-Tracking Cellular Authentication Scheme Leveraging Anonymous Credentials*"
Hexuan Yu, Changlai Du, Yang Xiao, **Angelos D. Keromytis**, Chonggang Wang, Robert Gazda, Y. Thomas Hou, and Wenjing Lou. In Proceedings of the 31st *Internet Society (ISOC) Symposium on Network and Distributed Systems Security (SNDSS)*. February/March 2024, San Diego, CA.

153. "*Stale TLS Certificates: Investigating Precarious Third-Party Access to Valid TLS Keys*"
Zane Ma, <u>Aaron Faulkenberry</u>, <u>Thomas Papastergiou</u>, Zakir Durumeric, Michael D. Bailey, **Angelos D. Keromytis**, Fabian Monrose, and Manos Antonakakis. In Proceedings of the *ACM Internet Measurement Conference (IMC)*. Montreal, Canada, October 2023. *(Acceptance rate: 25.8%)*

152. "*UCBlocker: Unwanted Call Blocking Using Anonymous Authentication*"
Changlai Du, Hexuan Yu, , Y. Thomas Hou, **Angelos D. Keromytis**, and Wenjing Lou. In Proceedings of the 32nd USENIX Security Symposium, pp. 445 - 462. August 2023, Anaheim, CA. *(Acceptance rate: 29%)*

151. "*Beyond The Gates: An Empirical Analysis of HTTP-Managed Password Stealers and Operators*"
<u>Athanasios Avgetidis</u>, <u>Omar Alrawi</u>, <u>Kevin Valakuzhy</u>, Charles Lever, Paul Burbage, **Angelos D. Keromytis**, Fabian Monrose, and Manos Antonakakis. In Proceedings of the 32nd USENIX Security Symposium, pp. 5307 - 5324. August 2023, Anaheim,

CA. *(Acceptance rate: 29%)*

150. *"View from Above: Exploring the Malware Ecosystem from the Upper DNS Hierarchy"*

Aaron Faulkenberry, Athanasios Avgetidis, Zane Ma, Omar Alrawi, Charles Lever, Panagiotis Kintis, Fabian Monrose, **Angelos D. Keromytis**, and Manos Antonakakis. In Proceedings of the 38th *Annual Computer Security Applications Conference (ACSAC)*. December 2022, Austin, TX. *(Acceptance rate: 24%)*

149. *"On the Feasibility of Remotely Triggered Automotive Hardware Trojans"*

Athanasios Moschos, Kevin Valakuzhy, and **Angelos D. Keromytis**. In Proceedings of the 2nd *International Conference on Electrical, Computer, Communications, and Mechatronics Engineering (ICECCME)*. November 2022, Male, Maldives.

148. *"HammerScope: Observing DRAM Power Consumption Using Rowhammer"*

Yaakov Cohen, Kevin Sam Tharayil, Arie Haenel, Daniel Genkin, **Angelos D. Keromytis**, Yossi Oren, and Yuval Yarom. In Proceedings of the 29th *ACM Conference on Computer and Communications Security (CCS)*. November 2022, Los Angeles, CA.

147. *"Privacy in E-Shopping Transactions: Exploring and Addressing the Trade-Offs"*

Jesus Diaz, Seung Geol Choi, David Arroyo, **Angelos D. Keromytis**, Francisco B. Rodriguez, and Moti Yung. In Proceedings of the 2nd *International Symposium on Cyber Security Cryptography and Machine Learning (CSCML)*, pp. 206 - 226. June 2018, Be'er Sheva, Israel.

146. *"SlowFuzz: Automated Domain-Independent Detection of Algorithmic Complexity Vulnerabilities"*

Theofilos Petsios, Jason Zhao, **Angelos D. Keromytis**, and Suman Jana. In Proceedings of the 24th *ACM Conference on Computer and Communications Security (CCS)*, pp. 2155 - 2168. October/November 2017, Dallas, TX. *(Acceptance rate: 18%)*

145. *"HVLearn: Automated Black-box Analysis of Hostname Verification in SSL/TLS Implementations"*

Suphannee Sivakorn, George Argyros, Kexin Pei, **Angelos D. Keromytis**, and Suman Jana. In Proceedings of the 38th *IEEE Symposium on Security and Privacy (S&P)*, pp. 521 - 538. May 2017, San Jose, CA. *(Acceptance rate: 13.3%)*

144. *"NEZHA: Efficient Domain-independent Differential Testing"*

Theofilos Petsios, Adrian Tang, Salvatore J. Stolfo, **Angelos D. Keromytis**, and Suman Jana. In Proceedings of the 38th *IEEE Symposium on Security and Privacy (S&P)*, pp. 615 - 632. May 2017, San Jose, CA. *(Acceptance rate: 13.3%)*

143. *"kR^X: Comprehensive Kernel Protection against Just-In-Time Code Reuse"*

Marios Pomonis, Theofilos Petsios, **Angelos D. Keromytis**, Michalis Polychronakis, and Vasileios P. Kemerlis. In Proceedings of the 12th *European Conference on Computer Systems (EuroSys)*, pp. 420 - 436. April 2017, Belgrade, Serbia.

142. *"Protecting Insecure Communications with Topology-aware Network Tunnels"*

Georgios Kontaxis and **Angelos D. Keromytis**. In Proceedings of the 23rd *ACM Conference on Computer and Communications Security (CCS)*, pp. 1280 - 1291. October 2016, Vienna, Austria. *(Acceptance rate: 16%)*

141. *"SFADiff: Automated Evasion Attacks and Fingerprinting Using Blackbox Differential Automata Learning"*

George Argyros, Ioannis Stais, Suman Jana, **Angelos D. Keromytis**, and Aggelos Kiayias. In Proceedings of the 23rd *ACM Conference on Computer and Communications Security (CCS)*, pp. 1690 - 1701. October 2016, Vienna, Austria. *(Acceptance rate: 16%)*

140. *"Provable Network Activity for Protecting Users against False Accusation"*

Panagiotis Papadopoulos, Elias Athanasopoulos, Eleni Kosta, George Siganos, **Angelos D. Keromytis**, and Evangelos P. Markatos. In Proceedings of the 10th *WISTP Conference in Information Security Theory and Practice (WISTP)*, pp. 254 - 261. September 2016, Heraclion, Crete, Greece.

139. *"NaClDroid: Native Code Isolation for Android Applications"*

Elias Athanasopoulos, Vasileios P. Kemerlis, Georgios Portokalidis, and **Angelos D. Keromytis**. In Proceedings of the 21st *European Symposium on Research in Computer Security (ESORICS)*, pp. 422 - 439. September 2016, Heraclion, Crete, Greece. *(Acceptance rate: 21%)*

138. *"The Cracked Cookie Jar: HTTP Cookie Hijacking and the Exposure of Private Information"*

Iasonas Polakis, Suphannee Sivakorn, and **Angelos D. Keromytis**. In Proceedings of the 37th *IEEE Symposium on Security and Privacy (S&P)*, pp. 724 - 742 May 2016, San Jose, CA. *(Acceptance rate: 13.75%)*

137. *"Back in Black: Towards Formal, Black Box Analysis of Sanitizers and Filters"*

George Argyros, Ioannis Stais, **Angelos D. Keromytis**, and Aggelos Kiayias. In Proceedings of the 37th *IEEE Symposium on Security and Privacy (S&P)*, pp. 91 - 109. May 2016, San Jose, CA. *(Acceptance rate: 13.75%)*

136. *"I am Robot: (Deep) Learning to Break Semantic Image CAPTCHAs"*

Suphannee Sivakorn, Iasonas Polakis, and **Angelos D. Keromytis**. In Proceedings of the 1st *IEEE European Symposium on Security and Privacy (EuroS&P)*, pp. 388 - 403. March 2016, Saabrucken, Germany. *(Acceptance rate: 17.3%)*

135. *"DynaGuard: Armoring Canary-based Protections against Brute-force Attacks"*

Theofilos Petsios, Vasileios P. Kemerlis, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 31st *Annual Computer Security Applications Conference (ACSAC)*. pp. 351- 360. December 2015, Los Angeles, CA. *(Acceptance rate: 24.4%)*

134. *"The Spy in the Sandbox: Practical Cache Attacks in Javascript and their Implications"*

Yossef Oren, Vasileios P. Kemerlis, **Angelos D. Keromytis**, and Simha Sethumadhavan. In Proceedings of the 22nd *ACM Conference on Computer and Communications Security (CCS)*, pp. 1406 - 1418. October 2015, Denver, CO. *(Acceptance rate: 19.8%)*

133. *"Where's Wally? Precise User Discovery Attacks in Location Proximity Services"*

Iasonas Polakis, Georgios Argyros, Theofilos Petsios, Suphannee Sivakorn, and **Angelos D. Keromytis**. In Proceedings of the 22nd *ACM Conference on Computer and Communications Security (CCS)*, pp. 817 - 828. October 2015, Denver, CO.

*(Acceptance rate: 19.8%)*

132. "*IntFlow: Improving the Accuracy of Arithmetic Error Detection Using Information Flow Tracking*"

    <u>Kangkook Jee</u>, <u>Theofilos Petsios</u>, <u>Marios Pomonis</u>, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 30th Annual Computer Security Applications Conference (ACSAC), pp. 416 - 425. December 2014, New Orleans, LA. *(Acceptance rate: 19.9%)*

131. "*Faces in the Distorting Mirror: Revisiting Photo-based Social Authentication*"

    <u>Iasonas Polakis</u>, <u>Panagiotis Ilia</u>, <u>Federico Maggi</u>, <u>Marco Lancini</u>, <u>Georgios Kontaxis</u>, Stefano Zanero, Sotiris Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the 21st ACM Conference on Computer and Communications Security (CCS), pp. 501 - 512. November 2014, Scottsdale, AZ. *(Acceptance rate: 19.5%)*

130. "*Dynamic Reconstruction of Relocation Information for Stripped Binaries*"

    <u>Vasilis Pappas</u>, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 17th International Symposium on Research in Attacks, Intrusions and Defenses (RAID), pp. 68 - 87. September 2014, Gothenburg, Sweden. *(Acceptance rate: 19.5%)*

129. "*ret2dir: Rethinking Kernel Isolation*"

    <u>Vasileios P. Kemerlis</u>, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 23rd USENIX Security Symposium, pp. 957 - 972. August 2014, San Diego, CA. *(Acceptance rate: 19%)*

128. "*From the Aether to the Ethernet - Attacking the Internet using Broadcast Digital Television*"

    <u>Yossef Oren</u> and **Angelos D. Keromytis**. In Proceedings of the 23rd USENIX Security Symposium, pp. 353 - 368. August 2014, San Diego, CA. *(Acceptance rate: 19%)*

127. "*Blind Seer: A Scalable Private DBMS*"

    <u>Vasilis Pappas</u>, <u>Fernando Krell</u>, <u>Binh Vo</u>, Vladimir Kolesnikov, Tal Malkin, <u>Seung Geol Choi</u>, Wesley George, **Angelos D. Keromytis**, and Steven M. Bellovin. In Proceedings of the 35th IEEE Symposium on Security & Privacy (S&P), pp. 359 - 374. May 2014, San Jose, CA. *(Acceptance rate: 13.5%)*

126. "*On the Effectiveness of Traffic Analysis Against Anonymity Networks Using Flow Records*"

    <u>Sambuddho Chakravarty</u>, <u>Marco V. Barbera</u>, Georgios Portokalidis, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 15th Passive and Active Measurement Conference (PAM), pp. 247 - 254. March 2014, Los Angeles, CA. *(Acceptance rate: 31.5%)*

125. "*SAuth: Protecting User Accounts from Password Database Leaks*"

    <u>George Kontaxis</u>, <u>Elias Athanasopoulos</u>, Georgios Portokalidis, and **Angelos D. Keromytis**. In Proceedings of the 20th ACM Conference on Computer and Communications Security (CCS), pp. 187 - 198. November 2013, Berlin, Germany. *(Acceptance rate: 19.8%)*

124. "*ShadowReplica: Efficient Parallelization of Dynamic Data Flow Tracking*"

    <u>Kangkook Jee</u>, <u>Vasileios P. Kemerlis</u>, **Angelos D. Keromytis**, and Georgios Portokalidis. In Proceedings of the 20th ACM Conference on Computer and Communications Security (CCS), pp. 235 - 246. November 2013, Berlin, Germany. *(Acceptance rate: 19.8%)*

123. "*CloudFence: Data Flow Tracking as a Cloud Service*"

    <u>Vasilis Pappas</u>, <u>Vasileios P. Kemerlis</u>, <u>Angeliki Zavou</u>, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 16th International Symposium on Recent Advances in Intrusion Detection (RAID), pp. 411 - 431. October 2013, Saint Lucia. *(Acceptance rate: 23%)*

122. "*An Accurate Stack Memory Abstraction and Symbolic Analysis Framework for Executables*"

    <u>Kapil Anand</u>, <u>Khaled Elwazeer</u>, <u>Aparna Kotha</u>, <u>Matthew Smithson</u>, Rajeev Barua, and **Angelos D. Keromytis**. In Proceedings of the 29th IEEE International Conference on Software Maintenance (ICSM), pp. 90 - 99. September 2013, Eindhoven, Netherlands. *(Acceptance rate: 22%)*

121. "*CellFlood: Attacking Tor Onion Routers on the Cheap*"

    <u>Marco Valerio Barbera</u>, <u>Vasileios P. Kemerlis</u>, <u>Vasilis Pappas</u>, and **Angelos D. Keromytis**. In Proceedings of the 18th European Symposium on Research in Computer Security (ESORICS), pp. 664 - 681. September 2013, Egham, UK. *(Acceptance rate: 18%)*

120. "*A Privacy-Preserving Entropy-Driven Framework for Tracing DoS Attacks in VoIP*"

    Zisis Tsiatsikas, Dimitris Geneiatakis, Georgios Kambourakis, and Angelos D. Keromytis. In Proceedings of the 8th International Conference on Availability, Reliability and Security (ARES), pp. 224- 229. September 2013, Regensburg, Germany.

119. "*Transparent ROP Exploit Mitigation using Indirect Branch Tracing*"

    <u>Vasilis Pappas</u>, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 22nd USENIX Security Symposium, pp. 447 - 462. August 2013, Washington, DC. *(Acceptance rate: 16.2%)*

118. "*Cloudopsy: an Autopsy of Data Flows in the Cloud*"

    <u>Angeliki Zavou</u>, <u>Vasilis Pappas</u>, <u>Vasileios P. Kemerlis</u>, Michalis Polychronakis, <u>Georgios Portokalidis</u>, and **Angelos D. Keromytis**. In Proceedings of the 15th International Conference on Human-Computer Interaction (HCI), pp. 366 - 375. July 2013, Las Vegas, NV.

117. "*SecureGov: Secure Government Data Sharing*"

    Jong Uk Choi, Soon Ae Chun, Dong Hwa Kim, and **Angelos D. Keromytis**. In Proceedings of the 14th Annual International Conference on Digital Government Research (dg.o), pp. 127 - 135. June 2013, Quebec City, Canada.

116. "*Bait and Snitch: Defending Computer Systems with Decoys*"

    <u>Jonathan Voris</u>, <u>Jill Jermyn</u>, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings (electronic) of the Cyber Infrastructure Protection (CIP) Conference. September 2012, New York, NY. *(Invited paper)*

115. "*All Your Face Are Belong to Us: Breaking Facebook's Social Authentication*"

Iasonas Polakis, Marco Lancini, George Kontaxis, Federico Maggi, Sotiris Ioannidis, **Angelos D. Keromytis**, and Stefano Zanero. In Proceedings of the 28*th* Annual Computer Security Applications Conference (ACSAC), pp. 399 - 408. December 2012, Orlando, FL. *(Acceptance rate: 19%)*

114. "*Self-healing Multitier Architectures Using Cascading Rescue Points*"

Angelika Zavou, Georgios Portokalidis, and **Angelos D. Keromytis**. In Proceedings of the 28*th* Annual Computer Security Applications Conference (ACSAC), pp. 379 - 388. December 2012, Orlando, FL. *(Acceptance rate: 19%)*

113. "*Adaptive Defenses for Commodity Software Through Virtual Application Partitioning*"

Dimitris Geneiatakis, Georgios Portokalidis, Vasileios P. Kemerlis, and **Angelos D. Keromytis**. In Proceedings of the 19*th* ACM Conference on Computer and Communications Security (CCS), pp. 133 - 144. October 2012, Raleigh, NC. *(Acceptance rate: 18.9%)*

112. "*Privacy-Preserving Social Plugins*"

George Kontaxis, Michalis Polychronakis, **Angelos D. Keromytis**, and Evangelos P. Markatos. In Proceedings of the 21*st* USENIX Security Symposium, pp. 631 - 646. August 2012, Bellevue, WA. *(Acceptance rate: 19.4%)*

111. "*kGuard: Lightweight Kernel Protection against Return-to-user Attacks*"

Vasileios P. Kemerlis, Georgios Portokalidis, and **Angelos D. Keromytis**. In Proceedings of the 21*st* USENIX Security Symposium, pp. 459 - 474. August 2012, Bellevue, WA. *(Acceptance rate: 19.4%)*

110. "*Towards a Universal Data Provenance Framework using Dynamic Instrumentation*"

Eleni Gessiou, Vasilis Pappas, Elias Athanasopoulos, **Angelos D. Keromytis**, and Sotiris Ioannidis. In Proceedings of the 27*th* IFIP International Information Security and Privacy Conference (SEC), pp. 103 - 114. June 2012, Heraclion, Crete, Greece. *(Acceptance rate: 25%)*

109. "*Smashing the Gadgets: Hindering Return-Oriented Programming Using In-Place Code Randomization*"

Vasilis Pappas, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 33*rd* IEEE Symposium on Security & Privacy (S&P), pp. 601 - 615. May 2012, San Francisco, CA. *(Acceptance rate: 13%)*

108. "*libdft: Practical Dynamic Data Flow Tracking for Commodity Systems*"

Vasileios P. Kemerlis, Georgios Portokalidis, Kangkook Jee, and **Angelos D. Keromytis**. In Proceedings of the 8*th* ACM SIGPLAN/SIGOPS International Conference on Virtual Execution Environments (VEE), pp. 121 - 132. March 2012, London, UK.

107. "*A General Approach for Efficiently Accelerating Software-based Dynamic Data Flow Tracking on Commodity Hardware*"

Kangkook Jee, Georgios Portokalidis, Vasileios P. Kemerlis, Soumyadeep Ghosh, David I. August, and **Angelos D. Keromytis**. In Proceedings of the 19*th* Internet Society (ISOC) Symposium on Network and Distributed Systems Security (SNDSS). February 2012, San Diego, CA. *(Acceptance rate: 17.8%)*

106. "*A Multilayer Overlay Network Architecture for Enhancing IP Services Availability Against DoS*"

Dimitris Geneiatakis, Georgios Portokalidis, and **Angelos D. Keromytis**. In Proceedings of the 7*th* International Conference on Information Systems Security (ICISS), pp. 322 - 336. December 2011, Kolkata, India. *(Acceptance rate: 22.8%)*

105. "*ROP Payload Detection Using Speculative Code Execution*"

Michalis Polychronakis and **Angelos D. Keromytis**. In Proceedings of the 6*th* International Conference on Malicious and Unwanted Software (MALWARE), pp. 58 - 65. October 2011, Fajardo, PR. (**Best Paper Award**)

104. "*Detecting Traffic Snooping in Tor Using Decoys*"

Sambuddho Chakravarty, Georgios Portokalidis, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the 14*th* International Symposium on Recent Advances in Intrusion Detection (RAID), pp. 222 - 241. September 2011, Menlo Park, CA. *(Acceptance rate: 23%)*

103. "*Measuring the Deployment Hiccups of DNSSEC*"

Vasilis Pappas and **Angelos D. Keromytis**. In Proceedings of the International Conference on Advances in Computing and Communications (ACC), Part III, pp. 44 - 54. July 2011, Kochi, India. *(Acceptance rate: 39%)*

102. "*Misuse Detection in Consent-based Networks*"

Mansoor Alicherry and **Angelos D. Keromytis**. In Proceedings of the 9*th* International Conference on Applied Cryptography and Network Security (ACNS), pp. 38 - 56. June 2011, Malaga, Spain. *(Acceptance rate: 18%)*

101. "*Retrofitting Security in COTS Software with Binary Rewriting*"

Padraig O'Sullivan, Kapil Anand, Aparna Kothan, Matthew Smithson, Rajeev Barua, and **Angelos D. Keromytis**. In Proceedings of the 26*th* IFIP International Information Security Conference (SEC), pp. 154 - 172. June 2011, Lucerne, Switzerland. *(Acceptance rate: 24%)*

100. "*Fast and Practical Instruction-Set Randomization for Commodity Systems*"

Georgios Portokalidis and **Angelos D. Keromytis**. In Proceedings of the 26*th* Annual Computer Security Applications Conference (ACSAC), pp. 41 - 48. December 2010, Austin, TX. *(Acceptance rate: 17%)*

99. "*An Adversarial Evaluation of Network Signaling and Control Mechanisms*"

Kangkook Jee, Stelios Sidiroglou-Douskos, Angelos Stavrou, and **Angelos D. Keromytis**. In Proceedings of the 13*th* International Conference on Information Security and Cryptology (ICISC). December 2010, Seoul, Korea.

98. "*Evaluation of a Spyware Detection System using Thin Client Computing*"

Vasilis Pappas, Brian M. Bowen, and **Angelos D. Keromytis**. In Proceedings of the 13*th* International Conference on Information Security and Cryptology (ICISC), pp. 222 - 232. December 2010, Seoul, Korea.

97. "*Crimeware Swindling without Virtual Machines*"

<u>Vasilis Pappas</u>, <u>Brian M. Bowen</u>, and **Angelos D. Keromytis**. In Proceedings of the 13th Information Security Conference (ISC), pp. 196 - 202. October 2010, Boca Raton, FL. (Acceptance rate: 27.6%)

96. *"iLeak: A Lightweight System for Detecting Inadvertent Information Leaks"*

<u>Vasileios P. Kemerlis</u>, <u>Vasilis Pappas</u>, <u>Georgios Portokalidis</u>, and **Angelos D. Keromytis**. In Proceedings of the 6th European Conference on Computer Network Defense (EC2ND), pp. 21 - 28. October 2010, Berlin, Germany.

95. *"Traffic Analysis Against Low-Latency Anonymity Networks Using Available Bandwidth Estimation"*

<u>Sambuddho Chakravarty</u>, Angelos Stavrou, and **Angelos D. Keromytis**. In Proceedings of the 15th European Symposium on Research in Computer Security (ESORICS), pp. 249 - 267. September 2010, Athens, Greece. (Acceptance rate: 20%)

94. *"BotSwindler: Tamper Resistant Injection of Believable Decoys in VM-Based Hosts for Crimeware Detection"*

<u>Brian M. Bowen</u>, <u>Pratap Prabhu</u>, <u>Vasileios P. Kemerlis</u>, Stelios Sidiroglou, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the 13th International Symposium on Recent Advances in Intrusion Detection (RAID), pp. 118 - 137. September 2010, Ottawa, Canada. (Acceptance rate: 23.5%)

93. *"An Analysis of Rogue AV Campaigns"*

<u>Marco Cova</u>, Corrado Leita, Olivier Thonnard, **Angelos D. Keromytis**, and Marc Dacier. In Proceedings of the 13th International Symposium on Recent Advances in Intrusion Detection (RAID), pp. 442 - 463. September 2010, Ottawa, Canada. (Acceptance rate: 23.5%)

92. *"DIPLOMA: Distributed Policy Enforcement Architecture for MANETs"*

<u>Mansoor Alicherry</u> and **Angelos D. Keromytis**. In Proceedings of the 4th International Conference on Network and System Security (NSS), pp. 89 - 98. September 2010, Melbourne, Australia. (Acceptance rate: 26%)

91. *"Automating the Injection of Believable Decoys to Detect Snooping" (Short Paper)*

<u>Brian M. Bowen</u>, <u>Vasileios Kemerlis</u>, <u>Pratap Prabhu</u>, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the 3rd ACM Conference on Wireless Network Security (WiSec), pp. 81 - 86. March 2010, Hoboken, NJ. (Acceptance rate: 21%)

90. *"BARTER: Behavior Profile Exchange for Behavior-Based Admission and Access Control in MANETs"*

<u>Vanessa Frias-Martinez</u>, Salvatore J. Stolfo, and **Angelos D. Keromytis**. In Proceedings of the 5th International Conference on Information Systems Security (ICISS), pp. 193 - 207. December 2009, Kolkata, India. (Acceptance rate: 19.8%)

89. *"A Survey of Voice Over IP Security Research"*

**Angelos D. Keromytis**. In Proceedings of the 5th International Conference on Information Systems Security (ICISS), pp. 1 - 17. December 2009, Kolkata, India. (Invited paper)

88. *"A Network Access Control Mechanism Based on Behavior Profiles"*

<u>Vanessa Frias-Martinez</u>, <u>Joseph Sherrick</u>, Salvatore J. Stolfo, and **Angelos D. Keromytis**. In Proceedings of the 25th Annual Computer Security Applications Conference (ACSAC), pp. 3 - 12. December 2009, Honolulu, HI. (Acceptance rate: 20%)

87. *"Gone Rogue: An Analysis of Rogue Security Software Campaigns"*

<u>Marco Cova</u>, Corrado Leita, <u>Olivier Thonnard</u>, **Angelos D. Keromytis**, and Marc Dacier. In Proceedings of the 5th European Conference on Computer Network Defense (EC2ND), pp. 1 - 3. November 2009, Milan, Italy. (Invited paper)

86. *"Baiting Inside Attackers Using Decoy Documents"*

<u>Brian M. Bowen</u>, Shlomo Hershkop, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the 5th International ICST Conference on Security and Privacy in Communication Networks (SecureComm), pp. 51 - 70. September 2009, Athens, Greece. (Acceptance rate: 25.3%)

85. *"Deny-by-Default Distributed Security Policy Enforcement in Mobile Ad Hoc Networks (Short Paper)"*

<u>Mansoor Alicherry</u>, **Angelos D. Keromytis**, and Angelos Stavrou. In Proceedings of the 5th International ICST Conference on Security and Privacy in Communication Networks (SecureComm), pp. 41 - 50. September 2009, Athens, Greece. (Acceptance rate: 34.7%)

84. *"Adding Trust to P2P Distribution of Paid Content"*

<u>Alex Sherman</u>, Angelos Stavrou, Jason Nieh, **Angelos D. Keromytis**, and Clifford Stein. In Proceedings of the 12th Information Security Conference (ISC), pp. 459 - 474. September 2009, Pisa, Italy. (Acceptance rate: 27.6%)

83. *"A2M: Access-Assured Mobile Desktop Computing"*

Angelos Stavrou, Ricardo A. Baratto, **Angelos D. Keromytis**, and Jason Nieh. In Proceedings of the 12th Information Security Conference (ISC), pp. 186 - 201. September 2009, Pisa, Italy. (Acceptance rate: 27.6%)

82. *"F3ildCrypt: End-to-End Protection of Sensitive Information in Web Services"*

<u>Matthew Burnside</u> and **Angelos D. Keromytis**. In Proceedings of the 12th Information Security Conference (ISC), pp. 491 - 506. September 2009, Pisa, Italy. (Acceptance rate: 27.6%)

81. *"DoubleCheck: Multi-path Verification Against Man-in-the-Middle Attacks"*

<u>Mansoor Alicherry</u> and **Angelos D. Keromytis**. In Proceedings of the IEEE Symposium on Computers and Communications (ISCC), pp. 557 - 563. July 2009, Sousse, Tunisia. (Acceptance rate: 36%)

80. *"Voice over IP: Risks, Threats and Vulnerabilities"*

**Angelos D. Keromytis**. In Proceedings (electronic) of the Cyber Infrastructure Protection (CIP) Conference. June 2009, New York, NY. (Invited paper)

79. *"Capturing Information Flow with Concatenated Dynamic Taint Analysis"*

Hyung Chan Kim, **Angelos D. Keromytis**, Michael Covington, and Ravi Sahita. In Proceedings of the 4th International Conference on Availability, Reliability and Security (ARES), pp. 355 - 362. March 2009, Fukuoka, Japan. (Acceptance rate: 25%)

78. *"ASSURE: Automatic Software Self-healing Using REscue points"*

Stelios Sidiroglou, Oren Laadan, Nico Viennot, Carlos-René Pérez, **Angelos D. Keromytis**, and Jason Nieh. In Proceedings of the 14th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS), pp. 37 - 48. March 2009, Washington, DC. *(Acceptance rate: 25.6%)*

77. *"Spectrogram: A Mixture-of-Markov-Chains Model for Anomaly Detection in Web Traffic"*

Yingbo Song, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the 16th Internet Society (ISOC) Symposium on Network and Distributed Systems Security (SNDSS), pp. 121 - 135. February 2009, San Diego, CA. *(Acceptance rate: 11.7%)*

76. *"Constructing Variable-Length PRPs and SPRPs from Fixed-Length PRPs"*

Debra L. Cook, Moti Yung, and **Angelos D. Keromytis**. In Proceedings of the 4th International Conference on Information Security and Cryptology (Inscrypt), pp. 157 - 180. December 2008, Beijing, China. *(Acceptance rate: 17.5%)*

75. *"Behavior-Profile Clustering for False Alert Reduction in Anomaly Detection Sensors"*

Vanessa Frias-Martinez, Salvatore J. Stolfo, and **Angelos D. Keromytis**. In Proceedings of the 24th Annual Computer Security Applications Conference (ACSAC), pp. 367 - 376. December 2008, Anaheim, CA. *(Acceptance rate: 24.2%)*

74. *"Authentication on Untrusted Remote Hosts with Public-key Sudo"*

Matthew Burnside, Mack Lu, and **Angelos D. Keromytis**. In Proceedings of the 22nd USENIX Large Installation Systems Administration (LISA) Conference, pp. 103 - 107. November 2008, San Diego, CA.

73. *"Behavior-Based Network Access Control: A Proof-of-Concept"*

Vanessa Frias-Martinez, Salvatore J. Stolfo, and **Angelos D. Keromytis**. In Proceedings of the 11th Information Security Conference (ISC), pp. 175 - 190. Taipei, Taiwan, September 2008. *(Acceptance rate: 23.9%)*

72. *"Path-based Access Control for Enterprise Networks"*

Matthew Burnside and **Angelos D. Keromytis**. In Proceedings of the 11th Information Security Conference (ISC), pp. 191 - 203. Taipei, Taiwan, September 2008. *(Acceptance rate: 23.9%)*

71. *"Methods for Linear and Differential Cryptanalysis of Elastic Block Ciphers"*

Debra L. Cook, Moti Yung, and **Angelos D. Keromytis**. In Proceedings of the 13th Australasian Conference on Information Security and Privacy (ACISP), pp. 187 - 202. July 2008, Wollongong, Australia.*(Acceptance rate: 29.7%)*

70. *"Pushback for Overlay Networks: Protecting against Malicious Insiders"*

Angelos Stavrou, Michael E. Locasto, and **Angelos D. Keromytis**. In Proceedings of the 6th International Conference on Applied Cryptography and Network Security (ACNS), pp 39 - 54. June 2008, New York, NY. *(Acceptance rate: 22.9%)*

69. *"Casting out Demons: Sanitizing Training Data for Anomaly Sensors"*

Gabriela F. Cretu, Angelos Stavrou, Michael E. Locasto, Salvatore J. Stolfo, and **Angelos D. Keromytis**. In Proceedings of the IEEE Symposium on Security & Privacy (S&P), pp. 81 - 95. May 2008, Oakland, CA. *(Acceptance rate: 11.2%)*

68. *"Taming the Devil: Techniques for Evaluating Anonymized Network Data"*

Scott E. Coull, Charles V. Wright, **Angelos D. Keromytis**, Fabian Monrose, and Michael K. Reiter. In Proceedings of the 15th Internet Society (ISOC) Symposium on Network and Distributed Systems Security (SNDSS), pp. 125 - 135. February 2008, San Diego, CA. *(Acceptance rate: 17.8%)*

67. *"SSARES: Secure Searchable Automated Remote Email Storage"*

Adam J. Aviv, Michael E. Locasto, Shaya Potter, and **Angelos D. Keromytis**. In Proceedings of the 23rd Annual Computer Security Applications Conference (ACSAC), pp. 129 - 138. December 2007, Miami Beach, FL. *(Acceptance rate: 22%)*

66. *"On the Infeasibility of Modeling Polymorphic Shellcode"*

Yingbo Song, Michael E. Locasto, Angelos Stavrou, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the 14th ACM Conference on Computer and Communications Security (CCS), pp. 541 - 551. October/November 2007, Alexandria, VA. *(Acceptance rate: 18.1%)*

65. *"Defending Against Next Generation Attacks Through Network/Endpoint Collaboration and Interaction"*

Spiros Antonatos, Michael E. Locasto, Stelios Sidiroglou, **Angelos D. Keromytis**, and Evangelos P. Markatos. In Proceedings of the 3rd European Conference on Computer Network Defense (EC2ND). October 2007, Heraclion, Greece. *(Invited paper)*

64. *"Elastic Block Ciphers in Practice: Constructions and Modes of Encryption"*

Debra L. Cook, Moti Yung, and **Angelos D. Keromytis**. In Proceedings of the 3rd European Conference on Computer Network Defense (EC2ND). October 2007, Heraclion, Greece.

63. *"The Security of Elastic Block Ciphers Against Key-Recovery Attacks"*

Debra L. Cook, Moti Yung, and **Angelos D. Keromytis**. In Proceedings of the 10th Information Security Conference (ISC), pp. 89 - 103. Valparaiso, Chile, October 2007. *(Acceptance rate: 25%)*

62. *"Characterizing Self-healing Software Systems"*

**Angelos D. Keromytis**. In Proceedings of the 4th International Conference on Mathematical Methods, Models and Architectures for Computer Networks Security (MMM-ACNS), pp. 22 - 33. September 2007, St. Petersburg, Russia. *(Invited paper)*

61. *"A Study of Malcode-Bearing Documents"*

Wei-Jen Li, Salvatore J. Stolfo, Angelos Stavrou, Elli Androulaki, and **Angelos D. Keromytis**. In Proceedings of the 4th GI International Conference on Detection of Intrusions & Malware, and Vulnerability Assessment (DIMVA), pp. 231 - 250. July 2007, Lucerne, Switzerland. *(Acceptance rate: 21%)*

60. *"From STEM to SEAD: Speculative Execution for Automated Defense"*

Michael E. Locasto, Angelos Stavrou, Gabriela F. Cretu, and **Angelos D. Keromytis**. In Proceedings of the USENIX Annual Technical Conference, pp. 219 - 232. June 2007, Santa Clara, CA. *(Acceptance rate: 18.75%)*

59. *"Using Rescue Points to Navigate Software Recovery (Short Paper)"*

Stelios Sidiroglou, Oren Laadan, **Angelos D. Keromytis**, and Jason Nieh. In Proceedings of the IEEE Symposium on Security & Privacy (S&P), pp. 273 - 278. May 2007, Oakland, CA. *(Acceptance rate: 8.3%)*

58. *"Mediated Overlay Services (MOSES): Network Security as a Composable Service"*

Stelios Sidiroglou, Angelos Stavrou, and **Angelos D. Keromytis**. In Proceedings of the *IEEE Sarnoff Symposium*. May 2007, Princeton, NJ. *(Invited paper)*

57. *"Elastic Block Ciphers: The Basic Design"*

Debra L. Cook, Moti Yung, and **Angelos D. Keromytis**. In Proceedings of the *2nd ACM Symposium on InformAtion, Computer and Communications Security (ASIACCS)*, pp. 350 - 355. March 2007, Singapore.

56. *"Robust Reactions to Potential Day-Zero Worms through Cooperation and Validation"*

Kostas G. Anagnostakis, Michael B. Greenwald, Sotiris Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the *9th Information Security Conference (ISC)*, pp. 427 - 442. August/September 2006, Samos, Greece. *(Acceptance rate: 20.2%)*

55. *"Low Latency Anonymity with Mix Rings"*

Matthew Burnside and **Angelos D. Keromytis**. In Proceedings of the *9th Information Security Conference (ISC)*, pp. 32 - 45. August/September 2006, Samos, Greece. *(Acceptance rate: 20.2%)*

54. *"W3Bcrypt: Encryption as a Stylesheet"*

Angelos Stavrou, Michael E. Locasto, and **Angelos D. Keromytis**. In Proceedings of the *4th International Conference on Applied Cryptography and Network Security (ACNS)*, pp. 349 - 364. June 2006, Singapore.

53. *"Software Self-Healing Using Collaborative Application Communities"*

Michael E. Locasto, Stelios Sidiroglou, and **Angelos D. Keromytis**. In Proceedings of the *13th Internet Society (ISOC) Symposium on Network and Distributed Systems Security (SNDSS)*, pp. 95 - 106. February 2006, San Diego, CA. *(Acceptance rate: 13.6%)*

52. *"Remotely Keyed Cryptographics: Secure Remote Display Access Using (Mostly) Untrusted Hardware"*

Debra L. Cook, Ricardo A. Baratto, and **Angelos D. Keromytis**. In Proceedings of the *7th International Conference on Information and Communications Security (ICICS)*, pp. 363 - 375. December 2005, Beijing, China. *(Acceptance rate: 17.4%)*

51. *"e-NeXSh: Achieving an Effectively Non-Executable Stack and Heap via System-Call Policing"*

Gaurav S. Kc and **Angelos D. Keromytis**. In Proceedings of the *21st Annual Computer Security Applications Conference (ACSAC)*, pp. 259 - 273. December 2005, Tucson, AZ. *(Acceptance rate: 19.6%)*

50. *"Action Amplification: A New Approach To Scalable Administration"*

Kostas G. Anagnostakis and **Angelos D. Keromytis**. In Proceedings of the *13th IEEE International Conference on Networks (ICON)*, vol. 2, pp. 862 - 867. November 2005, Kuala Lumpur, Malaysia.

49. *"A Repeater Encryption Unit for IPv4 and IPv6"*

Norimitsu Nagashima and **Angelos D. Keromytis**. In Proceedings of the *13th IEEE International Conference on Networks (ICON)*, vol. 1, pp. 335 - 340. November 2005, Kuala Lumpur, Malaysia.

48. *"Countering DoS Attacks With Stateless Multipath Overlays"*

Angelos Stavrou and **Angelos D. Keromytis**. In Proceedings of the *12th ACM Conference on Computer and Communications Security (CCS)*, pp. 249 - 259. November 2005, Alexandria, VA. *(Acceptance rate: 15.2%)*

47. *"A Dynamic Mechanism for Recovering from Buffer Overflow Attacks"*

Stelios Sidiroglou, Giannis Giovanidis, and **Angelos D. Keromytis**. In Proceedings of the *8th Information Security Conference (ISC)*, pp. 1 - 15. September 2005, Singapore. *(Acceptance rate: 14%)*

46. *"gore: Routing-Assisted Defense Against DDoS Attacks"*

Stephen T. Chou, Angelos Stavrou, John Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the *8th Information Security Conference (ISC)*, pp. 179 - 193. September 2005, Singapore. *(Acceptance rate: 14%)*

45. *"FLIPS: Hybrid Adaptive Intrusion Prevention"*

Michael E. Locasto, Ke Wang, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the *8th International Symposium on Recent Advances in Intrusion Detection (RAID)*, pp. 82 - 101. September 2005, Seattle, WA. *(Acceptance rate: 20.4%)*

44. *"Detecting Targeted Attacks Using Shadow Honeypots"*

Kostas G. Anagnostakis, Stelios Sidiroglou, Periklis Akritidis, Konstantinos Xinidis, Evangelos P. Markatos, and **Angelos D. Keromytis**. In Proceedings of the *14th USENIX Security Symposium*, pp. 129 - 144. August 2005, Baltimore, MD. *(Acceptance rate: 14%)*

43. *"The Bandwidth Exchange Architecture"*

David Michael Turner, Vassilis Prevelakis, and **Angelos D. Keromytis**. In Proceedings of the *10th IEEE Symposium on Computers and Communications (ISCC)*, pp. 939 - 944. June 2005, Cartagena, Spain.

42. *"An Email Worm Vaccine Architecture"*

Stelios Sidiroglou, John Ioannidis, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the *1st Information Security Practice and Experience Conference (ISPEC)*, pp. 97 - 108. April 2005, Singapore.

41. *"Building a Reactive Immune System for Software Services"*

Stelios Sidiroglou, Michael E. Locasto, Stephen W. Boyd, and **Angelos D. Keromytis**. In Proceedings of the *USENIX Annual Technical Conference*, pp. 149 - 161. April 2005, Anaheim, CA. *(Acceptance rate: 20.3%)*

40. *"Conversion and Proxy Functions for Symmetric Key Ciphers"*

Debra L. Cook and **Angelos D. Keromytis**. In Proceedings of the *IEEE International Conference on Information Technology: Coding and Computing (ITCC), Information and Security (IAS) Track*, pp. 662 - 667. April 2005, Las Vegas, NV.

39. *"The Effect of DNS Delays on Worm Propagation in an IPv6 Internet"*

Abhinav Kamra, Hanhua Feng, Vishal Misra, and **Angelos D. Keromytis**. In Proceedings of *IEEE INFOCOM*, vol. 4, pp. 2405 - 2414. March 2005, Miami, FL. *(Acceptance rate: 17%)*

38. *"MOVE: An End-to-End Solution To Network Denial of Service"*

*Angelos Stavrou*, **Angelos D. Keromytis**, Jason Nieh, Vishal Misra, and Dan Rubenstein. In Proceedings of the 12th *Internet Society (ISOC) Symposium on Network and Distributed Systems Security (SNDSS)*, pp. 81 - 96. February 2005, San Diego, CA. *(Acceptance rate: 12.9%)*

37. "*CryptoGraphics: Secret Key Cryptography Using Graphics Cards*"

*Debra L. Cook*, John Ioannidis, **Angelos D. Keromytis**, and Jake Luck. In Proceedings of the *RSA Conference, Cryptographer's Track (CT-RSA)*, pp. 334 - 350. February 2005, San Francisco, CA.

36. "*The Dual Receiver Cryptogram and Its Applications*"

*Ted Diament*, *Homin K. Lee*, **Angelos D. Keromytis**, and Moti Yung. In Proceedings of the 11th *ACM Conference on Computer and Communications Security (CCS)*, pp. 330 - 343. October 2004, Washington, DC. *(Acceptance rate: 13.9%)*

35. "*Hydan: Hiding Information in Program Binaries*"

*Rakan El-Khalil* and **Angelos D. Keromytis**. In Proceedings of the 6th *International Conference on Information and Communications Security (ICICS)*, pp. 187 - 199. October 2004, Malaga, Spain. *(Acceptance rate: 16.9%)*

34. "*Recursive Sandboxes: Extending Systrace To Empower Applications*"

*Aleksey Kurchuk* and **Angelos D. Keromytis**. In Proceedings of the 19th *IFIP International Information Security Conference (SEC)*, pp. 473 - 487. August 2004, Toulouse, France. *(Acceptance rate: 22%)*

33. "*SQLrand: Preventing SQL Injection Attacks*"

*Stephen W. Boyd* and **Angelos D. Keromytis**. In Proceedings of the 2nd *International Conference on Applied Cryptography and Network Security (ACNS)*, pp. 292 - 302. June 2004, Yellow Mountain, China. *(Acceptance rate: 12.1%)*

32. "*CamouflageFS: Increasing the Effective Key Length in Cryptographic Filesystems on the Cheap*"

*Michael E. Locasto* and **Angelos D. Keromytis**. In Proceedings of the 2nd *International Conference on Applied Cryptography and Network Security (ACNS)*, pp. 1 - 15. June 2004, Yellow Mountain, China. *(Acceptance rate: 12.1%)*

31. "*A Pay-per-Use DoS Protection Mechanism For The Web*"

*Angelos Stavrou*, John Ioannidis, **Angelos D. Keromytis**, Vishal Misra, and Dan Rubenstein. In Proceedings of the 2nd *International Conference on Applied Cryptography and Network Security (ACNS)*, pp. 120 - 134. June 2004, Yellow Mountain, China. *(Acceptance rate: 12.1%)*

30. "*Dealing with System Monocultures*"

**Angelos D. Keromytis** and Vassilis Prevelakis. In Proceedings (electronic) of the *NATO Information Systems Technology (IST) Panel Symposium on Adaptive Defense in Unclassified Networks*. April 2004, Toulouse, France.

29. "*Managing Access Control in Large Scale Heterogeneous Networks*"

**Angelos D. Keromytis**, *Kostas G. Anagnostakis*, *Sotiris Ioannidis*, Michael Greenwald, and Jonathan M. Smith. In Proceedings (electronic) of the *NATO NC3A Symposium on Interoperable Networks for Secure Communications (INSC)*. November 2003, The Hague, Netherlands.

28. "*Countering Code-Injection Attacks With Instruction-Set Randomization*"

*Gaurav S. Kc*, **Angelos D. Keromytis**, and Vassilis Prevelakis. In Proceedings of the 10th *ACM International Conference on Computer and Communications Security (CCS)*, pp. 272 - 280. October 2003, Washington, DC. *(Acceptance rate: 13.8%)* **(ACM CCS 2013 Test of Time Award)**

27. "*Using Graphic Turing Tests to Counter Automated DDoS Attacks Against Web Servers*"

*William G. Morein*, *Angelos Stavrou*, *Debra L. Cook*, **Angelos D. Keromytis**, Vishal Misra, and Dan Rubenstein. In Proceedings of the 10th *ACM International Conference on Computer and Communications Security (CCS)*, pp. 8 - 19. October 2003, Washington, DC. *(Acceptance rate: 13.8%)*

26. "*EasyVPN: IPsec Remote Access Made Easy*"

*Mark C. Benvenuto* and **Angelos D. Keromytis**. In Proceedings of the 17th *USENIX Large Installation Systems Administration (LISA) Conference*, pp. 87 - 93. October 2003, San Diego, CA. *(Acceptance rate: 25%)*

25. "*A Cooperative Immunization System for an Untrusting Internet*"

*Kostas G. Anagnostakis*, Michael B. Greenwald, *Sotiris Ioannidis*, **Angelos D. Keromytis**, and *Dekai Li*. In Proceedings of the 11th *IEEE International Conference on Networks (ICON)*, pp. 403 - 408. September/October 2003, Sydney, Australia.

24. "*Accelerating Application-Level Security Protocols*"

*Matthew Burnside* and **Angelos D. Keromytis**. In Proceedings of the 11th *IEEE International Conference on Networks (ICON)*, pp. 313 - 318. September/October 2003, Sydney, Australia.

23. "*WebSOS: Protecting Web Servers From DDoS Attacks*"

*Debra L. Cook*, *William G. Morein*, **Angelos D. Keromytis**, Vishal Misra, and Dan Rubenstein. In Proceedings of the 11th *IEEE International Conference on Networks (ICON)*, pp. 455 - 460. September/October 2003, Sydney, Australia.

22. "*TAPI: Transactions for Accessing Public Infrastructure*"

Matt Blaze, John Ioannidis, *Sotiris Ioannidis*, **Angelos D. Keromytis**, Pekka Nikander, and Vassilis Prevelakis. In Proceedings of the 8th *IFIP Personal Wireless Communications (PWC) Conference*, pp. 90 - 100. September 2003, Venice, Italy.

21. "*Tagging Data In The Network Stack: mbuf_tags*"

**Angelos D. Keromytis**. In Proceedings of the *USENIX BSD Conference (BSDCon)*, pp. 125 - 131. September 2003, San Mateo, CA.

20. "*The Design of the OpenBSD Cryptographic Framework*"

**Angelos D. Keromytis**, Jason L. Wright, and Theo de Raadt. In Proceedings of the *USENIX Annual Technical Conference*, pp. 181 - 196. June 2003, San Antonio, TX. *(Acceptance rate: 23%)*

19. "*Secure and Flexible Global File Sharing*"

*Stefan Miltchev*, Vassilis Prevelakis, *Sotiris Ioannidis*, John Ioannidis, **Angelos D. Keromytis**, and Jonathan M. Smith. In Proceedings of the *USENIX Annual Technical Conference, Freenix Track*, pp. 165 - 178. June 2003, San Antonio, TX.

18. *"Experience with the KeyNote Trust Management System: Applications and Future Directions"*
Matt Blaze, John Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the 1st International Conference on Trust Management, pp. 284 - 300. May 2003, Heraclion, Greece.

17. *"The STRONGMAN Architecture"*
**Angelos D. Keromytis**, <u>Sotiris Ioannidis</u>, Michael B. Greenwald, and Jonathan M. Smith. In Proceedings of the 3rd DARPA Information Survivability Conference and Exposition (DISCEX III), volume 1, pp. 178 - 188. April 2003, Washington, DC.

16. *"Efficient, DoS-Resistant, Secure Key Exchange for Internet Protocols"*
William Aiello, Steven M. Bellovin, Matt Blaze, Ran Canetti, John Ioannidis, **Angelos D. Keromytis**, and Omer Reingold. In Proceedings of the 9th ACM International Conference on Computer and Communications Security (CCS), pp. 48 - 58. November 2002, Washington, DC. *(Acceptance rate: 17.6%)*

15. *"Secure Overlay Services"*
**Angelos D. Keromytis**, Vishal Misra, and Dan Rubenstein. In Proceedings of the *ACM SIGCOMM Conference*, pp. 61 - 72. August 2002, Pittsburgh, PA. Also available through the *ACM Computer Communications Review (SIGCOMM Proceedings)*, vol. 32, no. 4, October 2002. *(Acceptance rate: 8.3%)*

14. *"Using Overlays to Improve Network Security"*
**Angelos D. Keromytis**, Vishal Misra, and Dan Rubenstein. In Proceedings of the *ITCom Conference*, special track on *Scalability and Traffic Control in IP Networks*, pp. 245 - 254. July/August 2002, Boston, MA. *(Invited paper)*

13. *"Designing an Embedded Firewall/VPN Gateway"*
Vassilis Prevelakis and **Angelos D. Keromytis**. In Proceedings of the *International Network Conference (INC)*, pp. 313 - 322. July 2002, Plymouth, England. **(Best Paper Award)**

12. *"A Study of the Relative Costs of Network Security Protocols"*
<u>Stefan Miltchev</u>, <u>Sotiris Ioannidis</u>, and **Angelos D. Keromytis**. In Proceedings of the *USENIX Annual Technical Conference, Freenix Track*, pp. 41 - 48. June 2002, Monterey, CA.

11. *"A Secure Plan (Extended Version)"*
<u>Michael W. Hicks</u>, **Angelos D. Keromytis**, and Jonathan M. Smith. In Proceedings of the *DARPA Active Networks Conference and Exposition (DANCE)*, pp. 224 - 237. May 2002, San Francisco, CA. *(Extended version of the paper IWAN 1999 paper.)*

10. *"Fileteller: Paying and Getting Paid for File Storage"*
John Ioannidis, <u>Sotiris Ioannidis</u>, **Angelos D. Keromytis**, and Vassilis Prevelakis. In Proceedings of the 6th Financial Cryptography (FC) Conference, pp. 282 - 299. March 2002, Bermuda. *(Acceptance rate: 25.6%)*

9. *"Offline Micropayments without Trusted Hardware"*
Matt Blaze, John Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the 5th Financial Cryptography (FC) Conference, pp. 21 - 40. February 2001, Cayman Islands.

8. *"Trust Management for IPsec"*
Matt Blaze, John Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the 8th Internet Society (ISOC) Symposium on Network and Distributed Systems Security (SNDSS) , pp. 139 - 151. February 2001, San Diego, CA. *(Acceptance rate: 24%)*

7. *"Implementing a Distributed Firewall"*
<u>Sotiris Ioannidis</u>, **Angelos D. Keromytis**, Steven M. Bellovin, and Jonathan M. Smith. In Proceedings of the 7th ACM International Conference on Computer and Communications Security (CCS), pp. 190 - 199. November 2000, Athens, Greece. *(Acceptance rate: 21.4%)*

6. *"Implementing Internet Key Exchange (IKE)"*
Niklas Hallqvist and **Angelos D. Keromytis**. In Proceedings of the *USENIX Annual Technical Conference, Freenix Track*, pp. 201 - 214. June 2000, San Diego, CA.

5. *"Transparent Network Security Policy Enforcement"*
**Angelos D. Keromytis** and Jason Wright. In Proceedings of the *USENIX Annual Technical Conference, Freenix Track*, pp. 215 - 226. June 2000, San Diego, CA.

4. *"Cryptography in OpenBSD: An Overview"*
Theo de Raadt, Niklas Hallqvist, Artur Grabowski, ***Angelos D. Keromytis***, and *Niels Provos*. In Proceedings of the *USENIX Annual Technical Conference, Freenix Track*, pp. 93 - 101. June 1999, Monterey, CA.

3. *"DHCP++: Applying an efficient implementation method for fail-stop cryptographic protocols"*
<u>William A. Arbaugh</u>, ***Angelos D. Keromytis***, and Jonathan M. Smith. In Proceedings of the *IEEE Global Internet (GlobeCom)*, pp. 59 - 65. November 1998, Sydney, Australia.

2. *"Automated Recovery in a Secure Bootstrap Process"*
<u>William A. Arbaugh</u>, ***Angelos D. Keromytis***, David J. Farber, and Jonathan M. Smith. In Proceedings of the 5th Internet Society (ISOC) Symposium on Network and Distributed System Security (SNDSS), pp. 155 - 167. March 1998, San Diego, CA. An older version is available as *University of Pennsylvania Technical Report MS-CIS-97-13*.

1. *"Implementing IPsec"*
***Angelos D. Keromytis***, John Ioannidis, and Jonathan M. Smith. In Proceedings of the *IEEE Global Internet (GlobeCom)*, pp. 1948 - 1952. November 1997, Phoenix, AZ.

# Books/Book Chapters

24. *"A Methodology for Retrofitting Privacy and Its Application to e-Shopping Transactions"*
Jesus Diaz, Seung Geol Choi, David Arroyo, **Angelos D. Keromytis**, Francisco B. Rodriguez, and Moti Yung. In *"Advances in Cyber Security: Principles, Techniques, and Applications"*, Kuan-Ching Li, Xiaofeng Chen, Willy Susilo (editors), pp. 143 - 183. Springer, 2019.

23. *"Practical Software Diversification Using In-Place Code Randomization"*
Vasilis Pappas, Michalis Polychronakis, and **Angelos D. Keromytis**. In "*Moving Target Defense II: Application of Game Theory and Adversarial Modeling*", Sushil Jajodia, Anup K. Ghosh, V. S. Subrahmanian, Vipin Swarup, Cliff Wang, and X. Sean Wang (editors), pp. 169 - 196. Springer, 2012.

22. *Proceedings of the 2012 Financial Cryptography and Data Security (FC) Conference*
**Angelos D. Keromytis** (editor). Lecture Notes in Computer Science (LNCS) 7397. Springer, 2012.

21. *"Voice over IP Security: A Comprehensive Survey of Vulnerabilities and Academic Research"*
**Angelos D. Keromytis**. Springer Briefs, ISBN 978-1-4419-9865-1, April 2011.

20. *"Buffer Overflow Attacks"*
**Angelos D. Keromytis**. In *Encyclopedia of Cryptography and Security, 2nd Edition*, pp. 174 - 177. Springer, 2011.

19. *"Network Bandwidth Denial of Service (DoS)"*
**Angelos D. Keromytis**. In *Encyclopedia of Cryptography and Security, 2nd Edition*, pp. 836 - 838. Springer, 2011.

18. *"Monitoring Technologies for Mitigating Insider Threats"*
Brian M. Bowen, Malek Ben Salem, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In *Insider Threats in Cyber Security and Beyond*, Matt Bishop, Dieter Gollman, Jeffrey Hunker, and Christian Probst (editors), pp. 197 - 218. Springer, 2010.

17. *"Voice over IP: Risks, Threats, and Vulnerabilities"*
**Angelos D. Keromytis**. In *Cyber Infrastructure Security*, Tarek Saadawi and Louis Jordan (editors). Strategic Study Institute (SSI), 2010.

16. *Proceedings of the 2008 New Security Paradigms Workshop (NSPW)*
**Angelos D. Keromytis**, Anil Somayaji, and M. Hossain Heydari (editors).

15. *Proceedings of the 6th International Conference on Applied Cryptography and Network Security (ACNS)*
Steven M. Bellovin, Rosario Gennaro, **Angelos D. Keromytis**, and Moti Yung (editors). Lecture Notes in Computer Science (LNCS). Springer, 2008.

14. *"Insider Attack and Cyber Security: Beyond the Hacker"*
Salvatore J. Stolfo, Steven M. Bellovin, **Angelos D. Keromytis**, Sara Sinclair, and Sean W. Smith (editors). Advances in Information Security Series, ISBN 978-0387773216. Springer, 2008.

13. *Proceedings of the 2007 New Security Paradigms Workshop (NSPW)*
Kostantin Beznosov (Editor), **Angelos D. Keromytis** (editor), and M. Hossain Heydari (Editor).

12. *"The Case for Self-Healing Software"*
**Angelos D. Keromytis**. In *Aspects of Network and Information Security: Proceedings NATO Advanced Studies Institute (ASI) on Network Security and Intrusion Detection, held in Nork, Yerevan, Armenia, October 2006*, E. Haroutunian, E. Kranakis, and E. Shahbazian (editors). IOS Press, 2007. *(By invitation, as part of the NATO ASI on Network Security, October 2005.)*

11. *"Designing Firewalls: A Survey"*
**Angelos D. Keromytis** and Vassilis Prevelakis. In *Network Security: Current Status and Future Directions*, Christos Douligeris and Dimitrios N. Serpanos (editors), pp. 33 - 49. Wiley - IEEE Press, April 2007.

10. *"Composite Hybrid Techniques for Defending against Targeted Attacks"*
Stelios Sidiroglou and **Angelos D. Keromytis**. In *Malware Detection*, vol. 27 of Advances in Information Security Series, Mihai Christodorescu, Somesh Jha, Douglas Maughan, Dawn Song, and Cliff Wang (editors). Springer, October 2006. *(By invitation, as part of the ARO/DHS 2005 Workshop on Malware Detection.)*

9. *"Trusted computing platforms and secure Operating Systems"*
**Angelos D. Keromytis**. In *Phishing and Countermeasures: Understanding the Increasing Problem of Electronic Identity Theft*, Markus Jakobsson and Steven Myers (editors), pp. 387 - 405. Wiley, 2006.

8. *"CryptoGraphics: Exploiting Graphics Cards for Security"*
Debra Cook and **Angelos D. Keromytis**. Advances in Information Security Series, ISBN 0-387-29015-X. Springer, 2006.

7. *Proceedings of the 3rd Workshop on Rapid Malcode (WORM)*
**Angelos D. Keromytis** (editor). ACM Press, 2005.

6. *Proceedings of the 3rd International Conference on Applied Cryptography and Network Security (ACNS)*
John Ioannidis, **Angelos D. Keromytis**, and Moti Yung (editors). Lecture Notes in Computer Science (LNCS) 3531. Springer, 2005.

5. *"Distributed Trust"*
John Ioannidis and **Angelos D. Keromytis**. In *Practical Handbook of Internet Computing*, Munindar Singh (editor), pp. 47/1 - 47/16. CRC Press, 2004.

4. *"Experiences Enhancing Open Source Security in the POSSE Project"*
Jonathan M. Smith, Michael B. Greenwald, Sotiris Ioannidis, **Angelos D. Keromytis**, Ben Laurie, Douglas Maughan, Dale Rahn, and Jason L. Wright. In *Free/Open Source Software Development*, Stefan Koch (editor), pp. 242 - 257. Idea Group Publishing, 2004. Also re-published in *Global Information Technologies: Concepts, Methodologies, Tools, and Applications*, Felix B. Tan (editor), pp. 1587 - 1598. Idea Group Publishing, 2007.

3. *"STRONGMAN: A Scalable Solution to Trust Management in Networks"*
**Angelos D. Keromytis**. Ph.D. Thesis, University of Pennsylvania, November 2001.

2. *"The Role of Trust Management in Distributed Systems Security"*
Matt Blaze, Joan Feigenbaum, John Ioannidis, and **Angelos D. Keromytis**. In *Secure Internet Programming: Issues in Distributed and Mobile Object Systems*, Jan Vitek and Christian Jensen (editors), pp. 185 - 210. Springer-Verlag Lecture Notes in Computer Science *State-of-the-Art* series, 1999.

1. *"Security in Active Networks"*
D. Scott Alexander, William A. Arbaugh, **Angelos D. Keromytis**, and Jonathan M. Smith. In *Secure Internet Programming: Issues in Distributed and Mobile Object Systems*, Jan Vitek and Christian Jensen (editors), pp. 433 - 451. Springer-Verlag

Lecture Notes in Computer Science *State-of-the-Art* series, 1999.

# Workshops

51. "*Harnessing the Power of LLMs in Hardware Trojan Design*"

Georgios Kokolakis, Athanasios Moschos, and Angelos D. Keromytis. *In Proceedings of the 5th Workshop on Artificial Intelligence in Hardware Security (AIHWS), March 2024, Abu Dhabi, UAE.*

50. "*That's the Way the Cookie Crumbles: Evaluating HTTPS Enforcing Mechanisms*"

Suphannee Sivakorn, **Angelos D. Keromytis**, and Jason Polakis. In Proceedings of the *15th Workshop on Privacy in the Electronic Society (WPES)*, pp. 71 - 81. October 2016, Vienna, Austria. *(Acceptance rate: 19.4%)*

49. "*Privacy Threats in E-Shopping (Position Paper)*"

Jesus Diaz, Seung Geol Choi, David Arroyo, **Angelos D. Keromytis**, Francisco B. Rodriguez, and Moti Yung. In Proceedings of the *10th Data Privacy Management International Workshop (DPM)*, pp. 217 - 225. September 2015, Vienna, Austria.

48. "*Security and Privacy Measurements on Social Networks: Experiences and Lessons Learned*"

Iasonas Polakis, Federico Maggi, Stefano Zanero, and **Angelos D. Keromytis**. In Proceedings of the *3rd International Workshop on Building Analysis Datasets and Gathering Experience Returns for Security (BADGERS)*. September 2014, Wroclaw, Poland.

47. "*Computational Decoys for Cloud Security*"

George Kontaxis, Michalis Polychronakis, and **Angelos D. Keromytis**. In Proceedings of the *ARO Workshop on Cloud Security*, pp. 261 - 270. March 2013, Fairfax, VA.

46. "*Exploiting Split Browsers for Efficiently Protecting User Data*"

Angelika Zavou, Elias Athanasopoulos, Georgios Portokalidis, and **Angelos D. Keromytis**. In Proceedings of the *ACM Cloud Computing Security Workshop (CCSW)*, pp. 37 - 42. October 2012, Raleigh, NC.

45. "*The MEERKATS Cloud Security Architecture*"

**Angelos D. Keromytis**, Roxana Geambasu, Simha Sethumadhavan, Salvatore J. Stolfo, Junfeng Yang, Azzedine Benameur, Marc Dacier, Matthew Elder, Darrell Kienzle, and Angelos Stavrou. In Proceedings of the *3rd International Workshop on Security and Privacy in Cloud Computing (ICDCS-SPCC)*, pp. 446 - 450. June 2012, Macao, China.

44. "*Fog Computing: Mitigating Insider Data Theft Attacks in the Cloud*"

Salvatore J. Stolfo, Malek Ben Salem, and **Angelos D. Keromytis**. In Proceedings of the *Workshop on Research for Insider Threat (WRIT)*. May 2012, San Francisco, CA.

43. "*REASSURE: A Self-contained Mechanism for Healing Software Using Rescue Points*"

Georgios Portokalidis and **Angelos D. Keromytis**. In Proceedings of the *6th International Workshop on Security (IWSEC)*, pp. 16 - 32. November 2011, Tokyo, Japan. **(Best Paper Award)**

42. "*Taint-Exchange: a Generic System for Cross-process and Cross-host Taint Tracking*"

Angeliki Zavou, Georgios Portokalidis, and **Angelos D. Keromytis**. In Proceedings of the *6th International Workshop on Security (IWSEC)*, pp. 113 - 128. November 2011, Tokyo, Japan.

41. "*The MINESTRONE Architecture: Combining Static and Dynamic Analysis Techniques for Software Security*"

**Angelos D. Keromytis**, Salvatore J. Stolfo, Junfeng Yang, Angelos Stavrou, Anup Ghosh, Dawson Engler, Marc Dacier, Matthew Elder, and Darrell Kienzle. In Proceedings of the *1st Workshop on Systems Security (SysSec)*. July 2011, Amsterdam, Netherlands.

40. "*The SPARCHS Project: Hardware Support for Software Security*"

Simha Sethumadhavan, Salvatore J. Stolfo, David Augur, **Angelos D. Keromytis**, and Junfeng Yang. In Proceedings of the *1st Workshop on Systems Security (SysSec)*. July 2011, Amsterdam, Netherlands.

39. "*Towards a Forensic Analysis for Multimedia Communication Services*"

Dimitris Geneiatakis and **Angelos D. Keromytis**. In Proceedings of the *7th International Symposium on Frontiers in Networking with Applications (FINA)*, pp. 424 - 429. March 2011, Biopolis, Singapore.

38. "*Security Research with Human Subjects: Informed Consent, Risk, and Benefits*"

Maritza Johnson, Steven M. Bellovin, and **Angelos D. Keromytis**. In Proceedings of the *2nd Workshop on Ethics in Computer Security Research (WECSR)*. March 2011, Saint Lucia.

37. "*Global ISR: Toward a Comprehensive Defense Against Unauthorized Code Execution*"

Georgios Portokalidis and **Angelos D. Keromytis**. In Proceedings of the *ARO Workshop on Moving Target Defense*, pp. 49 - 76. October 2010, Fairfax, VA.

36. "*Securing MANET Multicast Using DIPLOMA*"

Mansoor Alicherry and **Angelos D. Keromytis**. In Proceedings of the *5th International Workshop on Security (IWSEC)*, pp. 232 - 250. November 2010, Kobe, Japan. *(Acceptance rate: 29%)*

35. "*Evaluating a Collaborative Defense Architecture for MANETs*"

Mansoor Alicherry, Angelos Stavrou, and **Angelos D. Keromytis**. In Proceedings (electronic) of the *IEEE Workshop on Collaborative Security Technologies (CoSec)*, pp. 37 - 42. December 2009, Bangalore, India. *(Acceptance rate: 17.2%)*

34. "*Identifying Proxy Nodes in a Tor Anonymization Circuit*"

Sambuddho Chakravarty, Angelos Stavrou, and **Angelos D. Keromytis**. In Proceedings of the *2nd Workshop on Security and Privacy in Telecommunications and Information Systems (SePTIS)*, pp. 633 - 639. December 2008, Bali, Indonesia. *(Acceptance rate: 37.5%)*

33. "*Online Network Forensics for Automatic Repair Validation*"

Michael E. Locasto, *Matthew Burnside*, and **Angelos D. Keromytis**. In Proceedings of the *3rd International Workshop on Security (IWSEC)*, pp. 136 - 151. November 2008, Kagawa, Japan. *(Acceptance rate: 19.1%)*

32. *"Return Value Predictability for Self-Healing"*

    Michael E. Locasto, Angelos Stavrou, *Gabriela F. Cretu*, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the *3rd International Workshop on Security (IWSEC)*, pp. 152 - 166. November 2008, Kagawa, Japan. *(Acceptance rate: 19.1%)*

31. *"Asynchronous Policy Evaluation and Enforcement"*

    *Matthew Burnside* and **Angelos D. Keromytis**. In Proceedings of the *2nd Computer Security Architecture Workshop (CSAW)*, pp. 45 - 50. October 2008, Fairfax, VA.

30. *"Race to the bottom: Malicious Hardware"*

    **Angelos D. Keromytis**, Simha Sethumadhavan, and Ken Shepard. In Proceedings of the *1st FORWARD Invitational Workshop for Identifying Emerging Threats in Information and Communication Technology Infrastructures*. April 2008, Goteborg, Sweden. *(Invited paper)*

29. *"Arachne: Integrated Enterprise Security Management"*

    *Matthew Burnside* and **Angelos D. Keromytis**. In Proceedings of the *8th Annual IEEE SMC Information Assurance Workshop (IAW)*, pp. 214 - 220. June 2007, West Point, NY.

28. *"Poster Paper: Band-aid Patching"*

    *Stelios Sidiroglou, Sotiris Ioannidis*, and **Angelos D. Keromytis**. In Proceedings of the *3rd Workshop on Hot Topics in System Dependability (HotDep)*, pp. 102 - 106. June 2007, Edinburgh, UK.

27. *"Data Sanitization: Improving the Forensic Utility of Anomaly Detection Systems"*

    *Gabriela F. Cretu, Angelos Stavrou*, Salvatore J. Stolfo, and **Angelos D. Keromytis**. In Proceedings of the *3rd Workshop on Hot Topics in System Dependability (HotDep)*, pp. 64 - 70. June 2007, Edinburgh, UK.

26. *"Bridging the Network Reservation Gap Using Overlays"*

    *Angelos Stavrou, David Michael Turner*, **Angelos D. Keromytis**, and Vassilis Prevelakis. In Proceedings of the *1st Workshop on Information Assurance for Middleware Communications (IAMCOM)*, pp. 1 - 6. January 2007, Bangalore, India.

25. *"Next Generation Attacks on the Internet"*

    Evangelos P. Markatos and **Angelos D. Keromytis**. In Proceedings (electronic) of the *EU-US Summit Series on Cyber Trust: Workshop on System Dependability & Security*, pp. 67 - 73. November 2006, Dublin, Ireland. *(Invited paper)*

24. *"Dark Application Communities"*

    *Michael E. Locasto, Angelos Stavrou*, and **Angelos D. Keromytis**. In Proceedings of the *New Security Paradigms Workshop (NSPW)*, pp. 11 - 18. September 2006, Schloss Dagstuhl, Germany.

23. *"Privacy as an Operating System Service"*

    *Sotiris Ioannidis, Stelios Sidiroglou*, and **Angelos D. Keromytis**. In Proceedings (electronic) of the *1st Workshop on Hot Topics in Security (HotSec)*. July 2006, Vancouver, Canada.

22. *"PalProtect: A Collaborative Security Approach to Comment Spam"*

    *Benny Wong, Michael E. Locasto*, and **Angelos D. Keromytis**. In Proceedings of the *7th Annual IEEE SMC Information Assurance Workshop (IAW)*, pp. 170 - 177. June 2006, West Point, NY.

21. *"Adding a Flow-Oriented Paradigm to Commodity Operating Systems"*

    *Christian Soviani*, Stephen A. Edwards, and **Angelos D. Keromytis**. In Proceedings of the *Workshop on Interaction between Operating System and Computer Architecture (IOSCA)*, held in conjunction with the IEEE International Symposium on Workload Characterization, pp. 1 - 6. October 2005, Austin, TX.

20. *"Speculative Virtual Verification: Policy-Constrained Speculative Execution"*

    *Michael E. Locasto, Stelios Sidiroglou*, and **Angelos D. Keromytis**. In Proceedings of the *New Security Paradigms Workshop (NSPW)*, pp. 119 - 124. September 2005, Lake Arrowhead, CA.

19. *"Application Communities: Using Monoculture for Dependability"*

    *Michael E. Locasto, Stelios Sidiroglou*, and **Angelos D. Keromytis**. In Proceedings of the *1st Workshop on Hot Topics in System Dependability (HotDep)*, held in conjunction with the International Conference on Dependable Systems and Networks (DSN), pp. 288 - 292. June 2005, Yokohama, Japan.

18. *"Towards Collaborative Security and P2P Intrusion Detection"*

    *Michael E. Locasto, Janak Parekh*, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the *6th Annual IEEE SMC Information Assurance Workshop (IAW)*, pp. 333 - 339. June 2005, West Point, NY.

17. *"FlowPuter: A Cluster Architecture Unifying Switch, Server and Storage Processing"*

    Alfred V. Aho, **Angelos D. Keromytis**, Vishal Misra, Jason Nieh, Kenneth A. Ross, and Yechiam Yemini. In Proceedings of the *1st International Workshop on Data Processing and Storage Networking: towards Grid Computing (DPSN)*, pp. 2/1 - 2/7. May 2004, Athens, Greece.

16. *"One Class Support Vector Machines for Detecting Anomalous Windows Registry Accesses"*

    *Katherine Heller, Krysta Svore*, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the *ICDM Workshop on Data Mining for Computer Security*, held in conjunction with the *3rd International IEEE Conference on Data Mining*, pp. 2 - 9. November 2003, Melbourn, FL.

15. *"A Holistic Approach to Service Survivability"*

    **Angelos D. Keromytis**, *Janak Parekh, Philip N. Gross*, Gail Kaiser, Vishal Misra, Jason Nieh, Dan Rubenstein, and Salvatore J. Stolfo. In Proceedings of the *1st ACM Workshop on Survivable and Self-Regenerative Systems (SSRS)*, held in conjunction with the *10th ACM International Conference on Computer and Communications Security (CCS)*, pp. 11 - 22. October 2003, Fairfax, VA.

14. *"High-Speed I/O: The Operating System As A Signalling Mechanism"*

*Matthew Burnside* and **Angelos D. Keromytis**. In Proceedings of the *ACM SIGCOMM Workshop on Network-I/O Convergence: Experience, Lessons, Implications (NICELI)*, held in conjunction with the *ACM SIGCOMM Conference*, pp. 220 - 227. August 2003, Karlsruhe, Germany.

13. "*A Network Worm Vaccine Architecture*"

    *Stelios Sidiroglou* and **Angelos D. Keromytis**. In Proceedings of the *12th IEEE International Workshops on Enabling Technologies: Infrastructure for Collaborative Enterprises (WETICE), Workshop on Enterprise Security*, pp. 220 - 225. June 2003, Linz, Austria.

12. "*Design and Implementation of Virtual Private Services*"

    *Sotiris Ioannidis*, Steven M. Bellovin, John Ioannidis, **Angelos D. Keromytis**, and Jonathan M. Smith. In Proceedings of the *12th IEEE International Workshops on Enabling Technologies: Infrastructure for Collaborative Enterprises (WETICE), Workshop on Enterprise Security, Special Session on Trust Management in Collaborative Global Computing*, pp. 269 - 274. June 2003, Linz, Austria.

11. "*WebDAVA: An Administrator-Free Approach To Web File-Sharing*"

    *Alexander Levine*, Vassilis Prevelakis, John Ioannidis, *Sotiris Ioannidis*, and **Angelos D. Keromytis**. In Proceedings of the *12th IEEE International Workshops on Enabling Technologies: Infrastructure for Collaborative Enterprises (WETICE), Workshop on Distributed and Mobile Collaboration*, pp. 59 - 64. June 2003, Linz, Austria.

10. "*Protocols for Anonymity in Wireless Networks*"

    Matt Blaze, John Ioannidis, **Angelos D. Keromytis**, Tal Malkin, and Avi Rubin. In Proceedings of the *11th International Workshop on Security Protocols*. April 2003, Cambridge, England.

9. "*xPF: Packet Filtering for Low-Cost Network Monitoring*"

    *Sotiris Ioannidis*, *Kostas G. Anagnostakis*, John Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the *Workshop on High Performance Switching and Routing (HPSR)*, pp. 121 - 126. May 2002, Kobe, Japan.

8. "*Toward Understanding the Limits of DDoS Defenses*"

    Matt Blaze, John Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the *10th International Workshop on Security Protocols*, Springer-Verlag Lecture Notes in Computer Science, vol. 2467. April 2002, Cambridge, England.

7. "*Toward A Unified View of Intrusion Detection and Security Policy*"

    Matt Blaze, **Angelos D. Keromytis**, and Salvatore J. Stolfo. In Proceedings of the *10th International Workshop on Security Protocols*, Springer-Verlag Lecture Notes in Computer Science, vol. 2467. April 2002, Cambridge, England.

6. "*Efficient, DoS-resistant, Secure Key Exchange for Internet Protocols*"

    William Aiello, Steven M. Bellovin, Matt Blaze, Ran Canetti, John Ioannidis, **Angelos D. Keromytis**, and Omer Reingold. In Proceedings of the *9th International Workshop on Security Protocols*, Springer-Verlag Lecture Notes in Computer Science, vol. 2133, pp. 40 - 48. April 2001, Cambridge, England.

5. "*Scalable Resource Control in Active Networks*"

    *Kostas G. Anagnostakis*, *Michael W. Hicks*, *Sotiris Ioannidis*, **Angelos D. Keromytis**, and Jonathan M. Smith. In Proceedings of the *2nd International Workshop for Active Networks (IWAN)*, pp. 343 - 357. October 2000, Tokyo, Japan.

4. "*A Secure Plan*"

    *Michael W. Hicks* and **Angelos D. Keromytis**. In Proceedings of the *1st International Workshop for Active Networks (IWAN)*, pp. 307 - 314. June - July 1999, Berlin, Germany. An extended version is available as *University of Pennsylvania Technical Report MS-CIS-99-14*, and was also published in the Proceedings of the *DARPA Active Networks Conference and Exposition (DANCE)*, May 2002.

3. "*Trust Management and Network Layer Security Protocols*"

    Matt Blaze, John Ioannidis, and **Angelos D. Keromytis**. In Proceedings of the *7th International Workshop on Security Protocols*, Springer-Verlag Lecture Notes in Computer Science, vol. 1796, pp. 103 - 108. April 1999, Cambridge, England.

2. "*The SwitchWare Active Network Implementation*"

    *D. Scott Alexander*, *Michael W. Hicks*, *Pankaj Kakkar*, **Angelos D. Keromytis**, *Marianne Shaw*, *Jonathan T. Moore*, Carl A. Gunter, *Trevor Jim*, Scott M. Nettles, and Jonathan M. Smith. In Proceedings of the *ACM SIGPLAN Workshop on ML*, held in conjunction with the *International Conference on Functional Programming (ICFP)*, pp. 67 - 76. September 1998, Baltimore, MD.

1. "*KeyNote: Trust Management for Public-Key Infrastructures*"

    Matt Blaze, Joan Feigenbaum, and **Angelos D. Keromytis**. In Proceedings of the *6th International Workshop on Security Protocols*, Springer-Verlag Lecture Notes in Computer Science, vol. 1550, pp. 59 - 63. April 1998, Cambridge, England. Also available as *AT&T Technical Report 98.11.1*.

# Additional Publications

10. "*Backing Visionary Entrepreneurs: Realising the Deep-Tech Entrepreneurial Talent of Europe*"

    Cheryl Martin, Jes Broeng, Julien Chiaroni, Arnaud Cottet, Lars Frolund, **Angelos Dennis Keromytis**, Florian Muellerhausen, and Mirjam Storim. Report of the EIC Expert Group on Design of the EIC Marketplace and Tech-to-Market Activities, April 2022.

9. "*Implementing the pro-active management of the EIC for breakthrough technologies & innovations: Lessons from the ARPA model & other international practices*"

    Lars Frolund, Jes Broeng, Julien Chiaroni, Carsten Dreher, Franz-Werner Haas, **Angelos Dennis Keromytis**, Cheryl Martin, Fiona Murray, Marie-Elisabeth Rusling, and Spela Stres. Directorate-General for Research and Innovation Enhanced European Innovation Council (EIC) Pilot, November 2020.

8. *"Transport Layer Security (TLS) Authorization Using KeyNote"*
   **Angelos D. Keromytis**. *Request For Comments (RFC) 6042,* October 2010.
7. *"X.509 Key and Signature Encoding for the KeyNote Trust Management System"*
   **Angelos D. Keromytis**. *Request For Comments (RFC) 5708,* January 2010.
6. *"SSARES: Secure Searchable Automated Remote Email Storage"*
   <u>Adam J. Aviv</u>, <u>Michael E. Locasto</u>, <u>Shaya Potter</u>, and **Angelos D. Keromytis**. In the Columbia Computer Science Student Research Symposium, Fall 2006.
5. *"IP Security Policy Requirements"*
   Matt Blaze, **Angelos D. Keromytis**, Michael Richardson, and Luis Sanchez. *Request For Comments (RFC) 3586,* August 2003.
4. *"On the Use of Stream Control Transmission Protocol (SCTP) with IPsec"*
   Steven M. Bellovin, John Ioannidis, **Angelos D. Keromytis**, and Randal R. Stewart. *Request For Comments (RFC) 3554,* June 2003.
3. *"The Use of HMAC-RIPEMD-160-96 within ESP and AH"*
   <u>**Angelos D. Keromytis**</u> and <u>Niels Provos</u>. *Request For Comments (RFC) 2857,* June 2000.
2. *"DSA and RSA Key and Signature Encoding for the KeyNote Trust Management System"*
   Matt Blaze, John Ioannidis, and <u>**Angelos D. Keromytis**</u>. *Request For Comments (RFC) 2792,* March 2000.
1. *"The KeyNote Trust-Management System, Version 2"*
   Matt Blaze, Joan Feigenbaum, John Ioannidis, and <u>**Angelos D. Keromytis**</u>. *Request For Comments (RFC) 2704,* September 1999.

# Technical Reports/Works in Progress

22. *"The Design and Implementation of an Open-Source Hardware Trojan for a 64-bit RISC-V CPU"*
    <u>Athanasios Moschos</u> and **Angelos D. Keromytis**. IACR Transactions on Cryptographic Hardware and Embedded Systems (TCHES), Poster Session, November 2022.
21. *"Recommendations from the Workshop on Open-source Software Security Initiative"*
    **Angelos D. Keromytis**, Workshop Report, September 2022.
20. *"Whole-of-Society Opportunities for Improving National Cybersecurity (WIN CYBER)"*
    Dr. Manos Antonakakis, LT GEN (Retired) Edward Cardon, Dr. **Angelos D. Keromytis**, and Dr. Jonathan M. Smith. Department of Defense Study, Final Report, August 2022.
    *"Symantec Report on Rogue Security Software, July 2008 - June 2009"*
    Marc Fossi, Dean Turner, Eric Johnson, Trevor Mack, Teo Adams, Joseph Blackbird, Mo King Low, David McKinney, Marc Dacier, **Angelos D. Keromytis**, Corrado Leita, <u>Marco Cova</u>, Jon Orbeton, and Olivier Thonnard. Symantec Technical Report, October 2009.
19. *"LinkWidth: A Method to Measure Link Capacity and Available Bandwidth using Single-End Probes"*
    <u>Sambuddho Chakravarty</u>, Angelos Stavrou, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-002-08,* January 2008.
18. *"Can P2P Replace Direct Download for Content Distribution?"*
    <u>Alex Sherman</u>, <u>Angelos Stavrou</u>, Jason Nieh, Cliff Stein, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-020-07,* March 2007.
17. *"A Model for Automatically Repairing Execution Integrity"*
    <u>Michael E. Locasto</u>, <u>Gabriela F. Cretu</u>, <u>Angelos Stavrou</u>, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-005-07,* January 2007.
16. *"Speculative Execution as an Operating System Service"*
    <u>Michael E. Locasto</u> and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-024-06,* May 2006.
15. *"Quantifying Application Behavior Space for Detection and Self-Healing"*
    <u>Michael E. Locasto</u>, <u>Angelos Stavrou</u>, <u>Gabriela F. Cretu</u>, **Angelos D. Keromytis**, and Salvatore J. Stolfo. *Columbia University Computer Science Department Technical Report CUCS-017-06,* April 2006.
14. *"Bloodhound: Searching Out Malicious Input in Network Flows for Automatic Repair Validation"*
    <u>Michael E. Locasto</u>, <u>Matthew Burnside</u>, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-016-06,* April 2006.
13. *"Binary-level Function Profiling for Intrusion Detection and Smart Error Virtualization"*
    <u>Michael E. Locasto</u> and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-002-06,* January 2006.
12. *"A General Analysis of the Security of Elastic Block Ciphers"*
    <u>Debra Cook</u>, Moti Yung, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-038-05,* September 2005.
11. *"The Pseudorandomness of Elastic Block Ciphers"*
    <u>Debra Cook</u>, Moti Yung, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-037-05,* September 2005.
10. *"PachyRand: SQL Randomization for the PostgreSQL JDBC Driver"*
    <u>Michael E. Locasto</u> and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-033-05,* August 2005.
9. *"Elastic Block Ciphers: The Feistel Cipher Case"*
    <u>Debra L. Cook</u>, Moti Yung, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-021-04,* May 2004.

8. *"Collaborative Distributed Intrusion Detection"*
   <u>Michael E. Locasto</u>, <u>Janak J. Parekh</u>, Salvatore J. Stolfo, **Angelos D. Keromytis**, Tal Malkin, and Vishal Misra. *Columbia University Computer Science Department Technical Report CUCS-012-04*, March 2004.

7. *"Elastic Block Ciphers"*
   <u>Debra L. Cook</u>, Moti Yung, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-010-04*, February 2004.

6. *"Just Fast Keying (JFK)"*
   William Aiello, Steven M. Bellovin, Matt Blaze, Ran Canetti, John Ioannidis, **Angelos D. Keromytis**, and Omer Reingold. *IETF IPsec Working Group*, April 2002,.

5. *"CASPER: Compiler-Assisted Securing of Programs at Runtime"*
   <u>Gaurav S. Kc</u>, Stephen A. Edwards, Gail E. Kaiser, and **Angelos D. Keromytis**. *Columbia University Computer Science Department Technical Report CUCS-025-02*, 2002.

4. *"The 'suggested ID' extension for IKE"*
   **Angelos D. Keromytis** and William Sommerfeld. *IETF IPsec Working Group*, November 2001.

3. *"SPKI: ShrinkWrap"*
   <u>**Angelos D. Keromytis**</u> and William A. Simpson. *IETF SPKI Working Group*, September 1997.

2. *"Active Network Encapsulation Protocol (ANEP)"*
   <u>D. Scott Alexander</u>, Bob Braden, Carl A. Gunter, Alden W. Jackson, <u>**Angelos D. Keromytis**</u>, Gary J. Minden, and <u>David Wetherall</u>. *Active Networks Group*, *DARPA Active Networks Project*, August 1997.

1. *"Creating Efficient Fail-Stop Cryptographic Protocols"*
   <u>**Angelos D. Keromytis**</u> and Jonathan M. Smith. *University of Pennsylvania Technical Report MS-CIS-96-32*, December 1996.

# Appendix C

# Robustness Testing of the Microsoft Win32 API

Charles P. Shelton
*ECE Department & ICES*
*Carnegie Mellon University*
*Pittsburgh, PA, USA*
*cshelton@cmu.edu*

Philip Koopman
*ECE Department*
*Carnegie Mellon University*
*Pittsburgh, PA, USA*
*koopman@cmu.edu*

*Kobey DeVale*
*ECE Department*
*Carnegie Mellon University*
*Pittsburgh, PA, USA*
*kdevale@ece.cmu.edu*

## Abstract

*Although Microsoft Windows is being deployed in mission-critical applications, little quantitative data has been published about its robustness. We present the results of executing over two million Ballista-generated exception handling tests across 237 functions and system calls involving six Windows variants, as well as similar tests conducted on the Linux operating system. Windows 95, Windows 98, and Windows CE were found to be vulnerable to complete system crashes caused by very simple C programs for several different functions. No system crashes were observed on Windows NT, Windows 2000, and Linux. Linux was significantly more graceful at handling exceptions from system calls in a program-recoverable manner than Windows NT and Windows 2000, but those Windows variants were more robust than Linux (with glibc) at handling C library exceptions. While the choice of operating systems cannot be made solely on the basis of one set of tests, it is hoped that such results will form a starting point for comparing dependability across heterogeneous platforms.*

## 1. Introduction

Different versions of the Microsoft Windows operating system (OS) are becoming popular for mission- and safety-critical applications. The Windows 95/98 OS family is the dominant OS used in personal computer systems, and Windows NT 4.0 has become increasingly popular in business applications. The United States Navy has adopted Windows NT as the official OS to be incorporated into onboard computer systems [15]. Windows CE and Windows NT Embedded are new alternatives for embedded operating systems. Thus, there is considerable market and economic pressure to adopt Windows systems for critical applications.

Unfortunately, Windows operating systems have acquired a general reputation of being less dependable than Unix-based operating systems. In particular, the infamous "Blue Screen Of Death" that is displayed as a result of Windows system crashes is perceived by many as being far more prevalent than the equivalent kernel panics of Unix operating systems. Additionally, it is a common (although meagerly documented) experience that Windows systems need to be rebooted more often than Unix systems. However, there is little if any quantitative data published on the dependability of Windows, and no objective way to predict whether the impending move to Windows 2000 will actually improve dependability over either Windows 98 or Windows NT.

Beyond the dependability of Windows itself, the comparative dependability of Windows and Unix-based systems such as Linux has become a recurring theme of discussion in the media and Internet forums. While the most that can usually be quantified is mean time between reboots (anecdotally, Unix systems are generally said to operate longer between reboots than Windows NT), issues such as system administration, machine usage, and the behavior of application programs, and even the stability of underlying hardware typically make such comparisons problematic. It would be useful to have a comparison of reliability between Windows and Unix systems based on direct, reproducible measurements on a reasonably level playing field.

The success of many critical systems requires dependable operation, and a significant component of system dependability can be a robust operating system. (Robustness is formally defined as the degree to which a software component functions correctly in the presence of exceptional inputs or stressful environmental conditions [6].) Of particular concern is the behavior of the system when confronted with exceptional operating conditions and consequent ex-

*This is a reprint plus appendices of a paper appearing in the International Conference on Dependable Systems and Networks, June 25-28, 2000. © 2000 IEEE. Personal use of this material is permitted. However, permission to reprint/republish this material for advertising or promotional purposes or for creating new collective works for resale or redistribution to servers or lists, or to reuse any copyrighted component of this work in other works must be obtained from the IEEE.*

ceptional data values. Because these instances are by definition not within the scope of designed operation, it is crucial that the system as a whole, and the OS in particular, react gracefully to prevent compromising critical operating requirements. (Some systems, such as clustered web servers, can be architected to withstand single-node failures; however there are many critical systems in the embedded computing world and mission-critical systems on desktops which cannot afford such redundancy, and which require highly dependable individual nodes.)

This paper presents a quantitative comparison of the vulnerability of six different versions of the Windows Win32 Application Programming Interface (API) to robustness failures caused by exceptional function or system call parameter values. These results are compared to the results of similarly testing Linux for exception handling robustness.

Exception handling tests are performed using the Ballista robustness testing harness [1] for both Windows and Linux. In order to perform a reasonable Windows-to-Linux comparison, 237 calls were selected for testing from the Win32 API, and matched with 183 calls of comparable functionality from the Linux API. Of these calls, 94 were C library functions that were tested with identical test cases in both APIs, with the balance of calls being system calls. Beyond C library functions, the calls selected for testing were common services used by many application programs such as memory management, file and directory system management, input/output (I/O), and process execution/control. The results are reported in groups rather than as individual functions to provide a reasonable basis for comparison in those areas where the APIs differ in the number and type of calls provided.

## 2. Background

The Ballista software testing methodology has been described in detail elsewhere [3], [9] and is publicly available as an Internet-based testing service [1] involving a central testing server and a portable testing client that was ported to Windows NT and Windows CE for this research. Thus, only a brief summary of Ballista testing operation will be given.

The Ballista testing methodology is a combination of software testing and fault injection approaches. Specifically selected exceptional values (selected via typical software testing strategies) are used to inject faults into a system via an API. For testing an OS, this involves selecting a set of functions and system calls to test, with each such Module under Test (MuT) being exercised in turn until a desired portion of the API is tested. Parameter test values are distinct values for a parameter of a certain data type that are randomly drawn from pools of predefined tests, with a

separate pool defined for each data type being tested. These pools of values contain exceptional as well as non-exceptional cases to avoid successful exception handling on one parameter from masking the potential effects of unsuccessful exception handling on some other parameter value. Each test case (the execution of a single MuT with a single test value selected for each required parameter in the call) is executed as a separate task to minimize the occurrence of cross-test interference. A single Ballista test case involves selecting a set of test values, executing constructors associated with those test values to initialize essential system state, executing a call to the MuT with the selected test values in its parameter list, measuring whether the MuT behaves in a robust manner in that situation, and cleaning up any lingering system state in preparation for the next test (including freeing memory and deleting temporary files).

Ballista testing looks only for non-robust responses from software, and does not test for correct functionality. This, combined with a data type-based testing strategy, rather than a functional testing strategy, results in a highly scalable testing approach in which the effort spent on test development tends to grow sub-linearly with the number of MuTs to be tested. An additional property of Ballista testing results is that in practice they have proven to be highly repeatable. Virtually all test results reproduce the same robustness problems every time a brief single-test program representing a single test case is executed.

Ballista uses the CRASH scale [9] to measure robust or non-robust responses from MuTs. CRASH is an acronym for the different robustness failures that can occur. In **C**atastrophic failures, the most severe robustness failure type, the application causes a complete system crash that requires an OS reboot for recovery. In **R**estart failures, the application enters a state where it "hangs" and will not continue normal operation, requiring an application restart for recovery. **A**bort failures are an abnormal termination of an application task as the result of a signal or thrown exception that is not specific enough to constitute a recoverable error condition unless the task elects (or is forced by default) to terminate and restart. **S**ilent failures occur when a function or call is performed with invalid parameter values, but the system reports that it was completed successfully instead of returning an error indication. Finally, **H**indering failures report an incorrect error indication such as the wrong error reporting code. Ballista can automatically detect Catastrophic, Restart, and Abort failures; Silent failures and Hindering failures currently can be detected in only some situations, and require manual analysis.

Earlier Ballista publications (e.g., [3], [8], [9]) describe the software testing and fault injection heritage of this approach. Ballista can be thought of as using software testing principles to perform fault injection at the API level instead

of the source code or object code level. The most closely related current research effort is the work done at Reliable Software Technologies on testing Windows NT [4], [5] in light of Ballista results on Unix systems. That work focuses on a broad coverage of functions for a single OS version with relatively simple testing values. Nonetheless, their results found many Abort-type failures in Windows NT, and a few Catastrophic failures that were caused by very complex execution sequences that could not be isolated for bug-reporting purposes. Other recent related work is the Fuzz project at the University of Wisconsin [12], [13], which has concentrated on Unix systems. There does not appear to be any previously published work that performs testing-oriented dependability comparisons of multiple Windows versions, nor comparisons of Windows to Unix robustness.

## 3.  Implementation

The existing Ballista testing system ran only on Unix systems. Thus, testing Windows required porting the client-side testing harness to Windows as well as creating Windows-specific test values and an inter-API comparison methodology.

### 3. 1.  Porting to Windows Desktop Systems

Porting the Ballista testing client software to the Windows platform faced many difficulties, chief among them the fact that Windows has no simple analog to the fork() system call implemented on POSIX systems (POSIX [7] is the standard for Unix). Thus it is more difficult to spawn a child process for each test case being executed. To overcome this, the Windows version of the Ballista test harness creates a memory-mapped file for each test case, writes data for that particular test case's parameters to this file, and then spawns the testing process. The testing process retrieves the data for the current test case from the memory location created by the calling process, and reports results for the test to that same memory location.

The Win32 API uses a thrown-exception error reporting model in addition to the error return code model (using the POSIX "errno" variable or the Win32 GetLastError() function) used by the POSIX API. While on POSIX systems Abort failures can be detected by simply monitoring the system for the occurrence of signals (most often SIGSEGV or SIGBUS), in Windows systems there are both legitimate and non-robust occurrences of thrown error reporting conditions. The Win32 API documentation [11], [14] does not provide sufficient information to make a per-function list of permissible and non-permissible thrown exceptions. For Windows testing, the Ballista test harness intercepted all integer and string exception values, and to be more than fair

in evaluation, assumed that all such exceptions were valid and recoverable. In normal operation, any unrecoverable exceptions trigger the Windows top-level exception filter and display an "Application Error" message window before terminating the program. We disabled this exception filter and replaced it with code that would record such an unrecoverable exception as an Abort failure. (This technique could in fact be used to improve the robustness of an application program, but only by restarting abnormally terminated tasks. That approach might be sufficiently robust for many users, but is considered to be non-robust at the application level by most of the critical-system designers we have had discussions with.)

There were additional challenges involved in porting the Ballista testing client to a Windows environment, such as obtaining a remote procedure call (RPC) package that was compatible with the Unix-based Ballista testing server's RPC implementation. Most UNIX systems use ONC RPC, but Windows only supports DCE RPC, so a third party ONC RPC Windows client had to be used. Most porting issues were related to differing OS interface architectures, and were not fundamental to the Ballista approach.

Because most Win32 calls have four or more parameters, a very large number of test cases could be generated without exhausting all potential combinations of test values for a single MuT. Therefore, testing was capped at 5000 randomly selected test cases per MuT. 72 Windows MuTs and 34 POSIX MuTs were capped at 5000 tests each (per OS) in this manner. All other MuTs performed exhaustive testing of all combinations with fewer than 5000 tests. In order to fairly compare the desktop Windows variants, the same pseudorandom sampling of test cases was performed in the same order for each system call or C function tested across the different Windows variants. Previous findings have indicated that this random sampling gives accurate results when compared to exhaustive testing of all combinations [9].

The Win32 and POSIX APIs use different data types. However, most of the Windows data types required were minor specializations of fairly generic C data types. In those cases, the same test values used in POSIX were simply used for testing Windows. The only major data type for which new test values had to be created for testing Windows was the HANDLE type. The tests for this type were largely created by inheriting tests from existing types and adding test cases in the same general vein as existing data type tests. Overall, the data values used for testing were selected based on experience with previous Ballista testing and a general background knowledge from the software testing literature [2].

3

## 3. 2.  Porting to Windows CE

The Ballista client for Windows NT does not work on the Windows CE platform because Windows CE is designed to be an embedded operating system that runs on specialized hardware for consumer electronics and mission-critical systems. These systems have tighter memory constraints than a normal desktop PC. Also, Windows CE programs must be compiled and linked for specific hardware using tools that run on Windows NT, and then downloaded to the Windows CE device.

To overcome this problem, the Ballista client was split into two components: the test generation and reporting functions that run on a Windows NT PC, and the test execution and control functions that run on the target Windows CE platform. For each system call or function tested, the test execution and control portion is compiled on the PC and downloaded to the Windows CE machine via a serial port connection. The test generation component running on the PC initiates each test case by starting the test execution process on the target and passing the parameter list via the command line arguments.

Windows CE provides a remote API that allows Windows NT applications to communicate with the Windows CE target using file I/O and process creation, but does not provide mechanisms for process synchronization or control. Therefore, the test execution component running on the target must create another process that actually runs the test and records the result in the target's file system. The NT process must remain idle and wait for this file to appear on the target to get the results of the current test case and report them. Unfortunately this means tests are several orders of magnitude slower than tests run on the other Windows OS versions, taking five to ten seconds per test case.

Error classification was also a problem on Windows CE. Windows CE does not support the normal C++ `try/catch` exception handling scheme, so we had to use the Win32 structured exception handling constructs, `__try/__except` and `__try/__finally`. We did not use these on the other Windows platforms because the Microsoft documentation [11] recommends using C++ `try/catch` whenever possible, and states that the two exception handling methods are mutually exclusive.

The exceptions that we observed on Windows CE appeared to be analogous to the signals thrown in POSIX systems. For example, the exception `EXCEPTION_ACCESS_VIOLATION` thrown in Windows CE is comparable to a `SIGSEGV` signal thrown in UNIX. Therefore, we classified these exceptions as abort failures. The only exceptions observed were `EXCEPTION_ACCESS_VIOLATION`, `EXCEPTION_DATATYPE_MISALIGNMENT`, and `EXCEPTION_STACK_OVERFLOW`.

## 3. 3.  Comparison methodology

Perhaps the greatest challenge in testing Windows systems and then comparing results to Linux was creating a reasonable comparison methodology. While C library functions are identical on both systems, the system calls have different functionality, different numbers of parameters, and somewhat different data types. However, the Ballista techniques of basing tests on data types and of normalized failure rate reporting were used to create an arguably fair comparison of exception handling test results.

Basing tests on data types rather than MuT functionality permits comparing APIs with similar functionality but different interfaces. Because the data type test definitions are nearly identical for both Windows and Linux, the same general tests in the same general proportions are being run regardless of functionality. Of course there is always the possibility of accidental bias. But, because the tests were originally developed specifically to find problems with POSIX systems by students who had no Windows programming experience, if anything the tests would be biased toward finding problems on the previous testing target of POSIX rather than specifically stressing Windows features.

Normalized failure rate data was used to permit comparison among different interfaces to similar functionality between Windows and Linux. Normalization is performed by computing the robustness failure rate on a per-MuT basis (number of test cases failed divided by number of test cases executed for each individual MuT). Then, the MuTs are grouped into comparable classes by functionality, such as all MuTs that perform memory management. The individual failure rates within each such group are averaged with uniform weights to provide a group failure rate, permitting relative comparisons among groups for all OS implementations. As an example, the I/O Primitives group consists of `{close dup dup2 fcntl fdatasync fsync lseek pipe read write}` for POSIX and `{AttachThreadInput CloseHandle DuplicateHandle FlushFileBuffers GetStdHandle LockFile LockFileEx ReadFile ReadFileEx SetFilePointer SetStdHandle UnlockFile UnlockFileEx WriteFile WriteFileEx}` for Win32. Robustness failure rates for the I/O Primitives group are computed by averaging the 10 individual failure rates for the POSIX calls, and comparing against the averaged result for the 15 individual Win32 call failure rates for some particular Windows implementation. While even this level of comparison obviously is not perfect, it has the virtue of encompassing the same set of higher-level functionality across two different APIs. For the purposes of achieving generic-level functionality comparisons, calls that did not have an obvious grouping counterpart for both POSIX and Windows were discarded.

4

**Table 1.  Robustness Failure rates by Module under Test (MuT) for Windows versions and Linux.**

| | System Calls Tested | System Calls with Catastrophic Failures | System Calls with Calculated Failure Rates | System Percent Restart Failures by Call | System Percent Abort Failures by Call | C Library Functions Tested | C Library Functions with Catastrophic Failures | C Library Functions with Calculated Failure Rates | C Library Percent Restart Failures by Function | C Library Percent Abort Failures by Function |
|---|---|---|---|---|---|---|---|---|---|---|
| Linux | 91 | 0 | 91 | 0.2% | 7.1% | 94 | 0 | 94 | 0.8% | 34.9% |
| Windows 95 | 133 | 7 | 126 | 0.1% | 11.6% | 94 | 1 | 93 | 0.02% | 24.7% |
| Windows 98 | 143 | 5 | 138 | 0.1% | 13.3% | 94 | 2 | 92 | 0.0% | 24.6% |
| Windows 98 SE | 143 | 6 | 137 | 0.1% | 12.9% | 94 | 1 | 93 | 0.0% | 25.0% |
| Windows NT | 143 | 0 | 143 | 0.3% | 23.5% | 94 | 0 | 94 | 0.01% | 24.6% |
| Windows 2000 | 143 | 0 | 143 | 0.4% | 22.7% | 94 | 0 | 94 | 0.05% | 24.1% |
| Windows CE | 71 | 10 | 61 | 0.1% | 13.3% | 82 (108) | 18 (27) | 64 | 0.0% | 14.0% |

| | Total MuTs (Functions + Calls) Tested | Overall MuTs with Catastrophic Failures | Overall MuTs with Calculated Failure Rates | Overall Percent Restart Failures by MuT | Overall Percent Abort Failures by MuT |
|---|---|---|---|---|---|
| Linux | 183 | 0 | 183 | 0.5% | 21.9% |
| Windows 95 | 227 | 8 | 219 | 0.08% | 17.2% |
| Windows 98 | 237 | 7 | 230 | 0.06% | 17.8% |
| Windows 98 SE | 237 | 7 | 230 | 0.06% | 17.8% |
| Windows NT | 237 | 0 | 237 | 0.20% | 23.9% |
| Windows 2000 | 237 | 0 | 237 | 0.23% | 23.3% |
| Windows CE | 153 (179) | 28 (37) | 125 | 0.04% | 13.7% |

In all, 3,430 distinct test values incorporated into 37 data types were available for testing POSIX, and 1,073 distinct test values incorporated into 43 data types were available for testing Windows.  Given the cap of 5000 tests per MuT, a total of over 148,000 tests were run on each implementation of the C library, plus an additional 380,000 tests on

each implementation of the Win32 API compared to 210,000 tests on the Linux system calls.

We did not test any functions in the Graphical Device Interface (GDI) or any Windows device driver specific code. Similarly, although we did not detect any obvious resource "leakage" during testing, we did not specifically target that type of failure mode for testing, nor did we test the systems under heavy loading conditions. While these are clearly potential sources of robustness problems, we elected to limit testing to comparable situations between Windows and Linux, and to restrict results to include only highly repeatable situations to lend confidence to the accuracy of the conclusions.

## 4.  Experimental Results

Ballista robustness testing was performed on the following operating systems on comparable Pentium-class computers with at least 64 megabytes of RAM:

- Windows 95 revision B
- Windows 98 with Service Pack 1 installed
- Windows 98 Second Edition (SE)/Service Pack 1
- Windows NT 4.0 Workstation/Service Pack 5
- Windows 2000 Professional Beta 3 (Build 2031)
- Windows CE 2.11 running on a Hewlett Packard Jornada 820 Handheld PC
- RedHat Linux 6.0 (Kernel version 2.2.5)

The Microsoft Visual C++ compiler (version 6.0) was used for all Windows systems, and the GNU C compiler (version 2.91.66) was used for the Linux system.  (Technically the results for C library testing are the result of the GNU development team and not Linux developers, but they are so prevalently used as a pair to implement POSIX functionality with the C binding that this seems a reasonable approach.)



**Figure 1. Comparative Windows and Linux robustness failure rates by functional category.**

**Table 2. Overall robustness failure rates by functional category. Catastrophic failure rates are excluded from numbers, but their presence is indicated by a "*".**

|  | System Calls | | | | | C Library | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Memory Management | File/Directory Access | I/O Primitives | Process Primitives | Process Environment | C char | C file I/O management | C memory | C I/O stream | C string | C time | C math |
| Linux | 0.08% | 8.8% | 0.4% | 6.6% | 9.1% | 30.4% | 73.5% | 27.8% | 80.4% | 28.0% | 13.2% | 2.6% |
| Windows 95 | *3.0% | *17.3% | *11.6% | *10.2% | *19.6% | 0.0% | 33.9% | 2.7% | *33.2% | 54.4% | 53.2% | 7.1% |
| Windows 98 | 3.1% | *17.3% | *12.5% | *12.4% | *23.1% | 0.0% | 33.3% | 2.7% | *38.6% | *52.1% | 52.0% | 7.1% |
| Windows 98 SE | 3.1% | *17.3% | *11.9% | *11.9% | *22.0% | 0.0% | 33.3% | 2.7% | *39.9% | *52.2% | 52.0% | 14.8% |
| Windows NT | 13.9% | 36.1% | 23.0% | 24.8% | 17.4% | 0.0% | 32.9% | 13.5% | 38.7% | 51.3% | 43.8% | 6.2% |
| Windows 2000 | 13.9% | 34.7% | 22.4% | 25.3% | 13.8% | 0.0% | 34.0% | 7.4% | 39.0% | 48.9% | 40.3% | 9.0% |
| Windows CE | *6.7% | 22.0% | 17.5% | *5.0% | *16.1% | 0.0% | * | 8.2% | * | *33.4% | N/A | 6.9% |

6

In all, 91 POSIX system calls, 143 Win32 system calls, and 94 C library functions were tested on all desktop operating systems. (10 Win32 system calls were not supported by Windows 95, but were tested on the other desktop Windows platforms.) Because it implements a subset of the Win32 API, only 71 Win32 system calls and 82 C library functions were tested on Windows CE. Table 1 shows the results of robustness testing. The percentages of failures are uniformly weighted averages across all functions tested for that OS. Functions with Catastrophic failures are excluded because the system crash interrupts the testing process, and the set of test cases run for that function is incomplete.

Windows CE gives preferred support to the UNICODE 16-bit character set as opposed to the ASCII 8-bit character set that is used on both UNIX and other Windows platforms. There were 26 C functions that had both an ASCII and a UNICODE implementation. The failure rates for both versions were comparable with the exception of strncpy, which had a Catastrophic failure in the UNICODE version but not in the ASCII version. Since Windows CE uses the UNICODE character set as a default, we only report the failure rates for the UNICODE versions of these C functions. The numbers in parentheses in the Windows CE rows in Table 1 represent the number of functions tested when counting both ASCII and UNICODE functions separately.

In order to compare Windows results to Linux results, the different calls and functions were divided into twelve groupings as shown in Table 2 and Figure 1. These groupings not only serve to permit comparing failure rates across different APIs, but also give a summary of failures for different types of functions. Each failure rate is a uniformly weighted average across all functions tested for that particular OS; the total failure rates give each group's failure rate an even weighting to compensate for the effects caused by different APIs having different numbers of functions to implement each function category. Again, functions with Catastrophic failures are excluded from this calculation. Functions tested on Windows CE in the C file I/O management and the C stream I/O groups had too many functions with Catastrophic failures to report accurate group failure rates; 6 out of 10 in the former and 11 out of 14 in the latter. Windows CE does not support functions in the C time group, so no results for that group are reported.

Table 2 and Figure 1 show that there are significant differences in the robustness failure rates of Linux and Windows, as well as between the Windows 95/98 family and the Windows NT/2000 family of operating systems. Windows CE was unlike either family of desktop Windows variants. (It should be noted that the dominant source of robustness failures is Abort failures, so these results should be

**Listing 1. A line of code that produces Catastrophic failures on Windows 95, Windows 98 and Windows CE**

```
GetThreadContext(GetCurrentThread(),
                                NULL);
```

interpreted in light of the degree to which those failures affect any particular application.)

Windows 95, Windows 98, and Windows 98 SE exhibited similar failure rates, including a number of functions that caused repeatable Catastrophic system crash failures. Five of the Win32 API system calls: DuplicateHandle(), GetFileInformationByHandle(), GetThreadContext(), MsgWaitForMultipleObjects(), and MsgWaitForMultipleObjectsEx(), plus two C library functions, fwrite() and strncpy(), caused Catastrophic failures for certain test cases in Windows 98. Listing 1 shows a representative test case that has crashed Windows 98 every time it has been run on two different desktop machines, a Windows 95 machine, a Windows 98 laptop computer, and our Windows CE device.

Windows 98 SE had Catastrophic failures in the same five Win32 API system calls as Windows 98, plus another in the CreateThread() call, but eliminated the Catastrophic failure in the C library function fwrite(). Windows 95 had all the Catastrophic failures of Windows 98 except for MsgWaitForMultipleObjectsEx(), which was not implemented in Windows 95. Windows 95 also did not exhibit Catastrophic failures in the C library function strncpy(). Windows 95 did, however, have three additional calls with Catastrophic failures: FileTimeToSystemTime(), HeapCreate(), and ReadProcessMemory().

Windows CE had abort failure rates that did not correspond to either the Windows 95/98 family, or the Windows NT/2000 family, and had significantly more functions with Catastrophic failures than any other OS tested, especially in the C library functions. Windows CE had Catastrophic failures in ten Win32 system calls: CreateThread(), GetThreadContext(), InterlockedDecrement(), InterlockedExchange(), InterlockedIncrement(), MsgWaitForMultipleObjects(), MsgWaitForMultipleObjectsEx(), ReadProcessMemory(), SetThreadContext(), and VirtualAlloc(). Windows CE also had 18 C library functions with Catastrophic failures (27 counting ASCII and UNICODE functions separately), 17 of which failed due to the same invalid C file pointer as a parameter.

For several of the functions with Catastrophic failures we could not isolate the system crash to a single test case. We could repeatedly crash the system by running the entire test harness for these functions, but could not reproduce it when running the test cases independently. These system crashes were probably due to inter-test interference, which indicates that system state was not properly cleaned be-

**Table 3.  Functions that exhibited Catastrophic failures by OS and function group.  A "*" indicates that the failure could not be reproduced outside of the test harness.**

| | Windows 95 | Windows 98 | Windows 98 SE | Windows CE |
|---|---|---|---|---|
| **Memory Management** | | | | |
| HeapCreate | X | | | |
| VirtualAlloc | | | | X |
| **File/Directory Access** | | | | |
| FileTimeToSystemTime | X | | | |
| GetFileInformationByHandle | X | X | X | |
| **Process Primitives** | | | | |
| MsgWaitForMultipleObjects | X | X | X | X |
| *MsgWaitForMultipleObjectsEx | | X | X | X |
| *ReadProcessMemory | X | | | X |
| *CreateThread | | | X | X |
| **Process Environment** | | | | |
| GetThreadContext | X | X | X | X |
| *InterlockedDecrement, *InterlockedExchange | | | | X |
| *InterlockedIncrement, SetThreadContext | | | | X |
| **I/O Primitives** | | | | |
| *DuplicateHandle | X | X | X | |
| **C file I/O management** | | | | |
| clearerr, fclose, fflush | | | | X |
| _wfreopen, fseek, ftell | | | | X |
| **C I/O stream** | | | | |
| *fwrite | X | | | X |
| *fread | | | | X |
| (UNICODE and ASCII)  fgetc, *fgets, fprintf, | | | | X |
| (UNICODE and ASCII)  fputc, fputs, fscanf, | | | | X |
| (UNICODE and ASCII)  getc, putc, ungetc | | | | X |
| **C string** | | | | |
| *strncpy | | X | X | |
| (UNICODE)*_tcsncpy | | | | X |

tween test cases, even though each test is run in a separate process to minimize this effect.  All system calls and functions with Catastrophic failures across all OS's are listed in Table 3 by function group.

Windows NT, Windows 2000, and Linux exhibited no Catastrophic failures during this testing.  This is certainly not to say that they cannot be made to crash, but rather that they have reached a different plateau of overall robustness - it is, at a minimum, difficult to find a simple C program that crashes them when run as a single task in user mode.  Thus, one can consider that there is some merit to Microsoft's claim that Windows NT is more reliable than Windows 98 (as, for example, stated on their Web site [10]).

Restart failures were relatively rare for all the OS implementations tested.  However, they might be a critical problem for any system that assumes fail-fast semantics, including clustered servers that otherwise do not require ultra-high dependability hardware nodes.  In, general Restart failures were too infrequent for comparisons to be meaningful.

The classification of Aborts as failures is controversial. In systems in which task termination is acceptable (systems requiring fail-fast operation that can withstand the latency of task restarts), or desirable (debugging scenarios), they may not be considered a problem.  However, in some critical and embedded systems that either do not have time to accomplish a task restart or cannot withstand the loss of state information accompanying a task restart, Abort failures can be a significant problem.  Our experience in talking with companies that require high levels of field reliability is that Aborts are indeed considered failures for those applications.  For other applications that do not share the same philosophy, Abort numbers may not have significant meaning

Given that Abort failures are relevant for some applications, Figure 1 shows that there are striking differences in Abort failure rates across operating systems and functional groupings.  For example, Linux has more than a 30% Abort failure rate for C character operations, whereas all the Windows systems have zero percent failure rates (this difference is presumably because Windows does boundary checking on character table-lookup operations).  Linux also has higher failure rates on C file I/O management, C stream I/O, and C memory operations.  For other groupings Linux has a much lower Abort failure rate.  It is interesting to note that the similar code bases for the Windows 95/98 pairing and the Windows NT/2000 pairing show up in relatively similar Abort failure rates.  Windows CE generally has lower abort failure rates than Windows NT and Windows 2000, but the significant number of functions that can cause complete system crashes indicates that despite this, Windows CE is less stable than Windows NT/2000.

The issue of Silent failures is a potentially thorny one. Silent failures cannot be measured directly by Ballista be-

8



**Figure 2. Abort, Restart, and estimated Silent failure rates for Windows desktop operating systems.**

cause they involve situations in which there is no observable indication of a failure. (Note: this is not to say they are non-observable in the usual sense of non-activated injected faults that do not affect results. The problem is that there is an exceptional condition that ought to generate observable results to attain robust operation, but does not. As an example, a Silent failure might be a call that reads data from a non-existent file, but returns seemingly valid data bytes with no error indication.)

It is impractical to annotate millions of tests to identify Silent failures. However, we can estimate silent failure rates by voting results across different versions of the same API. Based on previous experience with POSIX [8], we would expect there to be approximately a 10% pass-with-non-exceptional test rate (but, this is a very gross approximation), with the rest of the test cases with a pass with no error reported being Silent failures. If one presumes that the Win32 API is supposed to be identical in exception handling as well as functionality across implementations, if one system reports a pass with no error reported for one particular test case and another system reports a pass with an error or a failure for that identical test case, then we can declare the system that reported no error as having a Silent failure. We wrote a script to automatically vote across identical test cases for each system to generate estimated Silent failure rates. (Note: this analysis does not apply to Linux because it is not an identical API.) Windows CE is not included in this analysis because although the API is similar, it is not identical. Some parameters are not used in Windows CE, and over half of the functions tested on the other Win32 platforms were not supported. Therefore, silent failure rates cannot be reported accurately for Windows CE.

Based on the estimated Silent failures, it seems that the Win32 calls for Windows 95/98/98 SE have a significantly higher Silent failure rate than Windows NT/2000. C library functions vary, with Windows 95/98/98 SE having both higher and lower Silent failure rates than Windows NT/2000 depending on the functional category. Figure 2 shows the overall robustness failure rates for the different Windows variants tested, including these estimated Silent failure rates. Based on these results, it appears that Windows NT and Windows 2000 suffer fewer robustness failures overall than Windows 95/98/98 SE. The only significant exceptions are for the File and Directory Access category as well as the C memory management category, which both suffer from higher Abort failure rates on Windows NT and Windows 2000. (A possible limitation of this approach is that it cannot find instances in which all versions of Windows suffer a Silent failure. This hidden Silent

failure rate may be significant, but quantification is not practical.)

## 5. Conclusions and Future Work

This work demonstrates that it is possible to compare the robustness of different OS APIs on a relatively level playing field. The use of data type-based testing techniques and normalization of test results by functional groupings enables a detailed comparison of APIs having generally similar capabilities but different interfaces.

Applying the Ballista testing methodology to several Microsoft Windows operating systems revealed a variety of robustness failures. The Windows CE OS and the Windows 95/98/98 SE family of operating systems were clearly vulnerable to robustness failures induced by exceptional parameter values, and could be crashed via a variety of functions. Additionally, the Windows 95/98/98 SE systems had a significant level of Silent failure rates in which exceptional operating situations produced neither abnormal termination nor any other indication of an exception when such an indication was demonstrated possible by other Windows variants. Windows NT and Windows 2000 proved as resistant to system crashes as Linux under these testing conditions, and in most cases had fewer Silent failures than the Windows 95/98/98 SE family (although only a relative comparison was possible; the absolute level of Silent failures is more difficult to determine).

An examination of Abort failures (exceptions too non-specific to be recoverable) and Restart failures (task "hangs") showed differences among the Windows variants and between Windows and Linux. Linux had a significantly lower Abort failure rate in eight out of twelve functional groupings, but was significantly higher in the remaining four. The four groupings for which Linux Abort failures are higher are entirely within the C library, for which the POSIX and Win32 APIs are identical.

Windows CE has abort failure rates comparable to Windows NT and Windows 2000, but has several functions that cause complete system crashes. This makes Windows CE a less attractive alternative for embedded systems, where dependability and reliability are of much higher importance than in desktop PC applications. While abort failures may be recoverable by task restarts, a complete OS crash will more than likely cause complete system failure. It should be noted that many of the catastrophic failures found in Windows CE were traceable to incorrect handling of a single bad parameter value, namely an invalid C file pointer (the actual parameter was a string buffer typecast to a file pointer). It could be argued that since we can trace problem to one underlying cause that we should not penalize Windows CE for seventeen functions that happen to take the same parameter. However, developers who wish to use Windows CE in their systems would have to generate software wrappers for each of the seventeen functions they use to protect against a system crash because they only have access to the interface, not the underlying implementation.

It is also interesting to note that several of the Win32 system calls that crashed on Windows CE also crashed on Windows 95/98/98 SE (some with the exact same parameter values, as in Listing 1), despite the fact that they were developed by different teams within Microsoft and have different code bases. One can speculate that this indicates the underlying causes of these errors may be in the specification rather than the implementation; however the problem may simply be that different programmers tend to make the same sorts of mistakes in similar situations.

While it is not appropriate to make sweeping claims about the dependability of Windows or Linux from these test results alone, a few observations seem warranted by the data presented. The marked difference in finding catastrophic failures in Windows CE and the Windows 95/98/98 SE family compared to the other OS families lends credibility to Microsoft's statement that the Windows NT/2000 systems are more reliable overall. A relative assessment of Linux vs. Windows NT reliability is less clear-cut. Linux seems more robust on system calls, but more susceptible to Abort failures on C library calls (which are actually part of the GNU C compiler suite for Linux) compared to Windows NT.

Future work on Windows testing will include looking for dependability problems caused by heavy load conditions, as well as state- and sequence-dependent failures. In particular, we will attempt to find ways to reproduce the elusive crashes that we have observed to occur in both Windows and Linux outside of the current robustness testing framework.

## 6. Acknowledgements

This work was supported by Emerson Electric, Lucent Technologies, Asea Brown Boveri (ABB), and Darpa (contract DABT63-96-C-0064). Equipment support was provided by Intel, Compaq and Microsoft. Thanks to Jiantao Pan and Meredith Beveridge for their assistance and to Dan Siewiorek for his continuing guidance.

## 7. References

[1] Ballista Robustness Testing Service, *http://www.ices.cmu.edu /ballista/index.html*, November 1999.

[2] Beizer, Boris, *Black Box Testing: Techniques for Functional Testing of Software Systems*. John Wiley & Sons, Inc., New York, 1995.

[3] DeVale, J., Koopman, P., Guttendorf, D., "The Ballista Software Robustness Testing Service," *Testing Computer Software Conference*, 1999.

[4] Ghosh, A., Schmid, M., Hill, F., "Wrapping Windows NT Software For Robustness," *29th Fault Tolerant Computing Symposium*, June 15-18, 1999.

[5] Ghosh, A., Schmid, M., "An Approach to Testing COTS Software for Robustness to Operating System Exceptions and Errors," *10th International Symposium on Software Reliability Engineering*, November 1-4, 1999.

[6] *IEEE Standard Glossary of Software Engineering Terminology (IEEE Std610.12-1990)*, IEEE Computer Soc., Dec. 10, 1990.

[7] *IEEE Standard for Information Technology - Portable Operating System Interface (POSIX) Part 1: System Application Program Interface (API) Amendment 1: Realtime Extension [C Language]*, IEEE Std 1003.1b-1993, 1994.

[8] Koopman, P., DeVale, J., "Comparing the Robustness of POSIX Operating Systems," *29th Fault Tolerant Computing Symposium*, June 15-18, 1999.

[9] Kropp, N., Koopman, P. & Siewiorek, D., "Automated Robustness Testing of Off-the_Shelf Software Components," *28th Fault Tolerant Computing Symposium*, June 23-25, 1998.

[10] Microsoft Corp., *Choosing the Best Windows Desktop Platform For Large and Medium-Sized Businesses and Organizations*, white paper, June 1998, http://www.microsoft.com/windows/platform/info/how2choose-mb.htm, November 1999.

[11] Microsoft Corp., *Microsoft Platform Software Development Kit Documentation*, 1999.

[12] Miller, B.P., Fredriksen, L. & So, B., "An empirical study of the reliability of Unix utilities," *Communications of the ACM*, 33(12): 32-43, December 1990.

[13] Miller, B.P., D. Koski, C. Pheow Lee, V. Maganty, R. Murthy, A. Natarajan & J. Steidl, *Fuzz Revisited: A Re-examination of the Reliability of UNIX Utilities and Services*, University of Wisconsin, CS-TR-95-1268, April 1995.

[14] Simon, R., *Windows NT Win32 API SuperBible*, Waite Group Press, Corte Modera, CA, 1997.

[15] Slabodkin, Gregory, "Software glitches leave Navy Smart Ship dead in the water," *Government Computer News*, http://www.gcn.com/archives/gcn/1998/july13/cov2.htm, July 13, 1998.

# Appendix D

# COMPUTER
# *Dictionary*

Data Communications,
PC Hardware, and
Internet Terminology

Mitchell Shnier





**Operating System**

## OpenVMS

DEC's new name for their VMS operating system, now that they will license it to run on other platforms. (It's amazing what a little serious competition will do—Apple has done the same previously unimaginable thing with their Mac OS operating system).

See **ALPHA AXP, DEC, OPERATING SYSTEM,** and **VMS.**

## Operating System

The hugely complicated software (Windows 95 reportedly has 11 million lines of code) that runs user applications and provides an interface to the hardware. Hardware that runs more than one operating system is becoming more popular (or perhaps it would be better to say that there are fewer hardware platforms now but more companies with operating systems). The following table shows which hardware platforms run what operating system(s).

| Hardware Platform | Operating System | | | | | |
|---|---|---|---|---|---|---|
| | IBM | | Microsoft | | NeXTStep | Other |
| | AIX | OS/2 | DOS | Windows NT | | |
| DEC Alpha | | | | ✓ | | DEC OpenVMS, and UNIX |
| HP PA-RISC | | | | | ✓ | HP-UX |
| IBM/Apple/ Motorola PowerPC | ✓ | ✓[a] | | [b] | | Apple Macintosh Mac OS, Sun Solaris |
| IBM RS/6000 | ✓ | | | | | |
| Intel Pentium and compatible | | ✓ | ✓ | ✓ | ✓ | Banyan VINES, Novell NetWare and UnixWare, Sun Solaris, SCO UNIX and OpenServer, Windows 3.1 and 95 |
| Motorola 68000 | | | | | ✓ | Apple Macintosh |
| Silicon Graphics MIPS R4x00 | | | | [b] | | Silicon Graphics IRIX, SVR4 |
| Sun SuperSPARC | | | | | ✓ | SunOS, Sun Solaris |

a. While IBM sort of had OS/2 running on the PowerPC, on January 25, 1996 IBM announced that they were stopping development of OS/2 for PowerPC.
b. Windows NT version 4.0 (released in 1996) was the last to support the MIPS and PowerPC platforms

# Appendix E

# Proceedings of the

# 3rd USENIX Symposium on

# Internet Technologies and Systems

# (USITS '01)

**Amazon Ex. 1003**
IPR Petition - USP 7,784,058

For additional copies of these proceedings contact:

USENIX Association
2560 Ninth Street, Suite 215
Berkeley, CA 94710 USA
Phone: 510 528 8649
FAX: 510 548 5738
Email: office@usenix.org
URL: http://www.usenix.org

The price is $24 for members and $30 for nonmembers.
Outside the U.S.A. and Canada, please add
$12 per copy for postage (via air printed matter).

Past USITS Proceedings

| | | | |
|---|---|---|---|
| 2nd USITS Symposium | 1999 | Boulder, Colorado | 24/30 |
| 1st USITS Symposium | 1997 | Monterey, California | 20/26 |



THE LIBRARY
OF
THE UNIVERSITY
OF TEXAS
AT
AUSTIN

© 2001 by The USENIX Association
All Rights Reserved

This volume is published as a collective work. Rights to individual papers remain with the author or the author's employer. Permission is granted for the noncommercial reproduction of the complete work for educational or research purposes. USENIX acknowledges all trademarks herein.

ISBN 1-880446-14-6

Printed in the United States of America on 50% recycled paper, 10–15% post-consumer waste.

# 3rd USENIX Symposium on Internet Technologies and Systems

## March 26–28, 2001

## San Francisco, California, USA

### Monday, March 26

**Streaming Media**
*Session Chair: Willy Zwaenepoel, Rice University*

Measurement and Analysis of a Streaming-Media Workload . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
*Maureen Chesire and Alec Wolman, University of Washington; Geoffrey M. Voelker, University of California, San Diego; and Henry M. Levy, University of Washington*

Partial Prefetch for Faster Surfing in Composite Hypermedia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
*Javed I. Khan and Qingping Tao, Kent State University*

Modular and Efficient Resource Management in the Exedra Media Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
*Stergios V. Anastasiadis, Kenneth C. Sevcik, and Michael Stumm, University of Toronto*

**Novel Architectures**
*Session Chair: Steve McCanne, Fast Forward*

An Architecture for Content Routing Support in the Internet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
*Mark Gritter and David R. Cheriton, Stanford University*

ALMI: An Application Level Multicast Infrastructure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
*Dimitrios Pendarakis, Tellium Optical Network Systems; Sherlia Shi, Washington University in St. Louis; Dinesh Verma, IBM T.J. Watson Research Center; and Marcel Waldvogel, Washington University in St. Louis*

CSP: A Novel System Architecture for Scalable Internet and Communication Services . . . . . . . . . . . . . . . . . . . 61
*Hemal V. Shah, Dave B. Minturn, Annie Foong, Gary L. McAlpine, Rajesh S. Madukkarumukumana, and Greg J. Regnier, Intel Corporation*

**Flea Market**
*Session Chair: Greg Minshall, Redback Networks*

The Age Penalty and Its Effect on Cache Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
*Edith Cohen, AT&T Labs—Research; and Haim Kaplan, Tel-Aviv University*

On-Line Markets for Distributed Object Services: The MAJIC System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
*Lior Levy, Liad Blumrosen, and Noam Nisan, The Hebrew University of Jerusalem*

### Tuesday, March 27

**Internet Measurements**
*Session Chair: Vivek Pai, Princeton University*

End-to-End WAN Service Availability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
*Bharat Chandra, Mike Dahlin, Lei Gao, and Amol Nayate, University of Texas at Austin*

PRO-COW: Protocol Compliance on the Web—A Longitudinal Study ................................ 109
*Balachander Krishnamurthy, AT&T Labs—Research; and Martin Arlitt, Hewlett-Packard Laboratories*

Nettimer: A Tool for Measuring Bottleneck Link Bandwidth ...................................... 123
*Kevin Lai and Mary Baker, Stanford University*

**Adaptation**
*Session Chair: Mary Baker, Stanford University*

CANS: Composable, Adaptive Network Services Infrastructure .................................... 135
*Xiaodong Fu, Weisong Shi, Anatoly Akkerman, and Vijay Karamcheti, New York University*

Dynamic Host Configuration for Managing Mobility Between Public and Private Networks ............... 147
*Allen Miu, MIT Laboratory for Computer Science; and Paramvir Bahl, Microsoft Research*

Puppeteer: Component-based Adaptation for Mobile Computing ..................................... 159
*Eyal de Lara, Dan S. Wallach, and Willy Zwaenepoel, Rice University*

# Wednesday, March 28

**Cool Hacks**
*Session Chair: Brian Pinkerton, Excite*

Alpine: A User-Level Infrastructure for Network Protocol Development .............................. 171
*David Ely, Stefan Savage, and David Wetherall, University of Washington*

Measuring Client-Perceived Response Times on the WWW ....................................... 185
*Ramakrishnan Rajamony and Mootaz Elnozahy, IBM Austin Research Lab*

**Scalability and Fault Tolerance**
*Session Chair: Bill Weihl, Akamai Technologies*

Neptune: Scalable Replication Management and Programming Support for Cluster-based Network Services . . 197
*Kai Shen, Tao Yang, Lingkun Chu, JoAnne L. Holliday, Douglas A. Kuschner, and Huican Zhu, University of California, Santa Barbara*

System Support for Scalable, Reliable, and Highly Manageable Web Hosting Service ................... 209
*Mon-Yen Luo and Chu-Sing Yang, National Sun Yat-Sen University*

Fine-Grained Failover Using Connection Migration .............................................. 221
*Alex C. Snoeren, David G. Andersen, and Hari Balakrishnan, MIT Laboratory for Computer Science*

# Alpine: A User-Level Infrastructure for Network Protocol Development

David Ely, Stefan Savage, and David Wetherall

*Department of Computer Science and Engineering*
*University of Washington, Seattle WA*

## Abstract

In traditional operating systems, modifying the network protocol code is a tedious and error-prone task, largely because the networking stack resides in the kernel. For this reason, among others, many have proposed moving the networking stack to user-level. Unfortunately, implementations of this design have never entered widespread use due to the impractical requirements they place on the user: either the kernel or applications must be modified; or code cannot be moved seamlessly between the user-level and kernel stacks. In this paper, we present Alpine, a user-level networking infrastructure free from these drawbacks. Alpine supports a FreeBSD networking stack on top of a Unix operating system. It is freely available as source code. In this paper, we discuss the challenges we faced in virtualizing the FreeBSD networking stack without compromising on kernel, networking stack, and application compatibility. We then show how Alpine is effective at easing the burden of debugging and testing protocol modifications or new network protocols. In our experience, Alpine can reduce the overhead of modifying a protocol from hours to minutes.

## 1 Introduction

The Internet enables a wide range of applications and supports clients with a wide range of connectivity, from low bandwidth mobile clients to clients with Gb/sec links; and yet there two protocols, UDP and TCP, that govern most of this communication. For this reason, many have proposed modifications and specializations to UDP or TCP to better serve the needs of applications. A literature search for proposed modifications quickly returns many results [3, 4, 5, 6, 10, 11, 13, 16, 18, 20, 23, 25, 28, 30, 31].

This work was funded by generous grants from NSF (DGE-9616736) and DARPA (F30602-00-2-0565). Correspondence concerning this paper may be sent to ely@cs.washington.edu.

Because the networking stack is traditionally part of the operating system, most of these modifications were developed and tested on "live" kernels, which has many drawbacks. Moving the networking stack into a user-level library for development gains the following advantages over developing protocols in the kernel:

- *Shortened revise/test cycle.* Kernel development includes an additional step in the revise/test cycle: a system reboot. This inconvenience increases the turnaround between revisions from a few seconds to a few minutes.

- *Easier debugging.* User-level development allows for easier source-level debugging.

- *Improved stability.* When developing protocols in a user-level environment, an unstable stack affects only the application using it and does not cause a system crash.

To provide these advantages to protocol developers, we have created Alpine (Application Level Protocol Infrastructure for Network Experimentation), a publically available practical tool that moves network protocols into a user-level library to facilitate development. The key distinction between our system and other user-level networking infrastructures is that we have been unwilling to compromise on compatibility with either existing application or kernel code. Once modifications have been developed and tested using Alpine, they are easily moved back into the kernel because Alpine and the kernel use the exact same source files. Furthermore, Alpine works with unmodified application binaries and requires no kernel modifications.

In the process of developing Alpine, we identified three fundamental requirements of virtualizing kernel services to user-level:

- *Virtualization of hardware and kernel routines.* Routines normally available to the kernel but are not available in user-space must be simulated. Hardware must

also be virtualized because the actual hardware devices cannot be accessed from user-level.

- *Synchronization with kernel services.* Resources that are shared between the virtualized service and the kernel must be kept consistent without changing the kernel.

- *Transparent integration with applications.* The original semantics of applications that use the virtualized services must be preserved without changing their source code.

Our implementation section provides a more detailed discussion of how Alpine satisfies each of these requirements. The remainder of the paper is organized as follows. We first discuss how our infrastructure relates to previous work and how it differs. Then we present our design and implementation of Alpine in more detail. We then evaluate Alpine's success based on several factors, including performance and ease-of-use. Finally, we conclude with some comments on our experience of building this infrastructure and give directions for future work.

## 2 Previous Work

Many have proposed moving some or all of the network stack's functionality to user-space. There are essentially three motivations behind this user-level networking:

1. *Improved performance over the kernel's stack.* Work has been done to design high-speed access to device hardware for low-latency cluster processing[8, 32]. In contrast, Alpine is focused on normal applications that use normal networking APIs.

2. *Per-application specialization.* Many have shown that special kernel modifications or downloadable kernel code make application specialization of the networking stack possible [7, 9, 14, 15, 21, 24, 27, 29, 33]. Alpine supports specialization, but this is not its focus. Since our design constraints include requiring no kernel or application modifications, Alpine cannot achieve the high-performance of many of these systems.

3. *Simplified development.* Work has also been done to make kernel development easier. For example, [12] redesigned the kernel from scratch to allow user and kernel modules to be interchanged. Likewise, [17] simplifies development by separating the operating system kernel into encapsulated components, which can be interchanged or reused. In contrast, we have developed Alpine for an unmodified legacy operating system with unmodified application binaries.



Figure 1: In a traditional network stack, applications interface with the network through a set of system calls (e.g., `socket`, `bind`, `send`), and all network processing is performed in the kernel.

While Alpine provides per-application specialization, its primary purpose is to simplify protocol development. Very little work has been done in this area. Alpine is the first user-level protocol development environment that runs on an unmodified legacy operating system and works with unmodified application binaries. We are focused on delivering an environment that makes modifying and developing networking protocols easier.

Some of our goals are shared by network simulators, which offer a convenient way to test an entire network on a single machine. Unlike Alpine, simulators are very rarely built using the kernel's networking stack. An exception to this is Entrapid [19], which is a simulator that allows a developer to simulate an entire network on a single machine using a modified FreeBSD networking stack. This system is intended more for developing higher level protocols because changes made in the modified stack might not be easily moved into the kernel. While a user can use our library to simulate multiple nodes in a network, Alpine is different from most network simulators [1, 22] because it is not confined to communicating only within a single machine or a single simulation environment.

## 3 Design

Alpine's primary goal is to be a practical platform for developing network protocols and protocol modifications. This goal lead us to four related design constraints:

- *No kernel changes.* Tools that require kernel modifications are difficult to deploy because of the general apprehension of installing unproven code in the kernel. Kernel modifications are often not portable to other versions of the same kernel, which limits the accessibility of tools that require them.

- *No application changes.* Requiring application changes more severely limits the usefulness of a development tool because *each* application must be modified. Also, the developer might be unfamiliar with the application source code or the application is available only in binary form.

- *No networking stack changes.* If the networking stack were altered, then moving protocol modifications back into the kernel would be difficult because the two stacks are built from separate source code.

- *No administrative oversight.* Administrative barriers, such as requiring an Alpine user to obtain a secondary IP address from their network provider, must be avoided.

In other words, we require Alpine to integrate transparently from the kernel, the application, and the programmer's perspective. This presents the dual challenge of virtualizing access to network and kernel resources while integrating this virtualized system into the native environment. These constraints limit how applications can interface with Alpine and how Alpine can interface with the operating system.

In the traditional Unix network design, a user application interfaces to the network through the socket interface. A socket is a unique communication channel between two hosts, which allow applications to connect to a remote computer, to send and receive data, and to listen for incoming connections. The socket API is a collection of system calls (e.g., `connect`, `sendmsg`, `recvmsg`, and `listen`). Figure 1 shows that the application interacts with the network exclusively through the socket API. The socket code calls into the transport layer (either UDP or TCP), which allows messages to be transmitted between hosts. After UDP or TCP has packaged the message, it sends it to the IP layer, which determines how to route the packet to the destination computer. After determining the appropriate route, IP sends the packet to the interface driver, which is responsible for actually putting the packet on the wire. Each layer includes additional information with the packet in the form of packet headers. In this architecture, the message crosses the dividing line between user-space and kernel-space very early (at the system call layer). This makes debugging the network stack difficult.

We propose to move this line much lower. In Alpine all of the packet processing and framing occurs inside of a user-level networking library. The fully-formed packet (including TCP/IP headers) is sent directly from user-space to the network interface. In our design, we have moved the barrier between user code and kernel code from the system call level to the interface driver. As Figure 2 shows, the unmodified socket layer and the TCP/IP layers have been moved into a library, which is responsible for sending and receiving packets and maintaining state about connections. Ide-



Figure 2: In Alpine the unmodified networking code is placed in a user-level library. An application is not modified because it interfaces with the library using the traditional socket system API.

ally, this library interacts with the interface (e.g., Ethernet card) directly, but for security reasons, the interface cannot be accessed without going through the kernel. For this reason, we wrote a software-only interface driver that does not control a hardware interface, but instead it sends packets using a raw socket and receives them using a packet capture library[1]. This system-independent call layer is termed a fauxethernet driver because from IP's perspective, it is identical to a normal ethernet driver. To prevent the kernel's networking stack from reacting to packets destined for applications using Alpine, a firewall is installed that filters out Alpine's packets before they reach the kernel's stack.

At the application interface to the networking stack, we exported the same networking API as the kernel. This involved writing a pseudo-system call layer that replaced the traditional networking system calls with our own. We also provide some support code that emulates kernel functions upon which the networking stack relies. These mostly include synchronization functions and functions manipulating kernel data structures.

The following section discusses this design in more detail and attempts to classify the challenges we met when implementing Alpine.

---

[1]Using raw sockets and the packet capture library requires root privileges, but this is seen as only a minor inconvenience since modifying the kernel also requires root access. In section 6, we propose a solution to this shortcoming.

# 4   Implementation

We now discuss the implementation challenges of virtualizing network protocols with the design constraint that the kernel, the applications, and the networking stack remain unmodified. All of these challenges are either challenges in virtualization or challenges in integration. From the perspective of the networking stack we must *virtualize* kernel services; from the perspective of the application we must *virtualize* the system call interface to network protocols. We must also *integrate* this virtualized system into a native running environment. This involves managing shared resources such as a port space and a file descriptor table.

Achieving both service virtualization and seamless integration was the main technical challenge we overcame when building Alpine. The following are three fundamental requirements for virtualizing kernel services and integrating them into a running environment:

- Virtualization of hardware and kernel routines

- Synchronization with kernel services

- Transparent integration with applications

These three requirements are not unique to Alpine. They can, and should, be used as guidelines for virtualizing other kernel services. Organized according to these three requirements, our discussion of Alpine follows.

## 4.1   Virtualization of Hardware and Kernel Services

In Alpine an unmodified kernel networking stack runs inside a user-level library where it is not possible to supply all kernel facilities, such as direct access to hardware or fine grain timers. These facilities must be virtualized using only user-level services because the kernel cannot be modified to extend these services to user-level. In this section, we discuss the specific virtualization challenges that we met, including sending and receiving full-formed IP packets from user-level, simulating the boot process for the networking stack, and managing protocol timers.

### Sending/receiving through the faux-ethernet interface

For security reasons, applications and user-level libraries cannot directly access a hardware interface but instead must go through the kernel. We use two different techniques for sending and receiving packets that are similar to accessing the interface directly but do not violate the security imposed by the kernel.

*Sending.* Sending a packet is straightforward. We chose to use a per-application raw socket that sends preformed IP packets to the operating system for transmission. A raw socket bypasses the transport and IP layer of processing and is sent directly to the hardware interface. The packets sent to a raw socket are identical to those sent to the interface, and there is no impact on the IP layer because it generates identical packets whether it is part of the kernel or part of Alpine.

*Receiving.* Receiving packets is more complicated. We use the libpcap packet capture library [2] to receive packets. This library enables a user application to receive copies of all packets that are received by a given interface. Other user-level protocol implementations have used this same approach to receive packets [24]. Although Alpine has access to all incoming and outgoing packets, it installs a Berkeley Packet Filter that discards packets destined for other applications. This limits the kernel resources needed to buffer packets that have been received.

*Faux-Ethernet.* We have encapsulated our methods of sending and receiving packets into a faux-ethernet device which presents itself to IP as any other interface. Although this interface has been named faux-ethernet, it is not specific to ethernets and can easily be adapted to other interfaces such as modems.[2] This faux-ethernet device is attached to the user-level stack during initialization. Because it is the only interface present in the user-level stack, all IP packets are sent through it.

### Simulating interrupts

Packets can be sent synchronously, that is, when a user calls `send`, the packet can actually be placed on the wire before returning. But packets *arrive* asynchronously and cannot be processed in this fashion. The kernel receives an interrupt whenever a packet arrives, but this interrupt is not passed up to the application level. We could have modified the kernel to forward this interrupt to Alpine using signals, but this would have violated a design constraint. In order for Alpine to receive packets, it continually poll libpcap to check if a packet has arrived. This is done approximately once every millisecond by using SIGALRM to call an interrupt handler 1000 times per second. This could be done more often if we changed the granularity of the kernel's software timer, but polling for packets once every millisecond has been sufficient. Because we are polling for packets instead of receiving interrupts, there may be up to a 1ms delay between when a packet is received by the interface and when Alpine processes the packet.

### Pseudo-kernel environment

Not surprisingly, the TCP/IP stack is not a completely separable part of the kernel. It relies on many features that are only available in the kernel, such as scheduling and certain

---

[2] It may be necessary to alter certain parameters, such as MTU, to match that of the actual machine interface.

memory allocation routines. The stack also relies on being properly initialized during system startup.

The FreeBSD kernel was modular enough to extract the networking stack without having to bring along a lot of additional code, but some kernel code not pertaining directly to the networking stack was imported for convenience. This includes code to manipulate certain system data structures, synchronization code, and code used for timeouts. The networking stack also relied on certain functions that could not be directly imported from the kernel.

*Support Functions.* As Figure 2 shows, we implemented a small set of support functions that emulate their counterparts in the kernel. These functions include several operations dealing with memory allocation.

*Software Interrupts.* The kernel's processing of incoming packets is asynchronous and driven by software interrupts. The interface driver and the protocol layer both use software interrupts to schedule packet processing routines. Like hardware interrupts, a priority level is assigned to each interrupt, and an interrupt service routine can only be interrupted by a higher priority interrupt. The kernel provides functions, such as splnet and splhigh, to raise the interrupt level and splx to restore a previous level. The networking stack often raises the interrupt level when executing critical regions of code to prevent shared data structures from being corrupted. Alpine includes implementations of these software interrupt functions. They are used primarily to prevent Alpine's SIGALRM handler from executing when the application is in a critical region of code. Beyond providing this support code, the second major issue was ensuring that all of the copies of system data structures are properly initialized.

*Initialization.* Alpine's initialization routine must be called before the user makes any calls into the library. Alpine supplies an init function that executes before any other library function is called. It initializes its own internal data structures as well as calling a modified version of the kernel's main function. The kernel's main function calls the various network initialization routines, such as ip_init and tcp_init. Finally, a set of dynamic ports is allocated to be used for sockets that are not explicitly bound to ports.

### Timer management

An operating system performs many tasks. These include synchronous tasks such as flushing the file cache to disk or scheduling processes, and asynchronous tasks, such as handling user input or processing incoming packets. The networking stack uses timeout to handle synchronous events and tsleep/wakeup for asynchronous events. For Alpine's stack to function properly, we must correctly implement each of these functions and do so without affecting the semantics of the application.

*Timeout.* The kernel allows protocols such as IP and TCP to export two functions, slowtimo and fasttimo, which

are called periodically. Fasttimo is called five times per second, while slowtimo is called only twice per second. TCP uses these functions to retransmit missing packets after a given interval and for delayed acknowledgements. Calling these functions five and two times per second is not difficult because Alpine is already using SIGALRM to poll for packets every millisecond. The slowtimo and fasttimo functions are instances of a more general problem. The kernel has a function, timeout, that allows an arbitrary function to be called after a specified number of clock ticks. This timeout function is used in multiple places in the TCP/IP stack, and we were able to import the kernel's timeout implementation with few modifications.

*Tsleep and Wakeup.* The function tsleep allows the caller to wait on a specific event until a timeout expires. This permits functions such as recv to wait until a packet arrives. The caller is restarted when the timeout expires or when wakeup is called on the appropriate event. For example, a socket can sleep on its incoming queue, and when a packet is appended to this queue, wakeup is called to restart the caller.

Tsleep and wakeup are not exposed to a user-level application but can only be used inside the kernel. Therefore, it was necessary to implement our own versions of tsleep and wakeup that preserve their original semantics. The kernel can suspend the caller process until the timeout expires or wakeup is called, but because the application and the user-level networking library run in the same process, doing so in Alpine would result in the process sleeping forever. This makes implementing tsleep and wakeup more difficult because Alpine must continue to run even if the application is blocked. In our simple implementation, tsleep busy waits on a global flag, which is set by wakeup. To reduce CPU utilization, tsleep sleeps for a few microseconds between checks of this global flag.

For an unmodified networking stack to run within Alpine, it was necessary to virtualize several kernel services using only user-level services. These virtualized services borrow heavily from the kernel implementations and are often more simple than the kernel version because the service is only used by a single process. Because the kernel and Alpine share certain state, including a port space and file descriptors, it is necessary to synchronize state with these kernel services. This is discussed in the next section.

## 4.2   Synchronization with Kernel Services

Alpine provides a service that is also provided by the kernel, and state shared with the kernel, such as ports and file descriptors, must be synchronized between the two stacks. The kernel assumes that it is the exclusive manager of this state, and due to our design constraints, Alpine is responsible for keeping this state consistent without violating the kernel's assumption. To minimize administrative burden,



Figure 3: The role of Alpine's central port server is shown. The central server is responsible for allocating ports to each Alpine process. It uses a dummy socket to prevent the kernel from binding another socket to the port, and it uses a firewall to prevent the kernel's stack from reacting to packets sent to the bound port.

Alpine and the kernel's stack share an IP address. Thus, they share a port space that must be kept consistent. We found that having a central user-level process allocate ports to Alpine applications to be the best way to isolate faults and keep the two sets of ports synchronized. As section 3 mentions, Alpine interfaces with applications at the socket layer where Unix applications refer to sockets using file descriptors. Several system calls, including open and close, were overridden to synchronize Alpine's set of file descriptors (allocated to Alpine's sockets) with the kernel's file descriptors (allocated to files and pipes). Details of the methods we used to keep both the set of ports and file descriptors consistent follow.

### Using a central server to mangage port allocation

Many conflicts between the kernel and Alpine can be avoided by allocating a separate IP address to Alpine. However, sometimes obtaining additional IP addresses is not feasible or desirable. In this case, the kernel and Alpine must share a single IP address and the port space that accompanies it. The user-level stack should not interfere with the port allocations of the kernel by re-allocating ports that the kernel has already allocated, and the kernel should not allocate ports that the user-library is using.

To solve both of these problems, each Alpine application allocates ports from a central user-level process. The central server's role in Alpine is shown in Figure 3 with its three specific duties listed below:

- A dummy socket is bound to each port that an Alpine application requests to prevent the kernel from allocating this port to another process.

- A firewall is installed that filters out packets destined

for this port to prevent the kernel's stack from receiving and reacting to packets destined for an Alpine application. [3]

- After each Alpine process exits, the firewall is updated and the dummy socket closed for each port that the application was using, allowing other applications to bind to the port.

The primary reason for using a central server is to keep the firewall consistent with the set of ports that Alpine applications are using. Each Alpine application could update the firewall on its own, but this leads to two problems: 1) race conditions exist if multiple applications try to update the firewall concurrently and 2) if the process does not exit cleanly, the firewall may not be uninstalled properly, preventing other applications from using the blocked ports. Centralizing port allocation for Alpine processes is a reasonable way to ensure that the firewall remains consistent. Our approach is similar to that proposed in [29], which uses a "dedicated registry server" to handle connection setup and teardown.

### Allocating Alpine file descriptors

For security reasons, applications in Unix cannot directly access a file on disk. Rather, they refer to open files using a file descriptor, which is merely an index into a per-process table of all open files. When a file is opened, a new file descriptor is created, and this file descriptor is passed to subsequent read and write calls to distinguish which file is being accessed. Because the socket API also uses file descriptors to distinguish between open sockets, we had to override all system calls that allocate or deallocate file descriptors.

*Open and Close.* A new file descriptor is created whenever open is called to open a file or pipe, or when socket is called to create a new socket. Because Alpine must know which file descriptors to allocate to its user-level sockets, it keeps track of the file descriptors being used by the kernel by overriding all system calls that create or delete descriptors. This not only includes open and socket, which create a file descriptor, but also close, which deletes a file descriptor, and dup, which creates a copy of a file descriptor. As with the port space, the kernel and Alpine must share a set of file descriptors. Alpine cannot indiscriminately allocate file descriptors to the sockets that it creates because the kernel could allocate the same descriptor to a file in a future call to open. We solve this problem by opening a dummy file whenever a new user-level socket is created.

Whenever socket is called, Alpine assigns the same file descriptor to this socket as the kernel would, and then it opens the file "/dev/null," which prevents the kernel from allocating the chosen file descriptor to another file.

[3]Because the firewall runs on the same machine as the user-level stack, the packet capture library described previously is still able to receive all incoming packets.

This file is closed when the socket is closed. This approach allocates file descriptors identically to the kernel, preserving the original behavior of the application. A table is kept to distinguish our file descriptors from actual kernel file descriptors, enabling Alpine to correctly multiplex overloaded system calls such as read.

Although challenges of managing a shared port space and a shared file descriptor table may seem different, they essentially both involve keeping a shared namespace consistent. In fact, they are both solved using the same technique of attaching a false "name" (i.e. a dummy socket or a dummy open file) to a kernel resource to prevent the kernel from allocating it elsewhere.

## 4.3   Integration with Applications

For a development environment of Alpine's nature to be useful, it must work without modifying existing applications. For instance, having to rewrite application source code is unacceptable. Therefore, Alpine exports the traditional interface to network communication, the socket API. Furthermore, requiring recompiling or relinking of an application may seem acceptable, but this is sometimes inconvenient or impossible, which is why Alpine works with existing executable binaries. Exporting the socket API from Alpine requires manipulating the order in which the application is linked; by linking with the Alpine library before other libraries, Alpine's networking stack is used instead of the kernel's. To work with existing binaries, Alpine exploits dynamic linking; by loading Alpine's dynamic library before any other dynamic library, its networking stack is used instead of the kernel's. This technique cannot be used for applications that are statically linked. Fortunately, most applications are dynamically linked, especially those whose source code is unavailable.

There is an additional concern involved with preserving application semantics. We must ensure that none of the techniques Alpine uses to virtualize kernel services affects the semantics of the application. Two problems that could affect applications involve Alpine's SIGALRM handler which is used to perform periodic duties. First, we must allow the application to install a SIGALRM handler, and yet not allow the application to override Alpine's SIGALRM handler. Second, we must deal with the reentrancy issues introduced by having a signal handler that calls non-reentrant library routines.

### Overriding socket system calls

Because we cannot modify the networking stack, we use a faux-ethernet device to send and receive packets. This is the interface that Alpine has with the operating system. A similar issue is at what level to interface with the user application. Applications interface with the network through the socket

API, which is a set of system calls that allows an application to connect to another computer and send and receive data. As a design constraint we avoid application modifications, so having Alpine export a socket API is the only choice.

*Send and Recv.* System calls that are only used by sockets, such as send, recv and connect, were the simplest to implement. These system calls are replaced with our identically named functions, and as long as Alpine is loaded before libc, these socket system calls will be called instead of the kernel's.

*Read and Write.* In Unix, file descriptors are overloaded to refer to files, pipes, and sockets. With any of these types of "file", the user can call a certain set of overloaded functions including read, write, and ioctl. The operating system multiplexes calls to these functions into the appropriate file, pipe or socket function calls. For example, if read is called with a socket file descriptor then the system translates this into a call to soreceive. Therefore, we have to override these system calls and multiplex these calls between actual kernel files or Alpine sockets.

*Select and Poll.* Finally, parameters to functions such as select and poll, which determine if there is anything to "read" in a set of files or sockets, can include both file descriptors referring to files and to sockets. A timeout parameter associated with select and poll determines how long the operating system should wait for the "file" to become readable or writeable[4]. For instance, an application may block waiting either for a pipe to become readable or data to be received in a socket. Select will return when either the pipe or the socket becomes readable or when the timeout expires.

Alpine can determine locally if there is anything to read out of the socket buffers, but it must make a select call into the kernel to determine if there is anything to read out of the files. The timeout value cannot be passed through to the kernel because an incoming packet might cause a selecting socket to become readable. Thus, when an application is waiting on both a socket and a file, we poll (e.g., use a zero timeout) both the kernel file descriptors and the socket file descriptors until the timeout expires.

### Transparent integration with existing binaries

Alpine can be used with unmodified application binaries by exploiting dynamic linking, which delays the binding of function calls until the application executes. The LD_PRELOAD environment variable allows the Alpine dynamic library to be loaded before any other library, which implies that Alpine's networking stack will be used instead of the kernel's. This enables Alpine to be used with any dynamically linked application.

---

[4]Libpcap's file descriptor cannot be passed directly to select because Alpine's SIGALRM handler would not run while the process was blocked, preventing packets from being retransmitted.

*Application timers*

Applications also use SIGALRM for timeouts and to perform periodic duties, but Unix only allows a single signal handler to be installed for each signal. We must not allow the application to replace Alpine's signal handler, however, we cannot prevent the application from using timers. To solve this problem, Alpine replaces many of the signal based system calls, such as `setsigaction` and `setitimer`, with its own implementations. Alpine records any SIGALRM handler that the application installs, but it does not change the actual handler for this signal. When the application schedules a SIGALRM to be delivered, the application signal handler is called from Alpine's signal handler after the application-specified delay. Because Alpine's signal handler is called at the highest possible frequency, it will always be able to call the application's signal handler at the correct time. However, if Alpine is executing a critical region of code, then this signal is delayed until the next clock tick. This is acceptable because the kernel can also delay delivery of signals for the same reason.

**Non-reentrant library routines**

Even though Alpine does not use threads, problems still arise with reentrancy because Alpine's SIGALRM handler can be called while the application is executing a non-reentrant library routine. For example, the signal handler should not call `malloc` if the application is updating a global data structure inside of `free`. To solve this problem, Alpine uses wrapper functions to place a lock around non-reentrant library routines, and its signal handler does not execute if the application is executing one of these routines. The application cannot call a non-reentrant library routine in an unsafe way because Alpine's signal handler always runs to completion.

To integrate with unmodified applications, Alpine is required to export the traditional socket interface to the network, and to ensure that the virtualization of kernel services has not altered the semantics of applications. We solved these two classes of challenges by exploiting properties of the linker, which allows Alpine to override any system call or library routine without modifying the application.

## 5   Experiences

Alpine has been fully implemented in the FreeBSD 3.3 operating system. However, very little of this code is specific to this version of FreeBSD, and most of it is portable to any Unix environment. It was successfully implemented without requiring modifications to the host operating system or applications using Alpine, and the same source files are used to build both Alpine and the kernel's networking stack. Alpine works with most applications, but it does not yet support applications that call `fork` because the fork produces



Figure 4: The throughput of both the kernel stack and Alpine are shown as the speed of the link increases. The extra copies, which are used by Alpine to maintain compatibility, limit it to a throughput of 12 Mbit/sec.

a second networking stack. Open connections can be shared between the parent and child processes, which leads to problems in Alpine. For example, because the parent and child have their own copies of the networking stack, each will send acknowledgements to incoming TCP packets. In section 6, we discuss a way to extend Alpine to handle fork.

In the remainder of this section, we first compare Alpine's performance with the performance of the kernel's stack, and then we show possible uses of Alpine. While demonstrating ease-of-use quantitatively is difficult, we believe this section will enable the reader to understand the improvements Alpine makes over kernel development. The examples presented in this section are all related to TCP, but Alpine is certainly not limited to being used with TCP. It can be used to modify or test any transport level protocol.

### 5.1   Performance

Because Alpine is a user-level *development* infrastructure and is not intended as a replacement for the kernel's stack, its success does not depend on outperforming the kernel. However, Alpine must have reasonable performance in order to be a useful tool. Although certainly slower than the kernel's stack, Alpine can satisfy almost every application's bandwidth and latency requirements. Alpine cannot compete with the kernel's stack on the highest bandwidth links, although for link speeds up to 10 Mb/sec the two achieve similar performance. Latency in the local area is only slightly worse for the user-level stack.

Figure 4 shows how the kernel and Alpine performed as the link speed was varied. The test machine sent data as fast as possible to a second machine. Each machine was configured to use a third machine as a gateway, which used Dummynet to limit the bandwidth of the link [26]. All experiments were run on 200MHz Pentium-Pro PCs running



Figure 5: The application latency of the kernel stack and Alpine is shown. Due to additional overhead, the user-level stack is consistently 2.5 ms slower than the kernel network stack.



Figure 6: With Alpine very little time is needed to run an application with two different networking stacks, but it requires over four minutes to switch the kernel's networking stack.

FreeBSD 3.3. The two stacks are comparable up to link speeds of 10 Mbits/sec, where they start to diverge. While the kernel can achieve up to 40 Mbits/sec, the user-level stack can obtain at most 12 Mbits/sec. Less modest machines could achieve even higher performance.

The extra data copies Alpine needs to integrate seamlessly with applications and the unmodified kernel stack are responsible for this slowdown. In Alpine approximately five copies are necessary between when the application calls send and the packet is actually placed on the wire. Comparing this to the two or three copies the kernel needs, it is not surprising that Alpine cannot compete at higher bandwidths[5].

Figure 5 depicts how these extra copies and other overhead affect latency. In this experiment, one byte of data was sent to a remote computer, which immediately echoed the data. The link latency was varied from having no artificial link latency at .25 ms to having a 64 ms link latency. (In the local-area, .25 ms latencies are common, while in the wide-area, latencies of 30-60 ms are typical.) Alpine's latency was consistently 2.5 ms larger than the kernel latency, which is negligible for wide-area applications and is acceptable for most local-area applications.

We hope to improve the throughput and latency of Alpine, but the current design will always be slower than the kernel's stack. This is only a minor drawback because once protocol modifications have been tested in Alpine, they are easily moved back into the kernel where they can achieve higher performance.

## 5.2   Alpine Improves Protocol Development

By moving protocols into a user-level library, Alpine improves many aspects of protocol development. In this section, we try to give the reader an appreciation of these improvements.

**Alpine shortens the revise/test cycle**

With Alpine almost no time is needed between testing an application with two different networking stacks, and Figure 6 demonstrates this. The graph in Figure 6 is a time sequence plot where each mark represents a packet being received at the client. A 60 KB file is first downloaded using Alpine running a normal TCP stack, the same file is then downloaded using Alpine running TCP Daytona[6][28], and after a system reboot, the file is downloaded using the kernel stack running TCP Daytona. For all downloads, the same unmodified application was used.

The transition between the two Alpine stacks takes less than a second because only an environment variable must be changed to switch between the two stacks. However, switching to a different version of the kernel stack requires more than four minutes because the machine must be rebooted. While this example may seem extreme, it does demonstrate that time and effort are saved by eliminating the system reboot from the protocol development process.

**Alpine improves protocol debugging**

When an application uses Alpine, the networking stack runs in user-level. Thus, it can be examined and changed just as

---

[5]The additional copies required by Alpine occur at the interface to the application and the interface to the raw socket. The user buffer is copied into the kernel mbuf data structure which is shared by each layer of the protocol stack. Finally, the faux-ethernet driver copies the fully-formed packet out of the mbuf into a buffer, which is passed to the raw socket send.

[6]TCP Daytona is a set of modifications to TCP that allow the *receiver* to artificially override congestion control. This allows a client to gain an unfair share of network bandwidth without explicit help from the server.

any other part of the application source code. Any source-level debugger[7] can be used to set break points in the networking stack, step through untested modifications, or modify protocol state by changing protocol variables.

Figure 7 shows a screen shot of Alpine running in a graphical debugger. The large window in the foreground shows a telnet application stopped at the `tcp_output` function with the fields of the *protocol control block* (PCB) associated with this connection shown in the upper-half of the window. With Alpine, protocol state is easily displayed and modified. Tcp-dump[2] runs at the bottom of the screen, showing packets that have already been transferred in the connection. The mail program and web browser running in the background are unaffected by the networking stack halted in the debugger because they are using the kernel's networking stack.

We have found that the power of user-level debuggers makes debugging protocol modifications much easier. Minor bugs that sometimes take hours to find in the kernel usually are found in only a few minutes when using Alpine.

**Alpine enables protocol instrumentation**

To demonstrate that Alpine can be used in ways the kernel's stack cannot, we instrumented the Alpine networking stack to continuously display the fields of a TCP protocol control block (PCB). A TCP protocol control block (PCB) contains all of the relevant information pertaining to a single connection such as the initial sequence numbers and the size of the congestion window. Figure 8 shows this utility monitoring the `wget` utility while a file is being downloaded. When the PCB for this connection changes, the new PCB is automatically displayed in the window on the right. Achieving this task with the kernel's stack is more complicated because without modifying an application, it is difficult to instrument the kernel on an application-by-application basis. However, with Alpine this utility required only about an hour of programming, and it works with unmodified application binaries.

**Alpine simplifies protocol modification**

To test Alpine's usefulness when making protocol modifications, we made modifications of varying sizes to TCP. We had many choices for how to modify TCP. For example, we could have changed TCP to get better performance over wireless or satellite links. Instead, we chose to design and implement solutions to prevent the receiver-based TCP attacks, collectively named TCP Daytona, that Savage et. al.

---



Figure 8: Alpine was used to extend the networking stack to display a connection's TCP PCB as it changes. The window on the right displays the values of fields in the PCB while the application on the left, which is using Alpine, downloads a file. Doing this in the kernel is much more difficult because it does not allow application-specific instrumentation. With the kernel's stack, the PCB must be displayed for all applications or none at all.

recently discovered [28]. TCP Daytona artificially forces congestion control to be overriden by manipulating *receiver* behavior, which allows the connection to gain an unfair share of network bandwidth. It is not the goal of this work to describe these attacks or discuss how we solved them. Instead, we provide insight into the benefits of using Alpine to implement and test our solutions.

Solutions to two of the attacks required modifications only to be made on the sender (e.g. server) and required approximately twenty lines of code to be added to the networking stack. We found Alpine to be a useful tool during the entire development process. Packet processing code is often written with attention paid to speed (i.e. avoiding procedure calls) instead of code modularity[8], which makes understanding the flow of control difficult. Using Alpine to step through the networking stack, we quickly found the proper place to implement these two solutions. Once our solutions were implemented, we were able to trace through the code to verify that the modifications behaved as expected, and we quickly discovered a bug, which was easily fixed. Once our solutions were sufficiently tested, they were moved into the kernel's stack without having to make any additional changes.

The solution to the third TCP Daytona attack required modifications to both the sender and the receiver (e.g. server

---

[7]To seamlessly integrate with applications, we must prevent the SIGALRMs from being delivered while the application is stopped (e.g. at a breakpoint). This is easily done by using a debugger initialization file to install hooks that stop these signals when the application stops and resumes them when the application resumes. Alpine provides this initialization file for gdb, a popular debugger that is used as a back-end for most Unix-based debuggers.

[8]For example, the two functions used to send and receive TCP packets, `tcp_input` and `tcp_output`, are over 1500 and 700 lines respectively. Understanding the flow of control in such functions is difficult without using a source-level debugger to step through the code.



Figure 7: Alpine enables network protocols to be debugged using any source-level debugger. The application being debugged has stopped at a breakpoint in the `tcp_output` function, and the connection's TCP protocol control block (PCB) is being examined. Programs running in the background including a mail client and a web browser continue to use the kernel's networking stack.

and client), and required incorporating almost 100 lines of code into the networking stack. These changes were much more complex and required changing TCP's packet processing code in several places. Beyond the benefits listed previously, making these modifications exposed two other significant benefits of Alpine. First, Alpine allowed us to implement our solution in small increments. The high penalty of making a kernel modification leads many protocol developers to implement and test large pieces of code at once. This increases the number of bugs and probably is more costly in the long run. Our modifications were incrementally implemented and tested because of the absence of the kernel's high modification penalty. Second, Alpine enabled us to run both the sender and receiver concurrently on the same machine. We found this convenience to be very useful because

we were able to trace through both stacks concurrently verifying that our modifications behaved as expected. Once this solution was completely tested, it was also moved into the kernel without any additional changes.

## 6  Future Work

Currently, Alpine's largest drawback is that root privileges are needed to use the infrastructure. (Opening a raw socket, capturing packets using libpcap, and installing a firewall all require root access.) A possible solution to this limitation is to move more functionality, specifically sending and receiving packets, into the central server, which is already used to manipulate the firewall. Once the central server is installed with root access, applications could use Alpine without any

special privileges. The central server could also verify the source address of all packets being transmitted to prevent users from abusing the privilege of sending raw packets.

We also have not addressed the issue of what happens when an application forks. Because a forked process inherits its parent's open sockets, handling this issue is tricky. We plan to solve this problem by converting the socket system calls into RPCs that communicate with another process that contains only the Alpine networking stack. In this scenario, a separate user-level networking stack is not created when an application forks, and multiple applications can share a single Alpine stack.

Besides continuing the ongoing maintenance of Alpine, we also hope to port this development infrastructure to Linux and other Unix environments to facilitate protocol development on other platforms. Also, since the FreeBSD version of Alpine relies on almost no platform specific code, it should be easily ported to Linux, allowing an unmodified FreeBSD stack to run on top of the Linux operating system.

# 7  Conclusion

We have presented an argument for the necessity of a user-level infrastructure for developing network protocols. Developing outside the kernel has many advantages, including easy source-level debugging and quick turnaround between revisions. We discussed our design and implementation of Alpine, which is a publically available tool that enables an unmodified FreeBSD kernel stack to execute in a user-level library. We also presented guidelines for virtualizing other kernel services in a user-level environment. Finally, we showed that Alpine offers many improvements over traditional kernel protocol development. For more information about Alpine or to download the latest version of Alpine, please visit http://alpine.cs.washington.edu/.

# References

[1] Ns network simulator. See http://www-mash.cs.berkeley.edu/ns/.

[2] Tcpdump home page. See http://www.tcpdump.org/.

[3] M. Allman. On the generation and use of TCP acknowledgments. *INFOCOM '98*, 28(5):4–21, October 1998.

[4] M. Allman. TCP byte counting refinements. *Computer Communications Review*, 29(3), July 1999.

[5] M. Allman, D. Glover, and L. Sanchez. Enhancing TCP over satellite channels using standard mech-

anisms. Request for Comments 2488, Internet Engineering Task Force, January 1999.

[6] H. Balakrishnan. *Challenges to Reliable Data Transport over Heterogeneous Wireless Networks*. PhD thesis, Computer Science Division, Univ. of California at Berkeley, Berkeley, CA, August 1998.

[7] A. Banerji, J. Tracey, and D. Cohn. Protected shared libraries-A new approach to modularity and sharing. In *1997 Annual Technical Conference, January 6–10, 1997. Anaheim, CA*, pages 59–75, Berkeley, CA, USA, January 1997. USENIX.

[8] A. Basu, V. Buch, W. Vogels, and T. von Eicken. Unet: A user-level network interface for parallel and distributed computing. In *Proceedings 15th ACM Symposium on Operating Systems Principles*, Copper Mountain CO, December 1995.

[9] B. Bershad, S. Savage, P. Pardyak, E. Sirer, M. Fiuczynski, D. Becker, S. Eggers, and C. Chambers. Extensibility, safety and performance in the SPIN operating system. In *Proceedings 15th ACM Symposium on Operating Systems Principles*, pages 267–284, Copper Mountain CO, December 1995.

[10] S. Blake, D. Black, M. Carlson, E. Davies, Z. Wang, and W. Weiss. An architecture for differentiated services: IETF RFC 2475, December 1998.

[11] L. S. Brakmo, S. W. O'Malley, and L. L. Peterson. TCP Vegas: New techniques for congestion detection and avoidance. In *Proceedings, 1994 SIGCOMM Conference*, pages 24–35, London, UK, August 31st - September 2nd 1994.

[12] R. Draves and S. Cutshall. Unifying the user and kernel environments. Technical Report MSR-TR-97-10, Microsoft Research, March 1997.

[13] R. Durst, G. Miller, and E. Travis. TCP extensions for space communications. In *Proceedings, 1996 MobiComm Conference*, November 1996.

[14] D. Engler, M. Kaashoek, and J. O'Toole Jr. Exokernel: An operating system architecture for application-level resource management. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles*, December 1995.

[15] M. Fiuczynski and B. Bershad. An extensible protocol architecture for application-specific networking. In *USENIX 1996 Annual Technical Conference*, San Diego, California, January 1996.

[16] S. Floyd and T. Henderson. The NewReno modification to TCP's fast recovery algorithm. Internet Draft,

Internet Engineering Task Force, February 1999. Work in progress.

[17] B. Ford, G. Back, G. Benson, J. Lepreau, A. Lin, and O. Shivers. The flux oskit: A substrate for os and language research. In *16th ACM Symposium on Operating Systems Principles*, October 1997.

[18] T. Henderson and R. Katz. Transport protocols for internet-compatible satellite networks. *IEEE Journal of Selected Areas in Communications*, 17(2):326–344, February 1999.

[19] X. Huang, R. Sharma, and S. Keshav. The Entrapid protocol development environment. In *INFOCOM '99*, New York, March 1999.

[20] V. Jacobson, B. Braden, and L. Zhang. TCP extension for high speed paths. *RFC 1185*, October 1990.

[21] M. F. Kaashoek, D. Engler, G. Ganger, H. Briceño, R. Hunt, D. Mazières, T. Pinckney, R. Grimm, J. Jannotti, and K. Mackenzie. Application performance and flexibility on exokernel systems. In *Proceedings of the Sixteenth ACM Symposium on Operating Systems Principles*, October 1997.

[22] S. Keshav. Real 5.0 network simulator. See `http://www.cs.cornell.edu/skeshav/real/overview.html`.

[23] L. Larzon, M. Degermark, and S. Pink. UDP lite for real time multimedia applications. Technical Report HPL-IRI-1999-001, HP Labroratories, April 1999.

[24] C. Maeda and B. Bershad. Protocol service decomposition for high-performance networking. In *14th ACM Symposium on Operating Systems Principles*, December 1993. also CMU Technical Report CMU-CS-93-131.

[25] R. Ramanathan. TCP for high performance in hybrid fiber coaxial broad-band access networks. *IEEE/ACM Transactions on Networking*, 6(1):15–29, February 1998.

[26] L. Rizzo. Dummynet: A simple approach to the evaluation of network protocols. *Computer Communications Review*, 27(1):31–41, January 1997.

[27] M. Rozier, V. Abrossimov, F. Armand, I. Boule, M. Gien, M. Guillemont, F. Herrmann, C. Kaiser, S. Langlois, P. Leonard, and W. Neuhauser. Overview of the chorus distributed operating system. In *Proceedings USENIX Workshop on Micro-kernels and Other Kernel Architectures*, pages 39–69, 1992.

[28] S. Savage, N. Cardwell, D. Wetherall, and T. Anderson. TCP congestion control with a misbehaving receiver. *Computer Communications Review*, 29(3), October 1999.

[29] C. Thekkath, T. Nguyen, E. Moy, and E. Lazowska. Implementing network protocols at user level. *IEEE/ACM Transactions on Networking*, 1(5):554–565, October 1993.

[30] F. Theodore, J. Touch, and W. Yue. The TIME-WAIT state in TCP and its effect on busy servers. In *INFOCOM '99*, New York, March 1999.

[31] V. Visweswaraiah and J. Heidemann. Improving restart of idle TCP connections. Technical Report 97-661, ISI, Marina del Ray, California, November 1997.

[32] T. von Eicken, D. Culler, S. Goldstein, and K. Schauser. Active messages: A mechanism for integrated communication and computation. In *Proceedings of the 19th Annual International Symposium on Computer Architecture*, pages 256–267, Gold Coast, Australia, May 1992. ACM Press.

[33] D. Wallach, D. Engler, and M. F. Kaashoek. ASHs: application-specific handlers for high-performance messaging. *Computer Communications Review*, 26(4):40–52, October 1996.

# Appendix F

# The Exokernel Operating System Architecture

by

## Dawson R. Engler

Submitted to the Department of Electrical Engineering and Computer Science
in partial fulfillment of the requirements for the degree of

Doctor of Philosophy in Computer Science and Engineering

at the

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

October 1998

© Massachusetts Institute of Technology 1998.  All rights reserved.

Author . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Department of Electrical Engineering and Computer Science
May 18, 1998

Certified by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
M. Frans Kaashoek
Associate Professor
Thesis Supervisor

Accepted by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Leonard A. Gould
Chairman, Departmental Committee on Graduate Students

# The Exokernel Operating System Architecture

by

## Dawson R. Engler

Submitted to the Department of Electrical Engineering and Computer Science
on May 18, 1998, in partial fulfillment of the
requirements for the degree of
Doctor of Philosophy in Computer Science and Engineering

## Abstract

On traditional operating systems only trusted software such as privileged servers or the kernel can manage resources. This thesis proposes a new approach, the exokernel architecture, which makes resource management unprivileged but safe by separating management from protection: an exokernel protects resources, while untrusted application-level software manages them. As a result, in an exokernel system, untrusted software (e.g., library operating systems) can implement abstractions such as virtual memory, file systems, and networking.

The main thrusts of this thesis are: (1) how to build an exokernel system; (2) whether it is possible to build a real one; and (3) whether doing so a good idea. Our results, drawn from two exokernel systems [25, 48], show that the approach yields dramatic benefits. For example, Xok, an exokernel, runs a web server an order of magnitude faster than the closest equivalent on the same hardware, common unaltered Unix applications up to three times faster, and improves global system performance up to a factor of five.

The thesis also discusses some of the unusual techniques we have used to remove the overhead of protection. The most unusual technique, untrusted deterministic functions, enables an exokernel to verify that applications correctly track the resources they own, eliminating the need for it to do so. Additionally, the thesis reflects on the subtle issues in using downloaded code for extensibility and the sometimes painful lessons learned in building three exokernel-based systems.

Thesis Supervisor: M. Frans Kaashoek
Title: Associate Professor

# The Exokernel Operating System Architecture

by

Dawson R. Engler

Submitted to the Department of Electrical Engineering and Computer Science
on May 18, 1998, in partial fulfillment of the
requirements for the degree of
Doctor of Philosophy in Computer Science and Engineering

## Abstract

On traditional operating systems only trusted software such as privileged servers or the kernel can manage resources. This thesis proposes a new approach, the exokernel architecture, which makes resource management unprivileged but safe by separating management from protection: an exokernel protects resources, while untrusted application-level software manages them. As a result, in an exokernel system, untrusted software (e.g., library operating systems) can implement abstractions such as virtual memory, file systems, and networking.

The main thrusts of this thesis are: (1) how to build an exokernel system; (2) whether it is possible to build a real one; and (3) whether doing so a good idea. Our results, drawn from two exokernel systems [25, 48], show that the approach yields dramatic benefits. For example, Xok, an exokernel, runs a web server an order of magnitude faster than the closest equivalent on the same hardware, common unaltered Unix applications up to three times faster, and improves global system performance up to a factor of five.

The thesis also discusses some of the unusual techniques we have used to remove the overhead of protection. The most unusual technique, untrusted deterministic functions, enables an exokernel to verify that applications correctly track the resources they own, eliminating the need for it to do so. Additionally, the thesis reflects on the subtle issues in using downloaded code for extensibility and the sometimes painful lessons learned in building three exokernel-based systems.

Thesis Supervisor: M. Frans Kaashoek
Title: Associate Professor

"But I don't want to go among mad people," Alice remarked.

"Oh, you can't help that," said the Cat: "we're all mad here. I'm mad, you're mad."

"How do you know I'm mad?" said Alice.

"You must be," said the Cat, "or you wouldn't have come here."

<div align="right">- Lewis Carroll (1832-1898), <strong>Alice In Wonderland</strong></div>

# Acknowledgments

The exokernel project has been the work of many people. The basic principles of Chapter 2 and Aegis implementation come from a paper [25] written jointly with Frans Kaashoek and James O'Toole (which descended from my master's thesis, done under Kaashoek, with ideas initated by [26, 27]).

In contrast to Aegis, Xok has been written largely by others. Dave Mazieres implemented the initial Xok kernel. Thomas Pinckney Russell Hunt, Greg Ganger, Frans Kaashoek, and Hector Briceno further developed Xok and made ExOS into a real Unix system. Greg Ganger designed and implemented C-FFS [37] and the Cheetah webserver (based in part on [49]), the two linchpins of most of our application performance numbers. Ganger and Kaashoek oversaw countless modifications to the entire system. Eddie Kohler made an enormous contribution in our write up of these results. This work, described in [48], forms the basis for Chapter 5, and as a less primary source for Chapters 2— 4.

# Contents

**1 Introduction** — **11**
1.1 Relation to other OS structures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    1.1.1 Recent extensible operating systems . . . . . . . . . . . . . . . . . . . . . . . . . 14
1.2 The focusing questions of this thesis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    1.2.1 How to build an exokernel? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    1.2.2 Can you build a real exokernel system? . . . . . . . . . . . . . . . . . . . . . . . 16
    1.2.3 Are exokernels a good idea? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    1.2.4 Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
1.3 Concerns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
1.4 Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**2 How to build an exokernel: principles** — **20**
2.1 Exokernel principles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
    2.1.1 Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
2.2 Kernel support for protected abstractions . . . . . . . . . . . . . . . . . . . . . . . . . . 22
2.3 Implementation-defined Decisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
2.4 Visible Resource Revocation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
2.5 Secure Bindings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
2.6 Methodology Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

**3 Practice: Applying exokernel principles** — **28**
    3.0.1 Xok overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
    3.0.2 Aegis overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
3.1 Multiplexing Physical Memory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
    3.1.1 Aegis: application virtual memory . . . . . . . . . . . . . . . . . . . . . . . . . . 29
    3.1.2 Xok: hardware-defined page tables . . . . . . . . . . . . . . . . . . . . . . . . . 30
3.2 Multiplexing the Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
3.3 Multiplexing the CPU . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
    3.3.1 Aegis and Xok CPU multiplexing . . . . . . . . . . . . . . . . . . . . . . . . . . 31
    3.3.2 Aegis Processor Environments . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    3.3.3 Implementing Unix Processes on Xok . . . . . . . . . . . . . . . . . . . . . . . . 33
3.4 Exposing Machine Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    3.4.1 Aegis Exceptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    3.4.2 Aegis Protected Control Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . 34
    3.4.3 Implementing Unix IPC on Xok . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
3.5 Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

**4 The Hardest Multiplexing Problem: Disk** — **36**
4.1 Efficient, fine-grained disk multiplexing . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    4.1.1 Efficiency: State Partitioning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
    4.1.2 More sophisticated partitioning . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
4.2 Overview of XN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

4.3  XN: Problem and history . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
4.4  XN: Design and implementation . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
4.5  XN usage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
4.6  Crash Recovery Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
4.7  C-FFS: a library file system . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
4.8  Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

**5  Performance of exokernel systems**                                                          **49**
5.1  Xok Experimental Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
5.2  Performance of common, unaltered applications . . . . . . . . . . . . . . . . . . . 50
5.3  The cost of exokernel flexibility . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
      5.3.1  The cost of OS abstractions in libraries . . . . . . . . . . . . . . . . . . . 51
      5.3.2  The cost of protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
5.4  Aggressive application performance . . . . . . . . . . . . . . . . . . . . . . . . . 52
      5.4.1  XCP: a "zero-touch" file copying program . . . . . . . . . . . . . . . . . . 52
      5.4.2  The Cheetah HTTP/1.0 Server . . . . . . . . . . . . . . . . . . . . . . . . 52
5.5  Global performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
      5.5.1  Experiments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
      5.5.2  Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
      5.5.3  Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

**6  Reflections on Downloading Code**                                                           **57**
6.1  DPF: dynamic packet filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
      6.1.1  Language design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
      6.1.2  Downloaded code provides power . . . . . . . . . . . . . . . . . . . . . . . 59
      6.1.3  Some lessons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
6.2  Application-specific message handlers . . . . . . . . . . . . . . . . . . . . . . . . 60
      6.2.1  Pulling application semantics into event handling . . . . . . . . . . . . . . 60
      6.2.2  Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
6.3  XN: efficient disk multiplexing . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
      6.3.1  Language Evolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
      6.3.2  Insights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
      6.3.3  Lessons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
6.4  Protected Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
6.5  Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
6.6  Related Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

**7  Conclusion**                                                                                **67**
7.1  Possible Failures of the Architecture . . . . . . . . . . . . . . . . . . . . . . . . 67
7.2  Experience . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
      7.2.1  Clear advantages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
      7.2.2  Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
      7.2.3  Lessons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
7.3  Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

**8  XN's Interface**                                                                            **71**
A  Privileged system calls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
      A.1  XN initialization and shutdown . . . . . . . . . . . . . . . . . . . . . . . . 71
      A.2  Reconstruction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
B  Public system calls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
      B.1  Creating types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
      B.2  Creating and deleting file system trees . . . . . . . . . . . . . . . . . . . . 72
      B.3  Buffer cache operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
      B.4  Metadata operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

    B.5    Reading XN data structures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
    B.6    File system-independent navigation calls . . . . . . . . . . . . . . . . . . . . . . 76

**9  Aegis' Interface**                                                                     **77**
    .7    CPU interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
    .8    Environments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
    .9    Physical memory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
    .10    Interrupts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
    .11    Networking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
    .12    TLB manipulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

# List of Figures

1-1   Possible exokernel system. Applications link against library operating systems (libOS), which provide standard operating system abstractions (virtual memory, files, network protocols, etc.). Because libOSes, are unprivileged, applications can also specialize them or write their own, as the web server in the picture has done. Because the exokernel provides protection, completely different libOSes can simultaneously run on the same system and safely share resources such as disk blocks and physical pages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

2-1   A simplified exokernel system with two applications, each linked with its own libOS and sharing pages through a buffer cache registry. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

3-1   Application-level stride scheduler. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

4-1   Implementation sketch of a disk block allocation system call that uses UDFs to let untrusted file systems track the blocks they control. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

4-2   Unix indirect block and its associated state partitioning UDFs, indirect_access and indirect_npartitions. The UDFs are "constant" in that they do not use the meta data block to compute partitions. Non-constant UDFs can be used as long as they are retested when the state they depend on has been modified. . . . 41

5-1   Performance of unmodified UNIX applications. Xok/ExOS and OpenBSD/C-FFS use a C-FFS file system while Free/OpenBSD use their native FFS file systems. Times are in seconds. . . . . . . . . . 50

5-2   HTTP document throughput as a function of the document size for several HTTP/1.0 servers. **NCSA/BSD** represents the NCSA/1.4.2 server running on OpenBSD. **Harvest/BSD** represents the Harvest proxy cache running on OpenBSD. **Socket/BSD** represents our HTTP server using TCP sockets on OpenBSD. **Socket/Xok** represents our HTTP server using the TCP socket interface built on our extensible TCP/IP implementation on the Xok exokernel. **Cheetah/Xok** represents the Cheetah HTTP server, which exploits the TCP and file system implementations for speed. . . . . . . . . . . . . . . . . . . . . . 53

5-3   Measured global performance of Xok/ExOS (the first bar) and FreeBSD (the second bar), using the first application pool. Times are in seconds and on a log scale. *number/number* refers to the the total number of applications run by the script and the maximum number of jobs run concurrently. **Total** is the total running time of each experiment, **Max** is the longest runtime of any process in a given run (giving the worst latency). **Min** is the minimum. . . . . . . . . . . . . . . . . . . . . . . . . . . 54

5-4   Measured global performance of Xok/ExOS (the first bar) and FreeBSD (the second bar), using the second application pool. Methodology and presentation are as described for Figure 5-3 . . . . . . . . 55

8-1   Metadata operation structure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
8-2   I/O vector structure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

9-1   Aegis time-slice representation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
9-2   Environment structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
9-3   Structures used for libOS-level interrupt handling. . . . . . . . . . . . . . . . . . . . . . . . . . . 81
9-4   Structure used to hold where each exposed kernel data structure begins and its size. By default, each environment has read access to the pages containing these structures. . . . . . . . . . . . . . . . . . 82
9-5   Network packet receive structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

9-6   STLB structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   84
9-7   Assembly code used by Aegis to lookup mapping in STLB (18 instructions). . . . . . . . . . . .   85
9-8   Hardware defined "low" portion of a TLB entry (i.e., the part bound to a virtual page number). . . . .   86

# List of Tables

5.1   The I/O-intensive workload installs a large application (the lcc compiler). The size of the compressed archive file for lcc is 1.1 MByte. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   50

# Chapter 1

# Introduction

> And now that the legislators and the do-gooders have so futilely inflicted so many systems upon society, may they end up where they should have begun: may they reject all systems, and try liberty... — Frederic Bastiat

> It is hard to let old beliefs go. They are familiar. We are comfortable with them and have spent years building systems and developing habits that depend on them. Like a man who has worn eyeglasses so long that he forgets he has them on, we forget that the world looks to us the way it does because we have become used to seeing it that way through a particular set of lenses. Today, however, we need new lenses. And we need to throw the old ones away. — Kenich Ohmae

Traditional operating systems abstract and protect system resources. For example, they abstract physical memory in terms of virtual memory, disk blocks in terms of files, and exceptions and CPU in terms of processes. This organization has three significant benefits. First, it provides a portable interface to the underlying machine; applications need not care about the details of the underlying hardware. Second, it provides a large default functionality base, removing the need for application programmers to write device drivers or other low-level operating system code. Finally, it provides protection: because the operating system controls all application uses of resources, it can control application access to them, preventing buggy or malicious applications from compromising the system. Empirically, the ability to have multiple applications and users sharing the same machine is useful. Despite this organization's benefits, it has a serious problem: only privileged servers and the kernel can manage system resources. Untrusted applications are restricted to the interfaces and implementations of this privileged software. This organization is flawed because application demands vary widely. An interface designed to accommodate every application must anticipate all possible needs. The implementation of such an interface would need to resolve all tradeoffs and anticipate all ways the interface could be used. Experience suggests that such anticipation is infeasible and that the cost of mistakes is high [3, 9, 16, 25, 43, 79].

The *exokernel architecture* attacks this problem by giving untrusted application code as much safe control over resources as possible, thereby allowing orders of magnitude more programmers to innovate and use innovations, without compromising system integrity. It does so by dividing responsibilities differently from the way conventional systems do. Exokernels separate protection from management: they protect resources, applications manage them. An exokernel strives to move all functionality not required for protection out of privileged kernels and servers into unprivileged applications. For example, in the context of virtual memory, an exokernel protects physical pages and disk blocks used for paging, but defers the rest of management to applications (i.e., paging, allocation, fault handling, page table layout, etc.). The ideal exokernel makes untrusted software as powerful as a privileged operating system, without sacrificing either protection or efficiency.

Of course, not all applications need customized resource management. Instead of communicating with the exokernel directly, we expect most programs to be linked with libraries that hide low-level resources behind traditional operating system abstractions. However, unlike traditional implementations of these abstractions, library implementations are unprivileged and can therefore be modified or replaced at will. We refer to these unprivileged libraries as *library operating systems,* or libOSes. On the exokernels described in this thesis, libOSes implement virtual memory, file systems, networking, and processes. Applications are written on top of these libraries in a way similar to how they are written on top of current operating systems. As a result, applications can achieve appreciable speedups on an exokernel by simply linking against an optimized library operating system. Figure 1-1 illustrates a generic exokernel system.

clip= angle=270



Figure 1-1: Possible exokernel system. Applications link against library operating systems (libOS), which provide standard operating system abstractions (virtual memory, files, network protocols, etc.). Because libOSes, are unprivileged, applications can also specialize them or write their own, as the web server in the picture has done. Because the exokernel provides protection, completely different libOSes can simultaneously run on the same system and safely share resources such as disk blocks and physical pages.

An exokernel retains the three benefits of traditional operating systems: default functionality and portability come from writing applications on top of a libOS, while protection comes from the exokernel, which guards all resources. In addition, we hope that the exokernel organization dramatically improves system innovation. We have four main reasons for this hope:

1. Fault-isolation: an error in a libOS only affects the applications using it, in contrast to errors in privileged operating systems, which can compromise the entire system. Thus, an exokernel significantly reduces the risk of using operating system innovations.

2. Co-existence: by design, multiple, possibly specialized, library operating systems can co-exist on the same exokernel system, in contrast to traditional systems, which by-and-large prevent more than one operating system running at a time. Thus, an exokernel enables innovation composition.

3. Increased implementor base: there are several orders of magnitude more systems programmers than privileged implementors (of oft-times proprietary operating systems). We hope the rate of innovation increases proportionally.

4. Increased user base: by making operating system software no different from other runtime libraries, the number of people with discretion to use an innovation increases by an even larger factor. Similarly, using innovations becomes a simple matter of linking in a new library rather than having to replace an entire system-wide operating system (and forcing all other users of the system to use it, and its bugs, in the process).

These four features remove many of the practical barriers facing operating system innovation development and deployment.

We do not assume that application programmers will modify operating system software as a matter of course. Instead, we regard libOS modification as similar to that of compilers: both are large, relatively complex pieces of software, not altered in the normal course of day-to-day programming. However, in the case of compilers, the enormous implementor and user community coupled with, unprivileged, fault-isolated compiler implementations has resulted in thousands of languages and implementations. For example, new languages such as Java, Tcl, Perl, and C++ have swept the implementor base every few years. Observed operating systems revolutions happen both on a more attenuated time scale, and with less dramatic scope. We hope that by making OS software more similar to compilers in the above ways that their evolution will become more similar as well.

An exokernel's success does not depend on a panoply of different operating systems. In our view, similar again to compilers and languages, there will be a few dominant operating systems but, importantly, the fact that they are unprivileged will enable them to evolve more readily than traditional systems.

## 1.1 Relation to other OS structures

There is a large literature on extensible operating systems, starting with the classic rationales by Lampson and Brinch Hansen [41, 53, 54]. Previous approaches to extensibility can be coarsely classified in to three groups: better microkernels, virtual machines, and downloading untrusted code into the kernel. We discuss each in turn and then relate exokernels to recent work in extensible operating systems.

The exokernel differs from traditional monolithic systems in that it places the bulk of operating system functionality in unprivileged libraries. It similarly differs from a microkernel in that, while both organizations move code out of the kernel, a microkernel pushes code into privileged servers, which applications cannot modify. In some sense, the principal goal of an exokernel—giving applications control—is orthogonal to the question of monolithic versus microkernel organization. If applications are restricted to inadequate interfaces, it makes little difference whether the implementations reside in the kernel or privileged user-level servers [39, 39]; in both cases applications lack control. For example, it is difficult to change the buffer management policy of a shared file server. In many ways, servers can be viewed as fixed kernel subsystems that happen to run in user space. Whether monolithic or microkernel-based, the goal of an exokernel system remains for privileged software to provide interfaces that do not limit the ability of unprivileged applications to manage their own resources.

Hydra was the most ambitious early system to have the separation of kernel policy and mechanism as one of its central tenets [94]. An exokernel takes the elimination of policy one step further by removing "mechanism" wherever possible. This process is motivated by the insight that mechanism *is* policy, albeit with one less layer of indirection. For instance, a page-table is a very detailed policy that controls how to translate, store and delete mappings and what actions to take on invalid addresses and accesses. [1]

Some newer microkernels push the kernel interface closer to the hardware [16, 42, 73], obtaining better performance and robustness than previous microkernels and allowing for a greater degree of flexibility, since shared monolithic servers can be broken into several servers. Techniques to reduce the cost of shared servers by improving IPC performance, moving code from servers into libraries, mapping read-only shared data structures, and batching system calls [8, 39, 58, 61] can also be successfully applied in an exokernel system.

Virtual machines [12, 34, 38] (VMs) are an OS structure in which a privileged virtual machine monitor (VMM) isolates less privileged software in emulated copies of the underlying hardware. Virtual machines and exokernels differ in two main ways. First, virtual machines emulate, exokernels do not. Emulation hides information. This can lead to ineffective use of hardware resources; for instance, the VMM has no way of knowing if a VM no longer needs a particular virtual page. In contrast, an exokernel attempts to expose all information about the system and explicitly communicates with the library operating system rather than presenting a virtual facade and making its own resource management decisions. Second, VMs can only share resources through remote communication protocols. This prevents VMs from sharing many OS abstractions such as processes or file descriptors with each other. Thus, VMMs confine specialized operating systems and associated processes to isolated virtual machines. Rather than partitioning the machine into disjoint pieces, an exokernel allows non-trusting applications to use customized libOSes

---

[1]The OS community has no rigorous definition of either "policy" or "mechanism." In its most general sense, policy refers to the goals of a computer system (e.g., what security threats to resist, what resources to protect). In context of extensible operating systems, policy refers to the algorithm used to make security or resource management decisions, while mechanism refers to the machinery used to implement a particular policy. For example, a virtual memory paging policy is to evict least recently used pages to disk. The data structures used to do so, such as page tables and a sorted page list, would be mechanism. Similar to the concepts of code and data, there is no clear fundamental difference between these two notions.

to share resources (such as physical memory and disk blocks) without sacrificing a single view of the machine,

Downloading code into the kernel is another approach to extensibility. In many systems only trusted users can download code, either through dynamically-loaded kernel extensions or static configuration [33, 43]. In the SPIN and Vino systems, any user can safely download code into the kernel [9, 78]. Safe downloading of code through type-safety [9, 75] and software fault-isolation [78, 89] is complementary to the exokernel approach of separating protection from management. Exokernels use downloading of code to let the kernel leave decisions to untrusted software [25].

In addition to these structural approaches, much work has been done on better OS abstractions that give more control to applications, such as user-level networking [88, 82], lottery scheduling [90], application-controlled virtual memory [44, 55] and file systems [13, 72]. All of this work is directly applicable to libOSes.

### 1.1.1   Recent extensible operating systems

SPACE is a "submicro-kernel" that provides only low-level kernel abstractions defined by the trap and architecture interface [73]. Its close coupling to the architecture makes it similar in many ways to an exokernel, but we have not been able to make detailed comparisons because its design methodology and performance have not yet been published.

The SPIN project is building a microkernel system that allows applications to make policy decisions [9] by safely downloading *extensions* into the kernel. Unlike SPIN, the focus in the exokernel architecture is to obtain flexibility and performance by securely exposing low-level hardware primitives rather than extending a traditional operating system in a secure way. As a result, exokernel interfaces tend to be lower level and, thus, grant more control to applications.

Anderson [3] makes a clear argument for application-specific library operating systems and proposes that the kernel concentrate solely on the adjudication of hardware resources. The exokernel design addresses how to provide secure multiplexing of physical resources in such a system, and moves the kernel interface to a lower level of abstraction. In addition, our exokernel systems demonstrate that low-level secure multiplexing and library operating systems can offer excellent performance.

Like an exokernel, the Cache Kernel [16] provides a low-level kernel that can support multiple application-level operating systems. To the best of our knowledge the Cache Kernel and ExOS, the libOS used on three generations of exokernels [25, 48], are the first general-purpose library operating systems implemented in a multiprogramming environment. The difference between the Cache Kernel and an exokernel is mainly one of high-level philosophy. The Cache Kernel focuses primarily on reliability, rather than securely exporting hardware resources to applications. As result, it is biased towards a server-based system structure. In our experience, servers become de facto privileged in that their functionality cannot be overridden by applications.

The Nemesis kernel [76, 56] has many similarities to an exokernel, despite a vast difference in goals. Nemesis is designed to improve quality-of-service for multimedia applications. The problem it attacks is that traditional systems make resource accounting difficult in that code running on behalf of an application may be strewn throughout a collection of servers and the kernel. Like an exokernel, their solution is to push operating system functionality into applications. In this way, code running on behalf of the application typically runs within the application itself, which then can trivially be charged for its resource consumption. The primary parallels between Nemesis and an exokernel system are low-level interfaces for resources needed by multimedia applications (events, network, disk, and CPU), and a reliance on library operating systems. However, the difference in goals leads to stark contrasts. While Nemesis is designed to simplify accounting, an exokernel aims to improve innovation. It does so by ceding *all* control not needed for protection to applications. Thus, an exokernel's interfaces grant more pervasive power to applications and also promote sharing of resources (so that different implementations can safely share the same state). For example, applications have only limited control over virtual memory, since Nemesis forces a single-address space on the entire system. Similarly, Nemesis disk multiplexing lacks the power of our disk subsystem, XN (discussed in Chapter 4). We know of no experimental results for Nemesis, which prevents us from performing a more detailed comparison of the relative strengths of the two approaches.

## 1.2   The focusing questions of this thesis

An exokernel attempts to make unprivileged library operating systems as powerful as privileged operating systems. The main thrusts of this thesis are:

1. How to build an exokernel system.

2. Whether it is possible to build a real one.

3. Whether doing so is a good idea.

The first half of the thesis, Chapters 2 and 4, focuses on how to build an exokernel system, and the later chapters on the approach's efficacy.

The text below provides an overview of the questions each issue raises, along with a sketch of their associated answers.

## 1.2.1  How to build an exokernel?

Traditionally, operating systems have provided a high-level interface to unprivileged software. Chapter 2 provides a constructive methodology for how to lower this interface to a level sufficient for libOSes to build abstractions such as networking, virtual memory and file systems. The six principles of this methodology are: (1) separate management from protection; (2) expose all hardware to applications; (3) expose resource allocation, placing it under the discretion of applications; (4) expose revocation, thereby letting applications determine what resources to relinquish; (5) protect at a fine-grained level, making sharing and management lightweight; and (6) expose information, such as hardware capabilities, physical names, and global system statistics.

A key aspect of exokernel design is leaving implementation decisions to the client. Rather than focusing design on deciding how to implement a policy or mechanism, focus on constructing an interface that leaves all interesting decisions to applications. An interface that merely checks that an application has performed an operation correctly frequently gives greater freedom for important decisions, as well as being simpler to implement. In some sense, exokernel design focuses on the art of transmuting the imperative (deciding how to implement a policy or mechanism in the kernel) to the declarative (specifying *what* interface an application must implement, and checking that it does so correctly).

Chapter 3 contains a number of examples of how to apply this methodology, and Chapter 4 discusses an extended example of how to multiplex a hardware disk, which has been the most challenging resource for us to handle.

The following four subsections discuss important subproblems of exokernel construction.

### How to recapture resource semantics?

By dislodging OS code into libraries, an exokernel also ejects a significant portion of the code that understands resource semantics. For example, in the context of networking, because the exokernel dislocates network protocol code (e.g., TCP/IP and UDP) into untrusted libraries, it no longer understands packet semantics. As a result, it lacks the information necessary to decide which application owns what message: a decision it must make if it is to implement protection.

We have used downloaded code as a powerful mechanism to allow untrusted software to convey these semantics back into the exokernel in a general way. In the context of networking we use packet filters (see Chapter 2), for disk, deterministic meta data interpreters (see Chapter 4).

From a different perspective, an exokernel, by "uploading" code into the application, removes the need to protect many pieces of state, and, thus, trivially need not understand their semantics.

Chapter 6 reflects on our experience using downloading code: when downloaded code was superior (or inferior) to a functional interface, our mistakes, and a number of surprises, visible only in much delayed hindsight. This technique has subtle implications, resulting from, among other things: the asymmetry in trust between the extension and the host; the fact that code for most useful languages is Turing complete, while most procedural interfaces are decidedly not; and that downloaded code, because it can be restricted, can be granted abilities that unrestricted external application code cannot. A consequence of this latter attribute is that most of our uses of downloaded code have little to do with speed but rather with granting applications power otherwise not possible.

### How to protect shared state?

Traditional operating systems encapsulate and enforce well-formed updates to state shared amongst processes. For example, a Unix kernel performs modifications on shared file descriptors, the file name cache, the buffer cache, etc. In contrast, an exokernel dislocates such state into unprivileged applications, which then modify it, potentially incorrectly. How then can invariants on shared state be enforced? We have used a plethora of techniques to enforce this.

The most general solution is to apply the exokernel precepts recursively: divide libraries into privileged and unprivileged parts, where the "privileged" part contains all code required for protection, and must be used by all applications using a piece of state, while the unprivileged contains all management code and can be replaced by anyone. Forcing applications to use the privileged portion of a libOS can be done by placing it in a server, using a restricted language and trusted compiler, or downloading code into the kernel. We have used all three.

In the more common case, library operating systems can frequently be designed for localization of state and to use standard fault-isolation techniques (such as type-safe languages and memory protection).

In many cases, the desire to protect shared state with mechanisms more elaborate and read and write access checks makes little technical sense: if the raw data itself can be corrupted, it is unlikely that there is any reason to preserve high-level invariants on the resultant garbage. One of the most common situations where this dynamic arises is in the protection of shared bookkeeping data structures. Consider the case of a shared buffer (say a Unix pipe), that uses a buffer record to track the number of bytes in the buffer. At one level, one would like to guarantee that an application decrements the byte count on data removal, and increments it on insertion. However, while this desire is sensible from a software engineering perspective, it is not a protection issue. Since there are no guarantees on the sensibleness of the inserted data, knowing how many bytes of garbage are in the buffer gains no security. In practice, social, rather than technical, methods guarantee these sort of invariants — e.g., assemblers adhere to standard object code formats rather than going through a set of system enforced methods for laying out debugging and linking information.

**How to protect without overhead?**

An exokernel adds another layer to the system in that it takes operating system code, which formerly ran on bare hardware, and places it in an unprivileged library, which runs on top of an exokernel which runs on bare hardware. Since performance motivates exokernels, the cost of this extra layer must be negligible.

Fortunately, for most resources, this overhead has been a non-issue. Exokernel implementation of virtual memory, networking, exceptions, and process management have all performed well, without aggressive tuning. In fact, on the first exokernel system we built, Aegis [25], if an exokernel primitive did not perform significantly faster than that of a traditional system from the beginning, we looked for "what was wrong." [2]

In practice, protection does not impose overhead. As we discuss in Chapter 5, it tends to be off of the critical path, coupled to expensive operations that dwarf its overhead, or recovered by other features of the architecture (e.g., libOSes make many system calls into function calls).

**Can applications be trusted to track ownership?**

At its most basic level, protection requires a table lookup to map a principal to access rights. While maintaining this table adds little overhead for most resources, for others, such as a disk, it is infeasible. Chapter 4 presents the reasons for this in detail.

This problem's solution comes from noticing that correct applications track what resources they have access to, rendering operating system bookkeeping redundant. For example, a library file system tracks the disk blocks each file maps to. Thus, if the operating system can reuse the application's data structures, it can eliminate this redundancy. In the case of file systems, if the exokernel can reuse the library file system's "meta data" (the data structures it uses to map files to blocks), then it need not perform duplicate bookkeeping. We have invented an online verification technique that lets an exokernel verify that library file systems correctly track what disk blocks they own, without the operating system having to understand how they do so.

## 1.2.2 Can you build a real exokernel system?

Does the exokernel organization only work for relatively simple, isolated resources such as physical memory, or can it apply to more difficult shared resources such as disk? Can one build an exokernel system? Fortunately for this thesis, one can. There have been three exokernel systems built so far, in increasing verisimilitude: Aegis [25], Glaze [60], and Xok [48]. Most of our performance data and examples come from Xok and ExOS, its default libOS. While ExOS does not handle some Unix corner cases, it is not a toy either. For example, it runs most Unix applications (e.g., perl,

---

[2] Aegis was roughly a factor of ten faster than a mature monolithic system. This difference held for exceptions, virtual memory primitive operations, inter-process communication, system calls, and even operations with large fixed costs, such as message round trip times over a 10Mb/s Ethernet. [25]

gcc, telnet, and csh) without modification. This fact can be seen in that the bulk of our performance data comes from application end-to-end numbers rather than micro-benchmarks.

### 1.2.3 Are exokernels a good idea?

Chapter 5 (and to a lesser degree, Chapter 3) focuses primarily on evaluating exokernel efficacy. We use a performance driven approach; our experiments address four questions, discussed below.

**Do common, unaltered applications benefit?**

If an exokernel only improves the performance of strange niche applications or requires that applications be modified to benefit, then its usefulness is severely diminished.

Our experiments show that an exokernel matters, even for common applications. We measure the performance of a software development workload made up of mainstream applications (most are found in "/usr/bin" on a Unix system). When linked against an optimized library file system and run on our exokernel system, these programs run up to three times faster than identical versions executed on competitive monolithic operating systems.

In general, normal applications benefit from an exokernel by simply linking in an optimized libOS that implements a standard interface. Thus, even without modifications, they still profit from an exokernel. [3] While an exokernel allows experimentation with completely different OS interfaces, a more important result may be improving the rate of innovation of implementations of existent interfaces.

**Does a libOS run slower than an OS?**

An exokernel provides extreme flexibility. Rightfully, any systems builder would expect that this flexibility would have a performance cost. In particular, given the same application code and same OS code (placed in a libOS on an exokernel, in the kernel on a monolithic system), does a traditional system provide superior performance? Or, phrased another way, if an optimization is done on an exokernel and gives a factor of four, would the same optimization done on a traditional OS give even more?

To partially answer this question we have taken the library file system discussed in the previous experiment and re-implemented it in the kernel of a traditional, monolithic operating system. We then run the same workload on it. Our results show that, at least in this case, an exokernel does not pay for its structure. Or, in the alternative way, that an optimization done on an exokernel can give the same performance improvement as done on a traditional system.

**Are aggressive applications ten times faster?**

In part, the exokernel architecture was motivated by the ability to perform application-specific or, more commonly, domain-specific optimizations. [4] Two natural questions, then, are first, does an exokernel give sufficient power that interesting optimizations can be done? Second, do domain-specific optimizations yield significant improvements or do they only give "noise" level improvements?

Experiments show that an exokernel enables domain-specific optimizations that give order-of-magnitude performance improvements [48]. Our specific results come from an interface designed for fast I/O, which improves the performance of applications such as web servers.

**Does local control lead to bad global performance?**

An exokernel gives applications significantly more control than traditional operating systems do. A positive aspect of this power transfer is that applications can perform optimizations not previously possible. A negative aspect is that their selfish optimization efforts could destroy system performance. Thus a key question is: can an exokernel reconcile local control with good global performance?

It can, for two main reasons. First, when an exokernel structure enables improved application performance there will be more resources to go around, and thus, global performance will improve. Second, an exokernel mediates allocation and revocation of resources. Therefore it has the power to enforce any global policy that a traditional

---

[3] In principle, given sufficient resources a traditional OS can implement any innovation done on an exokernel. However, in practice, we expect an exokernel system to evolve significantly faster than traditional systems.

[4] In fact, the original exokernel paper [25] focuses almost exclusively on application-specific optimizations rather than improving the rate of general-purpose innovations, which we have come to regard as a more significant benefit.

operating system can. The single new challenge it faces is deriving information lost by dislocating abstractions into application space. For example, traditional operating systems manage both virtual memory and file caching. As a result, they can perform global resource management of pages that takes into account the manner in which a page is being used. In contrast, if an exokernel dislocates virtual memory and file buffer management into library operating systems it no longer can make such distinctions. While such information matters in theory, in practice we have found it either unnecessary or crude enough that no special methods have been necessary to derive it. However, whether this happy situation always holds is an open question.

More concretely, our experiments demonstrate that: (1) given the same workload, an exokernel performs comparably to widely used monolithic systems, and (2) that when local optimizations are performed, that whole system performance improves, and can do so significantly.

### 1.2.4  Summary

Taken as a whole, these experiments show that, compared to a traditional system, an exokernel provides comparable to significantly superior performance while simultaneously giving tremendous flexibility.

## 1.3  Concerns

Below, we discuss five concerns about the exokernel architecture: (1) that an it will compromise portability, (2) that it will lead to a Babel of incompatible libOSes, (3) that libOSes are too costly to specialize, (4) that they consume too much space per application, and (5) that the modification of a "free software" OS provides a "good enough" way to innovate.

First, it is a virtue for an exokernel to expose the details of the system's hardware and software. Our exokernels expose information such as the number of network and scatter/gather DMA buffers available and TLB entry format. Naively handled, this exposure can compromise portability. Fortunately, traditional techniques for retaining portability work just as well on exokernel systems. While applications that use an exokernel interface directly will not be portable, those that use library operating systems that implement standard interfaces (*e.g.,* POSIX) are portable across any system that provides the same interface. Library operating systems themselves can be made portable by designing them to use a low-level machine-independent layer to hide hardware details. This technique has been widely used in the context of more traditional operating systems [74, 21].

As in traditional systems, an exokernel can provide backward compatibility in three ways: one, binary emulation of the operating system and its programs; two, implementing its hardware abstraction layer on top of an exokernel; and three, re-implementing the operating system's abstractions on top of an exokernel.

Second, since library operating systems are unprivileged, anyone can write one. An obvious problem is what happens to system coherence under an onslaught of "hand rolled" operating systems? Similar to the previous challenge, applications already solve the problem of chaos from freedom through the use of standards and good programming practices. The advantage of standards on paper rather than hard wired in the kernel is that they can be re-implemented and specialized, selected amongst, or, in the case of the worst ones, ignored.

Third, does specialization require writing an entire library operating system? Our experience shows that it does not. All of the application performance improvements in this thesis, even the most dramatic, were achieved by inserting the specialized subsystem within the default libOS, rather than rewriting an entire libOS from scratch. Given a modular design, other library operating systems should allow similar specialization. It is possible that object-oriented programming methods, overloading, and inheritance can provide useful operating system service implementations that can be easily specialized and extended, as in the VM++ library [51].

Most libOS code is no more difficult to modify than other systems software such as memory allocators. It tends to be conceptually shallow, and concerned chiefly with managing various mappings (page tables, meta data, file tables, etc.). As such, once operating system software is removed from the harsh environ of the kernel proper, modification does not require extraordinary competence.

Fourth, if each application has its own library operating system linked into it, what about space? As in other domains with large libraries, exokernel systems can use dynamic linking and shared libraries to reduce space overhead. In our experience, these techniques reduce overheads to negligible levels. For example, our global performance experiments place a severe strain on system memory resources, yet an exokernel is comparable to or surpasses the conventional systems we compare against.

18

Finally, what about Linux, FreeBSD, and the rest of the public-domain operating systems? Do they not evolve as quickly as an exokernel will? We believe that an exokernel structure has important software engineering benefits over these systems. First, libraries are fault-isolated from each other, allowing different operating systems to co-exist on the same system, something not possible with the current crop of operating systems. Second, library development is much much easier than kernel hacking. For example, standard debugging tools work, and errors crash only the application using the library instead of the system, allowing easy post-mortem examination. Third, all users have the power to use an innovation, simply by linking an application against a libOS.

## 1.4  Summary

The exokernel in a nutshell:

1. What: anyone can safely manage resources.

2. How: separate protection from management. An exokernel protects resources, applications manage them. Everything not required for protection is moved out of privileged kernels and servers into untrusted application libraries. This is the one idea to remember for an exokernel, all other features are details derived from it.

   The exokernel ideal: the libOS made as powerful as privileged OS, without sacrificing performance or protection.

3. Why? Innovation. An exokernel makes operating systems software co-exist, unprivileged, and modifiable by orders of magnitude more programmers.

The following chapter articulates the principles of the exokernel methodology. Chapter 3 draws on examples from two exokernel systems, Aegis and Xok, to show how these principles apply in practice. The most challenging problem for protection, disk multiplexing, is discussed in detail in Chapter 4. Chapter 5 presents application performance results that show that that such separation is profitable. We reflect on using downloaded code for extensibility in Chapter 6. Finally, Chapter 7 discusses future work, reflects on general lessons learned while building exokernel systems, and concludes.

# Chapter 2

# How to build an exokernel: principles

We all live in the protection of certain cowardices which we call our principles . — Mark Twain (1835-1910)

It is impossible to design a system so perfect that no one needs to be good. — T. S. Eliot:

The goal of an exokernel is to give as much safe, efficient control over system resources as possible. The challenge for an exokernel is to give library operating systems maximum freedom in managing resources while protecting them from each other; a programming error in one library operating system should not affect another library operating system. To achieve this goal, an exokernel separates protection, which must be privileged, from management, which should be unprivileged.

Figure 2-1 shows a simplified exokernel system that is running two applications: an unmodified UNIX application linked against the ExOS libOS and a specialized exokernel application using its own TCP and file system libraries. Applications communicate with the kernel using low-level physical names (e.g., block numbers); the kernel interface is as close to the hardware as possible. LibOSes handle higher-level names (e.g., file descriptors) and supply abstractions. Protection in this figure consists of forcing applications to only read or write (cached) disk blocks that they have access rights to. The kernel does this by guarding all operations on both the disk blocks themselves and on the physical pages that hold cached copies.

In general, resource protection consists of three tasks: (1) tracking ownership of resources, (2) ensuring protection by guarding all resource usage or binding points, and (3) revoking access to resources. To prevent rogue applications from destroying the system, most exokernels protect physical resources such as physical memory, the CPU, and network devices (to prevent theft of received messages and corruption of not-yet-transmitted ones). Additionally, they must guard operations that change privileged state such as the ability to execute privileged instructions, and writes to "special" memory locations that control devices. Finally, they may guard more abstract resources such as bandwidth.

To make this discussion concrete, consider the protection of physical pages. The core requirement is that the exokernel must check that every read and write to any page has sufficient access rights. On modern architectures, encapsulation involves forcing all memory operations to either go through the kernel (which checks permissions manually) or through translation hardware (the TLB), which checks them against a set of cached pages. To ensure that malicious processes do not corrupt the TLB, the kernel must check modifications of it as well. In practice this means that applications cannot issue privileged instructions directly, but must go through the kernel. The next three chapters give many examples of resources to protect and ways to do so.

Applications cannot override privileged software. This inflexibility makes protection possible. However, if it spills over into non-protection areas, applications will needlessly lose the ability to control important decisions. Thus, an exokernel only overrides application decisions to the extent necessary to build a secure system.

This chapter describes five principles that give this declarative goal operational teeth. These principles illustrate the mechanics of exokernel systems and provide important motivation for many design decisions discussed later in this thesis. To better understand what the architecture is, we then show what it is not. The remainder of the chapter discusses how an exokernel protects the state of higher-level abstractions, and performs resource revocation, and then presents a general technique, *secure bindings*, we have used to make protection efficient.



Figure 2-1: A simplified exokernel system with two applications, each linked with its own libOS and sharing pages through a buffer cache registry.

## 2.1 Exokernel principles

The goal of an exokernel is to give efficient control of resources to untrusted applications in a secure, multi-user system. We follow these principles to achieve this goal:

**Separate protection and management.** Exokernels restrict resource management to functions necessary for protection: allocation, revocation, sharing, and the tracking of ownership. Giving applications control over all non-protection mechanisms and policies makes the system "optimally" extensible, in that any further application customization would compromise system integrity.

In general, an exokernel strives to provide applications access to all operations that a privileged OS has. This requires providing ways for libOSes to recapture aspects of the kernel's privileged execution context, such as being tightly coupled to hardware interrupts, which they have lost by running as application software. (From another perspective, the privileged exokernel adds a layer of indirection between a libOS and hardware events. The exokernel must take steps to ensure that this layer does not preclude flexible application control of hardware.)

**Expose hardware.** Exokernels give applications protected access to all resources. Applications have access to privileged instructions, hardware DMA capabilities, and machine resources. The resources exported are those provided by the underlying hardware: physical memory, the CPU, disk memory, translation look-aside buffer (TLB), and addressing context identifiers. Applications have full view of resource attributes, such as the number, format, and current set of TLB mappings or the number and size of incoming and outgoing network buffers, as well as the ability to modify them (inserting TLB entries). This principle extends to less tangible machine resources such as interrupts, exceptions, and cross-domain calls.

An exokernel exposes resources and events at the lowest possible level required for protection—ideally, at the level of hardware (disk blocks, physical pages, etc.) rather than rather than encapsulating them in high-level abstractions such as files, or Unix signal or RPC semantics.

The following two principles fall from a general pattern: involve applications in important decisions rather than subjecting them to a hard wired policy.

**Expose allocation.** Applications allocate resources explicitly. The kernel allows specific resources to be requested during allocation, giving applications control over abstraction semantics and performance decisions, such as when and which disk blocks to allocate.

**Expose revocation.** Exokernels expose revocation policies to applications. They let applications choose which instance of a resource to give up. Each application has control over its set of physical resources. Exokernels allow applications to revoke resources from processes they control, thereby allowing enforcement of local policies.

**Protect fine-grained units.** To make resource management and sharing lightweight, exokernel protection is fine-grained (e.g., at the level of disk blocks rather than partitions). Fine-grained protection reduces the overhead of mapping high-level abstractions down to the discrete resource units that an exokernel protects (e.g., mapping files to disk blocks, virtual memory to pages, network messages to message buffers, etc.). Coarse-grained protection wastes space as well as time. For example, in the context of disk, by increasing the length of disk arm sinks after increasing

21

internal fragmentation through coarse-grained allocation. Coarse-grained protection also makes sharing clumsy, since resources cannot be shared at a finer-granularity than the exokernel protects.

**Expose names.** Exokernels use physical names wherever possible. Physical names capture useful information and do not require potentially costly or race-prone translations from virtual names. For example, physical disk blocks encode position, one of the most important variables for file system performance. Virtual names, in contrast, would not necessarily encode this information and would require on-disk translation tables. Using these tables increases disk accesses (extra writes for persistence, extra reads for name translation) and protecting them across reboots degrades performance (e.g., by ordering writes to disk, and causing multiple writes).

In practice, physical names also provide a uniform mechanism for optimistic synchronization. They allow locks to be replaced with checks that "expected" conditions hold (that a directory name maps to a specific disk block and has not been deleted or moved, etc.).

**Expose information.** Exokernels expose system information, and collect data that applications cannot easily derive locally. For example, applications can determine how many hardware network buffers there are or which pages cache file blocks. An exokernel might also record an approximate least-recently-used ordering of all physical pages, something individual applications cannot do without global information. Additionally, exokernels export book-keeping data structures such as free lists, disk arm positions, and cached TLB entries so that applications can tailor their allocation requests to available resources.

We have found it useful in practice to provide space for protected application-specific data in kernel data structures. For example, the structures describing an execution environment are improved if application-specific data can be associated with them (e.g., to record the numeric id of an process' parent, its running status, program name, etc.).

These principles apply not just to the kernel, but to any component of an exokernel system. Privileged servers should provide an interface boiled down to just what is required for protection.

### 2.1.1   Policy

An exokernel hands over resource policy decisions to library operating systems. Using this control over resources, an application or collection of cooperating applications can make decisions about how best to use these resources. However, as in all systems, an exokernel must include policy to arbitrate between competing library operating systems: it must determine the absolute importance of different applications, their share of resources, *etc.* This situation is no different than in traditional kernels. Appropriate mechanisms are determined more by the environment than by the operating system architecture. For instance, while an exokernel cedes management of resources to library operating systems, it controls the allocation and revocation of these resources. By deciding which allocation requests to grant and from which applications to revoke resources, an exokernel can enforce traditional partitioning strategies, such as quotas or reservation schemes. Since policy conflicts boil down to resource allocation decisions (*e.g.,* allocation of seek time, physical memory, or disk blocks), an exokernel handles them in a similar manner.

## 2.2   Kernel support for protected abstractions

Many of the resources protected by traditional operating systems are themselves high-level abstractions. Files, for instance, consist of meta data, disk blocks, and buffer cache pages, all of which are guarded by access control on high-level file objects. While exokernels allow direct access to low-level resources, exokernel systems must be able to provide UNIX-like protection, including access control on high-level objects where required for security. One of the main challenges in designing exokernels is to find kernel interfaces that allow such higher-level access control without either mandating a particular implementation or hindering application control of hardware resources.

We have met this challenge by providing both protection machinery in the kernel and ways for applications to download code to augment this machinery. In the former category, our exokernels provide provides software abstractions to bind hardware resources together. For example, as shown in Figure 2-1, the Xok buffer cache registry binds disk blocks to the memory pages caching them. Applications have control over physical pages and disk I/O, but can also safely use each other's cached pages. Our exokernel's protection mechanism guarantees that a process can only access a cache page if it has the same level of access to the corresponding disk block.

More generally, by allowing applications to download code, an exokernel gives them a mechanism to encapsulates an abstraction's state and can thereby enforce invariants on it. This strategy is required for abstractions whose protection does not map to hardware abstractions. For example, files may require valid updates to their modification times. Our

22

oldest use of downloaded code is packet filters. Packet filters are application-written code fragments that applications download into the kernel to select what incoming network packets they want.

However, while these software abstractions reside in the kernel, they could also be implemented in trusted user-level servers. This microkernel organization would cost many additional (potentially expensive) context switches. Furthermore, partitioning functionality in user-level servers tends to be more complex.

From one perspective, downloaded code provides a conduit for pushing semantics across the user-kernel trust boundary. This activity is more important for exokernels than traditional systems. By dislodging OS code into libraries, an exokernel also removes the code that understands resource semantics and, thus, lose the ability to protect these resources. For networking, because an exokernel ejects the code that understands network protocol semantics it no longer understands how to bind incoming packets to applications. Packet filters provide a way to recapture these semantics by encapsulating them in a black box (the filter), which is then injected into the kernel. The exokernel thus trades an intractable problem — anticipating all possible invariants that must be enforced — for one that is tractable: testing the downloaded code for trustworthiness (in this case, that one filter will not steal another's packets). Chapter 6 discusses this perspective in more detail.

The key to these exokernel software abstractions is that they neither hinder low-level access to hardware resources nor unduly restrict the semantics of the protected abstractions they enable. Given these properties, a kernel software abstraction does not violate the exokernel principles.

## Protected sharing

The low-level exokernel interface gives libOSes enough hardware control to implement all traditional operating system abstractions. Library implementations of abstractions have the advantage that they can trust the applications they link with and need not defend against malicious use. The flip side, however, is that a libOS cannot necessarily trust all other libOSes with access to a particular resource. When libOSes guarantee invariants about their abstractions, they must be aware of exactly which resources are involved, what other processes have access to those resources, and what level of trust they place in those other processes.

As an example, consider the semantics of the UNIX fork system call. It spawns a new process initially identical to the currently running one. This involves copying the entire virtual address space of the parent process, a task operating systems typically perform lazily through copy-on-write to avoid unnecessary page copies. While copy-on-write can always be done in a trusted, in-kernel virtual memory system, a libOS must exercise care to avoid compromising the semantics of fork when sharing pages with potentially untrusted processes. This section details some of the approaches we have used to allow a libOS to maintain invariants when sharing resources with other libOSes.

Our latest exokernel, Xok, provides three mechanisms libOSes can use to maintain invariants in shared abstractions. First, *software regions*, areas of memory that can only be read or written through system calls, provide sub-page protection and fault isolation. Second, Xok allows on the-fly-creation of *hierarchically-named capabilities* and requires that these capabilities be specified explicitly on each system call [62]. Thus, a buggy child process accidentally requesting write access to a page or software region of its parent will likely provide the wrong capability and be denied permission. Third, Xok provides robust critical sections: inexpensive critical sections that are implemented by logically disabling software interrupts [10]. Using critical sections instead of locks eliminates the need to trust other processes.

Three levels of trust determine what optimizations can be used by the implementation of a shared abstraction.

**Optimize for the common case: Mutual trust.** It is often the case that applications sharing resources place a considerable amount of trust in each other. For instance, any two UNIX programs run by the same user can arbitrarily modify each others' memory through the debugger system call, ptrace. When two exokernel processes can write each others' memory, their libOSes can clearly trust each other not to be malicious. This reduces the problem of guaranteeing invariants from one of security to one of fault-isolation, and consequently allows libOS code to resemble that of monolithic kernels implementing the same abstraction.

**Unidirectional trust.** Another common scenario occurs when two processes share resources and one trusts the other, but the trust is not mutual. Network servers often follow this organization: a privileged process accepts network connections, forks, and then drops privileges to perform actions on behalf of a particular user. Many abstractions implemented for mutual trust can also function under unidirectional trust with only slight modification. In the example of copy-on-write, for instance, the trusted parent process must retain exclusive control of shared pages and its own page tables, preventing a child from child making copied pages writable in the parent. While this requires more page faults in the parent, it does not increase the number of page copies or seriously complicate the code.

**Mutual distrust.** Finally, there are situations where mutually distrustful processes must share high-level abstractions with each other. For instance, two unrelated processes may wish to communicate over a UNIX domain socket, and neither may have any trust in the other. For OS abstractions that can be shared by mutually distrustful processes, the most general solution is to apply the exokernel precepts recursively: divide libraries into privileged and unprivileged parts, where the "privileged" part contains all code required for protection, and must be used by all applications using a piece of state, while the unprivileged contains all management code and can be replaced by anyone. Forcing applications to use the privileged portion of a libOS can be done by placing it in a server, using compiler techniques, or downloading code it into the kernel. We have used all three.

Fortunately, sharing with mutual distrust occurs very infrequently for many abstractions. Many types of sharing occur only between child and parent processes, where mutual or unidirectional trust almost always holds.

## 2.3 Implementation-defined Decisions

The exokernel architecture defines a family of implementations. To understand it, it helps to understand what it is not. It leaves the following five decisions to the system designer.

**What to protect.** While it is hard to imagine a usable system that elides memory and disk protection, the exokernel architecture does not mandate what should be protected. It only says that once this decision has been made, that all functionality not needed for protection should be implemented by untrusted software. Example resources that our exokernel implementations deliberately do not protect are: bandwidth quality of service guarantees, deadline guarantees, or any number of restrictions required by real time systems.

**What global system policies to implement.** Every system includes global policies enforced on all applications that decide which processes to revoke resources from and which requests to grant or deny (even if this policy is no policy at all). What specific global policy is enforced — whether it be optimized for interactive performance, throughput, real time, etc. — is orthogonal to the architecture. However, given a policy, an exokernel designer strives to involves application decisions in its implementation.

**How to protect.** While we provide examples of how our exokernel systems have multiplexed memory, disk, network, etc., these ways are not the only ones. Again, what is important in an exokernel is allowing untrusted software to implement everything not needed for protection; the designer has discretion in how he achieves this. This decision includes how to track access rights: our first exokernel used self-authenticating capabilities [15], then access control bitmaps [16], our second hierarchical capabilities [63].

**The level of protection.** An exokernel interface may contain high-level primitives. The exokernel principles are guides for *how* to give control to applications, and are only applicable after it has been determined *what* level of control is allowable.

In particular, state shared between applications can require fairly high-level semantic guarantees and, hence, any protected interface will be high-level. For example, processes sharing a Unix-flavor file system may require that file modification times be accurate, which involves ensuring disk operations modify file access times. An exokernel is about protection. If such protection is required, providing it in the kernel does not violate exokernel precepts. What the exokernel does say is that non-protection related functionality should be migrated to unprivileged software. In addition, applications not needing these file modification guarantees should not be forced to use them. They should be able to to access the low-level disk in order to implement an alternative file system.

**How the kernel is organized.** It is easy to read the exokernel principles as an excessive concern for what is in the kernel proper. This is not what is intended. The central question of an exokernel is not about how to organize privileged code. It does not matter whether an exokernel is implemented as a monolithic kernel or as a collection of trusted processes around a micro-kernel. Rather the architecture's central question is how to make traditionally privileged code unprivileged by limiting the duties of the kernel to just these required for protection.

**Acceptable default functionality.** An exokernel may provide significant default functionality as long as it can be overridden without compromising either protection or efficiency.

## 2.4 Visible Resource Revocation

Once resources have been bound to applications, there must be a way to reclaim them and break their bindings. Revocation can either be *visible* or *invisible* to applications. Traditionally, operating systems have performed revocation invisibly, deallocating resources without application involvement. For example, with the exception of some external

24

pagers [2, 77], most operating systems deallocate (and allocate) physical memory without informing applications. This form of revocation has lower latency and is simpler than visible revocation since it requires no application involvement. Its disadvantages are that library operating systems cannot guide deallocation and have no knowledge that resources are scarce.

An exokernel uses visible revocation for most resources. Even the processor is explicitly revoked at the end of a time slice; a library operating system might react by saving only the required processor state. For example, a library operating system could avoid saving the floating point state or other registers that are not live. However, since visible revocation requires interaction with a library operating system, invisible revocation can perform better when revocations occur very frequently. Processor addressing-context identifiers are a stateless resource that may be revoked very frequently and are best handled by invisible revocation.

### Revocation and Physical Naming

The use of physical resource names requires that an exokernel reveal each revocation to the relevant library operating system so that it can relocate its physical names. For instance, a library operating system that relinquishes physical page "5" should update any of its page-table entries that refer to this page. This is easy for a library operating system to do when it deallocates a resource in reaction to an exokernel revocation request. An abort protocol (discussed below) allows relocation to be performed when an exokernel forcibly reclaims a resource.

We view the revocation process as a dialogue between an exokernel and a library operating system. Library operating systems should organize resource lists so that resources can be deallocated quickly. For example, a library operating system could have a simple vector of physical pages that it owns: when the kernel indicates that some page should be deallocated, the library operating system selects one of its pages, writes it to disk, and frees it.

### The Abort Protocol

An exokernel must also be able to take resources from library operating systems that fail to respond satisfactorily to revocation requests. An exokernel can define a second stage of the revocation protocol in which the revocation request ("please return a memory page") becomes an imperative ("return a page within 50 microseconds"). However, if a library operating system fails to respond quickly, the bindings need to be broken "by force." The actions taken when a library operating system is recalcitrant are defined by the *abort protocol*.

One possible abort protocol is to simply kill any library operating system and its associated application that fails to respond quickly to revocation requests. We rejected this method because we believe that most programmers have great difficulty reasoning about hard real-time bounds. Instead, if a library operating system fails to comply with the revocation protocol, an exokernel simply breaks all existing bindings to the resource and informs the library operating system.

To record the forced loss of a resource, a *repossession vector* can be used. When an exokernel takes a resource from a library operating system, this fact is registered in the vector and the library operating system receives a "repossession" exception so that it can update any mappings that use the resource. For resources with state, an exokernel can write the state into another memory or disk resource. In preparation, the library operating system can pre-load the repossession vector with a list of resources that can be used for this purpose. For example, it could provide names and capabilities for disk blocks that should be used as backing store for physical memory pages.

Another complication is that an exokernel should not arbitrarily choose the resource to repossess. A library operating system may use some physical memory to store vital bootstrap information such as exception handlers and page tables. The simplest way to deal with this is to guarantee each library operating system a small number of resources that will not be repossessed (*e.g.,* five to ten physical memory pages). If even those resources must be repossessed, some emergency exception that tells a library operating system to submit itself to a "swap server" is required.

## 2.5   Secure Bindings

One of the primary tasks of an exokernel is to multiplex resources *securely*, providing protection for mutually distrustful applications. To implement protection an exokernel must guard each resource. To perform this task efficiently, an exokernel allows library operating systems to bind to resources using *secure bindings*.

A secure binding is a protection mechanism that decouples authorization from the actual use of a resource. Secure bindings improve performance in two ways. First, the protection checks involved in enforcing a secure binding are expressed in terms of simple operations that the kernel (or hardware) can implement quickly. Second, a secure binding performs authorization only at bind time, which allows management to be decoupled from protection. Application-level software is responsible for many resources with complex semantics (*e.g.,* network connections). By isolating the need to understand these semantics to *bind time*, the kernel can efficiently implement access checks at *access time* because it need no longer involve an application. Simply put, a secure binding allows the kernel to protect resources without understanding them.

Operationally, the one requirement needed to support secure bindings is a set of primitives that application-level software can use to express protection checks. The primitives can be implemented either in hardware or software. A simple hardware secure binding is a TLB entry: when a TLB fault occurs the complex mapping of virtual to physical addresses in a library operating system's page table is performed and then loaded into the kernel (bind time) and then used multiple times (access time). Another example is the packet filter [65], which allows predicates to be downloaded into the kernel (bind time) and then run on every incoming packet to determine which application the packet is for (access time). Without a packet filter, the kernel would need to query every application or network server on every packet reception to determine who the packet was for. By separating protection (determining who the packet is for) from authorization and management (setting up connections, sessions, managing retransmissions, *etc.*) very fast network multiplexing is possible while still supporting complete application-level flexibility.

We use three basic techniques to implement secure bindings: hardware mechanisms, software caching, and downloading application code.

Appropriate hardware support allows secure bindings to be couched as low-level protection operations such that later operations can be efficiently checked without recourse to high-level authorization information. For example, a file server can buffer data in memory pages and grant access to authorized applications by providing them with capabilities for the physical pages. An exokernel would enforce capability checking without needing any information about the file system's authorization mechanisms. As another example, some Silicon Graphics frame buffer hardware associates an ownership tag with each pixel. This mechanism can be used by the window manager to set up a binding between a library operating system and a portion of the frame buffer. The application can access the frame buffer hardware directly, because the hardware checks the ownership tag when I/O takes place.

Secure bindings can be cached in an exokernel. For instance, an exokernel can use a large software TLB [7, 46] to cache address translations that do not fit in the hardware TLB. The software TLB can be viewed as a cache of frequently-used secure bindings.

Secure bindings can be implemented by downloading code into the kernel. This code is invoked on every resource access or event to determine ownership and the actions that the kernel should perform. Downloading code into the kernel allows an application thread of control to be immediately executed on kernel events. The advantages of downloading code are that potentially expensive crossings can be avoided and that this code can run without requiring the application itself to be scheduled. Type-safe languages [9, 75], interpretation, and sandboxing [89] can be used to execute untrusted application code safely [26].

## 2.6  Methodology Discussion

> You can't learn too soon that the most useful thing about a principle is that it can always be sacrificed to expediency. — W. Somerset Maugham (1874-1965)

Stylistically, exokernel design consists of two different activities: giving applications control of resources, and implementing protection – i.e., making sure they control only their resources. Ideally, a library operating systems has safe, efficient access to anything a privileged OS does.

Exokernel design profits from a deceptively simple shift in goals. Rather than focus on defining the right abstraction, or how to implement it — characteristic of almost all other software design (operating system related or otherwise) — an exokernel architecture concentrates instead deferring these decisions to untrusted software, and then verifying that they are implemented correctly. This requires constructing interfaces that do checking of an operation rather than imperatively deciding how to do it. Thus, algorithmic design becomes a partitioning process of dividing problems into two pieces. The first contains the most "interesting" aspects, which the exokernel leaves to applications. The second part contains the residue that an exokernel must perform to verify correctness. For this partitioning to be practical, checking must be comparatively inexpensive.

26

As an example, consider the problem of writing cached disk blocks to stable storage in a way that guarantees consistency across reboots. Rather than an exokernel deciding on a particular write ordering and having to struggle with the associated tradeoffs in scheduling heuristics and caching decisions required, it can instead allow the application to construct schedules, retaining for the much simplified task of merely checking that any application schedule gives appropriate consistency guarantees. Application of this methodology enables an exokernel to leave library operating systems to decide on tradeoffs themselves rather than forcing a particular set, a crucial shift of labor.

While this style of design may seem obvious, in practice it has been depressingly easy to slide into "the old way" of deciding how to implement a particular feature rather than asking the unusual question of how one can get out of doing so, safely. A useful heuristic to catch such slips is to note when one is making many tradeoffs. A plethora of tradeoffs almost invariably signals a decision that could be implemented or optimized in different important ways and, thus, should be left to applications.

Because libOSes understand the higher-level semantics of their abstractions, they "just know" many things that an exokernel does not. For example, that related files will likely be clustered together and if one block is fetched, the succeeding eight blocks should be as well. Thus, a variant of the above methodology is designing interfaces where actions do not require justification. As an example, consider the act of fetching a disk block in core. If a file system must present credentials before the kernel will allow the fetch to be initiated, then it faces serious problems doing the prefetching it needs, since it would first have to read in all file directory entries, show each file's capability to the kernel, and only then initiate the fetches. In contrast, by only performing access control when the actual data in the block or read or written, rather then when the block is fetched, these disk reads can be initiated all at once.

# Chapter 3

# Practice: Applying exokernel principles

> When a man says he approves of something in principle, it means he hasn't the slightest intention of putting it into practice. — Otto von Bismarck (1815-1898)

To illustrate the exokernel principles, this chapter discusses how to export low-level primitives such as exceptions and inter-process communication, and multiplex physical resources such as memory, CPU, and the network. To make this discussion concrete, we draw on examples from two exokernel systems: Aegis [25], and Xok [48]. Aegis is the first exokernel we built. It runs on the MIPS [50] DECstation family. Xok is the second. It runs on the x86 architecture and is the more mature of the two. Construction of these systems spanned four years: two for Aegis, two (and counting) for Xok.

Xok and Aegis differ in important ways, helping to show how the application of exokernel principles changes in the face of different constraints. Most of these differences result from the fact that the x86 and MIPS hardware have radically different architectural interfaces (e.g., software page tables for the MIPS, hardware for x86) and implementation performance (an order of magnitude in favor of the x86).

The implementations we discuss are merely examples of how resources *can be* multiplexed, not how they must be. Other implementations are possible.

Stylistically, the discussion of each resource focuses on two questions: (1) how to give applications control over the resource and (2) how to protect it. Some of the resources we discuss have little to do with protection due to the lack of "sharing." For example, besides memory protection issues, exceptions are contained within a single process. Lack of multiplexing makes protection a non-issue. Others, such as networking, focus more heavily on it.

We provide a quick overview of Aegis and Xok below. The remainder of the chapter discusses how they multiplex resources.

## 3.0.1 Xok overview

Xok multiplexes most standard machine resources: network, CPU, physical memory, and disk. It currently lacks support for display devices. Its default library operating system, ExOS, provides "Unix in a library." ExOS does not handle some Unix corner cases, but it is not a toy. Many sophisticated applications, such as csh, perl, gcc, and telnet, run without modification. The two main caveats of ExOS are lack of virtual memory paging support (the file buffer cache is paged), and that some shared data structures (such as the global file descriptor table) reside in shared memory and could be corrupted by a malicious process. Neither is an inherent limitation, but simply the result of lack of time. For example, Aegis/ExOS had paging and we are adding more protection to data structures as time allows. Neither does either improve our performance. If anything, lack of paging hurts our experiments since it means that memory that could be used for the file buffer cache is wasted on backing virtual memory. As discussed in Chapter 5 our experiments compensate for this lack of protection.

## 3.0.2 Aegis overview

Aegis, while older then Xok, is more primitive, lacking solid support for disk and having a more crude approach to access control (flat access control lists). Its version of ExOS (from which that of Xok descends) also is not as developed. Most of our Aegis measurements use micro-benchmarks rather application timings.

The micro-benchmarks discussed in this section compare Aegis and ExOS with the performance of Ultrix4.2 (a mature monolithic UNIX operating system) on the same hardware. While Aegis and ExOS do not offer the same level of functionality as Ultrix, we do not expect these additions to cause large increases in our timing measurements.

Ultrix, despite its poor performance relative to Aegis, is *not* a poorly tuned system; it is a mature monolithic system that performs quite well in comparison to other operating systems [69]. For example, it performs two to three times better than Mach 3.0 in a set of I/O benchmarks [67]. Also, its virtual memory performance is approximately twice that of Mach 2.5 and three times that of Mach 3.0 [5].

Our measurements were taken on a DECstation5000/125 (25MHz), with an R3000 processor and a SPECint92 rating of 25.

## 3.1 Multiplexing Physical Memory

Physical memory is one of the simplest resources to multiplex. When a library operating system allocates a physical memory page, the exokernel records the owner and permissions (e.g., read and write) of the allocating process. The owner of a page has the power to change the capabilities associated with it, to share it, and to deallocate it.

To ensure protection, the exokernel guards every access to a physical memory page by requiring that the capability be presented by the library operating system requesting access. If the capability is insufficient, the request is denied. Typically, the processor contains a TLB, and the exokernel must check memory capabilities when a library operating system attempts to enter a new virtual-to-physical mapping. To improve library operating system performance by reducing the number of times secure bindings must be established, an exokernel may cache virtual-to-physical mappings in a large software TLB.

If the underlying hardware defines a page-table interface, then an exokernel must guard the page table instead of the TLB. Although the details of how to implement secure memory bindings will vary depending on the details of the address translation hardware, the basic principle is straightforward: privileged machine operations such as TLB loads and DMA must be guarded by an exokernel. As dictated by the exokernel principle of exposing kernel book-keeping structures, the page table should be visible (read only) at application level.

To reclaim a page, an exokernel must change the associated capabilities, mark the resource as free, and remove all bindings. In the example of physical memory, bindings include TLB mappings and any queued DMA requests.

### 3.1.1 Aegis: application virtual memory

The MIPS architecture has software defined page tables. Thus, in accordance with deferring management to applications, Aegis allows applications to define their own page tables. We look at two issues in supporting application-level virtual memory: bootstrapping and efficiency.

To bootstrap the virtual naming system, there must be support for translation exceptions on both application page-tables and exception code. Aegis provides a simple bootstrapping mechanism through the use of a small number of guaranteed mappings. A miss on a guaranteed mapping will be handled automatically by Aegis. This organization frees the application from dealing with the intricacies of boot-strapping TLB miss and exception handlers, which can take TLB misses. To implement guaranteed mappings efficiently, an application's virtual address space is partitioned into two segments. The first segment holds normal application data and code. Virtual addresses in this segment can be "pinned" using guaranteed mappings. Typically libOSes pin exception handling code and page-tables.

On a TLB miss, the following actions occur:

1. Aegis checks which segment the virtual address resides in. If it is in the standard user segment, the exception is dispatched directly to the application. If it is in the second region, Aegis first checks to see if it is a guaranteed mapping. If so, Aegis installs the TLB entry and continues; otherwise, Aegis forwards it to the application.

2. The application looks up the virtual address in its page-table structure and, if the access is not allowed raises the appropriate exception (*e.g.,* "segmentation fault"). If the mapping is valid, the application constructs the appropriate TLB entry and its associated capability and invokes the appropriate Aegis system routine.

3. Aegis checks that the given capability corresponds to the access rights requested by the application. If it does, the mapping is installed in the TLB and control is returned to the application. Otherwise an error is returned.

4. The application performs cleanup and resumes execution.

29

In order to support application-level virtual memory efficiently, TLB refills must be fast. To this end, Aegis caches TLB entries (a form of secure bindings) in the kernel by overlaying the hardware TLB with a large software TLB (STLB) to absorb capacity misses [7, 46]. On a TLB miss, Aegis first checks to see whether the required mapping is in the STLB. If so, Aegis installs it and resumes execution; otherwise, the miss is forwarded to the application.

The STLB contains 4096 entries of 8 bytes each. It is direct-mapped and resides in unmapped physical memory. An STLB "hit" takes 18 instructions (approximately one to two microseconds). In contrast, performing an upcall to application level on a TLB miss, followed by a system call to install a new mapping is at least three to six microseconds more expensive.

As dictated by the exokernel principle of exposing kernel book-keeping structures, the STLB can be mapped using a well-known capability, which allows applications to efficiently probe for entries.

Using the control given by libOS-defined page tables ExOS has a variety of different page table structures [1], high-performance network paging, and application-specific page coloring (for improved cache performance).

No other protected operating system architecture allows this degree of freedom.

### 3.1.2   Xok: hardware-defined page tables

Unlike the MIPS architecture, the x86 architecture on which Xok runs defines the page-table structure. Since x86 TLB refills are handled in hardware, this structure cannot be overridden by applications. However, applications are able to control all hardware-defined per-page attributes, including protection levels (read-only, writable, execute-only) and caching. Additionally, each valid page-table entry contains three software-defined bits, which Xok gives over to application control. Invalid entries (those without the "present bit" set) can contain any value the library operating system wishes. Example uses of this location are to store the names of disk blocks used as backing store or even network addresses for remote pages.

Since the hardware does not verify that the physical page of a translation can be mapped by a process, applications are prevented from directly modifying the page table and must instead use system calls. Although these restrictions make Xok less extensible than Aegis, they simplify the implementation of libOSes (see Chapter 7 for more discussion).

Like Aegis, Xok allows efficient and powerful virtual memory abstractions to be built at the application level. It does so by exposing the capabilities of the hardware (e.g., all MMU protection and dirty bits) and exposing many kernel data structures (e.g., free lists, inverse page mappings). Xok's low-level interface means that paging is handled by applications. As such, it can be done from disk, across the network, or by data regeneration. Additionally, applications can readily perform per-page transformations such as compression, verification of contents using digital signatures (to allow untrusted nodes in a network to cache pages), or encryption.

## 3.2   Multiplexing the Network

This subsection discusses how to give applications control over the network, and how to implement protection. There are two primary requirements for efficient networking. First, elimination of data copies, which comes from both giving applications access to any scatter-gather DMA provided by the hardware and allowing them to direct where messages are placed. Second, tight coupling to interrupt events, primarily, message reception and timer interrupts. In order to initiate low-latency responses to messages, application messaging code must be able to run quickly after message arrival. Aegis performs this by downloading application code into the kernel and running it in the interrupt handler [92]. Xok, due to the vast relative increase in the ratio of processor speed to network latency (about a factor of five to ten for small messages), does not need to eliminate boundary crossings, and simply yields to the receiving application. Timer interrupts are needed to build efficient retransmission timers, which are needed to implement fast reliable messaging on unreliable network hardware.

To enable application resource management, an exokernel dislocates operating system code into libraries. However, there are important differences between a library's execution context and that of the kernel. One of the challenges in an exokernel is recapturing these aspects. Tight coupling of libOS code to events can be viewed as an example of this. Compared to Ultrix, Aegis's provision of efficient access to these two abilities gives library operating systems a factor of ten performance improvement in round trip Ethernet times [25].

---

[1]Illustrative of the customizability of an exokernel system, Tom Pinckney while still an undergraduate was able to implement a new page table structure in a week, while taking his final exams. As a testament to the difficulty of modifying current operating systems, the proposers of this page table structure were only able to simulate it [83].

Protection for networking is answering the question: given a message, who owns it? On a connection-oriented network, answering this question is easy: whichever connection (or flow) it belongs to. Binding of application to flow can happen at connection initiation, removing the need to make decisions based on packet contents. An example of a hardware-based mechanism is the use of the virtual circuit in ATM cells to securely bind streams to applications [23]. However, answering this question is more difficult on a connectionless network such as Ethernet, where message ownership requires understanding header semantics. Since the exokernel has dislocated all network protocol code that understands packet semantics into library operating systems it lacks the information necessary to decide which application owns what message.

To solve this problem, an exokernel requires that networking libraries download packet filters [65] to select the messages they want. [2] Conceptually, every filter is invoked on every arriving packet and returns "accept" (the filter wants the message) or "reject" (the filter does not want the message). The operating system thus need not understand the actual bits in a message in order to bind an arriving packet to its owner.

For protection, the exokernel must ensure that a filter does not "lie" and accept packets destined to another process. To prevent this theft we intentionally designed our filter language to make "overlap" detection simple. (Alternatively, simple security precautions such as only allowing a trusted server to install filters could be used to address this problem.) Finally, we ensure fault isolation through a combination of language design (to bound runtime) and runtime checks (to protect against wild memory references and unsafe operations).

Both Aegis and Xok use packet filters, because our current network does not provide hardware mechanisms for message demultiplexing. One challenge with a language-based approach is to make filters fast. Traditionally, packet filters have been interpreted, making them less efficient than in-kernel demultiplexing routines. One of the distinguishing features of the packet filter engine used by our prototype exokernel is that it compiles packet filters to machine code at runtime, increasing demultiplexing performance by more than an order of magnitude [28, 31]. [3]

Sharing the network interface for outgoing messages is easier. Messages are simply copied from application space into a transmit buffer. In fact, with appropriate hardware support, transmission buffers can be mapped into application space just as easily as physical memory pages [23].

An exokernel defers message construction to applications. A protection problem this creates is how to prevent applications from "spoofing" other applications by sending bogus messages. Our two exokernel systems do not prevent this attack, since they were designed for an insecure networking environment. However, within the context of a trusted network, an exokernel could use "inverse" packet filters to reject messages that do not fit a specified pattern (or, alternatively, reject messages that do). The techniques that worked for DPF could be applied here as well.

## 3.3 Multiplexing the CPU

Control over the CPU involves the ability to: (1) allocate and share CPU time-slices (similar to other resources), (2) yield a time-slice to a specific named process and (3) receive notification (e.g., via an upcall) when time-slices begin and end. The attributes of time slices are quantity and "timeliness." Applications should be able to allocate specific time slices to control either of these attributes. Finally, the notion of "process" should be low-level, consisting of the information required by hardware, such as program counters to vector machine exceptions to, and protection-required information such as a binding between the process and a principal.

The following discussion makes these rules concrete by considering Aegis' treatment of the CPU and its process and exception facilities.

### 3.3.1 Aegis and Xok CPU multiplexing

Both Xok and Aegis multiplex the CPU in the same way. They represent the CPU as a linear vector, where each element corresponds to a time slice. Time slices are partitioned at the clock granularity and can be allocated in a manner similar to physical memory. Scheduling is done "round robin" by cycling through the vector of time slices. A crucial property of this representation is *position*, which encodes an ordering and an approximate upper bound on when

---

[2] Packet filters originated to solve the equivalent difficulty brought about by another flavor of operating system code motion — microkernels — which, because they moved networking code from out of the operating system into privileged servers, rendered an operating system too ignorant to demultiplex packets.

[3] However, recently we have experimented with the use of an aggressive interpreter that, by preprocessing filters and exploiting "super-operator" instructions, runs roughly within a factor of four of hand-tuned code — a perfectly adequate speed given that demultiplexing is coupled to a high-latency I/O event (packet reception).



Figure 3-1: Application-level stride scheduler.

the time slice will be run. Position can be used to meet deadlines and to trade off latency for throughput. For example, a long-running scientific application could allocate contiguous time slices in order to minimize the overhead of context switching, while an interactive application could allocate several equidistant time slices to maximize responsiveness.

The kernel provides a yield primitive to donate the remainder of a process' current time slice to another (specific) process. Applications can use this simple mechanism to implement their own scheduling algorithms.

Timer interrupts denote the beginning and end of time slices, and are delivered in a manner similar to exceptions (discussed below): a register is saved in the "interrupt save area," the exception program counter is loaded, and the kernel jumps to user-specified interrupt handling code with interrupts re-enabled. The application's handlers are responsible for general-purpose context switching: saving and restoring live registers, releasing locks, *etc*. This framework gives applications a large degree of control over context switching. For example, because it notifies applications of clock interrupts, and gives them control over context switching's state saving and restoration, it can be used to implement scheduler activations [4].

Fairness is achieved by bounding the time an application takes to save its context: each subsequent timer interrupt (which demarcates a time slice) is recorded in an excess time counter. Applications pay for each excess time slice consumed by forfeiting a subsequent time slice. If the excess time counter exceeds a predetermined threshold, the environment is destroyed. In a more friendly implementation, the kernel could perform a complete context switch for the application.

This simple scheduler can support a wide range of higher-level scheduling policies. As we demonstrate below, an application can enforce proportional sharing on a collection of sub-processes.

**Extensible Schedulers on Aegis**

Using the Aegis yield primitive and control over time slices, we have built an application-level scheduler that implements *stride scheduling* [91], a deterministic, proportional-share scheduling mechanism that improves on recent work [90]. The ExOS implementation maintains a list of processes for which it is responsible, along with the proportional share they are to receive of its time slice(s). On every time slice wakeup, the scheduler calculates which process is to be scheduled and yields to it directly.

We measure the effectiveness of this scheduler by creating three processes that increment counters in shared memory. The processes are assigned a 3:2:1 relative allocation of the scheduler's time slice quanta. By plotting the cumulative values of the shared counters, we can determine how closely this scheduling allocation is realized. As can be seen in Figure 3-1, the achieved ratios are very close to idealized ones, showing that applications can effectively control scheduling.

It is important to note that there is nothing special about this scheduler either in terms of privileges (*any* application can perform identical actions) or in its complexity (the entire implementation is less than 100 lines of code). As a result, any application can easily manage processes.

32

### 3.3.2 Aegis Processor Environments

An Aegis processor environment is a structure that stores the information needed to deliver events to applications. All resource consumption is associated with an environment because Aegis must deliver events associated with a resource (such as revocation exceptions) to its designated owner.

Four kinds of events are delivered by Aegis: exceptions, interrupts, protected control transfers, and address translations. Processor environments contain the four contexts required to support these events:

**Exception context**: for each exception, an exception context contains a program counter for where to jump to and a pointer to physical memory for saving registers.

**Interrupt context**: for each interrupt an interrupt context includes a program counters and register-save region. In the case of timer interrupts, the interrupt context specifies separate program counters for start-time-slice and end-time-slice cases, as well as status register values that control co-processor and interrupt-enable flags.

**Protected Entry context**: a protected entry context specifies program counters for synchronous and asynchronous protected control transfers from other applications. Aegis allows any processor environment to transfer control into any other; access control is managed by the application itself.

**Addressing context**: an addressing context consists of a set of *guaranteed mappings*. A TLB miss on a virtual address that is mapped by a guaranteed mapping is handled by Aegis. Library operating systems rely on guaranteed mappings for bootstrapping page-tables, exception handling code, and exception stacks. The addressing context also includes an address space identifier, a status register, and a tag used to hash into the Aegis software TLB. To switch from one environment to another, Aegis must install these three values.

These are the event-handling contexts required to define a process. Each context depends on the others for validity: for example, an addressing context does not make sense without an exception context, since it does not define any action to take when an exception or interrupt occurs.

### 3.3.3 Implementing Unix Processes on Xok

The *process map* maps UNIX process identifiers to Xok environment numbers using a shared table. The *process table* records the process identifiers of each process, that of its parent, the arguments with which the process was called, its run status, and the identity of its children. The table is partitioned across application-reserved memory of Xok's environment structure, which is mapped readable for all processes and writeable for only the environment's owning process. ExOS uses Xok's IPC to safely update parent and child process state. The UNIX *ps* (process status) program is implemented by reading all the entries of the process table.

UNIX provides the *fork* system call to duplicate the current process and *exec* to overlay it with another. *Exec* is implemented by creating a new address space for the new process, loading on demand the disk image of the process into the new address space, and then discarding the address space that called *exec*. Implementing fork in a library is peculiar since it requires that a process create a replica of its address space and state *while it is executing*. To make fork efficient, ExOS uses copy-on-write to lazily create separate copies of the parent's address space. ExOS scans through its page tables, which are exposed by Xok, marking all pages as copy-on-write except those data segment and stack pages that the *fork* call itself is using. These pages must be duplicated so as not to generate copy-on-write faults while running the *fork* and page fault handling code. Groups of page table entries are updated at once by batching system calls to amortize the system call overhead over many updates.

## 3.4 Exposing Machine Events

An exokernel gives applications low-level efficient access to machine events such as exceptions and interrupts (which we have already seen in the context of networking and the CPU). It also provides primitives for inter-domain calls, which safely change the program counter in one process to an agreed upon value in another's address space. Below, we discuss Aegis' mechanisms for exceptions and control transfer, along with Xok's facilities for interprocess communication.

### 3.4.1 Aegis Exceptions

Aegis dispatches all hardware exceptions to applications (save for system calls) using techniques independently developed but similar to those described in Thekkath and Levy [87]. To dispatch an exception, Aegis performs the following actions:

1. It saves three scratch registers into an agreed-upon "save area." (To avoid TLB exceptions, Aegis does this operation using physical addresses.)

2. It loads the exception program counter, the last virtual address that failed to have a valid translation, and the cause of the exception.

3. It uses the cause of the exception to perform an indirect jump to an application-specified program counter value, where execution resumes with the appropriate permissions set (*i.e.,* in user-mode with interrupts re-enabled).

After processing an exception, applications can immediately resume execution without entering the kernel. Ensuring that applications can return from their own exceptions (without kernel intervention) requires that all exception state be available for user reconstruction. This means that all registers that are saved must be in user-accessible memory locations.

Currently, Aegis dispatches exceptions in 18 instructions (1.5 microseconds on our 25MHz DECstation5000/125), roughly a factor of a hundred faster than Ultrix, a monolithic OS running on the same hardware, and over five times faster than the most highly-tuned implementation in the literature. Mainly this improvement comes from the two facts that (1) exokernel primitives are low-level, which means applications do not pay for unnecessary functionality, and (2) the exokernel concentrates on doing a few things well. For example, Aegis is small, and does not need to page its data structures. Because, all kernel addresses are physical they never miss in the TLB, and Aegis does not have to separate kernel TLB misses from the more general class of exceptions in its exception demultiplexing routine.

Fast exceptions enable a number of intriguing applications: efficient page-protection traps can be used by applications such as distributed shared memory systems, persistent object stores, and garbage collectors [5, 87]. Exception times are discussed further in [25].

### 3.4.2 Aegis Protected Control Transfers

Aegis provides a *protected control transfer* mechanism as a substrate for efficient implementations of inter-process compunction (IPC) abstractions. This mechanism illustrates the principle of not encapsulating primitives within high-level abstractions. It consists of the minimum operations needed to transfer execution from one process to another in a safe way: it changes the program counter to an agreed-upon value in the callee, donates the current time slice to the callee's processor environment, and installs the required elements of the callee's processor context (addressing-context identifier, address-space tag, and processor status word).

Aegis provides two forms of protected control transfers: *synchronous* and *asynchronous*. The difference between the two is what happens to the processor time slice. Asynchronous calls donate only the remainder of the current time slice to the callee. Synchronous calls donate the current time and all future instantiations of it; the callee can return the time slice via a synchronous control transfer call back to the original caller. Both forms of control transfer guarantee two important properties. First, to applications, a protected control transfer is atomic: once initiated it will reach the callee. Second, Aegis will not overwrite any application-visible register. These two properties allow the large register sets of modern processors to be used as a temporary message buffer [17].

Currently, our synchronous protected control transfer operation takes 30 instructions (1.4 microseconds on a 25MHz DECstation5000/125) [25]. Roughly ten of these instructions are used to distinguish the system call "exception" from other hardware exceptions on the MIPS architecture. Setting the status, co-processor, and address-tag registers consumes the remaining 20 instructions, and could benefit from additional optimizations. Because Aegis implements the minimum functionality required for any control transfer mechanism, applications can efficiently construct their own IPC abstractions. As an example, we have implemented a "trusted" local remote procedure call for use between a client and a server that the client trusts to save and restore callee-saved registers. By eliminating the need to save all registers, trusted LRPC improves performance by roughly a factor of two.

Hardware differences make comparing our numbers to others in the literature difficult. We attempt an extremely crude comparison of our protected control transfer operation to the equivalent operation on L3 [57], the fastest published result by normalizing the IPC on both systems using SPECint92 rating of Aegis's DEC5000 and L3's 486 (16.1 vs. 30.1). Aegis's trusted control transfer mechanism is 6.6 times faster than the scaled time for L3's RPC mechanism.

Given the difference in architectures, this scaling should be treated as a "back of the envelop" computation. The main conclusion to draw is that Aegis' control transfer is fast.

34

### 3.4.3   Implementing Unix IPC on Xok

UNIX defines a variety of interprocess communication primitives: signals (software interrupts that can be sent between processes or to a process itself), pipes (producer-consumer untyped message queues), and sockets (differing from pipes in that they can be established between non-related processes, potentially executing on different machines).

Signals are layered on top of Xok IPC. Pipes are implemented using Xok's *software regions*, which provide sub-page memory protection, coupled with a "directed yield" to the other party when it is required to do work (i.e., if the queue is full or empty). Sockets communicating on the same machine are currently implemented using a shared buffer.

Inter-machine sockets are implemented through user-level network libraries for UDP and TCP. The network libraries are implemented using Xok's timers, upcalls, and packet rings, which allow protected buffering of received network packet,

## 3.5   Discussion

This chapter has discussed how an exokernel can safely export a variety of resources — physical memory, the CPU, the network, and hardware events — to applications. The low-level of the exokernel interface allows library operating systems, working above the exokernel interface, to implement higher-level abstractions and define special-purpose implementations that best meet the performance and functionality goals of applications. This organization allows the redefinition of fundamental operating system abstractions by simply changing application-level libraries. Furthermore, these different versions can co-exist on the same machine and are fully protected by Aegis.

The next chapter presents the resource we have found most challenging, disk, along with our solution to it (and five failed solutions).

# Chapter 4

# The Hardest Multiplexing Problem: Disk

An exokernel must provide a means to safely multiplex disks among multiple library file systems (libFSes). Each libOS contains one or more libFSes. Multiple libFSes can be used to share the same files with different semantics. In addition to accessing existing files, libFSes can define new on-disk file types with arbitrary meta data formats. An exokernel must give libFSes as much control over file management as possible while still protecting files from unauthorized access. It therefore cannot rely on simple-minded solutions like partitioning to multiplex a disk: each file would require its own partition.

To allow libFSes to perform their own file management, an exokernel stable storage system must satisfy four requirements. First, creating new file formats should be simple and lightweight. It should not require any special privilege. Second, the protection substrate should allow multiple libFSes to safely share files at the raw disk block and meta data level. Third, the storage system must be efficient—as close to raw hardware performance as possible. Fourth, the storage system should facilitate cache sharing among libFSes, and allow them to easily address problems of cache coherence, security, and concurrency.

The goal of disk multiplexing is to make untrusted library file systems (libFSes) as powerful as privileged file systems. As listed above, there are a number of engineering challenges to reaching this goal. The hardest challenge by far, however, is access control: i.e., answering the deceptively simple question "who can use a given disk block?" Inventing a satisfactory solution to this problem took us three years and four systems. This chapter describes how we multiplex stable storage, both to show how we address these problems and to provide a concrete example of the exokernel principles in practice. We first describe out solution to efficient access control. An interesting aspect of this solution is that it uses the libFSes own data structures to track what the libFS owns. Another is the the code verification technique we invented to do such re-use without impinging on libFS flexibility. We then give an overview XN, Xok's extensible, low-level in-kernel stable storage system. We also describe the general interface between XN and libFSes and present one particular libFS, C-FFS, the co-locating fast file system [37].

## 4.1 Efficient, fine-grained disk multiplexing

To provide protection, the operating system must force each libFS to only access those disk blocks for which they have access rights. For flexibility and speed an exokernel provides fine-grained protection: i.e., at the level of disk blocks rather than partitions. To do so we must answer the simple question "who can use this block?" Doing so requires constructing a mapping of each disk block to every principal that can use it, which turns out to be quite difficult [48] mainly because it requires building the moral equivalent of a file system. For example, the mapping table will be enormous (since its size is proportional to the size of disk) and hence, not fit in main memory. As a result, managing it as it is is moved between both memory and disk requires solving all the standard file systems issues — deciding which pieces to cache, prefetch and evict, how to perform allocation of the table on disk, how to reconstruct the table's state after a system crash, etc. Obviously, if an exokernel already implements a file system, libFSes built on top of it will have little freedom. Fortunately, there are a series of insights that can allow us to trust the libFS itself to efficiently track the blocks it owns, thereby eliminating the need for duplicate bookkeeping.

The first insight is to notice that a correct libFS will already track what disk blocks it owns; doing so efficiently is, after all, one of the main purposes of a file system. Therefore, any bookkeeping an exokernel does is redundant. Thus,

Case 2:24-cv-00093-JRG-RSP Document 148-31 Filed 02/21/25 Page 135 of 227 PageID #: 12710

if it can reuse the bookkeeping data structures of the libFS then we can eliminate this redundancy. [1] For example, a Unix file system tracks what blocks are associated with it (and what principals are allowed to use them) using "meta data" consisting of directory blocks, inodes, as well as single, double, and triple indirect blocks. In other words, everything the kernel needs to track to perform access control. If it can reuse libFS meta data, then, it does not need to perform duplicate tracking of what blocks are associated with which libFS.

Our new problem is that reusing libFS bookkeeping structures requires that we understand them, both so that we can force them to be correct, and so that we can extract ownership information from them. One traditional solution would be to provide a fixed set of components (e.g., pointers to disk blocks, disk block extents, etc.) from which libFSes could build their meta data from. However, creating a set of universal building blocks for file system meta data is so hard as to be infeasible: file system research is still an active area even after three decades. A component set capable of describing all results of this research does not seem possible. Instead, we solve this problem by having the libFS interpret its meta data for us in a way that we can test for correctness.

## Determinism + induction = verification

Our struggle has two conflicting pieces: flexibility (in that we want to allow client meta data to have any "syntax" and semantics whatsoever, including those that we have not anticipated) and validity (in that we require that they do so correctly, even when we don't understand its representation). *Untrusted deterministic functions* (UDFs) let us achieve both goals: clients can use any possible meta data representation, while we still can verify correctness, no matter how mysterious the representation they chose.

Flexibility comes from adding a layer of indirection: rather than have meta data built from components the operating system understands, libFSes provide an "interpreter" function, owns, for each meta data type. Given an instance of that type, the owns UDF produces the set of blocks that that instance controls: owns: (meta) → set of blocks controlled by meta. For example, a Unix file system will provide an owns function for each of the types of meta data it uses — inodes, directory blocks, indirect nodes, double indirect nodes, triple indirect nodes, etc. Thus, when the operating system needs to know what disk blocks a piece of meta data controls, it simply runs that meta data through its associated owns function. Since owns is written in a Turing complete language (in our implementation a pseudo-assembly language) it can describe any possible file system meta data layout.

At this point, while we have flexibility, guarantees of correctness have become more challenging. owns is written in general purpose code. Verification (i.e., that owns correctly implements its specification) is beyond current formal methods. The UDF techniques discussed in the remainder of the chapter are an online alternative that is both simple and robust.

UDFs start from the fact that if a deterministic Turing machine terminates and produces an output O then, given the same initial state and input, it will always terminate and produce O. The key to verification is that determinism gives persistence: once owns(meta) produces a valid result, it will always do so, until meta is allowed to change. Without persistence past tests can tell us nothing about present or future behavior.

To make UDFs deterministic we must guarantee three conditions:

1. The instructions the UDF executes have deterministic semantics.

2. No information can be allowed to flow into the universe of the UDF and its state. For example, on each invocation of the UDF all registers and stack locations must be initialized to the same values, the UDF cannot use self-modifying code, call non-deterministic functions (such as a "get time of day" routine), have access to cycle counters, etc.

3. All state that persists across a UDF's invocations is visible to the verifier so that it can retest the UDF when this state is modified.

We assume that UDFs are made of immutable code and protected data and that the execution of this code has been made "safe" to protect the testing evaluator from malice: the code is preventing from corrupting the evaluator's state, looping "too long," etc. The implementation discussed in this section guarantees these conditions using a safe interpreter. A trusted compiler could also be used.

---

[1]Note that this insight applies to all all areas that deal with protection, not just file systems: correct applications track what resources they own. Future work will involve exploiting this fact more aggressively.

Determinism gives persistence and, as a result, allows us to use induction to verify UDF correctness. Inductive testing has two phases: initialization and modification. Initialization tests that the UDF's initial state is a valid one. Modification tests that when a UDF's state is mutated, the mutation leaves the UDF in a valid state.

Thus, to trust libFS meta data and its associated *owns* function, we need to check that *owns*(meta) produces a valid output when *meta* is initialized, and then retest it after each modification. Once we can force all libFS meta data to produce valid results, we have accomplished the goal of this section: libFSes can now track their disk blocks without the kernel having to duplicate this bookkeeping.

More specifically, initialization checks that when the libFS allocates a piece of meta data, it should not control any disk blocks:

```
% verify owns(meta) is in a valid initial state:
% i.e., meta should control no disk blocks.
proc initialize(meta)
  if owns(meta) != {}
    error "Bogus initial state!";
end;
```

If *owns*(meta) does not yield the empty set then we know that either *owns* is incorrect or *meta* is not properly initialized. In either case we reject *meta*. (We do not actually care if *owns* itself is correct — i.e., that it works on all possible inputs — just that it work on the current set of used inputs.) Otherwise, we can accept *meta*. Because *owns* is deterministic we are guaranteed that until *meta* is modified *owns*(meta) will always produce the empty set.

Next, when a file system wants to modify its meta data (say to allocate a disk block to a file) we verify that *meta* goes from its current valid state to a new valid state, where, because of determinism, it must remain.

Allocation is thus:

```
% Give meta control of disk block b
proc allocate(meta, b)
  old_set = owns(meta)  % record original state
  <let libFS scribble on meta as it will>
  new_set = owns(meta)    % record new state

  % check that owned set grew by exactly b.
  if new_set != old_set U { b }
    error "Bogus modification!";
end;
```

Because *owns* is deterministic we can find out its current state by simply querying it. This is the crucial part of the process that frees us from duplicating any bookkeeping data structures. Using that current state we can ensure that the modification goes to a valid next state with a straightforward process of computing set union and equality.

Deallocation is similar to allocation:

```
% Deallocate disk block b from meta
proc deallocate(meta, b)
  old_set = owns(meta);     % record original state
  <let libFS scribble on meta as it will>
  new_set = owns(meta);        % record new state
  % check that owned set shrunk by exactly b.
  if set_diff(new_set, b) != old_set
    error "Bogus modification!";
end;
```

38

While we must run owns in a safe evaluation context after meta has been modified, any subsequent invocation of owns(meta) can run without safety checks since owns is deterministic and, after testing, we know that it executes safely on this value of meta. In the pseudo-code above, while new_set = owns(meta) must be run in a safe context, the statement old_set = owns(meta) can run unchecked. One way to look at this fact is that halting problem is trivial for deterministic Turing machines that one knows have halted in the past.

Naively, UDF induction might appear to be nothing more than a simplistic application of testing pre- and post-conditions. The crucial difference is that the pre-condition is supplied by the untrusted UDF implementor, who has been required a trustworthy partner through determinism.

Determinism and XN's trusted set implementation (used to check UDF output) prevents UDFs from "cheat" and producing bogus output after testing.

At this point we can incrementally verify that owns implements its specification correctly. As a result, the operating system can now rely on potentially malicious libFSes to track what disk blocks they own, in ways that the operating system does not understand, while still being able to guarantee correctness. Figure 4-1 sketches how the above verification steps are embedded in the context of a block allocation system call.

Because our approach merely verifies *what* a UDF did rather than *how* it did so it is both more robust and simpler than traditional verification approaches. Only a handful of lines of pseudo-code are required to verify the correctness of code that is written in an untyped, general-purpose assembly language that allows pointers (including casts between integers and pointers), aliasing, stores, dynamic memory allocation, arbitrary loops, and unstructured control flow. Automated theorem provers, in contrast, are both complex and unable to verify such code.

### 4.1.1 Efficiency: State Partitioning

Since an instance of meta data can control a large number of blocks, enumerating all blocks after each modification can be inefficient. (For example, the Unix "indirect block" in Figure 4-2 controls up to 1024 disk blocks.) Fortunately, the computation to produce a given element in a UDF's owns set typically uses only a limited portion of the UDF's state. This skewed usage can be exploited by *state partitioning*, which at a high level allows UDFs to partition their associated state into sets of disjoint ranges, where each set contains all the state needed to compute a subset of owned blocks (much smaller in size than the own set controlled by the meta data). Our inductive steps proceed as before, with the two changes that at initialization we need to verify that the partitions are non-overlapping and at modification that the libFS only modifies state in the indicated partition.

More concretely, we number partitions from 0 to n-1 and, on initialization, verify that these partitions do not overlap (calling the access function for a partition id gives the set of bytes in that partition):

```
set = {};
foreach partition id
  if(set_overlap(set, access(id))
     error "Partitions cannot overlap!";
  set = set U access(id);
```

Allocation checks that the given partition id is valid, and then adds the block to the set:

```
if id ≥ the number of partitions
  error "Bogus partition!";

old_set = owns(id);
<let libFS modify state in access(id)>
new_set = owns(id);

if old_set U db != new_set
  error "Bogus modification";
```

39

```
/*
 * C  pseudo code sketch of how to allocate block 'req' and stuff a pointer to
 * it in the parent.   For simplicity we assume meta is BLOCKSIZE big and that
 * setting a block to all zeros is a valid initialization.
 */
int sys_alloc_blk(blk_t req, blk_t parent, void *new_meta) {
    set_t old_owns, new_owns;
    set_t (*owns)(void *);       /* pointer to owns function */
    void *old_meta, *kid_meta;

    if(!isfree(disk_freemap, req))             /* Is requested block is on the freelist? */
        return NOT_FREE;
    if(!can_read(new_meta, BLOCKSIZE))          /* Is [new_meta,new_meta+BLOCKSIZE) valid memory? */
        return NOT_VALID;
    if(!(old_meta = buffer_cache_lookup(parent))) /* Is parent in core? */
        return NOT_IN_CORE;
    if(!can_write(parent))                  /* Can the current process write to parent? */
        return CANNOT_ACCESS;

    owns = owns_lookup(parent);              /* get owns function for parent. */

    owns_old = owns(old_meta);              /* compute current and potential owned sets. */
    owns_new = safe_eval(owns(new_meta));

    /* if owns(new_meta) did an illegal operation will be nil. */
    if((owns_new = safe_eval(owns_function(new_meta)))
        return ILLEGAL_OP;

    /* compare: old U req = new */
    if(!set_equal(owns_new, set_union(owns_old, req)))
        return BOGUS_UPDATE;

    /* allocate a buffer cache entry to hold kid. */
    if(!(kid_meta = buffer_cache_alloc(req)))
        return CANNOT_ALLOC;

    memcpy(old_meta, new_meta, BLOCKSIZE);       /* overwrite parent with new value. */
    memset(kid_meta, 0, BLOCKSIZE);              /* initialize kid buffere cache entry to all zeros. */
    set_dirty(parent);                           /* ensure parent will be flushed back to disk. */

    return SUCCESS;
}
```

Figure 4-1: Implementation sketch of a disk block allocation system call that uses UDFs to let untrusted file systems track the blocks they control.

Case Case 1:25-cv-00910-JSR ADDocument 148-7 Filed 02/07/25 Page 123 of 158 PageID #: 12714

```
% Unix file system indirect block.
struct indirect_block {
    unsigned blocks[1024];
};

% UDF that returns the (singleton) set of
% [offset, nbyte] tuples of all bytes in partition i.
set indirect_access(int id) {
    return { [sizeof(unsigned) * id, sizeof(unsigned)] };
}

% return number of partitions in an indirect block.
int indirect_npartitions(void) {
    return 1024;
}
```

Figure 4-2: Unix indirect block and its associated state partitioning UDFs, indirect_access and indirect_npartitions. The UDFs are "constant" in that they do not use the meta data block to compute partitions. Non-constant UDFs can be used as long as they are retested when the state they depend on has been modified.

Partitioning of state is controlled by UDFs, since it is their implementor that knows the natural partitions of the problem. For instance, in the simple case of the Unix indirect block given in Figure 4-2, which is simply a vector of 1024 disk block pointers, a partition corresponds to the 32 bits in which a single block pointer is stored. In most situations we have encountered state partitioning can reduce output sets to singleton entries.

In some sense, we have already been doing coarse-grain state partitioning, since we only rerun a UDF when the disk block it is associated with is modified rather than requiring that a file system have a single UDF that is run on modification to any block on disk. Partitioning simply takes this subdivision to finer levels.

A natural question is how to track the state in each partition. Our original implementation use a static partition table for each type, where partition_table(i) gave the set of state sets associated with partition i. Such tables can be large. In the case of file systems, this size is mitigated by the fact that file systems have only a few templates (one for each meta data type). Unfortunately, partitioning via a data structure means that, in many cases, the partitioning cannot be adjusted dynamically, as is required for dynamically resized structures. Of course, the obvious solution is to use UDFs: they were developed, after all to describing meta data layout. This solution turns out to be quite workable, and has significantly reduced the size of templates that we use to store file system meta data descriptions. [2]

To simplify writing UDFs we can refine the partition scheme to make the enumeration of a partition's "read set" implicit rather than explicit. Instead of requiring the UDF client supply an access function, we instead have the safe UDF evaluator trace the memory locations examined by a particular UDF invocation. Initialization checks that these read sets do not overlap by tracing *owns* on each partition id rather than calling *access*. Modification checks that the read set of the modified meta data on a given id is the same as the original read set. One complication of this model is handling the case where the read set grows or shrinks. Due to space limitations we elide a discussion of how to do this gracefully; interested readers can refer to [30].

### 4.1.2   More sophisticated partitioning

Of course, forcing partitions to be non-overlapping restricts implementation freedom. This subsection proposes a way to allow more sophisticated partitionings.

---

[2]The UDF in this case is a nice example of *semantic compression*, where domain-specific information is used to generate smaller representations than a content-blind algorithm would produce.

41

The core problem partitioning must solve is how to bind state to inputs: i.e., given a modification to a piece of meta data f's state, we must test all inputs that depend on that state. State partitioning does this by grouping all inputs to *owns* within a single partition. A more sophisticated alternative is to allow overlap between partitions. Naively, we might expect that allowing overlap requires that we have a function *enum* that, given a piece of state, enumerates all inputs that depend on it. The need for such a function would severely restrict the data structures we could verify, since most do not naturally support the ability to enumerate all inputs given an arbitrary byte of state. However, if we exploit the libFS, we can have it give us the inputs that could be effected by a state modification and yet be able to test that it does so correctly.

We do this using reference counting: if we can reliably determine how many inputs use a piece of state, we can trust the libFS to find which inputs are dependent. Reference counting enables this split because, given the number of inputs that use a piece of state and a libFS-supplied set of inputs, we can verify that the set is sufficient by invoking *owns* on each element and verifying that it indeed touches s. If it does, then we know we have all inputs that depend on s, otherwise we return an error. Reference counts are computed by the libFS using a *refcnt* UDF, which associates each byte of data with a reference count. Note that a correct libFS already tracks roughly the information that *refcnt* needs in order to implement memory management. I.e., it cannot free memory that is still needed by inputs to f. Thus, it does not seem that the requirement that the libFS can write *refcnt* restricts its freedom in any real way. Lack of space prevents further discussion; interested readers can refer to [30].

## 4.2   Overview of XN

Designing a flexible exokernel stable storage system has proven difficult: XN is our fourth design. This section provides an overview of how we use UDFs, the cornerstone of XN; the following sections describe some earlier approaches (and why they failed), and aspects of XN in greater depth.

XN provides access to stable storage at the level of disk blocks, exporting a buffer cache registry (Section 4.4) as well as free maps and other on-disk structures. The main purpose of XN is to determine the access rights of a given principal to a given disk block as efficiently as possible. XN must prevent a malicious user from claiming another user's disk blocks as part of her own files. On a conventional OS, this task is easy, since the kernel itself knows the file's meta data format. On an exokernel, where files have application-defined meta data layouts, the task is more difficult. On XN libFSes provide UDFs that act as meta data translation functions specific to each file type. XN uses UDFs to analyze meta data and translate it into a simple form the kernel understands. A libFS developer can install UDFs to introduce new on-disk meta data formats. UDFs allow the kernel to safely and efficiently handle any meta data layout without understanding the layout itself.

UDFs are stored on disk in structures called *templates.* Each template corresponds to a particular meta data format; for example, a UNIX file system would have templates for data blocks, inode blocks, inodes, indirect blocks, etc. Each template $T$ has two UDFs: *owns-udf$_T$* and *refcnt-udf$_T$*, and two untrusted and potentially nondeterministic functions: *acl-uf$_T$* and *size-uf$_T$*. All four functions are specified in the same language but only *owns-udf$_T$* and *refcnt-udf$_T$* must be deterministic. The other two can have access to, for example, the time of day. The limited language used to write these functions is a pseudo-RISC assembly language, checked by the kernel to ensure determinacy. Once a template is specified, it cannot be changed.

The *owns-udf* function allows XN to check the correctness of libFS meta data modifications (specified as a list of byte range modifications) using techniques from the previous subsection.

The *refcnt-udf* function allows libFSes to represent reference counts however they wish. For simplicity, reference count are stored in the block that is pointed to (and, thus, they are persistent). Whenever an edge to this block is formed, XN verifies that *refcnt-udf* increases by one. And, when an edge is deleted, that the count is decremented.

The *acl-uf* function implements template-specific access control and semantics; its input is a piece of meta data, a proposed modification to that meta data, and set of credentials (e.g., capabilities). Its output is a Boolean value approving or disapproving of the modification. XN runs the proper *acl-uf* function before any meta data modification. *acl-uf*s can implement access control lists, as well as providing certain other guarantees; for example, an *acl-uf* could ensure that inode modification times are kept current by rejecting any meta data changes that do not update them.

The *size-uf* function simply returns the size of a data structure in bytes.

## 4.3  XN: Problem and history

The most difficult requirement for XN is efficiently determining the access rights of a given principal to a given disk block. We discuss the successive approaches that we have pursued.

**Disk-block-level multiplexing.**  One approach is to associate with each block or extent a capability (or access control list) that guards it.  Unfortunately, if the capability is spatially separated from the disk block (e.g., stored separately in a table), accessing a block can require two disk accesses (one to fetch the capability and one to fetch the block). While caching can mitigate this problem to a degree, we are nervous about its overhead on disk-intensive workloads.  An alternative approach is to co-locate capabilities with disk blocks by placing them immediately before a disk block's data [54]. Unfortunately, on common hardware, reserving space for a capability would prevent blocks from being multiples of the page size, adding overhead and complexity to disk operations.

**Self-descriptive meta data.**  Our first serious attempt at efficient disk multiplexing provided a means for each instance of meta data to describe itself.  For example, a disk block would start with some number of bytes of application-specific data and then say "the next ten integers are disk block pointers." The complexity of space-efficient self-description caused us to limit what meta data could be described.  We discovered that this approach both caused unacceptable amounts of space overhead and required excessive effort to modify existing file system code, because it was difficult to shoehorn existing file system data structures into a universal format.

**Template-based description.**  Self-description and its problems were eliminated by the insight that each file system is built from only a handful of different on-disk data structures, each of which can be considered a type.  Since the number of types is small, it is feasible to describe each type only once per file system—rather than once per instance of a type—using a *template*.

Originally, templates were written in a declarative description language (similar to that used in self-descriptive meta data) rather than UDFs.  This system was simple and better than self-descriptive meta data, but still exhibited what we have come to appreciate as an indication that applications do not have enough control: the system made too many tradeoffs. We had to make a myriad of decisions about which base types were available and how they were represented (how large disk block pointers could be, how the type layout could change, how extents were specified). Given the variety of on-disk data structures described in the file system literature, it seems unlikely that any fixed set of components will ever be enough to describe all useful meta data.

Our current solution uses templates, but trades the declarative description language for a more expressive, interpreted language—UDFs.  This lets libFSes track their own access rights without XN understanding how they do so; XN merely verifies that libFSes track block ownership correctly.

## 4.4  XN: Design and implementation

We first describe the requirements for XN and then present the design.

### Requirements and approach

In our experience so far, the following requirements have been sufficient to reconcile application control with protected sharing.

1.  To prevent unauthorized access, every operation on disk data must be guarded.  For speed, XN uses *secure bindings* [25] to move access checks to bind time rather than checking at every access.  For example, the permission to read a cached disk block is checked when the page is inserted into the page table of the libFS's environment, rather than on every access.

2.  XN must be able to determine unambiguously what access rights a principal has to a given disk block.  For speed, it uses the UDF mechanism to protect disk blocks using the libFS's own meta data rather than guarding each block individually.

3.  XN must guarantee that disk updates are ordered such that a crash will not incorrectly grant a libFS access to data it either has freed or has not allocated.  This requirement means that meta data that is persistent across crashes cannot be written when it contains pointers to uninitialized meta data, and that reallocation of a freed block must be delayed until all persistent pointers to it have been removed.

While isolation allows separate libFSes to coexist safely, protected sharing of file system state by mutually distrustful libFSes requires three additional features:

1. Coherent caching of disk blocks. Distributed, per-application disk block caches create a consistency problem: if two applications obliviously cache the same disk block in two different physical pages, then modifications will not be shared. XN solves this problem with an in-kernel, system-wide, protected cache registry that maps cached disk blocks to the physical pages holding them.

2. Atomic meta data updates. Many file system updates have multiple steps. To ensure that shared state always ends up in a consistent and correct state, libFSes can lock cache registry entries. (Future work will explore optimistic concurrency control based on versioning.)

3. Well-formed updates. File abstractions above the XN interface may require that meta data modifications satisfy invariants (e.g., that link counts in inodes match the number of associated directory entries). UDFs allow XN to guarantee such invariants in a file-system-specific manner, allowing mutually distrustful applications to safely share meta data.

XN controls only what is necessary to enforce these protection rules. All other abilities—I/O initiation, disk block layout and allocation policies, recovery semantics, and consistency guarantees—are left to untrusted libFSes.

## Ordered disk writes

Another difficulty XN must face is guaranteeing the rules Ganger and Patt [36] give for achieving strict file system integrity across crashes: First, never reuse an on-disk resource before nullifying all previous pointers to it. Second, never create persistent pointers to structures before they are initialized. Third, when moving an on-disk resource, never reset the old pointer in persistent storage before the new one has been set.

The first two rules are required for global system integrity—and thus must be enforced by XN—while a file system violating the third rule will only affect itself.

The rules are simple but difficult to enforce efficiently: a naive implementation will incur frequent costly synchronous disk writes. XN allows libFSes to address this by enforcing the rules without legislating how to follow them. In particular, libFSes can choose any operation order which satisfies the constraints.

The first rule is implemented by deferring a block's deallocation until all on-disk pointers to that block have been deleted; a reference count performed at crash recovery time helps libFSes implement the third rule.

The second rule is the hardest of the three. To implement it, XN keeps track of *tainted* blocks. Any block is considered tainted if it points either to an uninitialized block or to a tainted block. LibFSes must not be allowed to write a tainted block to disk. However, two exceptions allow XN to enforce the general rule more efficiently:

First, XN allows entire file systems to be marked "temporary" (i.e., not persistent across reboots). Since these file systems are not persistent, they are not required to adhere to any of the integrity rules. This technique allows memory-based file systems to be implemented with no loss of performance.

The second exception is based on the observation that unattached subtrees—trees whose root is not reachable from any persistent root—will not be preserved across reboots and thus, like temporary trees, are free of any ordering constraints. Thus, XN does not track tainted blocks in an unreachable tree until it is connected to a persistent root.

## The buffer cache registry

Finally, we discuss the XN buffer cache registry, which allows protected sharing of disk blocks among libFSes. The registry tracks the mapping of cached disk blocks and their meta data to physical pages (and vice versa). Unlike traditional buffer caches, it only records the mapping, not the disk blocks themselves. Because the registry exists independently of libFSes, it allows cached blocks to persist across process invocations. The disk blocks are stored in application-managed physical-memory pages. The registry tracks both the mapping and its state (dirty, out of core, uninitialized, locked). To allow libFSes to see which disk blocks are cached, the buffer cache registry is mapped read-only into application space.

Access control is performed when a libFS attempts to map a physical page containing a disk block into its address space, rather than when that block is requested from disk. That is, registry entries can be inserted without requiring that the object they describe be in memory. Blocks can also be installed in the registry before their template or parent is known. As a result, libFSes have significant freedom to prefetch.

Registry entries are installed in two ways. First, an application that has write access to a block can directly install a mapping to it into the registry. Second, applications that do not have write access to a block can indirectly install an entry for it by performing a "read and insert," which tells the kernel to read a disk block, associate it with an application-provided physical page, set the protection of that page page appropriately, and insert this mapping into the registry. This latter mechanism is used to prevent applications that do not have permission to write a block from modifying it by installing a bogus in-core copy.

XN does not replace physical pages from the registry (except for those freed by applications), allowing applications to determine the most appropriate caching policy. Because applications also manage virtual memory paging, the partitioning of disk cache and virtual memory backing store is under application control. To simplify the application's task and because it is inexpensive to provide, XN maintains an LRU list of unused but valid buffers. By default, when LibOSes need pages and none are free, they recycle the oldest buffer on this LRU list.

XN allows any process to write "unowned" dirty blocks to disk (i.e., blocks not associated with a running process), even if that process does not have write permission for the dirty blocks. This allows the construction of daemons that asynchronously write dirty blocks. LibFSes do not have to trust daemons with write access to their files, only to flush the blocks. This ability has three benefits. First, the contents of the registry can be safely retained across process invocations rather than having to be brought in and paged out on creation and exit. Second, this design simplifies the implementations of libFSes, since a libFS can rely on a daemon of its choice to flush dirty blocks even in difficult situations (e.g., if the application containing the libFS is swapped out). Third, this design allows different write-back policies.

## 4.5   XN usage

To illustrate how XN is used, we sketch how a libFS can implement common file system operations. These two setup operations are used to install a libFS:

**Type creation.** The libFS describes its types by storing templates, described above in Section 4.2, into a *type catalogue.* Each template is identified by a unique string (e.g., "FFS Inode"). Once installed, types are persistent across reboots.

**LibFS persistence.** To ensure that libFS data is persistent across reboots, a libFS can register the root of its tree in XN's *root catalogue.* A root entry consists of a disk extent and corresponding template type, identified by a unique string (e.g., "mylibFS").

After a crash, XN uses these roots to garbage-collect the disk by reconstructing the free map. It does so by logically traversing all roots and all blocks reachable from them: it marks reachable blocks as allocated, non-reachable blocks as free. If this step is too expensive, it could be eliminated by ordering writes to the free map (so that the map always held a conservative picture of what blocks were free) or using a log.

During reconstruction XN also checks for errors in meta data reference counts by counting all pointers to all meta data instances. If this count does not match a meta data's reference count, XN records this violation in an error log. After finding all errors, it then runs libFS-supplied patch programs to fix these and any libFS-specific errors. If errors remain after this process, XN marks the root of any tree that contains a bogus reference count as "tainted." These errors must be fixed before the tree can be used. We discuss reconstruction further in the next section.

After initialization, the new libFS can use XN. We describe a simplified version of the most common operations.

**Startup.** To start using XN, a libFS loads its root(s) and any types it needs from the root catalogue into the buffer cache registry. Usually both will already be cached.

**Read.** Reading a block from disk is a two-stage process, where the stages can be combined or separated. First, the libFS creates entries in the registry by passing block addresses for the requested disk blocks and the meta data blocks controlling them (their *parents*). The parents must already exist in the registry—libFSes are responsible for loading them. XN uses *owns-udf* to determine if the requested blocks are controlled by the supplied meta data blocks and, if so, installs registry entries.

In the second stage, the libFS initiates a read request, optionally supplying pages to place the data in. Access control through *acl-uf* is performed at the parent (e.g., if the data loaded is a bare disk block), at the child (e.g., if the data is an inode), or both.

A libFS can load any block in its tree by traversing from its root entry, or optionally by starting from any intermediate node cached in the registry. Note that XN specifically disallows meta data blocks from being mapped read/write.

45

To speculatively read a block before its parent is known, a libFS can issue a raw read command. If the block is not in the registry, it will be marked as "unknown type" and a disk request initiated. The block cannot be used until after it is bound to a parent by the first stage of the read process, which will determine its type and allow access control to be performed.

**Allocate.** A libFS selects blocks to allocate by reading XN's map of free blocks, allowing libFSes to control file layout and grouping. Free blocks are allocated to a given meta data node by calling XN with the meta data node, the blocks to allocate, and the proposed modification to the meta data node. XN checks that the requested blocks are free, runs the appropriate *acl-uf* to see if the libFS has permission to allocate, and runs *owns-udf*, as described in Section 4.2, to see that the correct block is being allocated. If these checks all succeed, the meta data is changed, the allocated blocks are removed from the free list, and any allocated meta data blocks are marked tainted (see Section 4.4).

**Write.** A libFS writes dirty blocks to disk by passing the blocks to write to XN. If the blocks are not in memory, or they have been pinned in memory by some other application, the write is prevented. The write also fails if any of the blocks are tainted and reachable from a persistent root. Otherwise, the write succeeds. If the block was previously tainted and now is not (either by eliminating pointers to uninitialized meta data or by becoming initialized itself), XN modifies its state and removes it from the tainted list.

Since applications control what is fetched and what is paged out when (and in what order), they can control many disk management policies and can enforce strong stability guarantees.

**Deallocate.** XN uses UDFs to check deallocate operations analogously to allocate operations. If there are no on-disk pointers to a deallocated disk block, XN places it on the free list. Otherwise, XN enqueues the block on a "will free" list until the block's reference count is zero. Reference counts are decremented when a parent that had an on-disk pointer to the block deletes that pointer via a write.

## 4.6   Crash Recovery Issues

This section discusses two issues of reconstruction: the difficulty of resolving file system errors due to XN's lack of understanding of libFS semantics, and providing more flexible mechanisms for guaranteeing invariants in the presence of crashes.

As we discussed above, XN marks file system roots that contain meta data with erroneous reference counts as "tainted." An apparently simpler solution would be to fix the counts directly. There are two reasons XN does not do so. First, it does not understand libFS meta data syntax. While it could use libFS "helper" functions to fix reference counts, it cannot rely on being able to do so, since they could contain errors. Second, while XN could perhaps use UDF-style techniques to verify helper functions, the action to take in the face of a violation depends on libFS semantics. For example, consider the case of a erroneously high reference count. It is not clear how to correct this count, since it could have arisen in multiple ways. The meta data could have been being moved from one directory to another by a libFS that conservatively deletes the old "source" edge only after the new "destination" edge has been written to disk. (In which case the old edge would have to be removed.) Or an edge could have been removed before the reference count was persistently decremented. (In which case the reference count should be decremented.) XN takes the view that resolving these ambiguities is best left to libFSes.

Guaranteeing that file system invariants hold across system crashes has been an active area of file system research. However, other than control over write orders, XN provides little flexibility in this area. We discuss improvements below. A simple way to improve XN would be to incorporate the notion of logging into it. Violations and (possibly) libFS annotations could be written into a "write-ahead" log that was written to disk before persistent state was updated. In this case, any on disk violations can be removed by simply performing the log actions. To increase flexibility, the format of log records could be controlled by a UDF.

This approach works, and does not appear too hard to implement. Unfortunately, it has serious problems. First, it requires that XN pre-empt many design decisions about how to implement logging. Second, and more seriously, it is not robust: it requires that we anticipate logging and put support for it in XN rather than having logging "fall out" of a general recovery mechanism in XN. The main game of exokernels is extensibility — that all uses of a system can be implemented using its interface — having to anticipate a particular extension (logging) shows its interface is weak.

Fortunately, it appears that we can use UDF techniques to allow libFSes to implement recovery in a completely general way. Consider what XN really needs for valid crash recovery: all it must guarantee is that if a libFS violates an invariant that XN cares about, that on reboot either (1) the violation goes away (because it only affected volatile state) or (2) that the libFS tells XN about it. A log is one way to get the latter guarantee, there are others. One way is to

have the libFS signal violations: rather than forcing libFSes to write blocks out in certain order to prevent violations or using a log to track them persistently, XN has libFSes provide a "reboot UDF" (reboot) that, when given a file system tree walks down the tree emitting any violations. How it detects violations is not XN's concern, it need only verify that reboot will. XN performs this verification as follows by first recording all violations in volatile memory and then, when a libFS wants to do a write that would violate some invariant (e.g., a stably writing a pointer to an uninitialized piece of meta data), XN checks that the associated libFS' reboot UDF would inform it about this violation. XN does so in a way similar to owns verification by (conceptually) running the reboot UDF on the pre-write stable state, performing the disk write, then running the reboot UDF on the post-write stable state. The obvious problem with this approach is efficiency. It is obviously not practical to examine the entire disk on every disk write. Fortunately, it appears that by using both a variation of state partitioning (based on continuation passing [29]) and checkable hints from the file system, we can checkpoint the UDF precisely, to the point that verification need only examine a few bytes in one or two cached disk blocks. We are currently designing this scheme.

## 4.7    C-FFS: a library file system

This subsection briefly describes C-FFS (co-locating fast file system [37])—a UNIX-like library file system we built—with special reference to additional protection guarantees it provides.

XN provides the basic protection guarantees needed for file system integrity — that both meta data block pointers and reference counts are correct, and that block pointers are correctly typed. But real-world file systems often require other, file-system-specific invariants. For instance, UNIX file systems must ensure the uniqueness of file names within a directory. This type of guarantee can be provided in any number of ways: in the kernel, in a server, or, in some cases, by simple defensive programming. C-FFS currently downloads methods into the kernel to check its invariants. We are currently developing a system similar to UDFs that can be used to enforce type-specific invariants in an efficient, extensible way.

Our experience with C-FFS shows that, even with the strongest desired guarantees, a protected interface can still provide significant flexibility to unprivileged software, and that the exokernel approach can deal as readily with high-level protection requirements as it can with those closer to hardware.

C-FFS makes four main additions to XN's protection mechanisms:

1. Access control: it maps the UNIX representation and semantics of access control (uids and gids, etc.) to those of exokernel capabilities.

2. Well-formed updates: C-FFS guarantees UNIX-specific file semantics: for example, that directories contain legal, aligned file names.

3. Atomicity: C-FFS performs locking to ensure that its data is always recoverable and disk writes only occur when meta data is internally consistent.

4. Implicit updates: C-FFS ensures that certain state transitions are implicit on certain actions. Some examples are that modification times are updated when file data are changed, and that renaming or deleting a file updates the name cache.

It is not difficult to implement UNIX protection without significantly degrading application power. C-FFS protection is implemented mainly by a small number of if-statements rather than by procedures that limit flexibility. The most intricate operation—ensuring that files in a directory have unique names—is less than 100 lines of code that scans through a linked list of cached directory blocks to ensure name uniqueness.

## 4.8    Discussion

Similar to how XN uses UDFs to interpret libFS meta data, libFSes can use UDFs to traverse other file system's meta, even when they do not understand its syntax. (Of course, modification of this meta data typically requires such understanding.)

UDFs add a negligible cost to XN. As the next section discusses, we have run file system benchmarks with and without XN enabled and its overhead (and, thus, the overhead of UDFs) is lost in experimental noise. There are two reasons for this. First, protection tends to be off of the critical path. Second, XN operations tend to be embedded

in heavy-weight disk operations. For example, most block operations on cached blocks can simply interact with the buffer cache registry, rather than using to UDFs. Even if neither of these two conditions held, UDFs would not add significant overhead: most UDFs tend to be fairly simple, and if they were directly executed rather than interpreted, cost a few tens of instructions.

XN allows "nestable" extension of file systems. Because XN verifies the correctness of reference counts, pointers, and meta data interpreters, it allows untrusted implementors to extend an existing file system without compromising its integrity. Thus, it is possible to add an entirely new directory type to a file system and have it point to old types, perform access control on them, etc. without the existing implementation open to malice. We do not know of any other way to achieve this same result.

Stable storage is the most challenging resource we have multiplexed. Future work will focus on two areas. First, we plan to implement a range of file systems (log-structured file systems, RAID, and memory-based file systems), thus testing if the XN interface is powerful enough to support concurrent use by radically different file systems. Second we will investigate using lightweight protected methods like UDFs to implement the simple protection checks required by higher-level abstractions.

# Chapter 5

# Performance of exokernel systems

The fundamental principle of science, the definition almost, is this: the sole test of the validity of any idea is experiment. – Richard P. Feynman

Now, here, you see, it takes all the running you can do, to keep in the same place. If you want to get somewhere else, you must run at least twice as fast as that! Charles Lutwidge Dodgson (Lewis Carroll) (1832-1898) "Through the Looking Glass"

This chapter focuses on four questions:

1. Do common, unaltered applications benefit from an exokernel? To answer this question we present performance results of Unix applications on Xok that have been linked against an optimized libFS. Applications on Xok run comparably or significantly faster compared to both FreeBSD and OpenBSD.

2. Is exokernel flexibility costly? To partially answer this we present performance numbers of the previous experiment running on top of a re-implementation of the libFS, the C-FFS file system, within OpenBSD. The exokernel and OpenBSD perform roughly comparably.

3. Are aggressive applications significantly times faster? Among other experiments, we compare the performance of an optimized webserver, which is eight times faster than on traditional systems.

4. Does local control lead to bad global performance? An exokernel gives applications significantly more control than traditional operating systems do. Can it reconcile strong local control with good global performance?

To answer this question we measure aggressive workloads on Xok and FreeBSD: (1) given the same workload, an exokernel performs comparably to widely used monolithic systems, and (2) when local optimizations are performed, that whole system performance improves, sometimes significantly.

We describe our experimental environment below. The remainder of the chapter addresses each question in turn.

## 5.1   Xok Experimental Environment

We compare Xok/ExOS to both FreeBSD 2.2.2 and OpenBSD 2.1 on the same hardware. Xok uses device drivers that are derived from those of OpenBSD. ExOS also shares a large source code base with OpenBSD, including most applications and most of libc. Compared to OpenBSD and FreeBSD, ExOS has not had much time to mature; we built the system in less than two years and moved to the x86 platform only a year ago.

All experiments are performed on 200-MHz Intel Pentium Pro processors with a 256-KByte on-chip L2 cache and 64-MByte of main memory. The disk system consists of an NCR 815 SCSI controller connecting a fast SCSI chain with one or more Quantum Atlas XP32150 disk drives on the PCI bus (vs440fx PCI chip set). Reported times are the minimum time of ten trials (the standard deviations of the total run times are less than three percent).

As discussed in Chapter 3, some ExOS data structures do not have full protection. To compensate for this lack, we have artificially inserted three extra system calls before every write to shared tables. This gives a pessimal feel for the

49

Case 1:24-cv-00903-JRG-ADA Document 31-7 Filed 02/21/25 Page 147 of 227 PageID #: 12723

| Benchmark | Description (application) |
|---|---|
| Copy small file | copy the compressed archived source tree (cp) |
| Uncompress | uncompress the archive (gunzip) |
| Copy large file | copy the uncompressed archive (cp) |
| Unpack file | unpack archive (pax) |
| Copy large tree | recursively copy the created directories (cp). |
| Diff large tree | compute the difference between the trees (diff) |
| Compile | compile source code (gcc) |
| Delete files | delete binary files (rm) |
| Pack tree | archive the tree (pax) |
| Compress | compress the archive tree (gzip) |
| Delete | delete the created source tree (rm) |

Table 5.1: The I/O-intensive workload installs a large application (the lcc compiler). The size of the compressed archive file for lcc is 1.1 MByte.



Figure 5-1: Performance of unmodified UNIX applications. Xok/ExOS and OpenBSD/C-FFS use a C-FFS file system while Free/OpenBSD use their native FFS file systems. Times are in seconds.

cost of protection. All measurements reported in this thesis include these extra calls. In practice, protection is off the critical path, and these overheads are lost in experimental noise.

It is important to note that a sufficiently motivated kernel programmer can implement any optimization that is implemented in an extensible system. In fact, a member of our research group, Costa Sapuntzakis, has implemented a version of C-FFS within OpenBSD. Extensible systems (and we believe exokernels in particular) make these optimizations significantly easier to implement than centralized systems do. For example, porting C-FFS to OpenBSD took more effort than designing C-FFS and implementing it as a library file system. The experiments below demonstrate that by using unprivileged application-level resource management, any skilled programmer can implement useful OS optimizations. The extra layer of protection required to make this application-level management safe costs little.

## 5.2    Performance of common, unaltered applications

If an exokernel only improves the performance of strange, niche applications or, requires that applications be modified to benefit, then its usefulness is severely diminished.

Our experiments show that an exokernel matters, even for common applications. We measure the performance of an I/O-intensive software development workload made up of the mainstream applications listed in Table 5.1 (most are found in "/usr/bin" on a Unix system). As Figure 5-1 shows, by linking against an optimized library file system (C-FFS), some unaltered UNIX applications run significantly faster on top of Xok/ExOS than identical versions executed on traditional systems. Xok/ExOS completes all benchmarks in 41 seconds, 19 seconds faster than FreeBSD and OpenBSD. On eight of the eleven benchmarks Xok/ExOS performs better than Free/OpenBSD (in one case by over a factor of four). ExOS's performance improvements are due to its C-FFS file system.

In general, normal applications benefit from an exokernel by being linked against an optimized libOS. Thus, even

without modifications, they still profit from an exokernel. While an exokernel allows experimentation with completely different OS interfaces, a more important result may be improving the rate of innovation of implementations of existent interfaces.

We also ran the Modified Andrew Benchmark (MAB) [69]. On this benchmark, Xok/ExOS takes 11.5 seconds, OpenBSD/C-FFS takes 12.5 seconds, OpenBSD takes 14.2 seconds, and FreeBSD takes 11.5 seconds. The difference in performance on MAB is less profound than on the I/O-intensive benchmark, because MAB stresses fork, an expensive function in Xok/ExOS. ExOS's fork performance suffers because Xok does not yet allow environments to share page tables. Fork takes six milliseconds on ExOS, compared to less than one millisecond on OpenBSD.

## 5.3 The cost of exokernel flexibility

An exokernel provides extreme flexibility. Rightfully, any systems builder would expect that this flexibility would have a performance cost. This section looks at two possible costs: (1) the opportunity cost of OS abstractions at library level, and (2) the brute cost of protection,

### 5.3.1 The cost of OS abstractions in libraries

Given the same application code and same OS code (placed in a libOS on an exokernel, in the kernel on a monolithic system), does a traditional system would provide superior performance? Or, phrased another way, if an optimization is done on an exokernel and gives a factor of four, would the same optimization done on a traditional OS give even more?

To partially answer this question we measure the performance of an OpenBSD-based implementation of C-FFS (done by Costa Sapuntzakis) on the workload in the previous experiment.

Figure 5-1 shows the performance of these applications over Xok/ExOS and OpenBSD/C-FFS. The total running time for Xok/ExOS is 41 seconds and for OpenBSD/C-FFS is 51 seconds. Since ExOS and OpenBSD/C-FFS use the same type of file system, one would expect that ExOS and OpenBSD perform equally well. As can be seen in Figure 5-1, Xok/ExOS performance is indeed comparable to OpenBSD/C-FFS on eight of the 11 applications. On three applications (pax, cp, diff), Xok/ExOS runs considerably faster (though we do not yet have a good explanation for this).

From these measurements we conclude that, even though ExOS implements the bulk of the operating system at the application level, common software development operations on Xok/ExOS perform comparably to OpenBSD/C-FFS. They demonstrate that—at least for this common domain of applications—an exokernel's flexibility can be provided for free: even without aggressive optimizations ExOS's performance is comparable to that of mature monolithic systems. The cost of low-level multiplexing is negligible: an optimization done on an exokernel can give the same performance improvement as done on a traditional system.

### 5.3.2 The cost of protection

While the above experiment by no means "proves" that the exokernel structure will never penalize applications, it agrees with our experiences that exokernel flexibility does not impose overheads. The main reason for this is that protection tends to be off the critical path. For example, when the benchmarks in Figure 5-1 are run without XN or any of the extra system calls, the performance difference is "noise": 39.7 seconds to 41.1 seconds, despite reducing the overall number of Xok system calls from 300,000 to 81,000. Real workloads are dominated by costs other than protection and system call overhead.

Some secondary, more specific reasons for the lack of impact of an extra protection layer are that: in many cases exokernel protection is not a duplication, since it allows library operating systems to remove their corresponding checks. Furthermore, the cost of checking protection (usually a table lookup to map principals to access rights) tends to be dwarfed by the cost of the operations it is coupled to. For example, system calls are roughly an order of magnitude more expensive while I/O operations such as disk or network accesses can be over a 1000 times more costly. In those rare cases where protection checks are more elaborate, they tend to be naturally cachable. In the case of file blocks, for instance, access rights can be stored in the buffer cache along with the block they correspond too.

While an exokernel can impose extra protection checks, it also makes some operations cheaper: using a library operating system means that many operations that formerly required system calls now can be performed with function

51

calls. Thus, for some uses an exokernel is intrinsically faster than a more traditional system.[1] For example, an OpenBSD emulator written on our most recent exokernel, Xok, sometimes runs OpenBSD application binaries faster than their non-emulated performance on OpenBSD for the simple reason that that many system calls (e.g., to read data structures) become function calls into the emulator's libOS.

## 5.4  Aggressive application performance

In part, the exokernel architecture was motivated by the ability to perform application-specific or, more commonly, domain-specific optimizations.[2] Two natural questions, then, are first, does an exokernel give sufficient power that interesting optimizations can be done? Second, do domain-specific optimizations yield significant improvements or do they only give "noise" level improvements?

Experiments show that an exokernel enables domain-specific optimizations that give order-of-magnitude performance improvements [48]. Our specific results come from an interface designed for fast I/O, which improves the performance of applications such as web servers.

### 5.4.1  XCP: a "zero-touch" file copying program

XCP is an efficient file copy program. It exploits the low-level disk interface by removing artificial ordering constraints, by improving disk scheduling through large schedules, by eliminating data touching by the CPU, and by performing all disk operations asynchronously.

Given a list of files, XCP works as follows. First, it enumerates and sorts the disk blocks of all files and issues large, asynchronous disk reads using this schedule. (If multiple instances of XCP run concurrently, the disk driver will merge the schedules.) Second, it creates new files of the correct size, overlapping inode and disk block allocation with the disk reads. Finally, as the disk reads complete, it constructs large writes to the new disk blocks using the buffer cache entries. This strategy eliminates all copies; the file is DMAed into and out of the buffer cache by the disk controller—the CPU never touches the data.

XCP is a factor of three faster than the copy program (CP) on Xok/ExOS that uses UNIX interfaces, irrespective of whether all files are in core (because XCP does not touch the data) or on disk (because XCP issues disk schedules with a minimum number of seeks and the largest contiguous ranges of disk blocks).

The fact that the file system is an application library allows us both to have integration when appropriate and to craft new abstractions as needed. This latter ability is especially profitable for the disk both because of the high cost of disk operations and because of the demonstrated reluctance of operating systems vendors to provide useful, simple improvements to their interfaces (e.g., prefetching, asynchronous reads and writes, fine-grained disk restructuring and "sync" operations).

### 5.4.2  The Cheetah HTTP/1.0 Server

The exokernel architecture is well suited to building fast servers (e.g., for NFS servers or web servers). Server performance is crucial to client/server applications [45], and the I/O-centric nature of servers makes operating system-based optimizations profitable.

Greg Ganger has developed an extensible I/O library (XIO) for fast servers and a sample application that uses it, the Cheetah HTTP server. This library is designed to allow application writers to exploit domain-specific knowledge and to simplify the construction of high-performance servers by removing the need to "trick" the operating system into doing what the application requires (e.g., Harvest [14] stores cached pages in multiple directories to achieve fast name lookup).

An HTTP server's task is simple: given a client request, it finds the appropriate document and sends it. The Cheetah Web server performs the following set of optimizations as well as others not listed here.

**Merged File Cache and Retransmission Pool.** Cheetah avoids all in-memory data touching (by the CPU) and the need for a distinct TCP retransmission pool by transmitting file data directly from the file cache using precomputed

---

[1]Admittedly, in our experience, even high system call overhead has little impact on real application performance. But this point argues even further for the non-issue of the cost of having operating system code in libraries.

[2]In fact, the original exokernel paper [25] focuses almost exclusively on application-specific optimizations rather improving the rate of whole-system innovations, which we have come to regard as a more significant benefit.



Figure 5-2: HTTP document throughput as a function of the document size for several HTTP/1.0 servers. **NCSA/BSD** represents the NCSA/1.4.2 server running on OpenBSD. **Harvest/BSD** represents the Harvest proxy cache running on OpenBSD. **Socket/BSD** represents our HTTP server using TCP sockets on OpenBSD. **Socket/Xok** represents our HTTP server using the TCP socket interface built on our extensible TCP/IP implementation on the Xok exokernel. **Cheetah/Xok** represents the Cheetah HTTP server, which exploits the TCP and file system implementations for speed.

file checksums (which are stored with each file). Data are transmitted (and retransmitted, if necessary) to the client directly from the file cache without CPU copy operations. (Cao et al. have also used this technique [70].)

**Knowledge-based Packet Merging.** Cheetah exploits knowledge of its per-request state transitions to reduce the number of I/O actions it initiates. For example, it avoids sending redundant control packets by delaying ACKs on client HTTP requests, since it knows it will be able to piggy-back them on the response. This optimization is particularly valuable for small document sizes, where the reduction represents a substantial fraction (e.g., 20%) of the total number of packets.

**HTML-based File Grouping.** Cheetah co-locates files included in an HTML document by allocating them in disk blocks adjacent to that file when possible. When the file cache does not capture the majority of client requests, this extension can improve HTTP throughput by up to a factor of two.

Figure 5-2 shows HTTP request throughput as a function of the requested document size for five servers: the NCSA 1.4.2 server [68] running on OpenBSD 2.0, the Harvest cache [14] running on OpenBSD 2.0, the base socket-based server running on OpenBSD 2.0 (i.e., our HTTP server without any optimizations), the base socket-based server running on the Xok exokernel system (i.e., our HTTP server without any optimizations with vanilla socket and file descriptor implementations layered over XIO), and the Cheetah server running on the Xok exokernel (i.e., our HTTP server with all optimizations enabled).

Figure 5-2 provides several important pieces of information. First, our base HTTP server performs roughly as well as the Harvest cache, which has been shown to outperform many other HTTP server implementations on general-purpose operating systems. Both outperform the NCSA server. This gives us a reasonable starting point for evaluating extensions that improve performance. Second, the default socket and file system implementations built on top of XIO perform significantly better than the OpenBSD implementations of the same interfaces (by 80–100%). The improvement comes mainly from simple (though generally valuable) extensions, such as packet merging, application-level caching of pointers to file cache blocks, and protocol control block reuse.

Third, and most importantly, Cheetah significantly outperforms the servers that use traditional interfaces. By exploiting Xok's extensibility, Cheetah gains a four times performance improvement for small documents (1 KByte and smaller), making it eight times faster than the best performance we could achieve on OpenBSD. Furthermore, the large document performance for Cheetah is limited by the available network bandwidth (three 100Mbit/s Ethernets) rather than by the server hardware. While the socket-based implementation is limited to only 16.5 MByte/s with 100% CPU utilization, Cheetah delivers over 29.3 MByte/s with the CPU idle over 30% of the time. The extensibility of ExOS's default unprivileged TCP/IP and file system implementations made it possible to achieve these performance improvements incrementally and with low complexity.

The optimizations performed by Cheetah are architecture independent. In Aegis, Cheetah obtained similar performance improvements over Ultrix web servers [49].



Figure 5-3: Measured global performance of Xok/ExOS (the first bar) and FreeBSD (the second bar), using the first application pool. Times are in seconds and on a log scale. *number/number* refers to the the total number of applications run by the script and the maximum number of jobs run concurrently. **Total** is the total running time of each experiment, **Max** is the longest runtime of any process in a given run (giving the worst latency). **Min** is the minimum.

## 5.5  Global performance

An exokernel gives applications significantly more control than traditional operating systems do. However, it must also guarantee good global performance when running multiple applications concurrently. The experiments in this section measure the situation where the exokernel architecture seems potentially weak: under substantial load where selfish applications are consuming large resources and utilizing I/O devices heavily. The results indicate that an exokernel can successfully reconcile local control with global performance: (1) given the same workload, an exokernel performs comparably to widely used monolithic systems, and (2) that when local optimizations are performed, that whole system performance improves, and can do so significantly.

There are two intuitions behind these results. First, most local optimizations, because they make applications run faster, lead to more resources globally. For example, if an application, after being linked against an optimized libOS cuts its runtime from ten seconds to one second, then there are nine seconds of freed resources to go around the entire system. Second, an exokernel mediates allocation and revocation of resources. Therefore it has the power to enforce any global policy that a traditional operating system can. Thus, all else equal, it has no problem achieving similar global performance. The single new challenge an exokernel faces is deriving information lost by dislocating abstractions into application space. For example, traditional operating systems manage both virtual memory and file caching. As a result, they can perform global resource management of pages that takes into account the manner in which a page is being used. In contrast, if an exokernel dislocates virtual memory and file buffer management into library operating systems it no longer can make such distinctions. While such information matters in theory, in practice we have found it either unnecessary or crude enough that no special methods have been necessary to derive it. However, whether this happy situation always holds is an open question.

### 5.5.1  Experiments

Global performance has not been extensively studied. We use the total time to complete a set of concurrent tasks as a measure of system throughput, and the minimum and the maximum latency of individual applications as a measure of interactive performance. For simplicity we compare Xok/ExOS's performance under high load to that of FreeBSD; in these experiments, FreeBSD always performs better than OpenBSD, because of OpenBSD's small, non-unified buffer cache. While this methodology does not guarantee that an exokernel can compare to any centralized system, it does offer a useful relative metric.

The space of possible combinations of applications to run is large. The experiments use randomization to ensure we get a reasonable sample of this space. The inputs are a set of applications to pick from, the total number to run, and the maximum number that can be running concurrently. Each experiment maintains the number of concurrent processes at the specified maximum. The outputs are the total running time, giving throughput, and the time to run each application. Poor interactive performance will show up as a high minimum latency.

The first application pool includes a mix of I/O-intensive and CPU-intensive programs: pack archive (pax -w),

54

Case 2:34-cv-00900-TSZ-ADP Document 143-7 Filed 02/17/25 Page 67 of 142 Page ID #: 12728



Figure 5-4: Measured global performance of Xok/ExOS (the first bar) and FreeBSD (the second bar), using the second application pool. Methodology and presentation are as described for Figure 5-3.

search for a word in a large file (grep), compute a checksum many times over a small set of files (cksum), solve a traveling salesman problem (tsp), solve iteratively a large discrete Laplace equation using successive overrelaxation (sor), count words (wc), compile (gcc), compress (gzip), and uncompress (gunzip). For this experiment, we chose applications on which both Xok/ExOS and FreeBSD run roughly equivalently. Each application runs for at least several seconds and is run in a separate directory from the others (to avoid cooperative buffer cache reuse). The pseudo-random number generators are identical and start with the same seed, thus producing identical schedules. The applications we chose compete for the CPU, memory, and the disk.

Figure 5-3 shows on a log scale the results for five different experiments: seven jobs with a maximum concurrency of one job through 35 jobs with a maximum concurrency of five jobs. The results show that an exokernel system can achieve performance roughly comparable to UNIX, despite being mostly untuned for global performance.

With a second application pool, we examine global performance when specialized applications (emulated by applications that benefit from C-FFS's performance advantages) compete with each other and non-specialized applications. This pool includes tsp and sor from above, unpack archive (pax -r) from Section 5.2, recursive copy (cp -r) from Section 5.2, and comparison (diff) of two identical 5 MB files. The pax and cp applications represent the specialized applications.

Figure 5-4 shows on a log scale the results for five experiments: seven jobs with a maximum concurrency of one job through 35 jobs with a maximum concurrency of 5 jobs. The results show that global performance on an exokernel system does not degrade even when some applications use resources aggressively. In fact, the relative performance difference between FreeBSD and Xok/ExOS increases with job concurrency.

## 5.5.2 Discussion

The central challenge in an exokernel system is not *enforcing* a global system policy but, rather, *deriving* the information needed to decide what enforcement involves and doing so in such a way that application flexibility is minimally curtailed. Since an exokernel controls resource allocation and revocation, it has the power to enforce global policies. Quota-based schemes, for instance, can be trivially enforced using only allocation denial and revocation. Fortunately, the crudeness of successful global optimizations allows global schemes to be readily implemented by an exokernel. For example, Xok currently tracks global LRU information that applications can use when deallocating resources.

We believe that an exokernel can provide global performance *superior* to current systems. First, effective local optimization can mean there are more resources for the entire system. Second, an exokernel gives application writers machinery to orchestrate inter-application resource management, allowing them to perform domain-specific global optimizations not possible on current centralized systems (e.g., the UNIX "make" program could be modified to orchestrate the complete build process). Third, an exokernel can unify the many space-partitioned caches in current systems (e.g., the buffer cache, network buffers, etc.). Fourth, since applications can know when resources are scarce, they can make better use of resources when layering abstractions. For example, a web server that caches documents in virtual memory could stop caching documents when its cache does not fit in main memory. Future research will pursue these issues.

55

### 5.5.3  Summary

Our experiments show that even common, unaltered applications can benefit on exokernels, simply by being linked against an optimized library operating system. Importantly, libOS optimizations appear just as effective as their equivalent in-kernel implementation. Aggressive applications that want to manage their resources show even greater improvements. The improvement is especially dramatic for I/O-centric applications, such as our web server, which runs up to a factor of 8 faster than its closest equivalent. Finally, the power that an exokernel gives to applications does not lead to poor global performance. In fact, when this control is used to improve application speed, an exokernel system can have dramatically improved global performance, since there are more resources to go around. Based on these experiments, the exokernel architecture appears to be a promising alternative to traditional systems.

# Chapter 6

# Reflections on Downloading Code

> The individual's whole experience is built upon the plan of his language. — Henri Delacroix

Extensibility refers roughly to how easily a system's functionality can be augmented. A strong thread in computer science has been developing techniques to enhance extensibility, ranging from programming methodologies such as structured programming to assist program modification, to dynamic linking of device drivers to add new functions to an operating system kernel. Using language to build extensible systems has had a venerable tradition: the widely-used text editor emacs has done so since its inception [11, 81], database systems exploit it to enrich queries and extend data types, and more recently web browsers and servers have used it to extend their base functionality.

A variety of operating systems have allowed applications to download untrusted code into them as a way to extend their functionality [9, 22, 25, 32, 48, 71, 79, 80, 92]. This chapter documents experiences drawn from the exokernel systems described in this thesis. These experiences cover a period of four years, and span numerous rethinkings of the role of downloaded code, and, as well, much belated realization of its implications and misuses.

The ability to download code has subtle implications. This chapter's central contribution is its perspective on the abilities downloaded code grants and removes, as well as its concrete examples of how these gained and lost abilities matter in practice. Some specific insights include:

1. "Infinite" extensibility requires Turing completeness, Turing completeness gives infinite extensibility.

   Solving the negative problem of extensibility requires supporting all unanticipated uses. A guaranteed solution is to let applications inject general-purpose code into the system, thereby granting them the ability to implement any computable policy or mechanism. (An alternative code motion, uploading operating system code into the application, provides the same guarantee.)

   Conversely, an interface striving for infinite generality is implicitly attempting to provide Turing completeness. Explicitly realizing this fact leads to the obvious solution of having clients pass in general-purpose code.

   The following point provides an example:

2. Correct applications track what resources they have access to, rendering the operating system's bookkeeping redundant. Thus, if the operating system can reuse the application's data structures, it can eliminate this redundancy.

   To ensure that the operating system can understand these structures without restricting their implementation, we use the previous point: clients provide a data structure interpreter, written in a Turing complete language, that the operating system uses to extract the bookkeeping information it needs.

   To force these interpreters to be correct, we use the following technique:

3. Inductive incremental testing provides a practical way to verify the correctness (not just mere safety) of deterministic code. We call functions amenable to this approach *untrusted deterministic functions* (UDFs).

   Using UDFs, operating systems can avoid pre-determining implementation tradeoffs by leaving implementation decisions to client UDFs. Our most interesting use of UDFs, verifying the resource interpreters described above, lets untrusted file systems track what disk blocks they own without the operating system understanding how, yet without being vulnerable to malice.

4. There are practical nuances between using code or data to orchestrate actions between entities. Two examples follow.

   Data is not a Turing machine: compared to downloaded code, data is transparent, and its operations (read and write) trivially bounded in cost and guaranteed to terminate. Code is not, necessarily, any of these things. Injecting potentially non-terminating black boxes into an operating system does not help simplicity. We only use downloaded code in a few specific instances, and have removed it more than once.

   Code requires indirection. Imposing code between the operating system and its data forces it to go through a layer of potentially non-terminating indirection. For example, since our disk subsystem relies on client UDFs to interpret file system structures, it cannot modify them directly, but requires assistance for operations as simple as changing one disk block pointer to another in order to compact the disk.

5. The main benefit of downloaded code is *not* execution speed, but rather trust and consequently power.

   While we started with the view that downloading code was useful for speed (e.g., to eliminate the cost of kernel/user boundary crossings) [25] it has turned out to be far more crucial for power: because downloaded code can be controlled, it can be safely granted abilities that external, unrestricted application code cannot.

   For example, since downloaded file system UDFs can be verified, they can be trusted to track that file system's disk blocks. Obviously, unrestricted applications cannot similarly be trusted.

The chapter is organized as follows. The next four sections discuss different language-based subsystems, which form the spine for our experiences and lessons: DPF [31], our packet filter engine; *application specific message handlers* (ASHs) [25, 92, 93], a networking system which invokes downloaded code on message arrival; XN [48], the disk protection subsystem described in Chapter 4, which contains our most interesting use of downloaded code; and finally, *protected methods*, which applications use to enforce invariants on shared state. Section 6.5 explores some of the slippery implications of using computational building blocks in lieu of passive procedural interfaces. Section 6.6 links our experiences to the existent literature on extensible systems.

## 6.1   DPF: dynamic packet filters

Packet filters are one of the most successful examples of downloaded code: most modern operating systems provide support for them. This section discusses our packet filter system, DPF ("dynamic packet filters") [25, 31], which was briefly discussed in Chapter 3. DPF uses a combination of language and compilation techniques to get speed and protection. We focus on what abilities downloading code granted, along with some lessons, including our in-hindsight naive mistakes applying dynamic compilation to packet filters.

### 6.1.1   Language design

The main challenge in DPF is effective detection of filter overlap: i.e., knowing when two filters are comparing the same message offsets to the same values. Protection requires this feature, since otherwise an application could easily steal another's messages. Additionally, overlap detection aids efficiency, since it enables merging of overlapping filter segments [6, 95]. Such merging is crucial for scalability. Typical systems have many filters simultaneously active, one for each network connection.

   We made the DPF language declarative, unlike previous packet filter languages [65, 64, 95]. A lower-level imperative language artificially complicates overlap detection due to the presence of operationally different yet functionally equivalent instruction sequences. A declarative language allowed us to avoid puzzling out such artifacts. [1]

   A declarative language also assists a sophisticated optimizer, since it makes programmer intent clearer. The small simplicity of the DPF language (e.g., the lack of loops, aliasing, variables) made constructing a sophisticated in-kernel compiler tractable. Given more primitive compilation technology, an imperative language would have been more appropriate, since it would allow a clever programmer to implement optimizations the compiler would not otherwise do.

   DPF uses dynamic compilation to compile filters, which makes such semantic incorporation easy. Its optimizations include encoding filter constants in the instruction stream rather than being loaded from a data structure, coalescing

---

[1]Independently of our work, the PATHFINDER packet filter language was also designed declaratively, though here this form made it easier to put into hardware [6].

comparisons of adjacent message values, estimating alignment of message loads to eliminate the pessimal use of unaligned memory loads and, finally, eliminating bounds checks.

The most unusual optimization DPF does is *hash table compilation*. When filters compare the same message offset to the same value we merge them. However, when they compare to different values we create a hash table holding the constant each filter compares to. DPF uses dynamic code generation to compile this hash table to executable code. For example, if the hash table has no collisions, the lookup can elide collision checks. If there are a small number of keys (say 8 or less) it instead generates a specialized binary search that hard codes each key as an immediate value in the instruction stream. Otherwise it creates a jump table. Additionally, since the number and value of keys are known at runtime, DPF can select among several hash functions to obtain the best distribution, and then encode the chosen function in the instruction stream.

### 6.1.2   Downloaded code provides power

Because downloaded code can be controlled, it can be safely granted abilities that external, unrestricted application code cannot.

Because packet filters can be restricted (to terminate quickly, and to not overlap) they can be trusted to correctly claim incoming packets. The alternative, asking applications if they want a particular packet, is clearly untenable since there is nothing preventing an application from claiming all packets. The each of the remaining three subsystems we describe illustrate this point.

**To restrict code, download it.**  In general, code on the other side of a trust boundary cannot be prevented from doing arbitrary computations, nor from communicating. Embedding downloaded code in a trusted execution context allows the host to completely control the code, preventing actions otherwise impossible to restrict. DPF overlap detection is one example of restricting computation. Another is letting filters see packets they do not own, since the they cannot leak packet contents to their associated applications. An example outside the context of this chapter is Myers' information flow control work [66], which uses a trusted compiler and runtime environment to prevent applications from leaking sensitive information.

### 6.1.3   Some lessons

**The cost of extensibility.**  Compared to "hard-wired" systems, extensibility can add noticeable complexity. A static packet demultiplexer is roughly an order of magnitude smaller than DPF's three thousand lines of code. It is simpler as well, consisting of a sequence of conditions and a hash table implementation. The benefits of enabled functionality can make introduction of this layer of indirection worthwhile, but they rarely come without cost.

**Code is data, but data is not code.**  In a theoretical sense, all code is data. However, in a practical sense, some code is more data than others. Data changes frequently, code does not. As a result, it is significantly more difficult to dynamically compile data than code. Data's rate of change typically requires that the implementor use self-modifying code and, worse, understand how to make it fast on modern architectures that penalize the operations it needs.

While a single packet filter code fragment is constant during its life in the kernel, the trie created by merging filters changes incessantly, potentially on each insertion. In a sense, by merging filters we have transmuted them from code (changing rarely) to data (changing frequently). Our first real implementation of DPF missed the implications of this transformation. We naively treated the trie as slowly changing code in that we potentially regenerated the entire structure on insertion of a new filter [31]. This regeneration did not scale at all with large number of branches (which correspond to protocols) in the trie. A second implementation made filter insertion cheaper by incrementally patching the previously generated code. Conceptually, this change was simple: instead of representing each filter operation of "load message value and compare" as a basic block, it became a code fragment linked to the next fragment by an indirect jump. This design isolated the effects of adding a new filter to patching the jumps threading the code together using either self-modifying code or, on machines where instruction cache flushing is expensive, indirect jumps.

Which this modification is conceptually trivial, it conflicts with modern architecture trends. RISC processors require programmers manually implement instruction and data cache coherence via explicit cache flushes. In conditions of frequent insertion (e.g., once every six message values) this operation adds significant overhead, both in the cost of the flush itself, and in the opportunity cost of subsequent cache misses. [2] There are ways to mitigate this cost, but they complicate the code generator. (For example, generating code into memory guaranteed to not be in the instruction

---

[2]For all the drawbacks of its instruction set, the x86 family of machines makes self-modifying code simple, since the prevalence in running applications requires that it work, and not cost outrageously.

cache.) Another problem, banal but real, is that threading requires that pointers be loaded as immediates, which on 64-bit machines can be expensive. Again, fixes are not intellectually deep, but can require tedious bookkeeping.

In contrast, dynamically compiling code is much simpler. The code changes infrequently, if ever, and tends to be used many times before being discarded. As a result, compilation is a "one off" affair and its cost easily recouped. While current dynamic compilation techniques works reasonably well for compiling languages, they must mature further before they can be readily used to compile data structures.

## 6.2    Application-specific message handlers

This section describes lessons learned in the context of the ASH networking subsystem. [25, 92, 93]. ASHs (application-specific message handlers) are application code downloaded into the operating system, made safe using a variant of software fault isolation [89], and invoked upon message arrival.

An exokernel attempts to place most privileged operating system code in the more forgiving and innovative environment of untrusted software. For example, it uses DPF to enable library-based networking. In a sense, ASHs allow the reverse movement in that they allow applications to exchange a more general environment, where they can run unrestricted in time and in operation, for a more restrictive environment that grants two specific abilities: tight coupling to clock and network events, and a way incorporate application semantics into OS actions. These two abilities enable libOSes to efficiently handle incoming messages. Tight coupling to interrupts allows low-latency message replies. Control over over message placement eliminates intermediate buffering and its associated copies. The challenge in this motion comes from forcing ASHs to remain unprivileged (otherwise dynamic linking would suffice).

This section focuses on these two ASH abilities and then closes with experiences, including some mistakes.

### 6.2.1    Pulling application semantics into event handling

ASHs are cheap to invoke (a few tens of instructions), and their runtime bounded. Thus, they can be run in situations where heavy-weight application scheduling is unacceptable. ASHs thus represent a way for applications to decouple actions from their own execution. Frequently, decoupling happens in order to tightly couple the extension to an event which cannot tolerate the overhead of context switching to an application. By decoupling ASHs they can be run whenever a message arrives, unlike applications. An more venerable example is the monitoring system of Deutsch and Grant [22], which allows code fragments to log various kernel events.

More generally, the decoupled nature of ASHs allow them to be invoked *reactively*, when events happen, rather than when an application executes. This fact forms the basis of a common pattern: reactive incorporation of application knowlege into event handling.

Applications have information that OSes can use to make better decisions. Unfortunately, extracting this information can be difficult. Events must be serviced frequently and quickly. Application context-switching is relatively costly and their runtime difficult to bound at a fine-granularity. However, by decoupling code that can make this decision from the application, it can be tamed and run reactively. Both DPF filters and ASHs fit this pattern. Other examples include the page replacement extensions of Cao et al.' [13], and the messaging systems of Edwards et al. [24] and Fiuczynski and Bershad [32].

One way to view the benefit of this pattern is that decisions profit from more information: the ability to make reactive rather than *a priori* decisions in a dynamic environment like networking can be quite useful. Another way is that that event handling is best done at occurrence, if for no other reason than it removes the overhead of buffering and reduces latency. A final way is that, in general, the more semantics that are known, the faster an operation can be performed, in part because it can be specialized (made more appropriate) based on semantic constraints.

For example, inspired by the observations of Clark and Tennenhouse [18], ASHs can integrate operations such as checksumming, byte swapping, or encryption into the copy from network buffer to application space. The ASH copy engine allows ASHs to provide a code snippet, which it integrates into a specialized copy loop using dynamic code generation. This facility allows ASHs to eliminate duplicate data touching steps.

Unlike packet filters, this ASH ability is entirely motivated by speed, not power. The reason for this difference is that the data copy loop does not involve protection — since all operations are done on the ASH's data — and, therefore, need not be restricted in any way. Packet filters, on the other hand, allow untrusted code to compute protection-critical functions, making restrictions essential.

To summarize: (1) tamed code can be made lightweight and, thus, it can be run in situations where application scheduling is infeasible, and (2) this decoupling allows application semantics to be reactively incorporated into event processing.

### 6.2.2 Discussion

**Source level versus object code level sandboxing.** Software fault isolation (SFI) can be done either at the source or at the object code level [59, 89]. ASHs were built using object code SFI, which has the theoretical advantage that it works across languages and compilers, and with pre-compiled code. In retrospect, a source level implementation would have been better. Object-level modification is difficult and extremely non-portable, obviously varying across different architectures and object code formats. Even worse, it also varies across different compiler releases due to the practice of commercial vendors of deliberately changing object code formats in undocumented ways in order to stifle third-party competitors [59].

Source-level SFI, because it is tightly integrated within a compiler, is much simpler to develop. It requires the addition of modest, mostly portable operations done at the level of a compiler's intermediate representation. A secondary benefit of integration is that SFI operations are optimized by the host compiler, unlike object SFI implementations. In contrast, object SFI constantly must fight against the fact that it has lost much lost semantic information. For example, object code modification requires that compiler-generated jump tables be relocated, which can be challenging, since simply finding these tables is difficult, typically requiring compiler-specific heuristics.

An obvious disadvantage of using source-level SFI is that it is specific to one compiler back end and whatever languages its front end(s) consume. In theory, this is important. In practice, operating system software is written in the C programming language. On those rare systems where other languages are used, special support would be required even with object code SFI, since these languages typically use a runtime system, which must be adapted to run in an operating system's restrictive context.

A more serious problem is that a source SFI system typically increases the size of the trusted computing base more than object code SFI system does. A specious counter to this problem is the belief that if the trusted compiler is the same as that used to compile the operating system, then the trusted computing base has not really increased since the correctness of that compiler must already be trusted. However, there is a large difference between compiling a kernel correctly and resisting the malice of clever hackers trying to find a hole in 10-100K lines of compiler, assembler, and dynamic linker code.

The lack of a widely available object code SFI system forced us to "roll our own." Realistically, the reliability of a trusted compiler is most likely better than a object code SFI module we have implemented ourselves.

**We no longer use ASHs.** In theory, coupling packet arrival to application semantics is profitable. Separate from our work, Edwards et al. [24] provide a way use simple application-provided scripts to direct message placement while Fiuczynski and Bershad [32] provide a fully general messaging system. However, practical technology tradeoffs have made us eliminate ASHs. The three main benefits of ASHs are (1) elimination of kernel crossings, (2) integrated data copying, and (3) fast upcalls to unscheduled processes, thereby reducing processing latency (e.g., of send-response style network messages). On current generation chips, however, the latency of I/O devices is large compared to the overhead of kernel crossings, making the first benefit negligible. The second does not require downloading code, only an upcall mechanism [19]. In practice, it is the latter ability that gives speed. Finally, the presence of DMA hardware makes the data integration ASHs provide irrelevant, since there is no way to add user extensions to the hardware's brute copy.

## 6.3   XN: efficient disk multiplexing

Language shapes the way we think, and determines what we can think about. — B. L. Whorf

This section explores language issues in the exokernel's disk multiplexing system, XN, our most "language heavy" subsystem, which contains our most interesting use of downloaded code. We first discuss how to use UDFs to let untrusted file systems track what disk blocks they own, hopefully in enough detail that other practitioners can see how to use UDFs in their domain. We then present a series of insights that have arisen in XN and close with lessons.

### 6.3.1 Language Evolution

As discussed in Chapter 4, the languages we use to describe client meta data have gone from through four iterations, becoming increasingly general, lower-level, and abstract. We went from an approach that did not use a language at all to one with an expressive declarative description language (which reading file system literature showed as not expressive enough) to our quasi-Turing complete [3] One view of the above evolution is as a struggle to define a universal data layout language. A universal language for most domains requires Turing completeness. Once this fact is realized, it becomes obvious that one needs to provide general-purpose computational primitives. Unfortunately, we only made this connection in hindsight after several years of struggles with disk multiplexing.

### 6.3.2 Insights

**Infinite generality requires Turing completeness.** A designer attempting to build an infinitely (or even very general) interface or component set is implicitly striving for Turing completeness. Explicit articulation of this fact makes it clear a solution is to allow clients to customize policies and interface implementations using a Turing complete language rather than, say, a "jumble of procedure flags."

The author belatedly had this insight after struggling with the problem of how to define a completely general set of meta data building blocks and, in fact, only months after coming up with the solution (UDFs) did *why* they solve the problem become clear.

**Turing completeness guarantees infinite extensibility.** "Solving" extensibility requires showing that any unanticipated use of a system can be implemented. Proving a negative property is hard. A key realization of this chapter is that, when appropriate, Turing completeness provides a way to guarantee that the extensibility problem is solved. For example, the fact that UDFs are (roughly) Turing complete guarantees that that they can describe any computable data layout, anticipated or not.

**Transmuting the imperative to the declarative.** System implemented functionality is imperative. It determines how to resolve tradeoffs in interface construction: i.e., whether to optimize for latency, throughput, or space. Such predetermination can cause problems when many tradeoffs exist. Downloaded code can be used by a system designer to defer such tradeoffs to clients. By allowing client code to implement functions, the system builder can switch from an imperatively deciding how to implement this function, to declarative testing that client code did so correctly. For example, rather than imperatively deciding how to represent meta data XN declaratively tests that a UDF produces the correct output. This approach has been noticeably easier than the previous struggle to construct a universal data layout language.

The cost of this approach is that testing can be more complex than implementing the functionality (it can also be simpler) and more expensive, though this can be a net win if the algorithm is not on the critical path or grants sufficient power or speed.

**Code enables semantic compression.** Data representation is important. In a sense, UDFs can be viewed as semantics-exploiting meta data compressors. One could, after all, define a space-inefficient and inflexible but fully general meta data layout. However, UDFs allow representation to be more succinct. For example, much of the meaning of a libFS's meta data is encode in its code, eliminating the need to duplicate this information in the meta data itself (e.g., a libFS "just knows" that certain types of block pointers point to four contiguous blocks rather than one). As a more sophisticated example, consider an algebraic relation between blocks such as a file system that allocates blocks at the beginning of every cylinder group. While a predefined data structure would have to list every block, a UDF can encode this knowledge in a function that reads the base block from an instance of meta data and constructs its set:

```
proc owns(meta)
        base = meta >base_block;
        set = {};
        for i = 0 to number_of_partitions
                set = set U { i * blocks_in_cylinder_group + base };
        return set;
```

---

[3] While the language used to write UDFs is more-or-less Turing complete, their execution environment is restricted (since UDFs cannot run "too long") as are UDFs (since they must be practical to verify). Similar restrictions will hold for any code downloaded into the kernel, since it must be prevented from at least corrupting kernel data structures. For linguistic we will still refer to such extensions as Turing complete despite this restricted execution environment.

**UDFs can make code transparent.** A strength of downloaded code is that it can compute its results however it wishes, in ways the underlying system did not anticipate. However, mysterious result computation can also be a liability: users of the code may want to know when it computes a certain output. For example, consider a library file system function, access, that given a principal and inode, indicates whether that principal is allowed to use the inode (access(inode, pid) → bool). Given this function, it is not obvious what values of pid will cause it to return true for a piece of meta data. Thus, an application creating a file controlled using access cannot determine if there exists a special "back door" value of pid that would give others access to its files. UDFs can eliminate this problem. First, we transform this function into one that given an inode produces the set of principals allowed to use it (access(inode) → { set of principles } ). (In a sense, we transform access into a function that returns the set of values for which the original access returned true.) Second, we ensure that access is deterministic. Now, at each modification of an inode we can use online testing to ensure that the set of principles associated with it grows or shrinks exactly as it should.

**Program verification enables "nestable" extensibility.** Because XN verifies the correctness of reference counts, pointers, and meta data interpreters, it allows untrusted implementors to extend an existing file system without compromising its integrity. Thus, it is possible to add an entirely new directory type to a file system and have it point to old types, perform access control on them, etc. without the existing implementation open to malice. We do not know of any other way to achieve this same result.

### 6.3.3 Lessons

**Provide reasonable defaults.** UDFs are written in a pseudo-assembly language. A simple virtual machine can be both easy to implement (ours took roughly a day) and small (ours was a few hundred lines of code). The cost, of course, is the unpleasantness of writing assembly-level code. Fortunately, for limited domains, such as packet filters or meta data interpreters, this drawback can be eliminated by hiding such code behind higher-level procedural interfaces, which clients use instead.

Unfortunately, we repeatedly neglected to construct good default libraries after building the base extensible system. As a result, clients typically wrote their code in terms of raw (albeit portable) assembly language, leading to impenetrable code scattered throughout programs. This cycle was self-reinforcing: new programmers that wanted to use the system would look at existing clients, typically not understand what they did, and so cut-and-paste the original code with ad hoc modifications.

The observation that an extensible system must provide good default libraries is neither deep nor unique [11]. Nonetheless it was frequently violated: we did so with packet filters, then with wake up predicates, then with UDFs.

**Low-level type systems are useful.** From one perspective XN can be viewed as a dynamic type system placed below a file system to catch errors. It served this role well, catching several errors in the C-FFS file system that had escaped the notice of an experienced implementor. In this sense, XN has benefits similar to a low-level typing system such as the Til assembly language developed to catch low-level compiler bugs [85]. One possible use of exokernel technology is to place them below existent operating systems as efficient runtime type checkers.

**Fast languages are unnecessary.** Writing downloaded code using an efficient language does not hurt. But, at least in the context of an exokernel, it does not seem to help overly much either. UDFs, for example, are written in an interpreted assembly code and wakeup predicates have numerous excess manual address translations. The reason for this is that code used for protection is usually off the critical path, while non-protection code can be placed in the application itself at (perhaps) the cost of an extra system call.

## 6.4 Protected Methods

This section briefly discusses our most recent use of downloaded code, *protected methods*. Similar to [9], we provides them as an extensible means for applications to implement safe decentralized sharing of state in those cases where the kernel's low-level access control is insufficient. For example, a file system whose directories are mapped to exokernel-protected disk blocks may also require that names within a directory be unique, an invariant inexpressible solely in terms of hardware protection. Using protected methods, directory blocks could be associated with a unique_name method that untrusted library file systems would have to use to allocate names.

This use of downloaded code has little to do with speed. Rather it is intended to solve the problem that distrusting application cannot force one another to obey execution invariants. For example, consider a model where unique_name

is provided in a library, with the admonishment to use it when modifying a directory. Nothing prevents a malicious application from jumping into the middle of the procedure to skip over any invariant checks or, more simply, just writing to the directory block directly.

Mutually mistrusting applications can safely share state by agreeing on code to use, downloading it in the kernel, and accessing the state through this code. Method invocation happens via a system call, forcing execution to begin at a well-defined program counter value. This prevents applications from jumping over guards. Method execution cannot be "hi jacked" by the application manipulating its state via debugging system calls, signals, or page mapping tricks. State exists only in the method's address space. Applications cannot modify it by forging pointers or aliasing virtual addresses. A benefit of this separation is that non-page protection can be readily implemented, as opposed to page granularity memory protection of unrestricted application code. The method cannot write outside its address space. This protects the application from buggy or malicious method code. (Though, the areas where one would trust a method's output, but not trust it to not corrupt the application's state are rare.)

Methods can be used to force the coupling of state modifications, such as forcing the invalidation of a "negative name cache" when a directory entry is allocated. They also help the modification of data structures that span trust boundaries. For example, they can be used to repair file system data structures after a file system crash. Finally, they can provide an easy way to get atomicity.

Protected methods are only one of many ways to provide extensible protection. An alternative is to force all applications to be written in a restricted language and compiled with a trusted compiler. With the advent of languages such as Java, such alternatives may become more palatable.

Another, more traditional way, is to use servers to encapsulate sensitive state. However, because server code is not controlled by the trusted kernel it cannot enforce invariants on it. Thus, server functionality must be trusted completely, and cannot be nested in the same way that methods can be. For example, the kernel can use testing to verify that methods only touches a specific range of bytes in its guarded state, that its modifications preserve pre- and post-conditions, that it is correct, etc.

## 6.5 Discussion

**Data is not a Turing machine.** Data is inflexible, but transparent, and its operations (read and write) trivially bounded in cost and guaranteed to terminate. Code is not necessarily any of these three things. The benign characteristics of data can be a relief compared to the uncertainty induced by injecting potentially non-terminating black boxes into a complex operating system. Two specific examples follow.

Information can be communicated by memory (e.g, a flag set when the operating system is allowed to write a disk block) or by code (e.g., a routine called with the disk block asking if it can be written). XN explicitly uses pointers rather than code to track block write orders, despite the lack of flexibility. Code made dependency cycles more difficult to check, and thus, the cost of sharing higher.

It is relatively simple and well understood how to decouple application actions from application execution using the stylized method of buffering. An application that wishes to send a large message on the network can give the buffer for the message to the OS. The OS (or DMA engine) can in turn send it across the network at whatever rate the network supports, irrespective of whether the application that provided the data is currently running. As a result, this pattern of using buffering rather than downloaded code to decouple application actions from scheduling can be seen in all operating systems the author is aware of.

The alternative, having the application explicitly cooperate with the OS via tamed downloaded code, can be accomplished [32, 93] but requires far more machinery than the simple buffer management routines above.

**Data has visible transitions.** Data, because it is passive, can only be changed by an active entity. Given the right framework (e.g., if applications can only write to data via system calls), this characteristic makes transitions clear and easily coupled to actions or checks. For example, to allow applications to control the order of disk block writes, XN allows them to create dependency chains. Since the pointers used to form chains can only be added using the OS, it is simple to check for cycles. If code was used instead (e.g., a boolean procedure can_write?) that was associated with each block), if the code is in any way opaque, such checking becomes more difficult.

**Data is passive, control active.** From the application's perspective, the passivity of data can be a significant problem: it makes state transitions invisible, requiring polling to track them. Our exokernel provides *wakeup predicates* [4] as a way to conceptually (if not actually) transmute passive data into active events. Wakeup predicates

---

[4] The exokernel's system for this was conceived, designed and implemented by Thomas Pinckney

are application code snippets downloaded into the kernel, bound to useful memory locations (block I/O flags, timer counters, etc.) and evaluated on various interrupts. When they evaluate to true, the process is awakened.

**Code imposes indirection.** Placing code between the operating system and its data forces the OS to go through a layer of potentially non-terminating indirection. For example, rather than meta data traversal routines that simply walk down a vector of block pointers, XN requires the use of untrusted iterators and must make provisions to ensure that they do not run too long. Additionally, it cannot simply modify client meta data anymore — since it does not understand their semantics — and, as a result, cannot necessarily do an operation as simple as changing one disk block pointer to another in order to compact the disk.

Further, the indirecting code forces the OS to plan for failure. It must have a contingency plan for when the application code does not update data appropriately or even terminate. Having to rely on a non-trustworthy opponent to do crucial operations can be a practical irritant.

**Code hides information.** Information can be exchanged from operating system to application using either mapped OS data structures or system calls. The latter interface shields applications from implementation details. However, if the OS does not anticipate the need for a piece of information and encapsulate it within a system call, the client cannot recover it. However, by ripping away this procedural layer layer and exporting data structures (read only) to applications, they can obtain all information, anticipated by the kernel implementor or not. (The potential cost is being tied to a specific implementation.)

Our library operating system's reliance on "wakeup predicates" has driven home the advantages of exposing kernel data structures. Frequently, we have required unusual information about the system. In all cases, this information was already provided by the kernel data structures.

**Understanding.** A practical problem in using downloaded code is that historically there has been a schism between the compiler and operating system communities. As a result, OS implementors frequently do not understand compilers. They have no equivalent difficulty with data structures.

**Alternatives to downloading code for semantics.** DPF, ASHs and XN can be viewed as systems to pull application semantics into resource management decisions. However, this is not the only way to get the same effect. The easiest is to upload operating system code into the application. It can then decide how to implement whatever decision it desires. Additionally, it can do so in a Turing complete way, in an unrestricted environment, and with much concern in the operating system about termination and opaqueness issues.

In non-protection situations, the semantics of resources need never be imported into the operating system. The application can instead determine what actions to do, using whatever domain-specific knowledge is important, and then just tell the operating system what to do. This requires constructing interfaces that do declarative checking of an operation rather than imperatively deciding how to do it. For example, consider the problem of writing cached disk blocks to stable storage in a way that guarantees consistency across reboots. Rather than an exokernel deciding on a particular write ordering itself and thus having to struggle with the tradeoffs in scheduling heuristics and caching decisions required to do so well, it can instead allow the application construct schedules, retaining for itself the much simplified task of merely checking that any application schedule gives appropriate consistency guarantees. Application of this methodology enables an exokernel to leave library operating systems to decide on tradeoffs themselves rather than forcing a particular set, a crucial shift of labor.

One of the games we have played frequently in an exokernel is determining how to construct interfaces where an application "just knowing" what is appropriate can be expressed as a kernel action.

## 6.6 Related Work

There have been a number of papers that evaluate different downloading code mechanisms. Small and Seltzer compare several extension techniques [80], Bershad et al. [9] and Pardyak and Bershad describe [71] different aspects of the SPIN operating system's extensibility framework. This chapter complements this prior work. Stallman [81] and Borenstein and Gosling [11] discuss language issues in the context of the EMACS text editor. The discussion is largely complementary, since extensions in this context are trusted, but there are overlapping lessons (the most painful to rediscover that reasonable defaults must be provided).

Both SPIN [9, 32, 71] and Vino [79, 80] are two other extensible operating systems that use downloaded code.

Code motion has been a recurrent theme in operating systems since inception [41, 22]. Micro-kernels are an attempt to move operating system code out of the harsh environment of the kernel into the more genteel context of processes [41, 53, 2, 77, 84]. Virtual machines [20] similarly move operating system code to application-level.

Interestingly, this is the single feature they change about the OS: all hardware details are emulated faithfully. Most modern operating systems provide ways to dynamically download load device drivers.

Several hints for when to download code can be found in Lampson [52]. A useful insight is that downloading is simply an example of higher-order function programing (or in systems languages, the use of function pointers rather than flags as parameters). The main difference is that code is being shipped across trust boundaries rather than, for instance, library interfaces. Thus, it appears possible to take some of the ideas from these mature areas "whole cloth." Sussman and Abelson [1] is a classic text.

The parallel community has long considered the idea of "function shipping" for speed — e.g., to bring computation closer to data, to be able to migrate computations for load-balancing, etc. Some of the insights from this use can be applied to operating systems. Similarly, the distributed systems community has shipped code as well. Java applets are a topical example [40]. Tennenhouse and Weatherall have proposed to use mobile code to build Active Networks [86]; in an active network, protocols are replaced by programs, which are safely executed in the operating system on message arrival. Curiously, in contrast to our experience, most uses of mobile code in an Active Network seem to be to improve efficiency, rather increase power.

# Chapter 7

# Conclusion

> But in our enthusiasm, we could not resist a radical overhaul of the system, in which all of its major weaknesses have been exposed, analyzed, and replaced with new weaknesses. — Bruce Leverett, "Register Allocation in Optimizing Compilers"

This chapter discusses possible ways that an exokernel approach could fail, lessons learned in building our exokernel systems, and conclusions.

## 7.1   Possible Failures of the Architecture

> Doubt 'til thou canst doubt no more...doubt is thought and thought is life. Systems which end doubt are devices for drugging thought. —- Albert Guerard

In our mind, the remaining serious questions about the exokernel architecture are sociological ones rather than technical. We list five possible failures of the architecture once it moves from our coddling laboratory into the "real world:"

1. Application writers do not deal well with the freedom they have and become tied too closely to a particular exokernel implementation, preventing upgrades and slowing, rather than improving, system evolution. While adherence to standard interfaces and good programming practices *should* prevent this type of failure (given that these techniques have a venerable track record of doing so in other domains), it remains to be demonstrated if they suffice for exokernels.

2. Commoditization of operating system software makes operating system research irrelevant. Commoditization has already severely restricted the viability of new OS interfaces. The dominance of a few OSes, and the increasing cost of implementing them, may restrict the viability of new implementations of these interfaces as well. If so, then much of the innovation potential of an exokernel will be lost.

3. The technical ability to innovate does not lead to any more innovation than on traditional systems. The exokernel architecture is based on a partially-sociological assumption: that making OS innovation easier and less costly will lead to a vast improvement in innovation. This may well be a false assumption. For instance, innovation may already be "easy enough" for those who care to do it.

4. An exokernel, by migrating most OS code to libraries, removes the "single point of upgrade" characteristic of current systems. This can be an advantage, since applications do not have to wait for the central OS to upgrade but can instead do so themselves. However, it can also impede progress by making improvements harder to disseminate.

5. Users will not switch operating systems. An OS forms the primal mud on which systems are built. Changes to it have far reaching impact. Computer system users have thus demonstrated an understandable reluctance to alter it. It may be that the advantages of an exokernel system do not proof sufficient to lead to such a switch.

Fortunately, an exokernel does not require "whole cloth" adoption for success. It appears that many exokernel interfaces, especially those related to I/O, can be grafted on to existing systems, with little loss in performance. Normal applications would the existing OS interfaces as a default, while more aggressive applications would have the power to control important decisions. [1]

While we have confidence that the exokernel's technical advantages will allow it to transcend these potential pitfalls, it must still demonstrate that it does.

## 7.2 Experience

Over the past three years, we have built three exokernel systems. We distill our experience by discussing the clear advantages, the costs, and lessons learned from building exokernel systems.

### 7.2.1 Clear advantages

**Exposing kernel data structures.** Allowing libOSes to map kernel and hardware data structures into their address spaces is a powerful extensibility mechanism. (Of course, these structures must not contain sensitive information to which the application lacks privileges.) The benefits of mapping data structures are two-fold. First, exposed data structures can be accessed without system call overhead. More importantly, however, mapping the data structures directly allows libOSes to make use of information the exokernel did not anticipate exporting.

Because exposed data structures do not constitute a well-defined API, software that directly relies on them (e.g., the hardware abstraction layer in a libOS) may need to be recompiled or modified if the kernel changes. This can be seen as a disadvantage. On the other hand, code affected by changes in exposed data structures will typically reside in dynamically-linked libOSes, so that applications need not concern themselves with these changes. Moreover, most improvements that would require kernel modification on a traditional operating systems need only effect libOSes on exokernels. This is one of the main advantages of the exokernel, as libOSes can be modified and debugged considerably more easily than kernels. Finally, we expect most changes to the exokernel proper to be along the lines of new device drivers or hardware-oriented functionality, which expose new structures rather than modify existing ones.

In the end, some aggressive applications may not work across all versions of the exokernel, even if they are dynamically linked. This problem is nothing new, however. A number of UNIX programs such as top, gated, lsof, and netstat already make use of private kernel data structures through the kernel memory device /dev/kmem. Administrators have simply learned to reinstall these programs whenever major kernel data structures change.

The use of "wakeup predicates" has forcefully driven home the advantages of exposing kernel data structures. Frequently, we have required unusual information about the system. In all cases, this information was already provided by the kernel data structures.

**The CPU interface.** The combination of time slices, initiation/termination upcalls, and directed yields has proven its value repeatedly. (Subsequent to our work, others have found these primitives useful [35].) We have used the primitives for inter-process communication optimization (e.g., two applications communicating through a shared message queue can yield to each other), global gang-scheduling, and robust critical sections (see below).

**Libraries are simpler than kernels.** The "edit, compile, debug" cycle of applications is considerably faster than the "edit, compile, reboot, debug" cycle of kernels. A practical benefit of placing OS functionality in libraries is that the "reboot" is replaced by "relink." Accumulated over many iterations, this replacement reduces development time substantially. Additionally, the fact that the library is isolated from the rest of the system allows easy debugging of basic abstractions. Untrusted user-level servers in microkernel-based systems also have this benefit.

### 7.2.2 Costs

Exokernels are not a panacea. This section lists some of the costs we have encountered.

**Exokernel interface design is not simple.** The goal of an exokernel system is for privileged software to export interfaces that let unprivileged applications manage their own resources. At the same time, these interfaces must offer rich enough protection that libOSes can assure themselves of invariants on high-level abstractions. It generally takes several iterations to obtain a satisfactory interface, as the designer struggles to increase power and remove unnecessary

---

[1] John Jannotti in our group has begun the process of integrating exokernel disk and network interfaces into Linux.

functionality while still providing the necessary level of protection. Most of our major exokernel interfaces have gone through multiple designs over several years.

**Information loss.** Valuable information can be lost by implementing OS abstractions at application level. For instance, if virtual memory and the file system are completely at application level, the exokernel may be unable to distinguish pages used to cache disk blocks and pages used for virtual memory. Glaze, the Fugu exokernel, has the additional complication that it cannot distinguish such uses from the physical pages used for buffering messages [60]. Frequently-used information can often be derived with little effort. For example, if page tables are managed by the application, the exokernel can approximate LRU page ordering by tracking the insertion of translations into the TLB. However, at the very least, this inference requires thought.

**Self-paging libOSes.** Self-paging is difficult (only a few commercial operating systems page their kernel). Self-paging libOSes are even more difficult because paging can be caused by external entities (e.g., the kernel touching a paged-out buffer that a libOS provided). Careful planning is necessary to ensure that libOSes can quickly select and return a page to the exokernel, and that there is a facility to swap in processes without knowledge of their internals (otherwise virtual memory customization will be infeasible).

### 7.2.3 Lessons

**Provide space for application data in kernel structures.** LibOSes are often easier to develop if they can store shared state in kernel data structures. In particular, this ability can simplify the task of locating shared state and often avoids awkward (and complex) replication of indexing structures at the application level. For example, Xok lets libOSes use the software-only bits of page tables, greatly simplifying the implementation of copy on write.

**Fast applications do not require good microbenchmark performance.** The main benefit of an exokernel is not that it makes primitive operations efficient, but that it gives applications control over expensive operations such as I/O. It is this control that gives order of magnitude performance improvements to applications, not fast system calls. We heavily tuned Aegis to achieve excellent microbenchmark performance. Xok, on the other hand, is completely untuned. Nevertheless, applications perform well.

**Inexpensive critical sections are useful for LibOSes.** In traditional OSes, inexpensive critical sections can be implemented by disabling interrupts [10]. ExOS implements such critical sections by disabling software interrupts (e.g., time slice termination upcalls). Using critical sections instead of locks removes the need to communicate to manage a lock, to trust software to acquire and release locks correctly, and to use complex algorithms to reclaim a lock when a process dies while still holding it. This approach has proven to be similarly useful on the Fugu multiprocessor; it is the basis of Fugu's fast message passing.

**User-level page tables are complex.** If page tables are migrated to user level (as on Aegis), a concerted effort must be made to ensure that the user's TLB refill handler can run in unusual situations. The reason is not performance, but that the naming context provided by virtual memory mappings is a requirement for most useful operations. For example, in the case of downloaded code run in an interrupt handler, if the kernel is not willing to allow application code to service TLB misses then there are many situations where the code will be unable to make progress. User-level page tables made the implementation of libOSes tricky on Aegis; since the x86 has hardware page tables, this issue disappeared on Xok/ExOS.

## 7.3 Conclusion

Our inventions mirror our secret wishes. Lawrence Durrell (1912-1990) "Mountolive" (1959)

This thesis proposes and evaluates the exokernel operating system architecture. An exokernel gives untrusted application code as much safe control over resources as possible. It does so by separating management from protection. All functionality necessary for protection resides in the exokernel, control over all other aspects is given to applications. Ideally, applications can safely and efficiently perform any operation that a privileged operating system can. Thus, unlike traditional systems, on an exokernel system, OS software becomes: (1) unprivileged, (2) able to co-exist with other implementations, (3) modifiable and deployable by orders of magnitude more programmers. We hope that this organization significantly improves operating system innovation.

This thesis has discussed both the exokernel architecture, and how to apply its principles in practice, drawing upon examples from two exokernel systems. These systems give significant performance advantages to aggressively-specialized applications while maintaining competitive performance on unmodified UNIX applications, even under

heavily multi-tasked workloads. Exokernels also simplify the job of operating system development by allowing one library operating system to be developed and debugged from another one running on the same machine. The advantages of rapid operating system development extend beyond specialized niche applications. Thus, while some questions about the full implications of the exokernel architecture remain to be answered, it is a viable approach that offers many advantages over conventional systems.

# Chapter 8

# XN's Interface

This Chapter describes the public and privileged XN system call interface.

A number of routines expect a device number (an integer of type dev_t), which names an active XN-controlled disk. This name is implicit in the disk address type, da_t, a 64-bit integer that encodes the device name, disk block, and byte offset within the disk block. A device corresponds to some range of disk blocks, a freemap that tracks these blocks, and a "root catalogue," which is a persistent table that libFSes install types and file system roots into.

In general, any XN system call fails if: (1) a libFS-supplied capability is insufficient, (2) a libFS-supplied pointer is bogus (i.e., not readable or, for modifications, not writeable), or (3) a libFS-supplied name is bogus (e.g., an invalid disk block name, an invalid root catalogue entry character string, etc.). To save space, we do not mention these errors further.

We elide the details of mapping XN data structures and buffer cache entries, since they are specific to the hosting OS's virtual memory interface rather than XN itself.

## A Privileged system calls

Only the kernel or privileged applications can use the following system calls.

### A.1 XN initialization and shutdown

The following three routines are used to initialize and cleanly shutdown an XN-controlled disk.

xn_err_t sys_xn_init(dev_t dev);

> Initialize XNdisk dev. Fails if the disk was not cleanly shutdown, in which case the XN disk reconstruction program must be run in order to find all XN invariant violations.

xn_err_t sys_xn_shutdown(dev_t dev);

> Clean shutdown of an disk dev. Fails if any blocks in the buffer cache contain violations. Before it can proceed the invoker must iteratively flush the buffer cache to remove these blocks.

dev_t sys_xn_format(void);

> Prepare a new disk for XN; returns the device number of the disk. Currently, it always succeeds.

### A.2 Reconstruction

The following two functions are used by privileged reconstruction programs:

db_t sys_db_alloc(dev_t dev, db_t db, size_t n);

> Forces the extent [db, db+n) on disk dev to be taken off of the freelist.

xn_err_t sys_xn_mod_refcnt(da_t da, int delta);

> Alters da's reference count by delta.

Currently, the error log routines are in flux. We elide them here.

## B   Public system calls

The following system calls are intended for use by any libFS.

### B.1   Creating types

The following three system calls are used to create the types for a new new libFS.

xn_err_t sys_install_mount(dev_t dev, char *name, db_t *db, size_t nelem, xn_elem_t t, cap_t c);

> Allocate the extent [db, db+nelem*sizeof t) on disk dev and associate it with name in the root catalogue. If db's value is 0, then the kernel decides what extent to allocate and writes the allocated block into db. LibFSes use this system call to install both install file system roots and types. On reboot, the XN reconstructor loads the catalogue and traverses file systems from these roots, garbage collecting and performing consistency checks. The entry can be modified for applications that possess cap. The call fails if any block in the extent has already been allocated, if type is invalid, name or db are not readable.

xn_err_t sys_type_import(dev_t dev, char *type_name);

> Converts the root catalogue entry name in dev's root catalogue from a disk block extent to an actual type. It fails if name does not exist, the blocks are not "raw" disk blocks (i.e., of type XN_DB), or the contents of the extent form an invalid type.

xn_err_t sys_reserve_type(dev_t dev, char *name);

> Reserve a slot for an as-yet-unspecified type in dev's root catalogue. This call is used to construct mutually recursive types.

To create a new type, the libFS performs the following four steps:

1. Allocates space for it on disk and installs it in the root catalogue using sys_install_mount. The value of type in this installation is XN_DB, indicating the blocks are simple disk blocks. If the type is involved part of a mutually recursive specification (which can happen when the type is a composite type), the libFS can use sys_reserve_type to reserve the type names for these other types, as well as getting their type id (an integer assigned by the kernel), which is needed by the type's owns UDF to compute the typed block set that it outputs.

2. Initializes these blocks using sys_xn_writeb (discussed below) to the contents in ths types "type structure," which holds the owns UDF, the refcnt UDF, and other information.

3. Writes these blocks back to disk (the following step fails if they are dirty).

4. Finally, it uses sys_type_import to convert the blocks from generic blocks to an XN recognized type. sys_type_import performs consistency checks on the type data structure (e.g., that the contained UDFs are deterministic, that the partitions are sensible) and, if the checks succeed, changes the type cataglogue entry to be of type XN_TYPE rather than XN_DB.

At this point, the libFS can create and point to blocks of the new type.

### B.2   Creating and deleting file system trees

To create a new file system, the libFS installs the root of the tree using sys_install_mount. To load an already existing one from disk into the buffer cache it can use the following two functions:

xn_err_t sys_xn_mount(dev_t dev, struct root_entry *r, char *name, cap_t c);

> Bootstrap the file system tree by inserting the type name's block extent into the buffer cache: getting the types for the rest of the file system tree can be done by recursively applying the associated owns UDF to the root and its children. The call writes the root catalogue entry into r, and then annotates the associated entries in the buffer cache with the given type. Fails if name name does not exist, or the extent pointed to by the root catalogue entry is not in the buffer cache registry.

72

```
/* specify xn operations that involve UDFs. */
struct xn_op {
        /* Specify what extent will be allocated/freed/read. */
        struct xn_update {
                size_t own_id;        /* id of the udf to run. */
                cap_t  cap;           /* capability to use for access. */

                db_t db;        /* base   all objects are sector aligned. */
                size_t nelem;   /* number of elements of type. */
                xn_elem_t type; /* type */
        } u;

        /*
         * Specify update to a piece of meta data.  Semantics:
         *     memcpy((char *)meta + offset, addr, nbytes);
         * Ignored for reads.
         */
        struct xn_m_vec {
                size_t  offset;  /* what offset in the type */
                void    *addr;  /* ptr to value to copy there */
                size_t  nbytes;
        } *mv;
        size_t n;             /* number of elements in mv */
};
```

Figure 8-1: Metadata operation structure.

xn_err_t sys_type_mount(dev_t dev, char *type_name);

> Similar to sys_xn_mount, except that it annotates a type_name's cached blocks as holding an XN type. It fails if the given name does not exist in the root catalogue, is not a type, or if the blocks are not in the buffer cache.

To use a file system tree, the file system root and any types it needs must first be loaded into the buffer cache using sys_xn_read_and_insert (discussed below). Then, sys_xn_mount annotates these disk blocks with the type given by their root catalogue entry (for the root, its synthetic libFS type, for types themselves XN_TYPE).

Types and roots can be removed from the root catalogue using:

xn_err_t sys_uninstall_mount(dev_t dev, char *name, cap_t c);

> Delete root catalogue entry name on dev. Fails if name is a file system root that contains child pointers, or is a type with cached blocks. If a type is deleted that is used by some non-cached meta data instance, then that meta data's owns function will fail (as will the system call using owns). A better solution would be to count how many blocks of a given type exist and only allow the type to be deleted when there are no more blocks of its type.

## B.3   Buffer cache operations

The structure xn_op is used for many of the remaining system calls, usually to specify extents, owns partition id's, and (for modification) the byte range(s) to modify. Figure 8-1 gives its ANSI C representation.

The following two routines are used to bring blocks into the buffer cache and prepare them for use and delete them:

xn_err_t sys_xn_read_and_insert(dev_t dev, db_t db, size_t nblocks, xn_cnt_t *cnt);

73

```
struct xn_iov {
        xn_cnt_t *cnt;                /* Decremented on every succesul io*/
        struct xn_ioe {
                db_t db;
                size_t nblocks;
                void *addr;          /* mem to write from/to. */
        } iov[1];
        size_t n_io;                  /* number of entries. */
};
```

Figure 8-2: I/O vector structure.

Read [db, db+nblocks) from disk dev into the buffer cache. cnt is incremented each time a block is brought in. Fails if the extent does not fit in the buffer cache.

xn_err_t sys_xn_insert_attr(da_t parent, struct xn_op *op);

Install the type of the buffer cache entry using the parent block named by parent. Allocation, deletion and reading and writing all perform this call implicitly since they require registry entries. Fails if the extent specified in op is not guarded by the sub-partition specified in op.

xn_err_t sys_xn_delete_attr(dev_t dev, db_t db, size_t nblocks, cap_t cap);

Remove the buffer cache entries for [db, db+nblocks) associated with disk dev. Fails if removing the entry would lead to an invariant violation or if the entry is in use by some other application.

Importantly, libFSes can fetch any block extent into the buffer cache. They only need to locate the blocks parent (and thus its type and access control mechanism) before actually reading or writing the cached blocks.

The following two functions write buffer cache entries back to disk:

xn_err_t sys_xn_writeback(dev_t dev, db_t db, size_t nblocks, xn_cnt_t *cnt);

Writes [db, db + nblocks) back to disk dev. Each write decrements cnt.

xn_err_t sys_xn_writebackv(dev_t dev, struct xn_iov *iov);

Writes a list of these extents back to disk dev. On some hardware disks, this "gather" mechanism enables more sophisticated scheduling. Figure 8-2 gives the ANSI C representation for xn_iov. Note that neither of these two system calls require access checks: They only fail if the extent is invalid or contains blocks tainted with some violation.

The following two routines read and write the bytes in buffer cache entries. No byte range read by a UDF can be modified using these routines.

xn_err_t sys_xn_writeb(da_t da, void * src, size_t nbytes, cap_t cap);

Writes [src, src + nbytes) into the cached blocks for [da, da + nbytes). All of the bytes must be in memory. Fils if any block of the extent is not in core.

xn_err_t sys_xn_readb(void * dst, da_t da, size_t nbytes, cap_t cap);

Reads [da, da + nbytes) into [dst, dst + nbytes). Fails for reasons identical to above, with the additional restriction that [dst, dst + nbytes) must be writable.

## B.4 Metadata operations

The following routines are used to allocate blocks, form edges to existing blocks, delete edges to existing blocks, and change a block's type:

xn_err_t sys_xn_alloc(da_t da, struct xn_op *op, unsigned alloc);

> Allocates the extent [db, db + (sizeof type * nelem) given by op and writes the modifications contained in op into the parent metadata, da. alloc indicates whether the block should be zero filled. The call fails if: (1) the extent cannot be allocated; (2) da is not in core; (3) op contains bogus data (its partition id is invalid or the modification vector has bogus byte ranges); or (4) the UDF returns the wrong data.

xn_err_t sys_xn_free(da_t da, struct xn_op *op);

> Frees the extent [db, db + (sizeof type * nelem) given by op. If the extent's has a reference count greater than one, then the reference count is decremented. Otherwise it is placed on the freelist. Fails for similar reasons to sys_xn_alloc.

xn_err_t sys_xn_add_edge(da_t src, struct xn_op *src_op, da_t dst);

> Forms an edge from src to dst and increments dst's reference count. Fails if: (1) neither node is in core (src must be modified to add a pointer, dst modified to increment its refernce count); (2) src's owns UDF fails, or dst's refcnt UDF fails; or (3) src_op specifies bogus modifications.

xn_err_t sys_xn_set_type(da_t da, int ty, void *src, size_t nbytes, cap_t cap);

> Change the type of a type union instance: XN metadata types can be "unions," which means they can be dynamically converted among a series of listed types. Currently, the type field must be "nil" (i.e., the type has just been initialized). Extending the system call to convert between existant types would not be difficult (it only requires retesting that the new type's owns function emits the same blocks as the old one).

## B.5 Reading XN data structures

The following six functions allow applications to read various XN bookkeeping data structures. All fail if the given memory is not writable. If the used data structures are mapped into the libFS's addresses space, these calls are simple library calls.

xn_err_t sys_xn_read_attr(dev_t dev, void * dst, db_t db, cap_t cap);

> Reads the registry attribute for db on disk dev into dst. Fails if db is not in core.

xn_err_t sys_xn_read_catalogue(dev_t dev, struct root_catalogue *c);

> Read dev's root catalogue into c.

xn_err_t sys_dev_list(dev_t *devl, int ndevs);

> Stores the enumerated list of active devices into devl, which is ndevs big. Fails if the destination is not large enough.

xn_err_t sys_xn_info(dev_t dev, db_t* r_db, db_t* f_db, size_t* f_nbytes);

> Reads the block address that holds the root catalogue into r_db, the block address of the freemap into f_db and the size of the freemap into nbytes.

db_t sys_xn_findfree(dev_t dev, db_t hint, size_t nblocks) ;

> Returns the first free extent (starting at hint, hint+nblocks)) found on dev. If hint is 0, then XN makes its own decision about where to start searching.

xn_err_t sys_xn_list_writeable(dev_t dev, db_t *dbv, size_t *n);

75

Reads a the list of dirty but writable entries for device dev in the buffer cache into dbv (whose size is given by n). Typically this is used by two programs. A "syncer" deamon that flushes back dirty blocks, and by any shutdown application that needs to flush all blocks back to disk. The latter locks the buffer cache and iteratively flushes blocks until the empty list is returned.

db_t sys_root(dev_t dev);

Return the block address of dev's XN-created "superblock" (i.e., the block that holds the pointers to XN's per-device bookkeeping data structures).

## B.6 File system-independent navigation calls

The following routines allow program to navigate any libFS meta data. They are used, for example, by our disk reconstruction program.

xn_err_t sys_xn_get_refcnt(da_t da, cap_t cap);

Returns da's reference count.

xn_err_t sys_xn_get_nowns(da_t da, cap_t cap);

Returns the number of owns partitions in da's type.

xn_err_t sys_xn_udf_enum(da_t da, size_t owns_b, size_t owns_e, struct xn_update *ups, size_t n, cap_t cap);

Computes a list of of all blocks controlled by da's partitions owns_b through owns_e. These are written into the vector ups (whose size is given by n). To ensure that the list does not get "too big" and the system call does not run "too long" (both of which are OS dependent) the enumeration may be broken up by XN into multiple passes.

# Chapter 9

# Aegis' Interface

In general, any system call fails if: (1) a libOS lacks permissions for the operation, (2) a libOS-supplied pointer is bogus (i.e., not readable or, for modifications, not writeable), or (3) a libOS-supplied name is bogus (e.g., an invalid page name, packet filter id, etc.). To save space, we do not mention these errors further.

## .7 CPU interface

Figure .7 presents the ANSI C representation of an Aegis time slice. The routines to allocate, yield, and free time slices are given below.

int ae_s_alloc(int pid, int n);

> Allocate time slice n and give environment pid access to it. Fails if n is not free, or the current process lacks write access to pid.

int ae_s_free(int slice);

> Free time slice slice. Fails if the current process lacks write access to the owning environment.

int ae_yield(int pid);

> Yield the remainder of the current time quantum to pid.

int ae_donate(int pid);

> Permanently donate current time slice to process pid.

## .8 Environments

Figure .8 presents the ANSI C representation of an Aegis environment, which is used to store the hardware information needed to execute a thread of control in a virtual address space, along with resource accounting information.

int ae_e_alloc(int n, struct env *e);

> Allocate environment n. Application fills in the guarenteed mappings, exception handlers in the environment structure (given in e). Aegis checks that any given physical addresses are allowed an sensible.

int ae_e_ref(int pid);

> Add a refrence from the current process to environment pid. Fails if the current process lacks permissions.

int ae_e_unref(int pid);

> Unreference environment pid. If there are no other outstanding references, the env is freed. Fails if the current process does not have read permission to the environment.

77

```
/* Time  slice;  controls an ordered scheduling quanta.  It is donated
 * permenentely by synchronous IPC.  It can be donated temporarily by
 * yielding (via ae_yield) or by asynchronous IPC's (via ae_asynch_ipc).
 * Ownership of the time  slice can be changed by any process that has
 * the owning environments capability.
 *
 * Time  slices are initiated via an upcall to application space and
 * revoked in the same manner; this interaction allows applications
 * to control important context  switching operations (e.g., this
 * functionality is sufficient to implement scheduler activations).
 * The price of this functionality is that an application must be
 * prevented from ignoring revocation interrupts.  The current method
 * is to record the number of timer interrupts a process has ignored
 * in 'ticks' and when this value exceeds a predefined threshold
 * killing the process.  In a more mature implementation we would simply
 * context switch the application by hand.
 */
struct slice {
        char pad[12];
        struct env      *e;     /* associated environment (null if no one) */
        unsigned short  next,prev;    /* forward and back pointers */
        int ticks;          /* ticks consumed in interrupts */
        int epc;
};
```

Figure 9-1: Aegis time-slice representation

```
/*
 * Environment: this is the most complicated entity in aegis.  An
 * environment is basically a process: it defines the program counters
 * to vector events to and serves as a resource accounting point.
 */
struct env {
        /* pointers to exception "save areas" where Aegis stores
         * active registers. */
        addr_t          tlbx_save_area,
                        genx_save_area,
                        intx_save_area;

        /* exception handlers. */
        handler_t       xh[NEX], /* sync exception handlers */
                        epi,    /* epilogue code */
                        pro,    /* prologue code */
                        init;   /* initial code that is jumped to */
        /*
         * The following four fields are clustered to be on
         * the same cache line.
         */
        signed char     cid;    /* address space identifier */
        unsigned char   envn;   /* environment number */
        short           tag;    /* 11 bit tag */
        handler_t       gate;   /* ipc entry point */
        unsigned        status; /* status register */
        struct tlb      xl[MAXXL];      /* guarenteed translations */
        struct ae_intr_queue *iq;       /* interrupt queue */
};
```

Figure 9-2: Environment structure

int ae_e_add(int pid, int n);

> Give pid access to environment n. Only gives write access at the moment. Fails if the current process does not have access to pid.

int ae_e_free(int pid);

> Free all resources consumed by environment pid.

int ae_e_write(int n, size_t offset, void *p, size_t nbytes);

> Modify the byte range [offset, offset+nbytes) in the environment n's application-specific data region.

## .9  Physical memory

The following three routines allocate, deallocate, and share physical pages.

int ae_p_alloc(int n);

> Allocate page n. Fails if page is already allocated.

int ae_p_unref(int n);

> Remove reference to page n. If no other process has a reference to the page it is deallocated. Fails if the current process lacks permissions.

int ae_p_add(int prot, int pid, int n);

> Give process pid access to page n with protections prot. Fails if the current process lacks appropriate permissions.

## .10  Interrupts

To make interrupt handling efficient, Aegis places interrupt notifications in a user-space interrupt queue that the libOS can read and modify directly. The structures used for this are given in Figure 9-3.

int ae_read_exposed_info (struct exposed_info *i);

> Read out offsets and lengths of exposed kernel data structures in preperation for mapping their associated pages. Figure 9-4 presents the data structures that can be mapped.

int ae_getrate(void);

> Get the system's clock rate.

int ae_gettick(void);

> Get the current clock tick.

int ae_cacheflush (void *ptr, int sz, int flags);

> Flush the address range [ptr, ptr+sz) out of the cache.

int ae_memcpy(int dst_pfn, int src_pfn, int sz, int cache);

> Copy pages src_pfn, src_pfn+sz) to the contigious page range starting at dst_pfn, bypassing the TLB. cache indicates whether the copy should also bypass the cache.

int ae_memset(int dst_pfn, int offset, char b, int sz);

> Set memory [dst_pfn+offset, dst_pfn+offset+sz) to b. Bypasses the TLB.

int ae_fpu(int flag);

> Enable/disable floating-point unit.

int ae_pid(void);

> Get the current pid.

```
struct ae_interrupt {
        handler_t  h;        /* handler to jump too. */

        /* Up to three int  specific arguments.  Used to parameterize interrupts.*/
        void *arg1;
        void *arg2;
        void *arg3;

        /* Saved values to give application scratch registers
           epc is set to zero if no return point.  */
        unsigned epc;  /* holds value that we were interrupted at. */
        unsigned a0;    /* holds a0 register */
        unsigned a1;    /* holds a1 register */
        unsigned a2;    /* holds a1 register */
};

/*
 * circular interrupt queue: is provided at user  level so that applications
 * can control interrupt handling efficiently.
 *
 * Useful facts:
 *    1. pending == 0   > q is empty
 *    2. tail points to the first entry to dequeue.
 *    3. full: pending == sz
 *    4. head   points to first empty entry.
 *
 * To consume an interrupt:
 *    1. increment tail % AE_INTQ_SZ
 *    2. decrement pending.
 *    3. renable the interrupt type.
 */
struct ae_intr_queue {
        /*
         * This flag counts the number of interrupts pending while the
         * process is running with interrupts disabled.
         */
        unsigned short pending;

        /*
         * Number of overflow ints for each type.  (simple way to allow
         * resource  specific recovery.)
         */
        unsigned short overflow[AE_NINTS];
        unsigned short overflow_p;     /* set to 1 if there is overflow.  */

        unsigned       mask;        /* 0  > disabled, 1  > enabled. */

        /*
         * Handlers, two for each interrupt.  We make application
         * explicitly check whether it was running or not.  Could
         * have two handlers, where  handler 0 is set when process
         * was not executing, handler 1 is set when it was.
         */
        handler_t      h[AE_NINTS];

        /*
         * Circular queue; when it runs out, we write an overflow interrupt.
         */
        unsigned char head;
        unsigned char tail;
```

81

```
struct exposed_info {
    unsigned int start_page;   /* which phys page the info starts on */
    int num;                   /* how many pages */

    /* timing related structures */

    char *clock_tick_start;
    int clock_tick_size;
    char *clock_rate_start;
    int clock_rate_size;

    /* page info */
    char *p_refcnt_start, *p_acl_start, *p_map_start;
    int p_refcnt_size, p_acl_size, p_map_size;

    /* env info */
    char *e_refcnt_start, *e_acl_start, *e_map_start, *env_start;
    int e_refcnt_size, e_acl_size, e_map_size, env_size;

    /* time slice info */
    char *s_refcnt_start, *s_acl_start, *slice_start, *s_map_start;
    int s_refcnt_size, s_acl_size, slice_size, s_map_size;

    /* context ids info */
    char *cmap_start, *c_map_start;
    int cmap_size, c_map_size;

    /* stlb */
    char *stlb_start;
    int stlb_size;
};
```

Figure 9-4: Structure used to hold where each exposed kernel data structure begins and its size. By default, each environment has read access to the pages containing these structures.

```
/* Structure to hold recv messages. */
struct ae_recv {
        int n;  /* number of entries */        struct rec {
                int sz;
                void *data;
        } r[MAXPKTS];
};
```

Figure 9-5: Network packet receive structure

## .11   Networking

Aegis provides calls to insert and delete packet filters. It also provides support for Ethernet and AN2 OTTO chips. For simplicity, we only provide the former's interface.

The following two functions install and delete packet filters. Filters can be bound to an ASH (libOS messaging code downloaded into the kernel), which is run when the filter matches. Otherwise the packet will be handled by the libOS.
int ae_dpf_install(void *filter, int sz, int ash_id);

> Installs filter (of sz bytes) and binds it to the ASH ash_id. Fails if the size is too large, or the filter overlaps with another filter and the current process has insufficient permissions to override it.

int ae_dpf_delete(int id);

> Delete filter id. Fails if the process lacks permission to do so.

The following four functions are used to send and receive messages.
int ae_eth_poll(int fid, struct ae_recv *recv, volatile int *addr);

> Install a receive structure, recv, to handle packets arriving for filter fid; receive notification via polling. addr points to a counter that is incremented by the received message size. Figure 9-5 shows the ANSI C representation of the receive structure. Fails if there are already too many enqueued receive structures.

int ae_eth_send(void *msg, int sz);

> Send msg (of sz bytes) on Ethernet.

int ae_eth_sendv(struct ae_recv *recv);

> "Gather" send of the message specified by recv: Aegis copies the message into a contiguous outgoing buffer (the hardware we run on lacks support for DMA).

int ae_eth_info(addr_t addr);

> Get Ethernet address.

## .12   TLB manipulation

Aegis uses a software TLB [7] to increase the effective hardware TLB size. The STLB has 8192 entries and is a direct mapped hash table; it also has an 8-entry fully-associative overflow buffer (similar to a "victim cache" [47]). Figure 9-6 gives the ANSI C representation of an STLB entry. Figure 9-7 gives the MIPS assembly code to load an entry from the STLB into the hardware TLB within the TLB handler. LibOSes can map the STLB read-only into their address spaces. LibOS modifications of the hardware TLB are propogated to the STLB. The libOS program counter that Aegis vectors TLB misses to is given in the libOSes environment structure.

The following routings, read, insert and modify TLB entries.    int ae_tlbwr(addr_t va, struct lo lo);

```
struct stlb {
        /* STLB tag: the contents of the TLB context register (c0_tlbctx) */
        unsigned        :2,
                        vpn:19, /* bad virtual page number */
                        tag:11; /* 11 bit tag associated (pseudo randomly) with each process */
        /* TLB entry */
        unsigned        :8,     /* reserved */
                        g:1,    /* Global: TLB ignores the PID match req */
                        v:1,    /* Valid: if not set, TLBL or TLBS miss occurs*/
                        d:1,    /* Dirty */
                        n:1,    /* Non cacheable. */
                        pfn:20; /* Page frame number */
};
```

Figure 9-6: STLB structure

Insert TLB entry for virtual address va. lo holds the physical page number, protection information, and various software tags. Figure 9-8 gives its ANSI C representation.

void ae_tlbrprotn(addr_t va, int len);

Read-protect the region [va, va+len*PAGESIZ). Always succeeds.

void ae_unprotn(addr_t va, int len);

Make the region [va, va+len*PAGESIZ) writable. Fails if the current process does not have write access to any page.

void ae_tlbdeleten(addr_t va, int len);

Delete [va, va+len*PAGESIZ) from the TLB. Always succeeds.

void ae_tlbflush(void);

Flush all entries from STLB and TLB.

84

```
# Software refill of TLB: uses an STLB cache.

# 1. Compute hash function
mfc0    k0, c0_tlbcxt        # get virtual page  number and 11  bit process tag
mfc0    k1, c0_tlbcxt        # twice

#   Our hash function combines process tag with the lower bits of the virtual
#   page number (VPN) that missed:
#       (((c0_tlbcxt << 17 ^ c0_tlbctx) >> 16 ) & STLB_MASK&~7)
sll     k0, k0, 17           # move VPN up
xor     k1, k0, k1           # combine with process tag
srl     k1, k1, 16           # move down (8 byte align)
andi    k0, k1, STLB_MASK & ~7  # remove upper and lower bits.

# 2. Index into STLB
lui     k1, HI(stlb)         # load STLB (at known location)
add     k1, k0, k1           # index into STLB

# 3. Load the physical page entry and STLB tag
lw      k0, LO(stlb)+4(k1)   # TLB entry
lw      k1, LO(stlb)+0(k1)   # STLB tag

# 4. Load TLB: we first load the fetched TLB entry into tlblo (but do not write
#    this register into the TLB); we then re  fetch tlbcxt in preparation to its
#    comparison to the STLB tag.
mtc0    k0, c0_tlblo         # (optimistically) load TLB entry
mfc0    k0, c0_tlbcxt        # get context again
nop                          # delay slot

# 5. Check tag (does not match   > jump to miss handler)
bne     k0, k1, stlb_miss    # compare tags to see if we got a hit
mfc0    k1, c0_epc           # get exception program counter

# 6. Tags matched: install entry into the TLB
tlbwr                        # write tlblo to TLB

# 7. Return from exception
j       k1                   # jump to resumption address
rfe                          # return from exception
```

Figure 9-7: Assembly code used by Aegis to lookup mapping in STLB (18 instructions).

```
/* LO portion of TLB mapping. */
struct lo {
        unsigned
                    w:1, /* write perm? */
                    :7,   /* reserved for software (libOS) */
                    g:1, /* Global: TLB ignores the PID match req */
                    v:1, /* Valid: If not set, TLBL or TLBS miss occurs*/
                    d:1, /* Dirty */
                    n:1, /* Non  cacheable. */
                    pfn:20;  /* Page Frame Number: 31..12 of the pa */
};
```

Figure 9-8: Hardware defined "low" portion of a TLB entry (i.e., the part bound to a virtual page number).

# Bibliography

[1] H. Abelson, G. J. Sussman, and J. Sussman. *Structure and Interpretation of Computer Programs*. MIT Press, 1996.

[2] M. Accetta, R. Baron, W. Bolosky, D. Golub, R. Rashid, A. Tevanian, and M. Young. Mach: a new kernel foundation for UNIX development. In *Proceedings of the Summer 1986 USENIX Conference*, pages 93–112, July 1986.

[3] T.E. Anderson. The case for application-specific operating systems. In *Third Workshop on Workstation Operating Systems*, pages 92–94, 1992.

[4] T.E. Anderson, B.N. Bershad, E.D. Lazowska, and H.M. Levy. Scheduler activations: Effective kernel support for the user-level management of parallelism. In *Proceedings of the Thirteenth ACM Symposium on Operating Systems Principles*, pages 95–109, October 1991.

[5] A.W. Appel and K. Li. Virtual memory primitives for user programs. In *Fourth International Conference on Architecture Support for Programming Languages and Operating Systems*, pages 96–107, Santa Clara, CA, April 1991.

[6] M. L. Bailey, B. Gopal, M. A. Pagels, L. L. Peterson, and P. Sarkar. PATHFINDER: A pattern-based packet classifier. In *Proceedings of the First Symposium on Operating Systems Design and Implementation*, pages 115–123, Monterey, CA, USA, November 1994.

[7] K. Bala, M.F. Kaashoek, and W.E. Weihl. Software prefetching and caching for translation lookaside buffers. In *Proceedings of the First Symposium on Operating Systems Design and Implementation*, pages 243–253, November 1994.

[8] J. Barrera. Invocation chaining: manipulating light-weight objects across heavy-weight boundaries. In *Proc. of 4th IEEE Workshop on Workstation Operating Systems*, pages 191–193, October 1993.

[9] B. N. Bershad, S. Savage, P. Pardyak, E. G. Sirer, M. Fiuczynski, D. Becker, S. Eggers, and C. Chambers. Extensibility, safety and performance in the SPIN operating system. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles*, pages 267–284, Copper Mountain Resort, CO, USA, December 1995.

[10] B.N. Bershad, D.D. Redell, and J.R. Ellis. Fast mutual exclusion for uniprocessors. In *Proc. of the Conf. on Architectural Support for Programming Languages and Operating Systems*, pages 223–237, October 1992.

[11] Nathaniel Borenstein and James Gosling. Unix emacs: A retrospective. In *ACM SIGGRAPH Symposium on User Interface Software*, October 1988.

[12] E. Bugnion, S. Devine, and M. Rosenblum. Disco: running commodity operating systems on scalable multiprocessors. In *Proceedings of the Sixteenth ACM Symposium on Operating Systems Principles*, 1997.

[13] P. Cao, E. W. Felten, and K. Li. Implementation and performance of application-controlled file caching. In *Proceedings of the First Symposium on Operating Systems Design and Implementation*, pages 165–178, November 1994.

[14] A. Chankhunthod, P. B. Danzig, C. Neerdaels, M. F. Sc hwartz, and K. J. Worrell. A hierarchical internet object cache. In *Proceedings of 1996 Usenix Technical Conference*, pages 153–163, January 1996.

[15] D. L. Chaum and R. S. Fabry. Implementing capability-based protection using encryption. Technical Report UCB/ERL M78/46, University of California at Berkeley, July 1978.

[16] D. Cheriton and K. Duda. A caching model of operating system kernel functionality. In *Proceedings of the First Symposium on Operating Systems Design and Implementation*, pages 179–193, November 1994.

[17] D. R. Cheriton. An experiment using registers for fast message-based interprocess communication. *Operating Systems Review*, 18:12–20, October 1984.

[18] D. D. Clark and D. L. Tennenhouse. Architectural considerations for a new generation of protocols. In *ACM Communication Architectures, Protocols, and Applications (SIGCOMM) 1990*, pages 200–208, Philadelphia, PA, USA, September 1990.

[19] D.D. Clark. On the structuring of systems using upcalls. In *Proceedings of the Tenth ACM Symposium on Operating Systems Principles*, pages 171–180, December 1985.

[20] R. J. Creasy. The origin of the VM/370 time-sharing system. *IBM J. Research and Development*, 25(5):483–490, September 1981.

[21] H. Custer. *Inside Windows/NT*. Microsoft Press, Redmond, WA, 1993.

[22] P. Deutsch and C. A. Grant. A flexible measurement tool for software systems. *Information Processing 71*, 1971.

[23] P. Druschel, L. L. Peterson, and B. S. Davie. Experiences with a high-speed network adaptor: A software perspective. In *ACM Communication Architectures, Protocols, and Applications (SIGCOMM) 1994*, pages 2–13, London, UK, August 1994.

[24] A. Edwards, G. Watson, J. Lumley, D. Banks, C. Clamvokis, and C. Dalton. User-space protocols deliver high performance to applications on a low-cost Gb/s LAN. In *ACM Communication Architectures, Protocols, and Applications (SIGCOMM) 1994*, pages 14–24, London, UK, August 1994.

[25] D. R. Engler, M. F. Kaashoek, and J. O'Toole Jr. Exokernel: an operating system architecture for application-specific resource management. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles*, pages 251–266, Copper Mountain Resort, Colorado, December 1995.

[26] D. R. Engler, M. F. Kaashoek, and J. O'Toole. The operating system kernel as a secure programmable machine. In *Proceedings of the Sixth SIGOPS European Workshop*, pages 62–67, September 1994.

[27] D. R. Engler, M. F. Kaashoek, and J. O'Toole. The operating system kernel as a secure programmable machine. In *Operating systems review*, January 1995.

[28] D. R. Engler, D. Wallach, and M. F. Kaashoek. Efficient, safe, application-specific message processing. Technical Memorandum MIT/LCS/TM533, MIT, March 1995.

[29] Dawson R. Engler. Simple, robust online verification of program correctness. Submitted for publication.

[30] Dawson R. Engler. Efficient verification of demonically-implemented integer functions (or, demonic determinism, trusted results). available on request, December 1997.

[31] D.R. Engler and M.F. Kaashoek. DPF: fast, flexible message demultiplexing using dynamic code generation. In *ACM Communication Architectures, Protocols, and Applications (SIGCOMM) 1996*, pages 53–59, Stanford, CA, USA, August 1996.

[32] Marc Fiuczynski and Brian Bershad. An extensible protocol architecture for application-specific networking. In *Proceedings of the 1996 Winter USENIX Conference*, pages 55–64, January 1996.

[33] B. Ford, K. Van Maren, J. Lepreau, S. Clawson, B. Robinson, and Jeff Turner. The FLUX OS toolkit: Reusable components for OS implementation. In *Proc. of Sixth Workshop on Hot Topics in Operating Systems*, pages 14–19, May 1997.

[34] Bryan Ford, Mike Hibler, Jay Lepreau, Patrick Tullman, Godmar Back, and Steven Clawson. Microkernels meet recursive virtual machines. In *Proceedings of the Second Symposium on Operating System Design and Implementation (OSDI 1996)*, October 1996.

[35] Bryan Ford and Sai R. Susarla. CPU inheritance scheduling. In *Proceedings of the Second Symposium on Operating System Design and Implementation (OSDI 1996)*, October 1996.

[36] G. Ganger and Y. Patt. Metadata update performance in file systems. In *Proceedings of the First Symposium on Operating Systems Design and Implementation*, pages 49–60, November 1994.

[37] Gregory R. Ganger and M. Frans Kaashoek. Embedded inodes and explicit grouping: Exploiting disk bandwidth for small files. In *Proceedings of the 1997 USENIX Technical Conference*, 1997.

[38] R. P. Goldberg. Survey of virtual machine research. *IEEE Computer*, pages 34–45, June 1974.

[39] D. Golub, R. Dean, A. Forin, and R. Rashid. UNIX as an application program. In *USENIX 1990 Summer Conference*, pages 87–95, June 1990.

[40] J. Gosling. Java intermediate bytecodes. In *Proc. of ACM SIGPLAN workshop on Intermediate Representations*, pages 111–118, march 1995.

[41] P. Brinch Hansen. The nucleus of a multiprogramming system. *Communications of the ACM*, 13(4):238–241, April 1970.

[42] H. Härtig, M. Hohmuth, J. Liedtke, and S. Schönberg andJ. Wolter. The performance of $\mu$-kernel-based systems. In *Proceedings of the Sixteenth ACM Symposium on Operating Systems Principles*, 1997.

[43] J.H. Hartman, A.B. Montz, D. Mosberger, S.W. O'Malley, L.L. Peterson, and T.A. Proebsting. Scout: A communication-oriented operating system. Technical Report TR 94-20, University of Arizona, Tucson, AZ, June 1994.

[44] K. Harty and D.R. Cheriton. Application-controlled physical memory using external page-cache management. In *Fifth International Conference on Architecture Support for Programming Languages and Operating Systems*, pages 187–199, October 1992.

[45] D. Hitz. An NFS file server appliance. Technical Report 3001, Network Appliance Corporation, March 1995.

[46] J. Huck and J. Hays. Architectural support for translation table management in large address space machines. In *Proceedings of the 19th International Symposium on Computer Architecture*, pages 39–51, May 1992.

[47] Norman P. Jouppi. Improving direct-mapped cache performance by the addition of a small fully-associative cache and prefetch buffers. In *17th Annual International Symposium on Computer Architecture*, pages 364–373, May 1990.

[48] M. Frans Kaashoek, Dawson R. Engler, Gregory R. Ganger, Hector M. Briceno, Russell Hunt, David Mazieres, Thomas Pinckney, Robert Grimm, John Jannotti, and Kenneth Mackenzie. Application performance and flexibility on exokernel systems. In *Proceedings of the Sixteenth ACM Symposium on Operating Systems Principles*, October 1997.

[49] M.F. Kaashoek, D.R. Engler, D.H. Wallach, and G. Ganger. Server operating systems. In *SIGOPS European Workshop*, pages 141–148, September 1996.

[50] Gerry Kane and Joe Heinrich. *MIPS RISC Architecture*. Prentice Hall, 1992.

[51] K. Krueger, D. Loftesness, A. Vahdat, and T. Anderson. Tools for development of application-specific virtual memory management. In *Conference on Object-Oriented Programming Systems, Languages, and Applications (OOPSLA) 1993*, pages 48–64, October 1993.

[52] B. W. Lampson. Hints for computer system design. In *Proceedings of the Eighth ACM Symposium on Operating Systems Principles*, pages 33–48, December 1983.

[53] B.W. Lampson. On reliable and extendable operating systems. *State of the Art Report, Infotech*, 1, 1971.

[54] B.W. Lampson and R.F. Sproull. An open operating system for a single-user machine. *Proceedings of the Seventh ACM Symposium on Operating Systems Principles*, pages 98–105, December 1979.

[55] C.H. Lee, M.C. Chen, and R.C. Chang. HiPEC: high performance external virtual memory caching. In *Proceedings of the First Symposium on Operating Systems Design and Implementation*, pages 153–164, 1994.

[56] Ian Leslie, Derek McAuley, Richard Black, Timothy Roscoe, Paul Barham, David Evers, Robin Fairbairns, , and Eoin Hyden. The design and implementation of an operating system to support distributed multimedia applications. *IEEE Journal on selected areas in communication*, 14(7):1280–1297, September 1996.

[57] J. Liedtke. Improving IPC by kernel design. In *Proceedings of the Fourteenth ACM Symposium on Operating Systems Principles*, pages 175–188, December 1993.

[58] J. Liedtke. On micro-kernel construction. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles*, December 1995.

[59] Steve Lucco. Personal communication. Use of undocumented proprietary formats as a technique to impede third-party additions, August 1997.

[60] Kenneth Mackenzie, John Kubiatowicz, Matthew Frank, Walter Lee, Victor Lee, Anant Agarwal, and M. Frans Kaashoek. UDM: User Direct Messaging for General-Purpose Multiprocessing. Technical Memo MIT/LCS/TM-556, March 1996.

[61] C. Maeda and B. N. Bershad. Protocol service decomposition for high-performance networking. In *Proceedings of the Fourteenth ACM Symposium on Operating Systems Principles*, pages 244–255, Asheville, NC, USA, 1993.

[62] David Mazieres and M. Frans Kaashoek. Secure applications need flexibile operating systems. In *HotOS-VI*, 1997.

[63] David Mazieres and M. Frans Kaashoek. Secure applications need flexible operating systems. In *Proceedings of the6th Workshop on Hot Topics in Operating Systems*, May 1997.

[64] S. McCanne and V. Jacobson. The BSD packet filter: A new architecture for user-level packet capture. In *USENIX Technical Conference Proceedings*, pages 259–269, San Diego, CA, Winter 1993. USENIX.

[65] J.C. Mogul, R.F. Rashid, and M.J. Accetta. The packet filter: An efficient mechanism for user-level network code. In *Proceedings of the Eleventh ACM Symposium on Operating Systems Principles*, pages 39–51, Austin, TX, USA, November 1987.

[66] A. C. Myers and B. Liskov. Decentralized model for information flow control. In *Proceedings of the Sixteenth ACM Symposium on Operating Systems Principles*, October 1997.

[67] D. Nagle, R. Uhlig, T. Stanley, S. Sechrest, T. Mudge, and R. Brown. Design tradeoffs for software-managed TLBs. In *20th Annual International Symposium on Computer Architecture*, pages 27–38, May 1993.

[68] NCSA, University of Illinois, Urbana-Champaign. NCSA HTTPd. http://hoohoo.ncsa.uiuc.edu/index.html.

[69] J. K. Ousterhout. Why aren't operating systems getting faster as fast as hardware? In *Proceedings of the Summer 1990 USENIX Conference*, pages 247–256, June 1990.

[70] V. Pai, P. Druschel, and W. Zwaenepoel. I/O-lite: a unified I/O buffering and caching system. Technical Report *http://www.cs.rice.edu/ vivek/IO-lite.html*, Rice University, 1997.

[71] Przemyslaw Pardyak and Brian Bershad. Dynamic binding for an extensible system. In *Proceedings of the Second USENIX Symposium on Operating Systems Design and Implementation (OSDI)*, pages 201–212, October 1996.

[72] R. Hugo Patterson, Garth A. Gibson, Eka Ginting, Daniel Stodolsky, and Jim Zelenka. Informed prefetching and caching. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles*, Copper Mountain Resort, CO, December 1995.

[73] D. Probert, J.L. Bruno, and M. Karzaorman. SPACE: A new approach to operating system abstraction. In *International Workshop on Object Orientation in Operating Systems*, pages 133–137, October 1991.

[74] J.S. Quarterman, A. Silberschatz, and J.L. Peterson. 4.2BSD and 4.3BSD as examples of the UNIX system. *Computing Surveys*, 17(4):379–418, December 1985.

[75] D.D. Redell, Y.K. Dalal, T.R. Horsley, H.C. Lauer, W.C. Lynch, P.R. McJones, H.G. Murray, and S.C. Purcell. Pilot: An operating system for a personal computer. *Communications of the ACM*, 23(2):81–92, February 1980.

[76] Timothy Roscoe. *The Structure of a Multi-Service Operating System*. Phd Thesis, Technical Report 376, Cambridge, 1995.

[77] M. Rozier, V. Abrossimov, F. Armand, I. Boule, M. Gien, M. Guillemont, F. Herrmann, C. Kaiser, S. Langlois, P. Leonard, and W. Neuhauser. Chorus distributed operating system. *Computing Systems*, 1(4):305–370, 1988.

[78] M. Seltzer, Y. Endo, C. Small, and K. Smith. Dealing with disaster: Surviving misbehaved kernel extensions. In *Proceedings of the Second Symposium on Operating Systems Design and Implementation*, pages 213–228, October 1996.

[79] C. Small and M. Seltzer. Vino: an integrated platform for operating systems and database research. Technical Report TR-30-94, Harvard, 1994.

[80] Christopher Small and Margo Seltzer. A comparison of os extension technologies. In *Proceedings of the 1996 USENIX Conference*, 1996.

[81] Richard Stallman. Emacs, the extensible, customizable self-documenting display editor. In *ACM SIGPLAN SIGOA Symposium on Text Manipulation*, June 1981.

[82] V. Buch T. von Eicken, A. Basu and W. Vogels. U-Net: A user-level network interface for parallel and distributed computing. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles*, pages 40–53, Copper Mountain Resort, CO, USA, 1995.

[83] Madhusudhan Talluri, Mark D. Hill, and Yousef A. Khalidi. A new page table for 64-bit address spaces. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles*, Copper Mountain Resort, Colorado, December 1995.

[84] A.S. Tanenbaum, R. van Renesse, H. van Staveren, G. Sharp, S.J. Mullender, A. Jansen, and G. van Rossum. Experiences with the Amoeba distributed operating system. *Communications of the ACM*, 33(12):46–63, December 1990.

[85] D. Tarditi, G. Morrisett, P. Cheng, C. Stone, R. Harper, and P. Lee. Til: A type-directed optimizing compiler for ml. In *Proceedings of the SIGPLAN '96 Conference on Programming Language Design and Implementation*, Philadelphia, PA, May 1996.

[86] D.L. Tennenhouse and David J. Wetherall. Towards an active network architecture. In *Proc. Multimedia, Computing, and Networking 96*, January 1996.

[87] C. A. Thekkath and H. M. Levy. Hardware and software support for efficient exception handling. In *Sixth International Conference on Architecture Support for Programming Languages and Operating Systems*, pages 110–121, October 1994.

[88] C. A. Thekkath, H. M. Levy, and E. D. Lazowska. Separating data and control transfer in distributed operating systems. In *Sixth International Conference on Architecture Support for Programming Languages and Operating Systems*, pages 2–11, San Francisco, California, October 1994.

91

[89] R. Wahbe, S. Lucco, T. Anderson, and S. Graham. Efficient software-based fault isolation. In *Proceedings of the Fourteenth ACM Symposium on Operating Systems Principles*, pages 203–216, Asheville, NC, USA, December 1993.

[90] C. A. Waldspurger and W. E. Weihl. Lottery scheduling: Flexible proportional-share resource management. In *Proceedings of the First Symposium on Operating Systems Design and Implementation*, pages 1–11, November 1994.

[91] C. A. Waldspurger and W. E. Weihl. Stride scheduling: deterministic proportional-share resource management. Technical Memorandum MIT/LCS/TM528, MIT, June 1995.

[92] D. A. Wallach, D. R. Engler, and M. F. Kaashoek. ASHs: Application-specific handlers for high-performance messaging. In *ACM Communication Architectures, Protocols, and Applications (SIGCOMM '96)*, Stanford, California, August 1996.

[93] Deborah A. Wallach. *Supporting application-specific libraries for communication*. PhD thesis, M.I.T., 1996.

[94] W. Wulf, E. Cohen, W. Corwin, A. Jones, R. Levin, C. Pierson, and F. Pollack. HYDRA: The kernel of a multiprocessing operating system. *Communications of the ACM*, 17(6):337–345, July 1974.

[95] M. Yuhara, B. Bershad, C. Maeda, and E. Moss. Efficient packet demultiplexing for multiple endpoints and large messages. In *Proceedings of the Winter 1994 USENIX Conference*, pages 153–165, San Francisco, CA, USA, January 1994.

# Appendix G

# IEEE 100
# The Authoritative Dictionary of
# IEEE Standards Terms

## Seventh Edition



**Published by**
**Standards Information Network**
**IEEE Press**

Exhibit 3

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*                    *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer
engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms.
6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21                                                    00-050601

Exhibit 3

being used for measurement.
(NPS/NID) 759-1984r, 301-1976s

**(2) (ac voltmeter)** The highest ratio of peak to rms voltage that can be applied to an ac voltmeter before overload sets in. The crest factor may depend upon the full-scale setting of the meter. (NPS) 300-1988r

**(3)** (of a periodic function) The ratio of its crest (peak, maximum) value to its root-mean-square (rms) value.
(PE/TR) C57.12.80-1978r

**(4) (electrical measurements in power circuits)** (of a periodic function) The ratio of the peak value to the rms value *cf* $= y_p/y_{rms}$.
(PE/PSIM) 120-1989r

**(5)** (of a periodic function) The ratio of the peak value of a periodic function ($y_{peak}$) to the rms value ($y_{rms}$); $cf = y_{peak}/y_{rms}$.
(IA/PSE) 1100-1999

**(6) (pulse carrier)** The ratio of the peak pulse amplitude to the root-mean-square amplitude. *See also:* carrier.
(IM/AP/WM&A/ANT) 194-1977w, 145-1983s

**(7)** (of an rms voltmeter) The highest ratio of peak to rms voltage that can be applied to an ac voltmeter before overload sets in. The crest factor may depend on the full-scale setting of the voltmeter. (NPS) 325-1996

**(8)** The ratio of the peak value to the rms value of an ac waveform measured under steady-state conditions. It is unitless, and the ratio for a pure sine wave is equal to $\sqrt{2}$.

$$cf = \frac{V_{in,pk}}{V_{in,rms}}$$

where

$V_{in}$ = the voltage at the user input terminals.
(PEL) 1515-2000

**crest value (1) (peak value) (power and distribution transformers)** The maximum absolute value of a function when such a maximum exists.
(PE/C/TR) 1313.1-1996, C57.12.80-1978r

**(2)** (of a wave, surge, or impulse) The maximum value that a wave, surge, or impulse attains.
(SPD/PE) C62.11-1999, C62.62-2000

**(3) (surge arresters)** The maximum value that an impulse attains. *Synonym:* peak value.
(SPD/PE) C62.22-1997, C62.1-1981s, C62.11-1987s, 2-1978w

**crest voltmeter** A voltmeter depending for its indications upon the crest or maximum value of the voltage applied to its terminals. *Note:* Crest voltmeters should have clearly marked on the instrument whether readings are in equivalent root-mean-square values or in true crest volts. It is preferred that the marking should be root-mean-square values of the sinusoidal wave having the same crest value as that of the wave measured. *See also:* instrument. (EEC/PE) [119]

**crest working line voltage (vlwm) (thyristor)** The highest instantaneous value of the line voltage excluding all repetitive and nonrepetitive transient voltages, but including voltage variations. (IA/IPC) 428-1981w

**crest working voltage (semiconductor rectifiers)** (between two points) The maximum instantaneous value of voltage, excluding oscillatory and transient overvoltages, that exists during normal operation. *See also:* semiconductor rectifier stack; rectification. (IA/EEC/PCON) [62], [110]

**crevice corrosion** Localized corrosion as a result of the formation of a crevice between a metal and a nonmetal, or between two metal surface. (IA) [59], [71]

**criteria** Parameters against which the CASE tool is evaluated, and upon which selection decisions are made.
(C/SE) 1209-1992w

**critical angle (fiber optics)** When light propagates in a homogeneous medium of relatively high refractive index ($n_{high}$) onto a planar interface with a homogeneous material of lower index ($n_{low}$), the critical angle is defined byarcsin($n_{low}/n_{high}$). *Note:* When the angle of incidence exceeds the critical angle, the light is totally reflected by the interface. This is termed "total internal reflection." *See also:* step index profile; ac-

ceptance angle; angle of incidence; reflection; refractive index; total internal reflection. (Std100) 812-1984w

**critical anode voltage** *See:* gas tube; breakdown voltage.

**critical branch (health care facilities)** A subsystem of the Emergency System consisting of feeders and branch circuits supplying energy to task illumination, special power circuits, and selected receptacles serving areas and functions related to patient care, and which can be connected to alternate power sources by one or more transfer switches during interruption of normal power source. (NEC/NESC/EMB) [47], [86]

**critical build-up resistance (rotating machinery)** The highest resistance of the shunt winding circuit supplied from the primary winding for which the machine voltage builds up under specified conditions. (PE) [9]

**critical build-up speed (rotating machinery)** The limiting speed below which the machine voltage will not build up under specified condition of field-circuit resistance. *See also:* direct-current commutating machine. (PE) [9]

**critical characteristics (1) (replacement parts for Class 1E equipment in nuclear power generating stations) (equipment)** Those properties or attributes that are essential for performance of an equipment's safety function.
(PE/NP) 934-1987w

**(2) (replacement parts for Class 1E equipment in nuclear power generating stations) (parts)** Those properties or attributes of the part that are essential to the safety function of the equipment in which the part is installed. *Note:* Typical critical characteristics are attributes such as dimensions, materials, electrical and temperature parameters, output tolerances, and fluid viscosity. (PE/NP) 934-1987w

**critical components** Equipment whose failure will result in complete system or functional failure. (PE/NP) 933-1999

**critical component temperature** The temperature of semiconductor components that are most susceptible to malfunction from high temperature. (C/BA) 14536-1995

**critical control command** An MTM-Bus command that has significant effect on the operation of a module to a degree that, for added security, a message conveying such a command should be difficult to send unintentionally. This Standard provides that a message containing a critical control command has to be proceeded by an Enable Module Control (EMC) message. If this procedure is not followed, a Command Sequence Error will occur. (TT/C) 1149.5-1995

**critical controlling current (cryotron)** The current in the control that just causes direct-current resistance to appear in the gate, in the absence of gate current and at a specified temperature. *See also:* superconductivity. (SPD/PE) 32-1972r

**critical coupling** That degree of coupling between two circuits, independently resonant to the same frequency, that results in maximum transfer of energy at the resonance frequency. *See also:* coupling. (EEC/PE) [119]

**critical current (1) (superconductor)** The current in a superconductive material above which the material is normal and below which the material is superconducting, at a specified temperature and in the absence of external magnetic fields. *See also:* superconductivity. (ED) [46]

**(2)** The first-stroke lightning current to a phase conductor which produces a critical impulse flashover voltage wave.
(PE/T&D) 1243-1997

**critical damping** The least amount of viscous damping that causes a single-degree-of-freedom system to return to its original position without oscillation after initial disturbance.
(PE/SUB) 693-1997

**critical design review (CDR) (A)** A review conducted to verify that the detailed design of one or more configuration items satisfy specified requirements; to establish the compatibility among the configuration items and other items of equipment, facilities, software, and personnel; to assess risk areas for each configuration item; and, as applicable, to assess the results of producibility analyses, review preliminary hardware product specifications, evaluate preliminary test planning, and evaluate the adequacy of preliminary operation and support

documents. *See also:* preliminary design review; system design review. **(B)** A review as in (A) of any hardware or software component. (C) 610.12-1990

**critical dimension (waveguide)** The dimension of the cross-section that determines the cutoff frequency. *See also:* waveguide. (EEC/PE) [119]

**critical event simulation** A simulation that is terminated by the occurrence of a certain event; for example, a model depicting the year-by-year forces leading up to a volcanic eruption, that is terminated when the volcano in the model erupts. *See also:* time-slice simulation. (C) 610.3-1989w

**critical failure** *See:* failure.

**critical field (1) (magnetrons)** The smallest theoretical value of steady magnetic flux density, at a steady anode voltage, that would prevent an electron emitted from the cathode at zero velocity from reaching the anode. *See also:* magnetron. **(2) (nonlinear, active, and nonreciprocal waveguide components)** In a gyromagnetic material that radio-frequency (rf) magnetic field levelabove which transfer of energy occurs from the uniform precession mode to spin waves; that is the field corresponding to nonlinear loss threshold.

(MTT) 457-1982w

**critical flashover voltage (CFO)** The amplitude of voltage of a given waveshape that, under specified conditions, causes flashover through the surrounding medium on 50% of the voltage applications. (SPD/PE) C62.22-1997

**critical freeze protection (electric pipe heating systems)** The use of electric pipe heating systems to prevent the temperature of fluids from dropping below the freezing point of the fluid in important or critical outdoor (usually) piping systems at nuclear generating stations. An example of a critical freeze protection system is the heating for the nuclear service water system. (PE/EDPG) 622A-1984r, 622B-1988r

**critical frequency (1) (data transmission)** In radio propagation (by way of the ionosphere) the limiting frequency below which a wave component is reflected by, and above which it penetrates through, an ionospheric layer of vertical incidence. *Note:* The existence of the critical frequency is the result of electron limitation, that is, the inadequacy of the existing number of free electrons to support reflection at higher frequencies. (PE) 599-1985w **(2) (network or system)** A pole or zero of a transfer or driving-point function. (CAS) [13] **(3) (of an ionospheric layer)** The limiting frequency below which a normally-incident magneto-ionic wave component is returned by, and above which it penetrates through, an ionospheric layer. (AP/PROP) 211-1997

**critical grid voltage (multielectrode gas tubes)** The grid voltage at which anode breakdown occurs. *Note:* The critical grid voltage is a function of the other electrode voltages or currents and of the environment. *See also:* breakdown voltage.

(ED) 161-1971w

**critical head (power operations)** The head at which the full-gate output of the hydroturbine equals the nameplate generator capacity. (PE/PSE) 858-1987s

**critical heat flux** The heat flux below which ignition is not possible. (DEI) 1221-1993w

**critical high-power level (attenuator tubes)** The radio-frequency power level at which ionization is produced in the absence of a control-electrode discharge. (ED) 161-1971w

**critical humidity** The relative humidity above which the atmospheric corrosion rate of a given metal increases sharply.

(IA) [59]

**critical hydro period (power operations) (electric power supply)** Period when the limitations of hydroelectric energy supply due to water conditions are most critical with respect to system load requirements. (PE/PSE) 858-1987s, 346-1973w

**critical impulse (of a relay)** The maximum impulse in terms of duration and input magnitude that can be applied suddenly to a relay without causing pickup. (SWG/PE) C37.100-1992

**critical impulse flashover voltage (CFO) (insulators)** The crest value of the impulse wave that, under specified conditions, causes flashover through the surrounding medium on 50% of the applications. *See also:* impulse flashover voltage. (PE/T&D/SPD) 1410-1997, 32-1972r, 1243-1997

**critical impulse time (of a relay)** The duration of a critical impulse under specified conditions.

(SWG/PE/PSR) C37.100-1992, C37.90-1978s

**critical item (software)** In configuration management, an item within a configuration item that, because of special engineering or logistic considerations, requires an approved specification to establish technical or inventory control at the component level. (C) 610.12-1990

**criticality (1) (power operations)** The state of an assembly of fissionable material in which a stable, self-sustaining chain reaction exists. At this condition a nuclear reactor will produce energy at a constant rate and the effective multiplication factor keff is exactly equal to 1. (PE/PSE) 858-1987s **(2) (software)** The degree of impact that a requirement, module, error, fault, failure, or other item has on the development or operation of a system. *Synonym:* severity.

(C) 610.12-1990

**(3)** A subjective description of the intended use and application of the system. Software criticality properties may include safety, security, complexity, reliability, performance, or other characteristics. (C/SE) 1012-1998

**criticality analysis** A structured evaluation of the software characteristics (e.g., safety, security, complexity, performance) for severity of impact of system failure, system degradation, or failure to meet software requirements or system objectives.

(C/SE) 1012-1998

**critical jamming ratio** The ratio of conduit diameter (D) to cable diameter (d) that could result in the cable wedging or jamming in the conduit during the cable pull.

(PE/IC) 1185-1994

**critical load (1)** That part of the load that requires continuous quality electric power for its successful operation.

(IA/PSE) 241-1990r

**(2)** Devices and equipment whose failure to operate satisfactorily jeopardizes the health or safety of personnel, and/or results in loss of function, financial loss, or damage to property deemed critical by the user. (IA/PSE) 1100-1999

**critical magnetic field (superconductor)** The field below which a superconductor material is superconducting and above which the material is normal, at a specified temperature and in the absence of current. *See also:* superconductivity.

(ED) [46]

**critical mating dimension (standard connector)** Those longitudinal and transverse dimensions assuring nondestructive mating with a corresponding standard connector.

(IM/HFIM) 474-1973w

**critical overtravel time (of a relay)** The time following a critical impulse until movement of the responsive element ceases just short of pickup.

(SWG/PE/PSR) C37.100-1992, C37.90-1978s

**critical path** In the critical path method, a path whose sum of activity times is greater than or equal to the sum of activity times for any other path through the network. *Note:* This sum of activity times is the shortest possible completion time for the overall project. (C) 610.2-1987

**critical path method (CPM)** A project management technique in which the activities that constitute a project are identified, dependencies among the activities are determined, a network of parallel and sequential activities is produced, an estimated time is assigned to each activity, and a sequence of activities taking the longest time (a critical path) is identified, determining the shortest possible completion time for the overall project. *See also:* program evaluation and review technique.

(C) 610.2-1987

**critical period** That portion of the duty cycle that is the most severe, or the specified time period of the battery duty cycle.

(PE/EDPG) 450-1995

**critical piece first (software)** A system development approach in which the most critical aspects of a system are implemented first. The critical piece may be defined in terms of services provided, degree of risk, difficulty, or other criteria. *See also:* top-down; bottom-up. (C) 610.12-1990

**critical point (1) (feedback control system) (Nichols chart)** The bound of stability for the $GH$ $(j\omega)$ plot; the intersection of $|GH| = 1$ with any $GH = -180°$. **(2) (Nyquist diagram)** The bound of stability for the locus of the loop transfer function $GH(j\omega)$; the $(-1, j0)$ point. (PE/IM/EDPG) [3], [120]

**critical process control (electric pipe heating systems)** The use of electric heat tracing systems to increase or maintain, or both, the temperature of fluids (or processes) in important or critical mechanical piping systems including pipes, pumps, valves, tanks, instrumentation, etc., in nuclear power generating stations. An example of an important or critical mechanical piping system is the safety injection system. (PE/EDPG) 622A-1984r, 622B-1988r

**critical range** Metric values used to classify software into the categories of acceptable, marginal, or unacceptable. (C/SE) 1061-1998

**critical rate-of-rise of OFF-state voltage (thyristor)** The minimum value of the rate of rise of principal voltage which will cause switching from the OFF-state to the ON-state. (IA/IPC) 428-1981w

**critical rate-of-rise of ON-state current (thyristor)** The maximum value of the rate-of-rise of ON-state current that a thyristor can withstand without deleterious effect. *See also:* principal current. (ED) [46]

**critical section (software)** A segment of code to be executed mutually exclusively with some other segment of code which is also called a critical section. Segments of code are required to be executed mutually exclusively if they make competing uses of a computer resource or data item. *See also:* segment; computer; code; data; execute. (C/SE) 729-1983s

**critical service loads** Station auxiliary loads that are sensitive to power supply disturbances and that have an immediate effect upon power transmission or whose outages could cause damage to the equipment. (SUB/PE) 1158-1991r

**critical short-circuit ratio (CSCR)** The SCR corresponding to the operation at maximum available power (MAP); for typical inverter design, CSCR = 2. *Note:* The following operational characteristics are associated with CSCR:
— CSCR represents the borderline between "stable" and "unstable" operating regions. For SCR values lower than CSCR, the operation is in the "unstable" region of the ac voltage/dc power characteristic.
— If the operation is at unity power factor for systems at CSCR (i.e., the operation is at MAP), then the fundamental component of the temporary overvoltage (TOV$_{tc}$) at full load rejection will be near to $\sqrt{2}$.
— A resonance near the second harmonic will occur for systems operating at CSCR. (PE/T&D) 1204-1997

**critical software (software verification and validation plans) (software)** Software whose failure could have an impact on safety, or could cause large financial or social loss. (C/SE) 1012-1986s, 610.12-1990, 730-1998

**critical speed (rotating machinery)** A speed at which the amplitude of the vibration of a rotor due to shaft transverse vibration reaches a maximum value. *See also:* rotor. (PE) [9]

**critical stroke amplitude** The amplitude of the current of the lightning stroke that, upon terminating on the phase conductor, would raise the voltage of the conductor to a level at which flashover is likely. (SUB/PE) 998-1996

**critical success factor (CSF)** A business system performance measurement that combines with other CSFs to form a key performance indicator (KPI). (C/PA) 1003.23-1998

**critical system (health care facilities)** A system of feeders and branch circuits in nursing homes and residential custodial care

facilities arranged for connection to the alternate power source to restore service to certain critical receptacles, task illumination and equipment. (EMB) [47]

**critical temperature (superconductor)** The temperature below which a superconductive material is superconducting and above which the material is normal, in the absence of current and external magnetic fields. *See also:* superconductivity. (ED) [46]

**critical torsional speed (rotating machinery)** A speed at which the amplitude of the vibration of a rotor due to shaft torsional vibration reaches a maximum value. *See also:* rotor. (PE) [9]

**critical travel (of a relay)** The amount of movement of the responsive element of a relay during a critical impulse, but not subsequent to the impulse. (SWG/PE/PSR) C37.100-1992, C37.90-1978s

**critical value** Metric value of a validated metric that is used to identify software that has unacceptable quality. (C/SE) 1061-1998

**critical voltage (1) (magnetrons)** The highest theoretical value of steady anode voltage, at a given steady magnetic flux density, at which electrons emitted from the cathode at zero velocity would fail to reach the anode. (ED) 161-1971w **(2) (relay)** *See also:* relay critical voltage.

**critical-voltage parabola (magnetrons) (cutoff parabola)** The curve representing in Cartesian coordinates the variation of the critical voltage as a function of the magnetic induction. *See also:* magnetron. [84]

**critical withstand current (surge) (impulse)** The highest crest value of a surge of given waveshape and polarity that can be applied without causing disruptive discharge on the test specimen. (PE) [8]

**CROM** *See:* control read-only memory.

**Crookes dark space** *See:* cathode dark space.

**Crosby** *See:* cable clamp.

**Crosby clip** *See:* cable clamp.

**cross acceleration (accelerometer)** The acceleration applied in a plane normal to an accelerometer input reference axis. (AES/GYAC) 528-1994

**crossarm** A horizontal member (usually wood or steel) attached to a pole, post, tower or other structure and equipped with means for supporting the conductors. *Note:* The crossarm is placed at right angles to conductors on straight line poles, but splits the angle on light corners. *See also:* crossarm. (T&D/PE) [10]

**crossarm guy** A tensional support for a crossarm used to offset unbalanced conductor stress. (T&D/PE) [10]

**cross-assembler (software)** An assembler that executes on one computer but generates machine code for a different computer. (C) 610.12-1990

**cross-axis sensitivity (accelerometer)** The proportionality constant that relates a variation of accelerometer output to cross acceleration. This sensitivity varies with the direction of cross acceleration, and is primarily due to misalignment. (AES/GYAC) 528-1994

**crossband transponder (navigation)** A transponder that replies in a different frequency band from that of the received interrogation. *See also:* navigation. (AES/GCS/RS) 172-1983w, 686-1982s, [42]

**crossbar switch (1)** A switch having a plurality of vertical paths, a plurality of horizontal paths, and electromagnetically-operated mechanical means for interconnecting any one of the vertical paths with any one of the horizontal paths. (PE/EDPG) [3] **(2)** A switch having vertical and horizontal paths and an electromagnetically operated mechanical means for interconnection of any one vertical path with any one horizontal path. *See also:* step-by-step switch. (C) 610.7-1995

**cross bar switch** A relay-operated device that makes a connection between a line in a set of lines and a line in another set,

# Appendix H

# *The* American Heritage® College Dictionary

### FOURTH EDITION



Houghton Mifflin Company
Boston · New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2004, 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN 0-618-45300-8

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
    p.cm.
  Based on the fourth ed. of the American Heritage
  dictionary.
  ISBN 0-618-09848-8 (thumb edge) --
  ISBN 0-618-19604-8 (deluxe binding)
   1. English language--Dictionaries. 2. Americanisms. I
  Houghton Mifflin Company. II. American Heritage
  dictionary.

PE1628 .A6227 2002
423--dc21

2001039826

Manufactured in the United States of America

This material may be protected by Copyright law (Title 17 U.S. Code)

as sailors or soldiers. ❖ *tr.v.* **crimped, crimp·ing, crimps** To procure (sailors or soldiers) by trickery or coercion. [?] —**crimp'er** *n.*

**crimp·y** (krĭm'pē) *adj.* **-i·er, -i·est** Full of crimps; wavy. —**crimp'i·ness** *n.*

**crim·son** (krĭm'zən) *n.* A deep to vivid purplish red to vivid red. ❖ *tr. & intr.v.* **-soned, -son·ing, -sons** To make or become deeply or vividly red. [ME *cremesin,* alt. < Ar. *qirmizī* < *qirmiz,* kermes insect. See KERMES.] —**crim'son** *adj.*

**cringe** (krĭnj) *intr.v.* **cringed, cring·ing, cring·es** **1.** To shrink back, as in fear; cower. **2.** To behave in a servile way; fawn. ❖ *n.* An act or instance of cringing. [ME *crengen,* to bend haughtily, prob. ult. < OE *cringan,* to give way.]

**crin·gle** (krĭng'gəl) *n.* A small ring or grommet of rope or metal fastened to the edge of a sail. [LGer. *kringel,* dim. of *kring,* ring < MLGer.]

**crin·kle** (krĭng'kəl) *v.* **-kled, -kling, -kles** —*intr.* **1.** To form wrinkles or ripples. **2.** To make a soft crackling sound; rustle. —*tr.* To cause to crinkle. ❖ *n.* A wrinkle, ripple, or fold. [< ME *crinkled,* full of turnings.] —**crin'kly** *adj.*

**crin·kle·root** (krĭng'kəl-rōōt', -rŏōt') *n.* A woodland plant (*Cardamine diphylla*) of eastern North America having fleshy rootstocks and trifoliolate leaves.

**cri·noid** (krī'noid') *n.* Any of various echinoderms of the class Crinoidea, characterized by a cup-shaped body, feathery radiating arms, and either a stalk or clawlike base. [< NLat. *Crinoidea,* class name : Gk. *krinon,* lily + Gk. *-oeidēs,* -oid.] —**cri'noid'** *adj.*

**crin·o·line** (krĭn'ə-lĭn) *n.* **1.** A coarse stiff fabric of cotton or horsehair used esp. to line and stiffen hats and garments. **2.** A petticoat made of this fabric. **3.** A hoop skirt. [Fr. < Ital. *crinolino* : *crino,* horsehair (< Lat. *crīnis,* hair) + *lino,* flax (< Lat. *līnum*).] —**crin'o·line, crin'o·lined** (-lĭnd) *adj.*

**cri·num** (krī'nəm) *n.* Any of various bulbous plants of the genus *Crinum,* having strap-shaped leaves and showy flower umbels. [NLat. *Crinum,* genus name < Gk. *krinon,* lily.]

**cri·ol·lo** (krē-ō'lō, -yō) *n., pl.* **-los** (-lōz, -yōs) A Spanish American of European, usu. Spanish descent. ❖ *adj.* **1.** Of or relating to a criollo or criollos. **2.** Indigenous to or characteristic of a Spanish-American country. [Sp. See CREOLE.]

**cripes** (krīps) *interj.* Used to express annoyance, anger, or dismay. [Alteration of CHRIST.]

**crip·ple** (krĭp'əl) *n.* **1.** A person or animal that is partially disabled or unable to use a limb or limbs. **2.** A damaged or defective object or device. ❖ *tr.v.* **-pled, -pling, -ples** **1.** To cause to lose the use of a limb or limbs. **2.** To disable, damage, or impair the functioning of. [ME *crepel* < OE *crypel.*] —**crip'pler** *n.*

**cri·sis** (krī'sĭs) *n., pl.* **-ses** (-sēz) **1a.** A crucial or decisive point or situation; a turning point. **b.** An unstable condition, as in political affairs, involving an impending abrupt or decisive change. **2.** A sudden change in the course of a disease or fever. **3.** An emotionally stressful event or a traumatic change in a person's life. **4.** A point in a story or drama when a conflict reaches its highest tension and must be resolved. [ME < Lat., judgment < Gk. *krisis* < *krinein,* to separate, judge. See krei- in App.]

**crisp** (krĭsp) *adj.* **crisp·er, crisp·est 1.** Firm but easily broken or crumbled; brittle. **2.** Pleasingly firm and fresh. **3a.** Bracing; invigorating. **b.** Lively; sprightly. **4.** Conspicuously clean or new. **5.** Marked by clarity, conciseness, and briskness. **6.** Having small curls, waves, or ripples. ❖ *v.* **crisped, crisp·ing, crisps** —*tr.* To make or keep crisp. —*intr.* To become or remain crisp. ❖ *n.* **1.** Something crisp or easily crumbled. **2.** A dessert of fruit baked with a sweet crumbly topping. **3.** *Chiefly British* A potato chip. [ME, curly < OE < Lat. *crispus.*] —**crisp'ly** *adv.* —**crisp'ness** *n.*

**cris·pate** (krĭs'pāt') also **cris·pat·ed** (-pā'tĭd) *adj.* Curled or ruffled, as the margins of certain leaves. [Lat. *crispātus,* p.part. of *crispāre,* to curl < *crispus,* curly.]

**cris·pa·tion** (krĭs-pā'shən) *n.* **1a.** The act of crisping or curling. **b.** The state of being crisped or curled. **2.** A slight involuntary muscular contraction, often producing a crawling sensation of the skin.

**crisped** (krĭspt) *adj. Botany* Crispate.

**crisp·er** (krĭs'pər) *n.* One that crisps, esp. a compartment in a refrigerator used to keep vegetables fresh.

**Cris·pin** (krĭs'pĭn), Saint. 3rd cent. A.D. Roman shoemaker who with his brother Saint Crispinian sought to spread Christianity and was martyred.

**crisp·y** (krĭs'pē) *adj.* **-i·er, -i·est** Firm but easily broken or crumbled; crisp. **2.** Having small curls, waves, or ripples. —**crisp'i·ness** *n.*

**criss·cross** (krĭs'krôs', -krŏs') *v.* **-crossed, -cross·ing, -cross·es** —*tr.* **1.** To mark with crossing lines. **2.** To move back and forth through or over. —*intr.* To move back and forth. ❖ *n.* **1.** A mark or pattern made of crossing lines. **2.** A state of being or conflicting or contrary purposes. ❖ *adj.* Crossing one another or marked by crossings. ❖ *adv.* In a manner or direction that crosses or is marked by crossings. [Alteration of ME *Cristcrosse,* mark of a cross, short for *Cristcross* (*me speed*), may Christ's cross (give me success).]

**cris·sum** (krĭs'əm) *n., pl.* **cris·sa** (krĭs'ə) The feathers or area under the tail of a bird surrounding the cloacal opening. [NLat.

---

< Lat. *crissāre, crīsāre,* to rotate the buttocks during copulation.] —**cris'sal** (-əl) *adj.*

**cris·ta** (krĭs'tə) *n., pl.* **-tae** (-tē) **1.** *Anatomy* A crest or ridge. **2.** *Biology* One of the inward projections or folds of the inner membrane of a mitochondrion. [Lat.]

**cris·tate** (krĭs'tāt') also **cris·tat·ed** (-tā'tĭd) *adj.* Having or forming a crest or crista. [Lat. *cristātus* < *crista,* tuft.]

**cri·te·ri·on** (krī-tîr'ē-ən) *n., pl.* **-te·ri·a** (-tîr'ē-ə) or **-te·ri·ons** A standard, rule, or test on which a judgment or decision can be based. [Gk. *kritērion* < *kritēs,* judge < *krinein,* to separate, judge.] —**cri'te'ri·al** (-əl) *adj.*

**USAGE NOTE** Like the analogous etymological plurals *agenda* and *data, criteria* is widely used as a singular form. Unlike them, however, it is not yet acceptable in this use.

**crit·ic** (krĭt'ĭk) *n.* **1.** One who forms and expresses judgments of the merits, faults, value, or truth of a matter. **2.** One who analyzes, classifies, interprets, or evaluates literary or other artistic works. **3.** One who tends to make harsh or carping judgments. [Lat. *criticus* < Gk. *kritikos,* able to discern < *kritēs,* judge < *krinein,* to separate, judge. See krei- in App.]

**crit·i·cal** (krĭt'ĭ-kəl) *adj.* **1.** Inclined to judge severely and find fault. **2.** Characterized by careful, exact evaluation and judgment. **3.** Of, relating to, or characteristic of critics or criticism. **4.** Forming or having the nature of a turning point. **5a.** Of or relating to a medical crisis. **b.** Being or relating to a grave physical condition. **6.** Indispensable; essential. **7.** Being in or verging on a state of crisis or emergency. **8.** Fraught with danger or risk. **9.** *Mathematics* Of or relating to a point at which a curve has a horizontal tangent line, as at a maximum or minimum. **10.** *Chemistry & Physics* Of or relating to the value of a measurement, such as temperature, at which an abrupt change in a quality, property, or state occurs. **11.** *Physics* Capable of sustaining a nuclear chain reaction. —**crit'i·cal·ly** *adv.* —**crit'i·cal·ness** *n.*

**critical angle** *n.* **1.** The smallest angle of incidence at which a light ray can be completely reflected from the boundary between two media. **2.** The angle of attack of an airfoil at which airflow abruptly changes, altering the lift and drag of an aircraft.

**crit·i·cal·i·ty** (krĭt'ĭ-kăl'ĭ-tē) *n., pl.* **-ties. 1.** The quality, state, or degree of being of the highest importance. **2.** *Physics* The point at which a nuclear reaction is self-sustaining.

**critical mass** *n.* **1.** The smallest mass of a fissionable material that will sustain a nuclear chain reaction. **2.** The amount of matter needed to generate sufficient gravitational force to halt the current expansion of the universe. **3.** An amount or level required for a specific result to occur.

**critical point** *n.* **1.** *Physics* The temperature and pressure at which the liquid and gaseous phases of a pure stable substance become identical. **2.** *Mathematics* A point at which a given function has derivative of zero or a derivative that is undefined.

**critical state** *n.* See **critical point** 1.

**crit·i·cas·ter** (krĭt'ĭ-kăs'tər) *n.* A petty or inferior critic. [CRITIC + Lat. *-aster,* pejorative suff.]

**crit·i·cism** (krĭt'ĭ-sĭz'əm) *n.* **1.** The act of criticizing, esp. adversely. **2.** A critical comment or judgment. **3a.** The practice of analyzing, classifying, interpreting, or evaluating literary or other artistic works. **b.** A critical article or essay; a critique. **c.** The investigation of the origin and history of literary documents; textual criticism.

**crit·i·cize** (krĭt'ĭ-sīz') *v.* **-cized, -ciz·ing, -ciz·es** —*tr.* **1.** To find fault with. See Usage Note at **critique. 2.** To judge the merits and faults of; analyze and evaluate. —*intr.* To act as a critic. —**crit'i·ciz'a·ble** *adj.* —**crit'i·ciz'er** *n.*

**SYNONYMS** criticize, blame, reprehend, censure, condemn, denounce These verbs mean to express an unfavorable judgment. *Criticize* can mean merely to evaluate without necessarily finding fault; however, the word usually implies the expression of disapproval: *The review criticized the novel. Blame* emphasizes the finding of fault and the fixing of responsibility: *"People are always blaming their circumstances for what they are"* (George Bernard Shaw). *Reprehend* implies sharp disapproval: *"reprehends students who have protested apartheid"* (New York Times). *Censure* refers to open and strong expression of criticism; often it implies a formal reprimand: *"No man can justly censure or condemn another, because indeed no man truly knows another"* (Thomas Browne). *Condemn* denotes the pronouncement of harshly adverse judgment: *"The wrongs which we seek to condemn and punish have been so calculated, so malignant and so devastating that civilization cannot tolerate their being ignored"* (Robert H. Jackson). *Denounce* implies public proclamation of condemnation or repudiation: *The press denounced his policies.*

**cri·tique** (krĭ-tēk') *n.* **1.** A critical review or commentary, esp. one dealing with works of art or literature. **2.** A critical discussion of a specified topic. **3.** The art of criticism. ❖ *tr.v.* **-tiqued, -tiqu·ing, -tiques** *Usage Problem* To review or discuss critically. [Fr. < Gk. *kritikē* (*tekhnē*), (art) of criticism, fem. of *kritikos,* critical. See CRITIC.]

**USAGE NOTE** *Critique* has been used as a verb meaning "to review or discuss critically" since the 18th century, but lately this

| | | |
|---|---|---|
| ă pat | oi boy | |
| ā pay | ou out | |
| âr care | ŏŏ took | |
| ä father | ŏŏ boot | |
| ĕ pet | ŭ cut | |
| ē be | ûr urge | |
| ĭ pit | th thin | |
| ī pie | th this | |
| îr pier | hw which | |
| ŏ pot | zh vision | |
| ō toe | ə about, | |
| ô paw | item | |

*Stress marks:*
ʹ (primary);
ˌ (secondary), as in
**lexicon** (lĕk'sĭ-kŏn')

**1180**

**replete**

**repress**

< Lat. *plēnus*; see **pelə-¹** in App.).] —**re·plen′ish·er** *n.* —**re·plen′ish·ment** *n.*

**re·plete** (rĭ-plēt′) *adj.* **1.** Abundantly supplied; abounding: *a stream replete with trout.* **2.** Filled to satiation; gorged. **3.** *Usage Problem* Complete: *a computer system replete with color monitor, printer, and software.* [ME < OFr. < Lat. *replētus*, p. part. of *replēre*, to refill : *re-*, re- + *plēre*, to fill; see **pelə-¹** in App.] —**re·plete′ness** *n.*

USAGE NOTE *Replete* means "abundantly supplied" and is not generally accepted as a synonym for *complete.*

**re·ple·tion** (rĭ-plē′shən) *n.* **1.** The condition of being fully supplied or completely filled. **2.** A state of excessive fullness.

**re·plev·in** (rĭ-plĕv′ĭn) *n.* **1.** An action to recover personal property said or claimed to be unlawfully taken. **2.** The writ or procedure of such an action. ❖ *tr.v.* **-ined, -in·ing, -ines** To replevy. [ME < AN *replevine* < *replevir*, to give as a security : *re-*, re- + *plevir*, to pledge (< LLat. *plebere*, of Gmc. orig.; see **dlegh-** in App.).]

**re·plev·y** (rĭ-plĕv′ē) *tr.v.* **-ied, -y·ing, -ies** To regain possession of by a writ of replevin. ❖ *n., pl.* **-ies** A replevin. [AN *replevir.* See REPLEVIN.]

**rep·li·ca** (rĕp′lĭ-kə) *n.* **1.** A copy or reproduction of a work of art, esp. one by the original artist. **2.** A copy or reproduction, esp. one smaller than the original. [Ital. < *replicare*, to repeat < LLat. *replicāre.* See REPLICATE.]

**rep·li·case** (rĕp′lĭ-kās′, -kāz′) *n.* An enzyme that catalyzes the synthesis of a complementary RNA molecule from an RNA template. [REPLIC(ATE) + -ASE.]

**rep·li·cate** (rĕp′lĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates** —*tr.* **1.** To duplicate, copy, reproduce, or repeat. **2.** *Biology* To reproduce or make an exact copy of (a cell, for example). **3.** To fold over or bend back. —*intr.* To become replicated; undergo replication. ❖ *n.* (-kĭt) A repetition of an experiment or procedure. ❖ *adj.* **replicate** (-kĭt) also **rep·li·cat·ed** (-kā′tĭd) Folded over or bent back upon itself: *a replicate leaf.* [ME *replicaten* < LLat. *replicāte*, *replicāt-*, to repeat < Lat., to fold back : *re-*, re- + *plicāre*, to fold; see **plek-** in App.] —**rep′li·ca′tive** *adj.*

**rep·li·ca·tion** (rĕp′lĭ-kā′shən) *n.* **1.** A fold or a folding back. **2.** A reply to an answer; a rejoinder. **3.** *Law* The plaintiff's response to the defendant's answer or plea. **4.** An echo or a reverberation. **5.** A copy or reproduction. **6.** The act or process of duplicating or reproducing something, such as results in a scientific experiment. **7.** *Biology* The process by which genetic material, a single-celled organism, or a virus reproduces or makes a copy of itself.

**rep·li·con** (rĕp′lĭ-kŏn′) *n.* A genetic element that undergoes replication as an autonomous unit. [REPLIC(ATION) + -ON¹.]

**re·ply** (rĭ-plī′) *v.* **-plied, -ply·ing, -plies** —*intr.* **1.** To give an answer in speech or writing. **2.** To respond by an act or gesture. **3.** To echo. **4.** To return gunfire or an attack. **5.** *Law* To respond to a defendant's plea. —*tr.* To say or give as an answer: *I replied that I could.* See Syns at **answer.** ❖ *n., pl.* **-plies 1.** A written or spoken response. **2.** A response by an action or gesture. **3.** *Law* A plaintiff's formal response in answer to that of a defendant. [ME *replien* < OFr. *replier* < Lat. *replicāre*, to fold back. See REPLICATE.] —**re·pli′er** *n.*

**re·po¹** (rē′pō′) *n., pl.* **-pos** *Informal* A repurchase agreement. [Shortening and alteration of REPURCHASE AGREEMENT.]

**re·po²** (rē′pō′) *n., pl.* **-pos** *Informal* **1.** Repossession of merchandise or property from a buyer who has defaulted on payment. **2.** Repossessed merchandise or property.

**re·po·lar·i·za·tion** (rē-pō′lər-ĭ-zā′shən) *n.* The restoration of a polarized state across a membrane, as in a muscle fiber following contraction.

**re·po·lar·ize** (rē-pō′lə-rīz′) *intr.v.* **-ized, -iz·ing, -iz·es** To return to a polarized state; undergo repolarization.

**re·port** (rĭ-pôrt′, -pōrt′) *n.* **1.** An account presented usu. in detail. **2.** A formal account of the proceedings or transactions of a group. **3.** *Law* A published collection of authoritative accounts of court cases or of judicial decisions. Often used in the plural. **4.** Common talk; rumor or gossip. **5.** Reputation; repute. **6.** An explosive noise. ❖ *v.* **-port·ed, -port·ing, -ports** —*tr.* **1.** To make or present an often official, formal, or regular account of. **2.** To relate or tell about; present. **3.** To write or provide an account or summation of for publication or broadcast. **4.** To submit or relate the results of considerations concerning: *reported the bull.* **5.** To carry back and repeat to another. **6.** To complain about or denounce: *reported them to the principal.* —*intr.* **1.** To make a report. **2.** To serve as a reporter for a publication, broadcasting company, or other news media. **3.** To present oneself. **4.** To be accountable. —*idiom:* **on report** Subject to disciplinary action. [ME < OFr. < *reporter*, to report < Lat. *reportāre* : *re-*, re- + *portāre*, to carry; see **per-²** in App.] —**re·port′a·ble** *adj.*

**re·port·age** (rĭ-pôr′tĭzh′, rĭ-pôr′tĭj, -pôr′-) *n.* **1.** The act or process of reporting news or information. **2.** Something reported. [Fr. < *reporter*, to report < OFr. See REPORT.]

**report card** *n.* A report of a student's progress presented periodically to a parent or guardian.

**re·port·ed·ly** (rĭ-pôr′tĭd-lē, -pôr′-) *adv.* By report; supposedly.

**re·port·er** (rĭ-pôr′tər, -pôr′-) *n.* **1.** A writer, investigator, or presenter of news stories. **2.** *Law* A person who is authorized to write

and issue official accounts of judicial or legislative proceedings. —**rep′or·to′ri·al** (rĕp′ər-tôr′ē-əl, -tôr′-, rē′pər-) *adj.* —**rep′or·to′ri·al·ly** *adv.*

**re·pose¹** (rĭ-pōz′) *n.* **1.** The act of resting or the state of being at rest. **2.** Freedom from worry; peace of mind. **3.** Calmness; tranquility. ❖ *v.* **-posed, -pos·ing, -pos·es** —*tr.* **1.** To lay (oneself) down. **2.** To rest or relax (oneself). —*intr.* **1.** To lie at rest. **2.** To lie dead. **3.** To lie while being supported by something. [< ME *reposen*, to be at rest < OFr. *reposer* < Lat. *repausāre*, to cause to rest : Lat. *re-*, re- + Lat. *pausāre*, to rest (< *pausa*, rest; see PAUSE).] —**re·pos′al** *n.* —**re·pos′er** *n.*

**re·pose²** (rĭ-pōz′) *tr.v.* **-posed, -pos·ing, -pos·es** To place (trust, for example): *reposed all his hopes in the new cure.* [ME *reposen*, to replace < Lat. *repōnere*, *repos-*, to put away. See REPOSIT.]

**re·pose·ful** (rĭ-pōz′fəl) *adj.* Marked by, conducive to, or expressing repose. —**re·pose′ful·ness** *n.*

**re·pos·it** (rĭ-pōz′ĭt) *tr.v.* **-it·ed, -it·ing, -its 1.** To put away; store. **2.** To put back; replace. [Lat. *repōnere, reposit-* : *re-*, re- + *pōnere*, to place; see **apo-** in App.]

**re·po·si·tion** (rē′pə-zĭsh′ən, rē′pə-) *n.* **1.** The act of repositing or the condition of being reposited. **2.** The return of something, such as a bone, to its proper position. ❖ *tr.v.* (rē′pə-) **-tioned, -tion·ing, -tions 1.** To place or put in a new position; position again. **2.** To update or change the marketing of (a product or service).

**re·pos·i·to·ry** (rĭ-pōz′ĭ-tôr′ē, -tôr′ē) *n., pl.* **-ries 1.** A place where things may be put for safekeeping. **2.** A warehouse. **3.** A museum. **4.** A burial vault; a tomb. **5.** One that contains or is a store of something specified. **6.** One who is entrusted with secrets or confidential information.

**re·pos·sess** (rē′pə-zĕs′) *tr.v.* **-sessed, -sess·ing, -sess·es 1a.** To regain possession of. **b.** To reclaim possession of for failure to pay installments due. **2.** To give back possession to. —**re′pos·ses′sion** (-zĕsh′ən) *n.* —**re′pos·ses′sor** *n.*

**re·pous·sé** (rə-pōō-sā′) *adj.* **1.** Having patterns in relief formed by hammering and pressing on the reverse side. Used esp. of metal. **2.** Raised in relief. ❖ *n.* **1.** A design in relief. **2.** The technique of hammering and pressing designs in relief. [Fr., p. part. of *repousser*, to push back < OFr. : *re-*, re- + *pousser*, to push (< Lat. *pulsāre*, to beat, freq. of *pellere*, to push; see REPEL).]

**repp** (rĕp) *n.* Variant of **rep¹.**

**rep·re·hend** (rĕp′rĭ-hĕnd′) *tr.v.* **-hend·ed, -hend·ing, -hends** To reprove; censure. See Syns at **criticize.** [ME *reprehenden* < Lat. *reprehendere* : *re-*, re- + *prehendere*, to seize; see **ghend-** in App.]

**rep·re·hen·si·ble** (rĕp′rĭ-hĕn′sə-bəl) *adj.* Deserving rebuke or censure; blameworthy. [ME < OFr. < LLat. *reprehēnsibilis* < Lat. *reprehēnsus*, p. part. of *reprehendere*, to reprehend. See REPREHEND.] —**rep′re·hen′si·bil′i·ty, rep′re·hen′si·ble·ness** *n.* —**rep′re·hen′si·bly** *adv.*

**rep·re·hen·sion** (rĕp′rĭ-hĕn′shən) *n.* Reprehending. —**rep′re·hen′sive** (-sĭv) *adj.*

**rep·re·sent** (rĕp′rĭ-zĕnt′) *tr.v.* **-sent·ed, -sent·ing, -sents 1a.** To stand for; symbolize: *The bald eagle represents the United States.* **b.** To indicate or communicate by signs or symbols: *Letters of the alphabet represent sounds.* **2a.** To depict in art; portray. **b.** To describe in words; set forth. **3.** To present clearly to the mind. **4.** To draw attention to by way of remonstrance or protest. **5.** To describe or put forward (a person or thing) as manifesting a specified quality. **6a.** To serve as the official and authorized delegate or agent for. **b.** To act as a spokesperson for. **7.** To serve as an example of. **8.** To be the equivalent of. **9a.** To stage (a play, for example); produce. **b.** To act the part or role of. [ME *representen* < OFr. *representer* < Lat. *repraesentāre*, to show : *re-*, re- + *praesentāre*, to present; see PRESENT².] —**rep′re·sent′a·bil′i·ty** *n.* —**rep′re·sent′a·ble** *adj.* —**rep′re·sent′er** *n.*

**rep·re·sen·ta·tion** (rĕp′rĭ-zĕn-tā′shən, -zən-) *n.* **1.** The act of representing or the state of being represented. **2.** Something that represents, as: **a.** An image or likeness of something. **b.** An account or statement, as of facts or arguments. **c.** An expostulation; a protest. **d.** A presentation or production, as of a play. **3.** The state or condition of serving as an official delegate, agent, or spokesperson. **4.** The right or privilege of being represented by delegates having a voice in a legislative body. **5.** *Law* A statement of fact made by one party in order to induce another party to enter into a contract.

**rep·re·sen·ta·tion·al** (rĕp′rĭ-zĕn-tā′shə-nəl, -zən-) *adj.* Of or relating to representation, esp. to realistic graphic representation. —**rep′re·sen·ta′tion·al·ism** *n.*

**rep·re·sen·ta·tive** (rĕp′rĭ-zĕn′tə-tĭv) *n.* **1.** One that serves as an example or type for others of the same classification. **2.** One that serves as a delegate or agent for another. **3a.** A member of a governmental body, usu. legislative, chosen by popular vote. **b.** A member of the US House of Representatives or of the lower house of a state legislature. ❖ *adj.* **1.** Representing, depicting, or portraying or able to do so. **2.** Authorized to act as an official delegate or agent. **3.** Of, relating to, or characteristic of government by representation. **4.** Like or typical of others of the same class. —**rep′re·sen′ta·tive·ly** *adv.* —**rep′re·sen′ta·tive·ness** *n.*

**re·press** (rĭ-prĕs′) *v.* **-pressed, -press·ing, -press·es** —*tr.* **1.** To hold back by an act of volition: *repressed a smirk.* **2.** To put down by force; quell. **3.** *Psychology* To exclude (painful memories, for



**repoussé**
brass and gilt repoussé on
early 19th-century Shiviti

# Appendix I

# THE
# CHAMBERS
# DICTIONARY

Withdrawn from
LAWRENCE PUBLIC LIBRARY

## CHAMBERS

LAWRENCE PUBLIC LIBRARY
707 VERMONT STREET
LAWRENCE, KANSAS 66044

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent, Edinburgh, EH7 4AY

First published as *Chambers's Twentieth Century Dictionary* in 1901; published as *Chambers English Dictionary* in 1988; first published as *The Chambers Dictionary* in 1993.
This edition first published 2003.

© Chambers Harrap Publishers Ltd 2003

We have made every effort to mark as such all words which we believe to be trademarks. We should also like to make it clear that the presence of a word in the dictionary, whether marked or unmarked, in no way affects its legal status as a trademark.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher.

A CIP catalogue record for this book is available from the British Library.

ISBN  0550 10013 X          Standard
ISBN  0550 10105 5          Thumb index

Designed and typeset by Chambers Harrap Publishers Ltd, Edinburgh
Printed and bound in Great Britain by William Clowes, Beccles, Suffolk

♦ *adj* lame. ♦ *vt* to make lame, to disable; to impair, undermine or curtail with disastrous effect. [OE *crypel*; connected with **creep**]

■ **cripp'led** *adj*. **cripple'dom** *n*. **cripp'ler** *n*. **cripp'ling** *n* a prop set up as a support against the side of a building.

□ **cripp'leware** (*comput sl*) software that has been partly disabled to provide a limited demonstration of its use.

**crise** /krēz/ *n* (*pl* **crises** /krēz/) a peak of emotional distress, an emotional crisis. [Fr]

※ **crise de conscience** /də-kɔ̄-syäs/ a crisis of conscience, a moral dilemma. **crise de foi** /də-fwä/ an attack of doubt, distrust or disillusionment. **crise de nerfs** /də-ner/ an attack of nerves, hysterics.

**crisis** /krī'sis/ *n* (*pl* **crises** /krī'sēz/) a crucial or decisive moment; a turning point, eg in a disease; a time of difficulty or distress; an emergency. [Gr *krisis* a decision, judgement, from *krīnein* to decide]

□ **crisis management** *n* action taken to limit damage and establish the most profitable strategy in a difficult situation.

**crisp** /krisp/ *adj* curling closely; so dry as to break or crumble easily, brittle; (of pastry) short; (of weather) fresh and bracing, *esp* when frosty; (of fabric) clean, starched; (of hair) springy; firm, the opposite of limp or flabby; (of wording) neat, terse, well-turned; (of manner) firm, decisive, authoritative. ♦ *vt* and *vi* to make or become crisp. ♦ *n* (*usu in pl*) a thin slice of potato fried until crisp, a potato-crisp; any piece of food fried or roasted until crisp. [OE, from L *crispus* curled, wrinkled]

■ **crisp'āte** *adj* (*bot* and *zool*) having a wavy edge. **crispā'tion** *n* the state of being curled; a ripple or slight wave, as on the surface of water; a creeping or rippling sensation caused by a slight muscle contraction. **crisp'ature** *n* a curling. **crisp'er** *n* anything that crisps; a compartment in a refrigerator in which to keep lettuce, etc fresh. **crisp'iness** *n*. **crisp'ly** *adv*. **crisp'ness** *n*. **crisp'y** *adj* (**crisp'ier**; **crisp'iest**).

□ **crisp'bread** *n* a brittle, unsweetened type of biscuit of rye or wheat, *usu* eaten as a substitute for bread.

※ **burn to a crisp** to burn until charred and brittle.

**crispin** /kris'pin/ *n* a poetic name for a shoemaker, from *Crispin* of Soissons, the patron saint of shoemakers, martyred 25 October 287.

**criss-cross** /kris'kros/ *n* a network of crossing lines; the Latin cross at the beginning of the alphabet on a hornbook (see **criss-cross-row** under **Christ**); a mark formed by two lines in the form of a cross, as the signature of a person unable to write his or her name; a game of noughts and crosses (*esp N Am*). ♦ *adj* and *adv* crosswise; consisting of a network of crossed lines. ♦ *vt* and *vi* to cross repeatedly. [From *christ-cross*]

**crissum** /kris'əm/ *n* (*pl* **criss'a**) the area surrounding a bird's cloaca, including the under-tail feathers. [L *crissāre* to move the thighs sensuously]

**crista** /kris'tə/ *n* (*pl* **cris'tae** /-ē/) a crest; a ridge or fold resembling a crest, eg the infolding of the inner membrane of a mitochondrion (*biol*). [L]

■ **crist'ate** *adj* crested. **crist'iform** *adj*.

**cristobalite** /kris-tō'bəl-īt/ *n* one of the principal forms of silica, produced from quartz at high temperatures, occurring in volcanic rocks, slags, etc. [*Cerro San Cristóbal* in Mexico, where it was discovered]

**crit** /krit/ (*inf*) *n* short for **criticism**.

**crit.** *abbrev*: critical.

**criterion** /krī-tē'ri-ən/ *n* (*pl* **critē'ria**) a means or standard of judging; a test; a rule, standard or canon. [Gr *kritērion*, from *kritēs* a judge]

□ **crite'rion-referenced** *adj* (of an examination or assessment) judging examinees on the basis of their demonstrated mastery of certain skills and abilities (rather than by comparison with the achievements of their peers; cf **norm-referenced**). **criterion referencing** *n*.

**crith** /krith/ (*phys*) *n* a unit of mass, that of 1 litre of hydrogen at standard temperature and pressure, ie 89.88mg. [Gr *krithē* barleycorn, a small weight]

**crithidial** /krith-id'i-əl/ (*zool*) *adj* of, relating to or resembling the flagellate genus *Crithidia*, particularly applied to a stage in the life cycle of certain trypanosomes.

**crithomancy** /krith'ō-man-si/ *n* divination by strewing meal over sacrificial animals. [Gr *krithē* barley, and *manteiā* divination]

**critic** /krit'ik/ *n* someone who assesses the quality of something, a judge; a professional reviewer of literature, art, drama or music; a person skilled in textual studies and the ascertainment of the original words where readings differ; a fault-finder. [Gr *kritikos*, from *krīnein* to judge]

■ **crit'ical** *adj* at or relating to a turning point, transition or crisis; decisive, crucial; (loosely) seriously ill; relating to criticism; rigorously discriminating; captious; of a condition in which a chain reaction is self-sustaining (*phys*). **crit'ically** *adv*. **crit'icalness** or **critical'ity** *n*. **crit'icaster** *n* a petty critic (see **-aster**). **crit'icism** *n* the art of

judging, *esp* in literature or the fine arts; a critical judgement or observation. **criticizable** or **-s-** /-sīz'/ *adj*. **crit'icize** or **-ise** *vt* to analyse and pass judgement on; to find fault with, to censure. **crit'icizer** or **-s-** *n*.

□ **critical angle** *n* the smallest possible angle of incidence at which a light ray is totally reflected. **critical apparatus** same as **apparatus criticus** (see **apparatus**). **critical coupling** *n* (*elec eng*) the coupling giving maximum energy transfer between two circuits or systems tuned to the same frequency. **critical damping** *n* (*phys*) the minimum amount of damping that results in an oscillatory electric circuit or mechanical system sufficient to prevent free oscillation. **criticality accident** *n* (*nuclear eng*) the accidental attainment of a critical mass of fissile material by eg the drying out of a solution containing uranium-235. **critical mass** *n* (*nuclear eng*) the minimum amount of fissile material needed to sustain a chain reaction. **critical path analysis** *n* the working out with the aid of a computer the sequence of operations that must be followed in order to complete a complex piece of work in the minimum time. **critical philosophy** *n* that of Kant which is based on a critical examination of the foundations of knowledge. **critical point** or **critical state** *n* the point when a substance is between its gaseous and liquid states. **critical temperature** *n* that temperature above which a gas cannot be liquefied by pressure alone.

※ **higher criticism** scholarly investigation into general questions surrounding the Bible, such as authorship and date. **lower criticism** scholarly investigation concerning specific textual passages in the Bible.

**critique** /kri-tēk/ *n* (the art of) criticism; a critical estimate of a work of literature, art, etc; a critical dissertation or review. ♦ *vt* to discuss or analyse critically. [Fr, from Gr *kritikē* (*technē*) the art of criticism]

**critter** or **crittur** /krit'ər/ (*dialect* and *inf*; now *esp US*) *n* a creature; an animal.

**crivens** or **crivvens** /kriv'ənz/ (*Scot sl*) *interj* an exclamation expressing amazement or dismay. [Perh from *Christ* combined with *heavens*]

**CRO** *abbrev*: Criminal Records Office.

**croak** /krōk/ *vi* (of eg a frog or raven) to utter a low hoarse sound; to speak similarly hoarsely; to grumble or talk dismally; to die (*sl*). ♦ *vt* to utter (words) hoarsely; to kill (*esp N Am sl*). ♦ *n* the sound or a sound similar to that made by a frog or raven. [Imit]

■ **croak'er** *n* an animal or bird that croaks; a grumbler; any of several types of tropical seafish of the Sciaenidae family that emit croaking noises. **croak'ily** *adv*. **croak'ing** *n*. **croak'y** *adj* (**croak'ier**; **croak'iest**).

**Croat** /krō'at/ *n* a native or inhabitant of Croatia, in the former Yugoslavia; the language of Croatia. ♦ *adj* of or relating to the Croats or their language. [Serbo-Croat *Hrvat*]

■ **Croatian** /-ā'shən/ *adj* belonging to Croatia or its people. ♦ *n* a Croat; the Croat language.

**croc** /krok/ (*inf*) *n* short for **crocodile**.

**croceate, croceous** see under **crocus**[1].

**crocein** /krō'si-in/ *n* one of a group of red and yellow artificial dyes. [L *croceus* yellow]

**croche** /krōch/ *n* a knob at the top of a deer's horn. [Fr]

**crochet** /krō'shā/ *n* decorative work consisting of intertwined loops, executed in wool or thread with a small hook. ♦ *vi* and *vt* (**crocheting** /krō'shā-ing/; **crocheted** /krō'shād/) to work in crochet. [Fr *crochet*, from *croche*, *croc* a hook]

■ **cro'cheter** *n*. **cro'cheting** *n* the action of crochet. ♦ *n* crochetwork.

**crocidolite** /krō-sid'ə-līt/ *n* a fibrous mineral consisting mainly of silicate of iron and sodium, called *blue asbestos*; in S Africa also a golden alteration product or pseudomorph of this mineral, consisting largely of quartz. [From Gr *krokis*, *-idos* nap of cloth, and *lithos* stone]

**crock**[1] /krok/ *n* a pot or jar; a potsherd. [OE *croc*; Ger *Krug*; perh of Celtic origin, as in Welsh *crochan* a pot, Gaelic *crogan* a pitcher]

■ **crocked** *adj* (*N Am sl*) drunk. **crock'ery** *n* earthenware; all types of domestic pottery.

※ **crock of shit** (*vulgar sl*; chiefly *N Am*) something considered worthless or nonsense.

**crock**[2] /krok/ (*inf*) *n* a broken down or decrepit person or thing. ♦ *vi* to break down (often with *up*). ♦ *vt* to disable. [Cf Norw and Swed *krake* a poor beast]

**crock**[3] /krok/ (*dialect*) *n* dirt, smut. ♦ *vt* to fill or cover with dirt or smut. [Origin doubtful]

**crockery** see under **crock**[1].

**crocket** /krok'it/ (*archit*) *n* an ornament on the sloping sides of a pediment, pinnacle, etc, *usu* like curled leaves or flowers. [See **croquet**]

**crocodile** /krok'ə-dīl/ *n* a large long-tailed tropical reptile of the genus *Crocodilus* (order Crocodilia), with powerful tapering jaws and a thick skin covered with bony plates; sometimes extended

and vi (*Shakesp*) to feed. [OFr *repast* (Fr *repas*), from LL *repastus*, from L *pascere*, *pastum* to feed]
■ **repas'ture** *n* (*Shakesp*) food.

**repatriate** /rē-, ri-pāt-ri-āt or -pat'/ *vt* to restore or send (someone) back to his or her own country. ♦ *n* a repatriated person. [LL *repatriāre*, *-ātum* to return to one's country, from L *patriā*]
■ **repatriā'tion** *n* the act or fact of being repatriated; the return of capital, invested abroad, to investment in its country of origin (*finance*). **repat'riator** *n*.

**repay** /rē-pā' or ri-pā'/ *vt* (**repay'ing**; **repaid'**) to pay back; to make return for; to recompense; to pay or give in return. ♦ *vi* to make repayment. [re-]
■ **repay'able** *adj* that is to be repaid; due. **repay'ment** *n*.

**repeal** /ri-pel'/ *vt* to revoke; to annul; to quash, repress, set aside (*Spenser* and *Milton*); to recall from banishment (*obs*); to try to have restored to favour (*Shakesp*). ♦ *n* abrogation; (with *cap*) dissolution of the Union between Great Britain and Ireland called for by O'Connell (*hist*). [OFr *rapeler*, from pfx *re-*, and *apeler* to appeal]
■ **repeal'able** *adj*. **repeal'er** *n* a person who repeals; (with *cap*) an advocate of Repeal (*hist*).

**repeat** /ri-pēt'/ *vt* to say, do, perform or go over again; to iterate; to quote from memory; to say off; to recount; to celebrate (*Milton*); to say or do another; to tell to others, divulge; to cause to recur; to reproduce; to repeat the words or actions of (*reflexive*); to seek again (*obs*); to ask back (*obs*). ♦ *vi* to recur; to make repetition; to strike the last hour, quarter, etc when required; to fire several shots without reloading; to rise so as to be tasted after swallowing; to vote (illegally) more than once (*US*). ♦ *n* a repetition; a retracing of one's course; a passage repeated or marked for repetition (*music*); dots or other mark directing repetition; a unit of a repeated pattern; an order for more goods of the same kind; a radio or television programme broadcast for the second, third, etc time. ♦ *adj* done or occurring as a repetition. [Fr *répéter*, from L *repetere*, *repitītum*, from *re-* again, and *petere* to seek]
■ **repeatabil'ity** *n*. **repeat'able** *adj* able to be done again; fit to be told to others. **repeat'ed** *adj* done again; reiterated. **repeat'edly** *adv* many times repeated; again and again. **repeat'er** *n* someone or something that repeats, or does a thing that he, she or it has done before; a decimal fraction in which the same figure (or sometimes figures) is repeated to infinity; a watch, clock or firearm that repeats; a ship that repeats an admiral's signals; an instrument for automatically retransmitting a message (*telegraphy*); a thermionic amplifier inserted in a telephone circuit (also **repeating coil**) or in a cable. **repeat'ing** *n* and *adj*.
□ **repeat purchasing** *n* (*marketing*) the buying of products that are used frequently, such as newspapers or bread.
※ **repeat oneself** to say again what one has said already.

**repechage** /rep'ə-shäzh or (Fr) rə-pesh-äzh/ *n* (*sport*, *esp rowing* and *fencing*) a supplementary heat or competition giving competitors eliminated in the first heat or earlier competitions a second chance to go on to the final (also *adj*). [Fr *repêchage* a fishing out again]

**repel** /ri-pel'/ *vt* (**repell'ing**; **repelled'**) to drive off or back; to repulse; to reject; to hold off; to provoke aversion in; to repudiate. [L *repellere*, from *pellere* to drive]
■ **repell'ence** or **repell'ency**, also **repell'ance**, or **repell'ancy** *n*. **repell'ent**, also **repell'ant** *adj* driving back; able or tending to repel; distasteful. ♦ *n* anything that repels. **repell'ently**, also **repell'antly** *adv*. **repell'er** *n*. **repell'ing** *adj*. **repell'ingly** *adv*.

**repent**[1] /ri-pent'/ *vi* to regret, be sorry for, or wish to have been otherwise, what one has done or left undone (with *of*); to change from past evil or misconduct; to feel contrition; to sorrow (*Spenser*). ♦ *vt* (*reflexive* or *impers*) to affect with contrition or with regret (*archaic*); to regret or feel contrition for (an action). ♦ *n* (*Spenser*) repentance. [OFr *repentir*, from L *paenitēre* to cause to repent]
■ **repent'ance** *n* the act of repenting; the state of being penitent. **repent'ant** *adj* experiencing or expressing repentance. ♦ *n* (*rare*) a penitent. **repent'antly** *adv*. **repent'er** *n*. **repent'ingly** *adv*.

**repent**[2] /rē'pənt/ (*bot*) *adj* lying on the ground and rooting (also **rep'tant**). [L *repēns*, *-entis*, prp of *repere* to creep]

**repercuss** /rē-pər-kus'/ *vt* (*obs*, or now *inf*) to drive back, reflect, reverberate or have consequences. [L *repercutere*, *-cussum*, from *re-*, *per* and *quatere* to strike]
■ **repercussion** /-kush'ən/ *n* driving back; reverberation; echo; reflection; a return stroke, reaction or consequence. **repercussive** /-kus'iv/ *adj* driving back; reverberating; echoing; repeated.

**repertory** /rep'ər-tər-i/ *n* a stock of pieces that a person or company is prepared to perform; repertory theatres collectively; a storehouse, repository. [LL *repertōrium*, from L *reperīre* to find again, from *parere* to bring forth]
■ **repertoire** /rep'ər-twär/ *n* (Fr *répertoire*) a performer's or company's repertory; a full set of the codes and instructions which a computer can accept and execute (*comput*).
□ **repertory theatre** *n* a theatre with a repertoire of plays and a stock or permanent company of actors, called a **repertory company**.

**repetend** /rep'i-tend or rep-i-tend'/ *n* the figure(s) that recur(s) in a recurring decimal number (*maths*); a recurring note, word, refrain, etc; anything that recurs or is repeated. ♦ *adj* to be repeated. [L *repetendum* that which is to be repeated, from L *repetere* to repeat]

**répétiteur** /rā-pā-tē-tær/ *n* a coach, tutor; a person who rehearses opera singers, etc. [Fr; cf **repeat**]

**repetition** /rep-i-tish'ən/ *n* the act of repeating; recital from memory; a thing repeated; power of repeating a note promptly. [L *repetere*; see **repeat**]
■ **repeti'tional**, **repeti'tionary** or **repetitious** /-tish'əs/ *adj* of the nature of, or characterized by, repetition. **repeti'tiously** or **repet'itively** *adv*. **repeti'tiousness** or **repet'itiveness** *n*. **repetitive** /ri-pet'i-tiv/ *adj* iterative; overinclined to repetition.
□ **repetitive strain** (or **stress**) **injury** *n* inflammation of the tendons and joints of the hands and lower arms, caused by repeated performance of identical manual operations (*abbrev* **RSI**).

**rephrase** /rē-frāz'/ *vt* to put in different words, *usu* so as to make more understandable, acceptable, etc. [re-]

**repine** /ri-pīn'/ *vi* to fret (with *at* or *against*); to feel discontent; to murmur. ♦ *vt* (*obs*) to lament; to grudge. ♦ *n* (*Shakesp*) a repining. [Appar from *pine*[2]]
■ **repine'ment** *n*. **repīn'er** *n*. **repīn'ing** *n* and *adj*. **repīn'ingly** *adv*.

**repique** /ri-pēk'/ *n* at piquet, the winning of thirty points or more from combinations in one's own hand, before play begins. ♦ *vt* to score a repique against. ♦ *vi* to score a repique. [Fr *repic*]

**repla** see **replum**.

**replace** /ri- or rē-plās'/ *vt* to put back; to provide a substitute for; to take the place of, supplant. [re-]
■ **replace'able** *adj*. **replace'ment** *n* the act of replacing; a person or thing that takes the place of another; the occurrence of a face or faces in the position where the principal figure would have a corner or edge (*crystallog*); the process by which one mineral gradually forms from another in crystalline form by solution and redeposition (*geol*). **replac'er** *n* a substitute.
□ **replaceable hydrogen** *n* hydrogen atoms that can be replaced in an acid by metals to form salts.

**replant** /rē-plänt'/ *vt* and *vi* to plant again. ♦ *vt* to replace surgically (a severed limb, digit, etc). [re-]
■ **replantā'tion** *n*.

**replay** /rē-plā'/ *vt* to play again (a game, match, record, recording, etc). ♦ *n* /rē'plā/ a game or match played again; a recording played again, *esp* (also **action replay**) of a part of a broadcast game or match, often in slow motion. [re-]

**replenish** /ri-plen'ish/ *vt* to fill again; to fill completely; to stock abundantly; to people. [OFr *replenir*, *-iss-*, from *replein* full, from L *re-* again, and *plēnus* full]
■ **replen'ished** *adj* (*Shakesp*) complete, consummate. **replen'isher** *n* a person who replenishes; an apparatus for maintaining an electric charge. **replen'ishment** *n*.

**replete** /ri-plēt'/ *adj* full; completely filled; filled to satiety; abounding (with *with*). ♦ *vt* to fill to repletion. [L *replētus*, pap of *replēre*, from *plēre* to fill]
■ **replete'ness** or **replē'tion** *n* superabundant fullness; surfeit; fullness of blood (*med*); plethora.

**replevy** /ri-plev'i/ (*law*) *vt* (**replev'ying**; **replev'ied**) to bail (*archaic*); to recover, or restore to the owner (goods distrained) upon pledge to try the right in legal proceedings. ♦ *n* replevin. [OFr *replevir*, from *plevir* to pledge]
■ **replev'iable** or **replev'isable** /-i-sab-l/ *adj*. **replev'in** *n* replevying; a writ or action in such a case. ♦ *vt* to recover by replevin (*Swift*, etc).

**replica** /rep'li-ka/ *n* a duplicate, *esp* one by the original artist; a facsimile; a repeat (*music*). [Ital, from L *replicāre* to repeat]

**replicate** /rep'li-kāt/ *vt orig* to fold back; to repeat; to make a replica of; to reply. ♦ *vi* (of molecules of living material) to reproduce molecules identical with themselves. ♦ *n* /-kit or -kət/ (*music*) a tone

---

Some words formed with the prefix re-.

| | | |
|---|---|---|
| **rēinvolve'** *vt*. | **rējudge'** *vt*. | **rēlearn'** *vt*. |
| **rēiss'uable** *adj*. | **rēkey'** *vt*. | **rēlet'** *vt*. |
| **rēiss'ue** *vt* and *n*. | **rēkin'dle** *vt* and *vi*. | **rēlight'** *vt* and *vi*. |

---

■ words derived from main entry word; □ compound words; ※ idioms and phrasal verbs

# Appendix J

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

### Seventh Edition



**Published by**
**Standards Information Network**
**IEEE Press**

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*          *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

**(5)** The full width of a distribution measured at half the maximum ordinate. For a normal distribution, FWHM = 2 · (2 ln 2)1/2 = 2.355 times the standard deviation, s.
(NPS) 325-1996

**full width at one-tenth maximum (FW.1M)** The full width of a distribution measured at one tenth of the maximum ordinate measured above the background. (NPS) 300-1988r

**full width at tenth maximum (FWTM) (x-ray energy spectrometers)** Same as full width at half maximum (FWHM), except measurement is made at one tenth of the maximum ordinate rather than one half. (NPS/NID) 759-1984r

**full width (duration) half maximum (fiber optics)** A measure of the extent of a function. Given by the difference between the two extreme values of the independent variable at which the dependent variable is equal to half of its maximum value. The term "duration" is preferred when the independent variable is time. *Note:* Commonly applied to the duration of pulse waveforms, the spectral extent of emission or absorption lines, and the angular or spatial extent of radiation patterns.
(Std100) 812-1984w

**fullword** *See:* computer word; word.

**fully concatenated key** *See:* concatenated key.

**fully connected network** A network in which each node is directly connected with every other node.
(LM/COM) 168-1956w

**fully decoded EAROM organization** An EAROM organization in which rows and columns of memory cells are addressable through on-chip decoding circuitry. (ED) 641-1987w

**fully inverted file** An file that has been inverted on all secondary keys in the file. *Contrast:* partially inverted file.
(C) 610.5-1990w

**fully qualified software_spec** A software_spec that always identifies a software object unambiguously.
(C/PA) 1387.2-1995

**fully relational** Pertaining to a database management system that supports a relational database and a language that provides the functionality of the relational algebra.
(C) 610.5-1990w

**fume-resistant** So constructed that it will not be injured readily by exposure to the specified fume.
(SWG/PE/IA/ICTL/IAC) C37.100-1981s, [56], [60]

**function (1) (general)** When a mathematical quantity $u$ depends on a variable quantity $x$ so that to each value of $x$ (within the interval of definition) there correspond one or more values of $u$, then $u$ is a function of $x$ written $u = f(x)$. The variable $x$ is known as the independent variable or the argument of the function. When a quantity $u$ depends on two or more variables $x_1, x_2, \ldots x_n$ so that for every set of values of $x_1, x_2, \ldots x_n$ (within given intervals for each of the variables) there correspond one or more values of $u$, then $u$ is a function of $x_1, x_2, \ldots x_n$ and is written $u = f(x_1, x_2, \ldots x_n)$. The variables $x_1, x_2, \ldots x_n$ are the independent variables or arguments of the function. (Std100) 270-1966w

**(2) (vector)** When a scalar or vector quantity u depends upon a variable vector V so that if for each value of V (within the region of definition) there correspond one or more values of u, then u is a function of the vector V.
(Std100) 270-1966w

**(3) (test, measurement, and diagnostic equipment)** The action or purpose which a specific item is intended to perform or serve. (MIL) [2]

**(4) (A) (software)** A defined objective or characteristic action of a system or component. For example, a system may have inventory control as its primary function. **(B) (software)** A software module that performs a specific action, is invoked by the appearance of its name in an expression, may receive input values, and returns a single value. *See also:* subroutine. (C) 610.12-1990

**(5) (mathematics of computing)** A mathematical entity whose value is uniquely determined by the value of one or more independent variables. (C) 610.2-1987

**(6)** Normal or characteristic action of a component or the system of which it is a part. (PE/EDPG) 803.1-1992

**(7)** A task, action, or activity expressed as a verb-noun combination (e.g., Brake Function: stop vehicle) to achieve a defined outcome. (C/SE) 1220-1994s

**(8) (software user documentation)** A specific purpose of an entity or its characteristic action.
(SE/C) 1063-1987r, 1074-1995s

**(9)** A programming language construct, modeled after the mathematical concept. A function encapsulates some behavior. It is given zero or more arguments as input, performs some processing, and returns some results. Functions are also known as procedures, subprograms, or subroutines.
(C/PA) 1327.2-1993w, 1224.2-1993w, 1326.2-1993w, 1328.2-1993w

**(10)** A logical component of a unit that operates mostly independently. A function is independent of bus interface and node topology: a unit has registers that are externally accessible in the bus address space, a function may or may not. For example, a multi-function node may contain SCSI controller, LAN interface, and terminal interface Functions that are accessed via a shared DMA multiplex Unit. A function may also be a software entity (e.g., a Function driver), especially when messages are used for Processor-to-Processor communication. (C/MM) 1212.1-1993

**(11)** A primitive operation on system-controlled resources. This standard defines a collection of functions together with suitable input and output parameters. (C/MM) 855-1990

**(12)** A task, action, or activity that must be accomplished to achieve a desired outcome. (C/SE) 1233-1998

**(13)** A single-valued mapping. The mapping M from D to R is a *function* if for any X in D and Y in R, there is at most one pair [ X, Y ] in M. *Synonym:* single-valued. *Contrast:* multivalued. (C/SE) 1320.2-1998

**(14)** A transformation of inputs to outputs, by means of some mechanisms, and subject to certain controls, that is identified by a function name and modeled by a box. *Synonyms:* activity; task; process; operation. (C/SE) 1320.1-1998

**(15) (scheme programming language)** *See also:* procedure.
(C/MM) 1178-1990r

**functional** A link interface becomes functional when the start-up procedure has successfully completed and the link interface is ready to transmit data. (C/BA) 1355-1995

**functional address (FA) (1)** The portion of a full data transport address that specifies the read or write function that is to be performed. (IM/ST) 1451.2-1997

**(2) (local area networks)** A bit-significant address used in the ISO/IEC 8802-5 MAC format to identify well-known functional groups. (C) 8802-12-1998

**functional address instruction** An instruction whose format contains no operation field because the operation is implicitly specified by its address fields. (C) 610.10-1994w

**functional adjectives (A) (pulse terminology)** Linear. Pertaining to a feature whose magnitude varies as a function of time in accordance with the following relation or its equivalent:

$$m = a + bt$$

**(B) (pulse terminology)** Exponential. Pertaining to a feature whose magnitude varies as a function of time in accordance with either of the following relations or their equivalents:

$$m = ae^{-bt}$$
$$m = a (1 - e^{-bt})$$

**(C) (pulse terminology)** Gaussian. Pertaining to a waveform or feature whose magnitude varies as a function of time in accordance with the following relation or its equivalent:

$$m = ae^{-b (t-c)^2}, b > 0$$

**(D) (pulse terminology)** Trigonometric. Pertaining to a waveform or feature whose magnitude varies as a function of time in accordance with a specified trigonometric function or by a specified relationship based on trigonometric functions (for example, cosine squared). (IM/WM&A) 194-1977

**functional architecture** An arrangement of functions and their subfunctions and interfaces (internal and external) that defines the execution sequencing, conditions for control or data flow, and the performance requirements to satisfy the requirements baseline. (C/SE) 1220-1998

**functional area (nuclear power generating station)** (or areas) Location(s) designated within the control room to which displays and controls relating to specific function(s) are assigned. (PE/NP) 566-1977w

**functional-area data dictionary** A data dictionary that standardizes data element syntax and semantics, within and among application areas within the same functional area. *Note:* Functional-area data dictionaries contain among their contents refined or synthesized composites of the contents of application-specific data dictionaries, primarily in the form of logical application data elements. (SCC32) 1489-1999

**functional baseline** In configuration management, the initial approved technical documentation for a configuration item. *Contrast:* allocated baseline; product baseline; developmental configuration. (C) 610.12-1990

**functional character** *See:* control character.

**functional cohesion** A type of cohesion in which the tasks performed by a software module all contribute to the performance of a single function. *Contrast:* procedural cohesion; communicational cohesion; sequential cohesion; temporal cohesion; logical cohesion; coincidental cohesion.
(C) 610.12-1990

**functional component** A device that performs a necessary function for the proper operation and application of a unit of equipment. (SWG/PE) C37.100-1992

**functional configuration audit** An audit conducted to verify that the development of a configuration item has been completed satisfactorily, that the item has achieved the performance and functional characteristics specified in the functional or allocated configuration identification, and that its operational and support documents are complete and satisfactory. *See also:* physical configuration audit; configuration management. (C) 610.12-1990

**functional configuration identification** In configuration management, the current approved technical documentation for a configuration item. It prescribes all necessary functional characteristics, the tests required to demonstrate achievement of specified functional characteristics, the necessary interface characteristics with associated configuration items, the configuration item's key functional characteristics and its key lower level configuration items, if any, and design constraints. *Contrast:* product configuration identification; allocated configuration identification. *See also:* functional baseline.
(C) 610.12-1990

**functional decomposition (software)** A type of modular decomposition in which a system is broken down into components that correspond to system functions and subfunctions. *See also:* hierarchical decomposition; stepwise refinement.
(C) 610.12-1990

**functional dependency** A type of dependency between two attributes A and B in a relation, in which B is functionally dependent on A if, and only if, at every instant in time, each value of A is associated with no more than one value of B. *Note:* A is said to "identify" or "functionally determine" B. Written A - B. *See also:* full functional dependency; join dependency. (C) 610.5-1990w

**functional design (1) (A) (software)** The process of defining the working relationships among the components of a system. **(B) (software)** The result of the process in definition (A).
(PE/EDPG) 610.12-1990, 610.10-1994w
**(2)** The result of the process in (A). (C) 610.10-1994w

**functional designation (1) (general)** Letters, numbers, words, or combinations thereof, used to indicate the function of an item or a circuit, or of the position or state of a control of adjustment. *See also:* symbol for a quantity; abbreviation; reference designation; letter combination.
(GSD) 267-1966

**(2) (electric and electronics parts and equipment)** Words, abbreviations, or meaningful number or letter combinations, usually derived from the function of an item (for example: slew, yaw), used on drawings, instructional material, and equipment to identify an item in terms of its function. *Note:* A functional designation is not a reference designation nor a substitute for it. (GSD) 200-1975w

**functional diagram (test, measurement, and diagnostic equipment)** A diagram that represents the functional relationships among the parts of a system. (MIL) [2]

**functional dynamic tests (1)** Operation of the MNOS array at nominal speed to determine functional performance.
(ED) 641-1987w
**(2)** Operation of the array at specified dynamic conditions to determine functional performance. (ED) 1005-1998

**functional element (1)** A set of one or more modules that perform a particular function. (C/BA) 14536-1995
**(2)** A component of the AI-ESTATE architectural concept that is expected to perform specific duties. These include reasoning system, human presentation system, unit under test (UUT), knowledge/data base management system, test system, maintenance data/knowledge collection system, and other system. (ATLAS) 1232-1995

**functional fault tree (FFT)** A structured analysis method used to identify vital functions at the system functional level by comprehensively examining system functional faults that could precipitate hazards. (VT/RT) 1483-2000

**functional grouping** A grouping of functions into sets such that all the functions within the same group are performed by a homogenous set of equipment. *Note:* Grouping is based upon equipment's function rather than upon the actual physical realization. One function may be spread over multiple physical boxes or one physical device may perform several functions.
(C) 610.7-1995

**functional level** The level of verification activities at which vital system functions are identified from system functional and operational requirements. (VT/RT) 1483-2000

**functionality** The capabilities of the various computational, user interface, input, output, data management, and other features provided by a product. (C/SE) 1362-1998

**functional language** A programming language used to express programs as a sequence of functions and function calls. Examples include LISP and C. *See also:* algebraic language; algorithmic language. (C) 610.13-1993w, 610.12-1990

**function-limiting control table** The first table in each decade specifies the limits designed into an end device with respect to variables used within the decade.
(AMR/SCC31) 1377-1997

**functionally determined** *See:* functional dependency.

**functional model** An OSI management model that provides a conceptual and terminological framework for specific management functional areas. (C) 610.7-1995

**functional module (1) (VSB)** A collection of electronic circuitry that resides on one board and works to accomplish a specific task. Functional modules are used as a vehicle for discussing bus protocols, and should not be considered to constrain the design of actual logic. (C/MM) 1096-1988w
**(2) (VMEbus)** A collection of electronic circuitry that resides on one printed-circuit board (pcb) and works together to accomplish a task. (BA/C) 1014-1987

**functional nomenclature (generating stations electric power system)** Words or terms which define the purpose, equipment, or system for which the component is required.
(PE/EDPG) 505-1977r

**functional partitioning** The logical separation of system or unit elements along interfaces that define and isolate these elements on the basis of function or purpose.
(SCC20) 1226-1998

**functional performance test** Tests of the steady-state performance of control functions and sequences.
(PE/SUB) 1378-1997

**functional quality (FQ)** A measure of the service level and performance expected in the support of a BSR by the technology solution proposed. These FQs may be used as assessment criteria for performance and conformance testing as well as for influencing the choice of standards to populate the physical design and the choice of products to turn the physical design into a (operational) solution that can be implemented. (C/PA) 1003.23-1998

**functional requirement (1) (software)** A requirement that specifies a function that a system or system component must be able to perform. (C) 610.12-1990
**(2)** A statement that identifies what a product or process must accomplish to produce required behavior and/or results. (C/SE) 1220-1998

**functional specification (1) (software)** A document that specifies the functions that a system or component must perform. Often part of a requirements specification. (C) 610.12-1990
**(2)** A formal description of the essential requirements of a software product. It specifies the objectives of the software application, the functions that will meet those objectives, the information requirements, the internal data flows, and the external interfaces. (PE/EDPG) 1150-1991w

**functional test (1) (evaluation of thermal capability) (thermal classification of electric equipment and electrical insulation)** A means of evaluation in which an insulating material, insulation system, or electric equipment is exposed to factors of influence, which simulate or are characteristic of actual service conditions. (EI) 1-1986r
**(2) (test pattern language)** A test in which the cells of a memory are accessed in a specific order and at a specific rate, while data is being written into them, or read from them. (TT/C) 660-1986w
**(3) (nuclear power generating station)** A test to determine the ability of a component or system to perform an intended purpose. (PE/NP) 338-1987r
**(4)** A sequence of tests applied to a unit under test (UUT) to establish whether it is functioning correctly. (SCC20) 771-1998
**(5)** A test that is intended to verify that a test subject is behaving as specified. (SCC20) 1226-1998

**functional testing (A)** Testing that ignores the internal mechanism of a system or component and focuses solely on the outputs generated in response to selected inputs and execution conditions. *Synonym:* black-box testing. *Contrast:* structural testing. **(B)** Testing conducted to evaluate the compliance of a system or component with specified functional requirements. *See also:* performance testing. (C) 610.12-1990

**functional test pattern** *See:* pattern.

**functional unit (1)** A system element that performs a task required for the successful operation of the system. *See also:* system. (SMC) [63]
**(2)** An entity of hardware, software, or both, capable of accomplishing a specified purpose. (C/SE) 610.7-1995, 729-1983s, 610.10-1994w
**(3)** A group of related functions. (C/PA) 1224.1-1993w

**functional vector** A pattern generated to exercise a device's functional behavior. Generally defined to run the device at system speeds to verify system behavior of a design. *Contrast:* structural vector. (C/TT) 1450-1999

**functional verification** The process of evaluating whether or not the functional architecture satisfies the validated requirements baseline. (C/SE) 1220-1998

**Function Block** An instance of a subclass of IEEE1451. FunctionBlock. (IM/ST) 1451.1-1999

**function check** A check of master and remote station equipment by exercising a predefined component or capability.
  a) *Analog.* Monitor a reference quantity.
  b) *Control.* Control and indication from a control-check relay.
  c) *Scan.* Accomplished when control function check has been performed with all remotes.

  d) *Poll.* Accomplished when analog function is performed with all remotes.
  e) *Logging.* Accomplished when results of the control function check are logged.
(SWG/PE/SUB) C37.100-1992, C37.1-1987s

**function Class-A (back-up) current-limiting fuse** A fuse capable of interrupting all currents from the rated maximum interrupting current down to the rated minimum interrupting current. *Note:* The rated minimum interrupting current for such fuses is higher than the minimum melting current that causes melting of the fusible element in one hour. (SWG/PE) C37.100-1981s

**function Class-G (general purpose) current-limiting fuse** (as applied to a high-voltage current-limiting fuse) A fuse capable of interrupting all currents from the rated maximum interrupting current down to the current that causes melting of the fusible element in one hour. (SWG/PE) C37.100-1981s

**function code (subroutines for CAMAC)** The symbol $f$ represents an integer that is the function code for a CAMAC action. (NPS) 758-1979r

**function codes (subroutines for CAMAC)** The symbol $fa$ represents an array of integers, each of which is the function code for a CAMAC action. The length of $fa$ is given by the value of the first element of $cb$ at the time the subroutine is executed. *See also:* control block. (NPS) 758-1979r

**function, coupling** *See:* coupling function.

**function, describing** *See:* describing function.

**function driver** A software function in the Processor that is a logical peer to a hardware or firmware function in an I/O Unit. For example, a SCSI Function driver is the target of an I/O completion message from a SCSI Controller Function on an I/O module. (C/MM) 1212.1-1993

**function, error transfer** *See:* error transfer function.

**function field** *See:* operation field.

**function generator (1) (analog computer)** A computing element whose output is a specified nonlinear function of its input or inputs. Normal usage excludes multipliers and resolvers. (C) 165-1977w
**(2) (electric power system)** A device in which a mathematical function such as $y, f(x)$ can be stored so that for any input equal to $x$, an output equal to $f(x)$ will be obtained. *See also:* speed-governing system. (PE/PSE) 94-1970w
**(3)** A device whose output analog variable is equal to some function of its input variables. *See also:* digitally-controlled function generator. (C) 610.10-1994w

**function generator, bivariant** *See:* bivariant function generator.

**function generator, card set** *See:* card set function generator.

**function generator, curve-follower** *See:* curve-follower function generator.

**function generator, digitally controlled** *See:* digitally-controlled function generator.

**function generator, diode** *See:* diode function generator.

**function generator, map-reader** *See:* map-reader function generator.

**function generator, servo** *See:* servo function generator.

**function generator, switch-type** *See:* switch-type function generator.

**function key** A control key used to initiate a desired functional operation. *Note:* A function key is distinguished from other control keys in that the functional operation can usually be programmed or defined dynamically. *Synonym:* user-definable key. *See also:* control key; alternate function key; command key. (C) 610.10-1994w

**function, loop-transfer** *See:* loop-transfer function.

**function name** An active verb or verb phrase that describes what is to be accomplished by a function. A box takes as its box name the function name of the function represented by the box. (C/SE) 1320.1-1998

**function, output-transfer** *See:* output-transfer function.

**function pin** An analog or digital pin on an integrated component that takes data into and/or out of the core circuit when operating in normal function mode. *Note:* All pins carrying signals that affect the behavior of the component, including reference supply pins but excluding power supply pins and compliance-enable pins, are regarded as function pins. *Synonym:* system pin. (C/TT) 1149.4-1999

**function point** A measure of the delivered software functionality. (C/SE) 1045-1992

**function potentiometer (1)** A potentiometer employed in analog computers in which the voltage at the moveable contact of the potentiometer follows a prescribed functional relationship to the displacement of the contact. (C) 610.10-1994w **(2)** A multiplier potentiometer in which the voltage at the movable contact follows a prescribed functional relationship to the displacement of the contact. *See also:* linearity. (C) 165-1977w

**function, probability density** *See:* probability density function.

**function, probability distribution** *See:* probability density function.

**function relay (analog computer)** In an analog computer, a relay used as a computing element, generally driven by a comparator. (C) 165-1977w

**function, return-transfer** *See:* return-transfer function.

**function switch** In an analog computer, a manually operated switch used as a computing element. For example, a switch may be used to modify a circuit or to add or delete an input function or constant. (C/C) 610.10-1994w, 165-1977w

**function, system-transfer** *See:* system-transfer function.

**function, transfer** *See:* transfer function.

**function, weighting** *See:* weighting function.

**function, work** *See:* work function.

**fundamental component** The fundamental frequency component in the harmonic analysis of a wave. *See also:* signal wave. (Std100) 154-1953w

**fundamental efficiency (thyristor)** The ratio of the fundamental load power to the fundamental line power. (IA/IPC) 428-1981w

**fundamental frequency (1) (A) (data transmission)** (Signal-transmission system). The reciprocal of the period of a wave. **(B) (data transmission)** (Mathematically). The lowest frequency component in the Fourier representation of a periodic quantity. **(C) (data transmission)** (Data transmission) (periodic quantity). The frequency of a sinusoidal quantity having the same period as the periodic quantity. (PE) 599-1985 **(2)** The frequency of the primary power-producing component of a periodic waveform supplied by the generation system (component of order 1 of the waveform's Fourier series representation). (PEL) 1515-2000

**fundamental matrix** *See:* transition matrix.

**fundamental mode (fiber optics)** The lowest order mode of a waveguide. In fibers, the mode designated LP01 or HE11. *See also:* mode. (Std100) 812-1984w

**fundamental mode of propagation (laser maser)** The mode in a beamguide or beam resonator which has a single maximum for the transverse field intensity over the cross-section of the beam. (LEO) 586-1980w

**fundamental power (thyristor)** The product of the root-mean-square (rms) value of the fundamental current and the rms value of the fundamental voltage multiplied by the cosine of the phase angle by which the fundamental current lags the fundamental voltage. (IA/IPC) 428-1981w

**fundamental-type piezoelectric crystal unit** A unit designed to utilize the lowest frequency of resonance for a particular mode of vibration. *See also:* crystal. (EEC/PE) [119]

**furnace transformer (power and distribution transformers)** A transformer that is designed to be connected to an electric arc furnace. (PE/TR) C57.12.80-1978r

**furniture ESD (1)** An ESD in which the intruder is an inanimate object such as a cart or chair, with or without a human in physical contact with the object. (EMC) C63.16-1993 **(2)** An electrostatic discharge in which the intruder is an inanimate object such as a cart or chair, with or without a human in electrical contact with the object. (SPD/PE) C62.47-1992r

**fuse (1)** An overcurrent protective device with a circuit-opening fusible part that is heated and severed by the passage of the overcurrent through it. *Note:* A fuse comprises all the parts that form a unit capable of performing the prescribed functions. It may or may not be the complete device necessary to connect it into an electric circuit. (SWG/NESC/PE) C37.100-1992, [86] **(2) (protection and coordination of industrial and commercial power systems)** A device that protects a circuit by fusing open its current-responsive element when an overcurrent or short-circuit current passes through it. (IA/PSP) 242-1986r **(3) (electric power systems in commercial buildings)** An overcurrent protective device with a circuit opening, fusible element part that is heated and severed by the passage of overcurrent through it. (To re-energize the circuit, the fuse should be replaced.) (IA/PSE) 241-1990r **(4)** A current-responsive protective device with a circuit-opening fusible part that is heated and severed by passage of current through it, creating an arc within the fuse. The interaction of the arc with certain other parts of the fuse results in current interruption. *Note:* A fuse comprises all the parts that form a unit capable of performing the prescribed functions. It may or may not be the complete device necessary to connect it into an electric circuit. (SWG/PE) C37.40-1993

**fuse-arcing time** *See:* arcing time.

**fuse blade** (of a cartridge fuse) A cartridge-fuse terminal having a substantially rectangular cross section. (SWG/PE) C37.100-1992

**fuse carrier** (of an oil cutout) An assembly of a cap that closes the top opening of an oil-cutout housing, an insulating member, and fuse contacts with means for making contact with the conducting element and for insertion into the fixed contacts of the fuse support. *Note:* The fuse carrier does not include the conducting element (fuse link). (SWG/PE) C37.100-1992, C37.40-1993

**fuse clearing time** *See:* clearing time.

**fuse clips** The current carrying parts of a fuse support that engage the fuse carrier, fuseholder, fuse unit, or blade. *Synonyms:* fuse contact; contact clips. (SWG/PE) C37.40-1993, C37.100-1992

**fuse condenser** A device that, added to a vented fuse, converts it to a nonvented fuse by providing a sealed chamber for condensation of gases developed during circuit interruption. (SWG/PE) C37.40-1993, C37.100-1992

**fuse contact** *See:* fuse clips; fuse terminal.

**fuse cutout** A cutout having a fuse link or fuse unit. *Note:* A fuse cutout is a fuse-disconnecting switch. (SWG/PE) C37.100-1992

**fused capacitor (1) (series capacitor)** A capacitor in combination with a fuse, either external or internal to the case. (T&D/PE) 824-1994 **(2) (power systems relaying)** A capacitor having fuses mounted on its terminals, inside a terminal enclosure, or inside the capacitor case, for the purpose of interrupting a failed capacitor. (T&D/PE) C37.99-2000, 18-1992

**fused capacitor unit (series capacitor)** A capacitor unit in combination with a fuse, either external or internal to the case, intended to isolate a failed unit from the associated units. (T&D/PE) [26]

**fused electrolyte (bath) (fused salt) (electrolyte)** A molten anhydrous electrolyte. (PE/EEC) [119]

**fused-electrolyte cell** A cell for the production of electric energy when the electrolyte is in a molten state. *See also:* electrochemistry. (EEC/PE) [119]

# Appendix K

REVISED
AND
UPDATED

# Webster's II
## *New College*
# Dictionary

*More than 200,000 clear, concise definitions*

*The newest words in science, technology, and more*

*Hundreds of synonyms, usage notes, and word histories*

*The right choice for home, school, or office*

Copyrighted material

# Webster's II

## New College Dictionary



Houghton Mifflin Company

*Boston · New York*

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of
any word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

Copyright © 2001, 1999, 1995 by Houghton Mifflin Company. All
rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless such
copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company, 222
Berkeley Street, Boston, MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection**
© 1986 by The American Congress on Surveying and Mapping.

ISBN 0-395-96214-5
ISBN 0-618-16903-2 (paper-over-boards binding)

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
        p.        cm.
   ISBN 0-395-70869-9 (alk. paper)
   1. English language – Dictionaries.   I. Webster's II new Riverside
   University dictionary
   PE1628.W55164              1995
   423–dc20                                              95-5833
                                                            CIP

For information about this and other Houghton Mifflin trade and refer-
ence books and multimedia products, visit the Houghton Mifflin web-
site on the World Wide Web at http://www.houghtonmifflinbooks.com.

Printed in the United States

Copyrighted material

**▲ word history:** The word *fun* meaning "amusement" was probably quite new in the 18th century, for Dr. Johnson records it with disapproval in his dictionary, which was published in 1755. *Fun* is very likely a borrowing of a dialectal form of *fon*, "to make a fool of, to be foolish," which has become obsolete in the standard language. The past participle of *fon*, originally spelled *fonned*, has become the Modern English word *fond.*

**fu·nam·bu·list** (fyo͞o-năm′byə-lĭst) *n.* [Lat. *funambulus : funis*, rope + *ambulare*, to walk.] A performer on a tightrope or a slack rope. **—fu·nam′bu·lism** *n.*

**func·tion** (fŭngk′shən) *n.* [Lat. *functio*, performance < *fungi*, to perform.] **1.** The activity for which one is specifically fitted or employed. **2. a.** Assigned duty or activity. **b.** Specific occupation or role <in your *function* as the family's physician> **3.** An official ceremony or formal social occasion. **4.** Something closely related to another thing and dependent on it for its existence, value, or significance <growth as a *function* of nutrition> **5.** *Math.* **a.** A variable so related to another that for each value assumed by one there is a value determined for the other. **b.** A rule of correspondence between two sets such that there is a unique element in one set assigned to each element in the other. —*vi.* **-tioned, -tion·ing, -tions.** To have or perform a function. **—func′tion·less** *adj.*

**func·tion·al** (fŭngk′shə-nəl) *adj.* **1.** Of or relating to a function. **2.** Designed for or adapted to a specific function or use <*functional* sculpture> **3.** Capable of performing : OPERATIVE. **4.** *Pathol.* Involving functions rather than a physiological or structural cause. **5.** *Math.* Of, pertaining to, or indicating a function or functions. **—func′tion·al·ly** *adv.*

**functional group** *n.* A distinctive reactive constituent, as a carboxyl group, of a chemical compound.

**functional illiterate** *n.* One with some education but below a minimum literacy standard.

**func·tion·al·ism** (fŭngk′shə-nə-lĭz′əm) *n.* **1.** The doctrine that the function of an object should determine its design and materials. **2.** A doctrine stressing purpose, practicality, and utility.

**functional shift** *n.* A shift in a word's syntactic function, as when a noun functions as a verb.

**func·tion·ar·y** (fŭngk′shə-nĕr′ē) *n., pl.* **-ies.** One who holds an office or performs a particular function : OFFICIAL.

**function key** *n.* A key on a computer keyboard that activates a function within a given application, often in combination with another key.

**function word** *n.* A word, as a preposition or a conjunction, chiefly indicating a grammatical relationship in a sentence or phrase.

**fund** (fŭnd) *n.* [Lat. *fundus*, piece of land.] **1.** A source of supply : STOCK. **2. a.** A sum of money set aside for a specific purpose. **b. funds.** Available money. **3.** An organization established to administer a fund. —*vt.* **fund·ed, fund·ing, funds.** **1.** To provide money for paying off the interest or principal of. **2.** To convert into a long-term or floating debt with fixed interest payments. **3.** To place in a fund. To furnish a fund for.

**fun·da·ment** (fŭn′də-mənt) *n.* [ME *foundement* < OFr. *fondement* < Lat. *fundamentum* < *fundare*, to lay the foundation < *fundus*, bottom.] **1. a.** The buttocks. **b.** The anus. **2.** The natural features of a land surface unaltered by human beings. **3.** A foundation. **4.** An underlying theoretical basis or principle.

**fun·da·men·tal** (fŭn′də-mĕn′tl) *adj.* **1. a.** Constituting or functioning as an essential component of a system or structure : BASIC. **b.** Of major significance : CENTRAL. **2.** *Physics.* **a.** Of or relating to the component of lowest frequency of a periodic wave or quantity. **b.** Of or relating to the lowest possible frequency of a vibrating element or system. **3.** *Mus.* Having the root in the bass. —*n.* **1.** An essential part. **2.** *Physics.* The lowest frequency of a periodically varying quantity or of a vibrating system. **—fun′da·men′tal·ly** *adv.*

**fun·da·men·tal·ism** (fŭn′də-mĕn′tl-ĭz′əm) *n.* **1. a.** often **Fundamentalism.** A Protestant movement characterized by a belief in the literal truth of the Bible. **b.** Adherence to this belief. **2.** A movement or point of view marked by rigid adherence to fundamental or basic principles. **—fun′da·men′tal·ist** *n.* **—fun′da·men′tal·ist′ic** *adj.*

**fundamental particle** *n.* *Physics.* An elementary particle.

**fun·di** (fŭn′dī′) *n. pl. of* FUNDUS.

**fund raiser** *n.* **1.** One who raises funds, as for an organization or a campaign. **2.** A social function, as a dinner, for raising funds.

**fund-rais·ing** (fŭnd′rā′zĭng) *adj.* Intended to raise funds.

**fun·dus** (fŭn′dəs) *n., pl.* **-di** (-dī′) [Lat., bottom.] *Anat.* The inner basal surface of an organ farthest away from the opening, as in the eye or uterus. **—fun′dic** *adj.*

**fu·ner·al** (fyo͞o′nər-al) *n.* [ME *funerelles* < OFr. *funerailles* < Med. Lat. *funeralia* < Lat. *funus*, death rites.] **1.** The ceremonies held in connection with the burial or cremation of the dead. **2.** The persons accompanying a body to the grave. **3.** An end of existence. **4.** *Informal.* A source of great concern or care <If you don't meet the deadline, that's your *funeral.*>

**funeral director** *n.* One whose business is to arrange for the burial or cremation of the dead and assist at the funeral rites and who is usu. an embalmer.

**funeral home** *n.* An establishment where the dead are prepared for burial or cremation and where wakes and funerals may be held.

**fu·ner·ar·y** (fyo͞o′nə-rĕr′ē) *adj.* [LLat. *funerarius* < Lat. *funus*, funeral.] Of or appropriate for a funeral or burial.

**fu·ne·re·al** (fyo͞o-nîr′ē-əl) *adj.* [Lat. *funereus* < *funus*, funeral.] **1.** Of or relating to a funeral. **2.** Appropriate for or like a funeral <*funereal* gloom after their departure> **—fu·ne′re·al·ly** *adv.*

**fun·gal** (fŭng′gəl) *adj.* Fungous.

**fun·gi** (fŭn′jī′) *n. pl. of* FUNGUS.

**fun·gi·ble** (fŭn′jə-bəl) *adj.* [< Lat. *fungi*, to perform.] *Law.* Being of such a nature or kind that one unit or part may be exchanged or substituted for another unit or equal part to discharge an obligation. —*n.* often **fungibles.**Something fungible, as money or grain.

**fun·gi·cide** (fŭn′jĭ-sīd′, fŭng′gĭ-) *n.* A substance that destroys or inhibits the growth of fungi. **—fun′gi·cid′al** (-sīd′l) *adj.* **—fun′·gi·cid′al·ly** *adv.*

**fun·gi·form** (fŭn′jə-fôrm′, fŭng′gə-) *adj.* [FUNGI(US) + -FORM.] Shaped like a mushroom.

**fun·gi·stat** (fŭn′jĭ-stăt′, fŭng′gĭ-) *n.* A substance inhibiting the growth of fungi.

**fun·giv·or·ous** (fŭn-jĭv′ər-əs, fŭng-gĭv′-) *adj.* Feeding on fungi.

**fun·go** (fŭng′gō) *n., pl.* **-goes.** [Orig. unknown.] *Baseball.* A practice fly ball hit to a fielder with a specially designed bat.

**fun·gous** (fŭng′gəs) *adj.* [ME. tender < Lat. *fungosus* < *fungus*, fungus.] **1.** Of, relating to, like, or characteristic of a fungus. **2.** Caused by a fungus.

**fun·gus** (fŭng′gəs) *n., pl.* **fun·gi** (fŭn′jī′) or **fun·gus·es.** [Lat., perh. < Gk. *sphongos*, sponge.] Any of numerous plants of the division or subkingdom Thallophyta, lacking chlorophyll, ranging in form from a single cell to a body mass of branched filamentous hyphae that often produce specialized fruiting bodies and including the yeasts, molds, smuts, and mushrooms.

**fun house** *n.* A building or an attraction in an amusement park featuring devices intended to surprise, frighten, or amuse.

**fu·ni·cle** (fyo͞o′nĭ-kəl) *n.* A funiculus.

**fu·nic·u·lar** (fyo͞o-nĭk′yə-lər, fə-) *adj.* **1.** Of, relating to, or resembling a rope or cord. **2.** Operated by a cable. **3.** Of, relating to, or constituting a funiculus. —*n.* A cable railway on a steep incline, esp. such a railway with simultaneously ascending and descending cars counterbalancing one another.

**fu·nic·u·lus** (fyo͞o-nĭk′yə-ləs, fə-) *n., pl.* **-li** (-lī′) [Lat. *funiculus*, slender rope, dim. of *funis*, rope.] **1.** *Anat.* A slender cordlike strand or band, esp.: **a.** A bundle of nerve fibers in the nerve trunk. **b.** The umbilical cord. **2.** *Bot.* A stalk connecting an ovule or seed with the placenta.

**funk** (fŭngk) [Prob. < obs. Flem. *fonck*.] *Informal.* —*n.* **1. a.** Cowardly fright : PANIC. **b.** A state of depression. **2.** A cowardly, fearful person. —*v.* **funked, funk·ing, funks.** —*vt.* **1.** To take fright and shrink from. **2.** To be afraid of. —*vi.* To shrink in fright.

**funk-y¹** (fŭng′kē) *adj.* **-i·er, -i·est.** Frightened : panicky.

**funk-y²** (fŭng′kē) *adj.* **-i·er, -i·est.** [< *funk*, strong smell.] **1.** Having a moldy or musty smell. **2.** *Slang.* **a.** Having an earthy quality characteristic of the blues <*funky* music> **b.** Earthy and uncomplicated. **3.** Characterized by faddish self-expression or originality <wore *funky* clothes from the Roaring Twenties> **—funk′i·ness** *n.*

**fun·nel** (fŭn′əl) *n.* [ME *fonel* < Prov. *fonilh* < LLat. *fundibulum* < Lat. *infundibulum* < *infundere*, to pour in. — see INFUSE.] **1.** A conical utensil with a small hole or narrow tube at the apex used to channel the flow of a substance into a container. **2.** Something shaped like a funnel. **3.** A shaft, flue, or stack for ventilation or the passage of smoke. —*v.* **-neled, -nel·ing, -nels** or **-nelled, -nel·ling, -nels.** —*vt.* **1.** To take on the shape of a funnel. **2.** To move through or as if through a funnel. —*vt.* **1.** To cause to assume the shape of a funnel. **2.** To cause to move through or as if through a funnel.

**fun·ny** (fŭn′ē) *adj.* **-ni·er, -ni·est.** [< FUN.] **1. a.** Eliciting laughter or amusement. **b.** Intended to amuse. **2.** Strangely or suspiciously odd : CURIOUS <something funny going on> **3.** Tricky or deceitful. —*n., pl.* **-nies.** *Informal.* **1.** A joke. **2. funnies.** Comic strips. **—fun′ni·ly** *adv.* **—fun′ni·ness** *n.*

**funny bone** *n.* *Informal.* **1.** The point near the elbow where a nerve may be pressed against bone to produce a tingling sensation. **2.** A sense of humor.

**funny book** *n.* A comic book.

**fun·ny·man** (fŭn′ē-măn′) *n.* A humorous individual, esp. a professional comedian.

**funny paper** *n.* A newspaper section or supplement containing comic strips.

**fur** (fûr) *n.* [ME *furre*, prob. short for *furrer* < OFr. *forreure*, of Germanic orig.] **1. a.** The thick coat of soft hair covering the body of an animal, as a fox or beaver. **b.** The hair-covered, dressed pelt of such an animal, used in making garments and as trimming or decoration. **2.** A garment made of or lined with fur. **3.** A coating similar to fur. —*vt.* **furred, fur·ring, furs.** **1.** To cover or line with or as if with fur. **2.** To provide fur garments for. **3.** To line (a wall or floor) with furring.

**fu·ran** (fyo͞or′ăn′, fyo͞o-răn′) *n.* [FUR(PURAL) + -AN.] A colorless, vol-

*repellere* : *re-*, back + *pellere*, to drive.] — *vt.* **1.** To drive back : WARD OFF <*repel* mosquitoes.> **2.** To offer resistance to : fight against <*repel* an attack> **3.** To refuse to accept : REJECT <*repel* an invitation> **4.** To turn away from : SPURN. **5.** To cause distaste or aversion in <Their behavior *repels* everyone.> **6.** To be unable to absorb or mix with. **7.** To present an opposing force to <Electric charges of like signs *repel* one another.> — *vi.* **1.** To offer a resistant force to something. **2.** To cause distaste or aversion. **usage:** Both *repel* and *repulse* mean "to drive back or away." Only *repel*, however, has the sense "to cause distaste or aversion in," as in *They were repelled by the filth and noise.* — **re·pel'ler** *n.*

★ **syns:** 1. REPEL, COMBAT, FEND (OFF), REPULSE, WARD OFF *v. core meaning* : to turn or drive away <*repelled* the advancing troops> 2. REPEL, DISGUST, NAUSEATE, REVOLT, SICKEN *v. core meaning* : to cause aversion in <behavior that *repelled* all their friends> **ant:** ATTRACT

**re·pel·lent** (rĭ-pĕl'ənt) *adj.* **1. a.** Serving or tending to repel. **b.** Capable of repelling. **2.** Inspiring distaste or aversion : REPULSIVE. **3.** Resistant or impervious to a substance <a water-*repellent* coat> — *n.* **1.** Something that repels, esp.: **a.** A substance for repelling insects. **b.** A substance or treatment for making a fabric or surface impervious or resistant to a potential source of damage. — **re·pel'lence, re·pel'len·cy** *n.* — **re·pel'lent·ly** *adv.*

**re·pent¹** (rĭ-pĕnt') *v.* **-pent·ed, -pent·ing, -pents.** [ME *repenten* < OFr. *repentir* : *re-*, in response (< Lat.) + *pentir*, to be sorry < Lat. *paenitēre.*] — *vi.* **1. a.** To feel remorse, contrition, or self-reproach. **b.** To feel such regret for previous behavior as to change one's mind about it. **2.** To make a change for the better because of remorse or contrition for one's sins. — *vt.* **1.** To feel regret or self-reproach for. **2.** To cause to feel remorse or regret. — **re·pent'er** *n.*

**re·pent²** (rē'pənt) *adj.* [Lat. *repens, repent-,* pr.part. of *repere,* to creep.] *Biol.* Creeping along the ground : PROSTRATE.

**re·pen·tance** (rĭ-pĕn'təns) *n.* **1.** Remorse or contrition for past conduct or sin. **2.** The act or process of repenting.

**re·pen·tant** (rĭ-pĕn'tənt) *adj.* Marked by or showing repentance : PENITENT. — **re·pen'tant·ly** *adv.*

**re·per·cus·sion** (rē'pər-kŭsh'ən, rĕp'ər-) *n.* [Lat. *repercussio* < *repercutere,* to cause to rebound : *re-,* back + *percutere,* to strike.] **1.** An indirect effect, influence, or result created by an action or event. **2.** A recoil, rebounding, or reciprocal motion after impact. **3.** A reflection, esp. of sound. — **re'per·cus'sive** *adj.*

**rep·er·toire** (rĕp'ər-twär') *n.* [Fr. < Llat. *repertorium.* — see REPERTORY.] **1.** The stock of songs, plays, operas, readings, or other pieces that a player or company is prepared to perform. **2.** The range or number of skills, aptitudes, or special accomplishments, as of a person or group.

**rep·er·to·ry** (rĕp'ər-tôr'ē, -tōr'ē) *n., pl.* **-ries.** [LLat. *repertorium* < Lat. *repertus,* p.part. of *reperire,* to find out : *re-,* again + *parire,* to produce.] **1.** A repertoire. **2.** A theater in which a resident company presents plays from a specified repertoire, usu. in alternation. **3.** A place, as a storehouse, where a stock of things is kept : REPOSITORY. — **rep'er·to'ri·al** *adj.*

**rep·e·tend** (rĕp'ĭ-tĕnd', rĕp'ĭ-tĕnd') *n.* [Lat. *repetendum,* neuter gerundive of *repetere,* to repeat.] **1.** A repeated word, sound, or phrase : REFRAIN. **2.** *Math.* The digit or group of digits that repeats infinitely in a repeating decimal.

**rep·e·ti·tion** (rĕp'ĭ-tĭsh'ən) *n.* [Lat. *repetitio* < *repetere,* to repeat.] **1.** The act or process or an instance of repeating or being repeated. **2.** A recitation or recital, esp. of prepared or memorized material. — **rep'e·ti'tion·al** *adj.*

**rep·e·ti·tious** (rĕp'ĭ-tĭsh'əs) *adj.* Marked by or filled with repetition, esp. unnecessary or tiresome repetition. — **rep'e·ti'tious·ly** *adv.* — **rep'e·ti'tious·ness** *n.*

**re·pet·i·tive** (rĭ-pĕt'ĭ-tĭv) *adj.* Repetitious. — **re·pet'i·tive·ly** *adv.* — **re·pet'i·tive·ness** *n.*

**re·phrase** (rē-frāz') *vt.* **-phrased, -phras·ing, -phras·es.** To phrase again or in a different way.

**re·pine** (rĭ-pīn') *vi.* **-pined, -pin·ing, -pines. 1.** To be discontented or in low spirits : COMPLAIN. **2.** To yearn after something. — **re·pin'er** *n.*

**re·place** (rĭ-plās') *vt.* **-placed, -plac·ing, -plac·es. 1.** To put back in a previous place or position. **2.** To take or fill the place of. **3.** To be or provide a replacement for. **4.** To return or pay back : REFUND. — **re·place'a·ble** *adj.* — **re·plac'er** *n.*

**re·place·ment** (rĭ-plās'mənt) *n.* **1.** The act or process of replacing or of being replaced : SUBSTITUTION. **2.** One that replaces, esp. one assigned to a vacant military position. — **re·place'ment** *adj.*

**re·plant** (rē-plănt') *vt.* **-plant·ed, -plant·ing, -plants. 1.** To plant (something) again or in a new place. **2.** To supply with new plants <*replant* a flower bed> — *n.* (rē'plănt'). Something replanted.

**re·play** (rē-plā') *vt.* **-played, -play·ing, -plays.** To play over again. — *n.* (rē'plā'). **1.** The act or process of replaying something, as by a videotape. **2.** Something replayed.

**re·plead·er** (rĭ-plē'dər) *n. Law.* **1.** A court order obliging parties to plead their case again because of a prior miscarried or erroneous pleading. **2.** The right of pleading again.

**re·plen·ish** (rĭ-plĕn'ĭsh) *v.* **-ished, -ish·ing, -ish·es.** [ME *replenisshen* < OFr. *repleniss-,* *repleniss-* : *re-,* again (< Lat.) + *plenir,* to fill < Lat. *plēnus.*] — *vt.* **1.** To fill or make complete again

: add a new supply to <*replenish* the cooking supplies> **2.** To inspire or nourish <mountain views that *replenish* jaded spirits> — *vi.* To become full again. — **re·plen'ish·er** *n.* — **re·plen'ish·ment** *n.*

**re·plete** (rĭ-plēt') *adj.* [ME *replet* < OFr. < Lat. *replētus,* p.part. of *replēre,* to refill : *re-,* again + *plēre,* to fill.] **1.** Abundantly provided for : ABOUNDING. **2.** Filled to satiation : GORGED. — **re·plete'ness** *n.*

**re·ple·tion** (rĭ-plē'shən) *n.* **1.** The state of being fully supplied or completely filled. **2.** Excessive fullness.

**re·plev·i·a·ble** (rĭ-plĕv'ē-ə-bəl) *adj. Law.* Capable of being recovered by replevin.

**re·plev·in** (rĭ-plĕv'ĭn) *n.* [ME < AN *replevine* < *replevir,* to give as a security < OFr. : *re-,* back + *plevir,* to pledge.] *Law.* — *n.* **1.** An action to recover personal property said or claimed to be unlawfully taken. **2.** The writ or procedure of replevin. — *vt.* **-ined, -in·ing, -ins.** To replevy.

**re·plev·y** (rĭ-plĕv'ē) [AN *replevir* < OFr., to give as a security. — see REPLEVIN.] *Law.* — *vt.* **-ied, -y·ing, -ies.** To regain possession of by a writ of replevin. — *n., pl.* **-ies.** Replevin.

**rep·li·ca** (rĕp'lĭ-kə) *n.* [Ital. < *replicare,* to repeat < Lat., to fold back. — see REPLICATE.] **1.** A copy or reproduction of a work of art, esp. one done by the original artist. **2.** A copy or reproduction.

**rep·li·cate** (rĕp'lĭ-kāt') *v.* **-cat·ed, -cat·ing, -cates.** [Lat. *replicāre, replicāt-,* to fold back : *re-,* back + *plicāre,* to fold.] — *vt.* **1.** To duplicate, copy, or repeat. **2.** To fold over or bend back upon itself. — *vi.* To become replicated. — *adj.* (-kĭt). Folded over or bent back upon itself <a *replicate* leaf> — **rep'li·ca'tive** *adj.*

**rep·li·ca·tion** (rĕp'lĭ-kā'shən) *n.* **1.** A fold or a folding back. **2.** A reply to an answer : REJOINDER. **3.** *Law.* The plaintiff's response to the defendant's answer or plea. **4.** An echo : reverberation. **5.** A copy or reproduction. **6.** An act or process of reproducing or duplicating.

**re·ply** (rĭ-plī') *v.* **-plied, -ply·ing, -plies.** [ME *replien* < OFr. *replier* < Lat. *replicāre,* to fold back. — see REPLICATE.] — *vi.* **1.** To give an answer in writing or speech. **2.** To respond by an action or gesture <*replied* with a shrug of the shoulders> **3. a.** To echo. **b.** To return gunfire or an attack <The howitzers *replied.*> **4.** *Law.* To answer a defendant's plea. — *vt.* **1.** To say or give as an answer <I *replied* that I was not interested in the program.> — *n., pl.* **-plies. 1.** An answer in speech or writing. **2.** A response by action or gesture. **3.** *Law.* A plaintiff's speech or argument in answer to a defendant's. — **re·pli'er** *n.*

**re·po¹** (rē'pō') *n.* [Shortening and alteration of REPURCHASE AGREEMENT.] *Informal.* A repurchase agreement.

**re·po²** (rē'pō') *n., pl.* **-pos.** *Informal.* **1.** Repossession of merchandise or property from a buyer who has defaulted on payment. **2.** Repossessed merchandise or property.

**re·po·lar·i·za·tion** (rē'pō'lar-ĭ-zā'shən) *n.* Restoration of a polarized state in a muscle fiber or membrane after contraction.

**re·port** (rĭ-pôrt', -pōrt') *n.* [ME *reporten* < OFr. *reporter* < Lat. *reportāre* : *re-,* back + *portāre,* to carry.] **1.** A usu. detailed account. **2.** A formal account of the proceedings or transactions of a group. **3.** An account of a judicial decision or court case. **4.** Common talk : RUMOR. **5.** Reputation : repute <a person of excellent *report*> **6.** An explosive noise <the firecracker's *report*> **7.** *Computer Sci.* Information output from a database in a specified format. — *v.* **-port·ed, -port·ing, -ports.** — *vt.* **1.** To make or present an account of, often officially, formally, or periodically. **2.** To relate or tell about : PRESENT <*report* on the results of one's research> **3.** To write or supply an account or summation of for publication or broadcast. **4.** To submit or relate the results of considerations regarding <The executive committee *reported* the new personnel policy.> **5.** To carry back and repeat to another. **6.** To complain about or denounce <dissidents who were *reported* to the secret police.> — *vi.* **1.** To make a report. **2.** To work as a reporter for a newspaper or similar publication. **3.** To present oneself <*report* for assignment> — **on report.** Liable to disciplinary action. — **report out.** To return after deliberation to a legislative body for action <The committee *reported* the new appropriations bill out.> — **re·port'a·ble** *adj.*

**re·port·age** (rĭ-pôr'tĭzh', rĕp'ôr-tĭj) *n.* **1.** The reporting of news or information of general interest. **2.** Something reported.

**report card** *n.* A report of a student's progress presented at regular intervals to a parent or guardian.

**re·port·ed·ly** (rĭ-pôr'tĭd-lē, -pōr'-) *adv.* By report : SUPPOSEDLY.

**re·port·er** (rĭ-pôr'tər, -pōr'-) *n.* **1.** One who reports. **2.** A writer of news stories. **3.** One with authority to write and issue official accounts of judicial or legislative proceedings. — **rep'or·to'ri·al** (rĕp'ər-tôr'ē-əl, -tōr'-, rē'pər-) *adj.* — **rep'or·to'ri·al·ly** *adv.*

**re·pose¹** (rĭ-pōz') *n.* [< ME *repousen* < OFr. *reposer* < LLat. *repausāre* : Lat. *re-* (intensive) + Lat. *pausāre,* to rest < *pausa,* rest. — see PAUSE.] **1.** An act of resting or the state of being at rest. **2.** Poise : composure. **3.** Tranquillity. — *v.* **-posed, -pos·ing, -pos·es.** — *vi.* **1.** To lay (oneself) down. — *vi.* **1.** To lie at rest. **2.** To be supported by something. — **re·pos'al** *n.* — **re·pos'er** *n.*

**re·pose²** (rĭ-pōz') *vt.* **-posed, -pos·ing, -pos·es.** [ME *reposen* < Lat. *reponere* : *re-,* back + *ponere,* to place.] To place (e.g., trust) in <Management had *reposed* its hopes in new products.>

**rep·li·ca** (rĕp′lĭ-kə) *n.* [Ital. < *replicare*, to repeat < Lat., to fold one done by the original artist. **2.** A copy or reproduction.

**rep·li·cate** (rĕp′lĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates.** [Lat. *replicare, replicat-*, to fold back : *re-*, back + *plicare*, to fold.] —*vt.* **1.** To duplicate, copy, or repeat. **2.** To fold over or bend back upon itself. —*vi.* To become replicated. —*adj.* (-kĭt). Folded over or bent back upon itself <a *replicate* leaf> **—rep′li·ca′tive** *adj.*

**rep·li·ca·tion** (rĕp′lĭ-kā′shən) *n.* **1.** A fold or a folding back. **2.** A reply to an answer : REJOINDER. **3.** *Law.* The plaintiff's response to the defendant's answer or plea. **4.** An echo : reverberation. **5.** A copy or reproduction. **6.** An act or process of reproducing or duplicating.

:25-cv-00794-ADA    Document 31-7    Filed 07/21/25    Page 219

# Appendix L



OVER
10,000
ENTRIES

# Microsoft

# Computer
# Dictionary
## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*



Microsoft

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
        p. cm.
    ISBN 0-7356-1495-4
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

    AQ76.5. M52267   2002
    004'.03--dc21                                      200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9   QWT   7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

**fulfillment** *n.* The process of delivering goods and services ordered by a consumer. Fulfillment involves establishing a reliable procedure for tracking orders and delivering products.

**fulfillment service provider** *n.* A company that provides fulfillment services for an e-commerce Web site by tracking, packing, and shipping goods ordered via the e-commerce site. A fulfillment service provider allows an e-business to save time, costs, and labor by outsourcing order processing.

**full adder** *n.* A logic circuit used in a computer to add binary digits. A full adder accepts three digital inputs (bits): 2 bits to be added and a carry bit from another digit position. It produces two outputs: a sum and a carry bit. Full adders are combined with two-input circuits called *half adders* to enable computers to add 4 or more bits at a time. *See also* carry bit, half adder.

**full-duplex** *adj. See* duplex[1].

**full-duplex transmission** *n. See* duplex[2] (definition 1).

**full justification** *n.* In typesetting, word processing, and desktop publishing, the process of aligning text evenly along both the left and right margins of a column or page. *See also* justify (definition 2).

**full mode** *n.* The default operational state of Windows Media Player in which all of its features are displayed. The Player can also appear in skin mode. *See also* skin mode.

**full-motion video** *n.* Video reproduction at 30 frames per second (fps) for NTSC signals or 25 fps for PAL signals. *Also called:* continuous motion video. *See also* frame (definition 1). *Compare* freeze-frame video.

**full-motion video adapter** *n.* An expansion card for a computer that can convert motion video from devices such as a video cassette recorder to a digital format that a computer can use, such as AVI, MPEG, or Motion JPEG. *See also* AVI, Motion JPEG, MPEG.

**full name** *n.* A user's complete name, usually consisting of last name, first name, and middle initial. The full name is often maintained by the operating system as part of the information that identifies and defines a user account. *See also* user account.

**full-page display** *n.* A video display with sufficient size and resolution to show at least one $8^1/2$-by-11-inch image. Such displays are useful for desktop publishing applications. *Acronym:* FPD. *See also* portrait monitor.

**full path** *n.* In a hierarchical filing system, a pathname containing all the possible components of a pathname, including the network share or drive and root directory, as well as any subdirectories and the file or object name. For example, the MS-DOS full path c:\book\chapter\myfile.doc indicates that myfile.doc is located in a directory called *chapter*, which in turn is located in a directory called *book* in the root directory of the C: drive. *Also called:* full pathname. *See also* path (definition 2), root directory, subdirectory. *Compare* relative path.

**full pathname** *n. See* full path.

**full-screen** *adj.* Capable of using or being displayed on the full area of a display screen. Applications running in windowing environments, although they might use the entire area of the screen, commonly allocate different areas to different windows, any of which can be enlarged to fill the entire screen.

**full-text search** *n.* A search for one or more documents, records, or strings based on all of the actual text data rather than on an index containing a limited set of keywords. For example, a full-text search can locate a document containing the words "albatrosses are clumsy on land" by searching files for just those words without the need of an index containing the keyword "albatross." *See also* index.

**fully formed character** *n.* A character formed by striking an inked ribbon with a molded or cast piece of type in the manner of a typewriter. Impact printers that produce fully formed characters use letters attached to wheels (daisy wheels), balls, thimbles, bands, or chains, rather than dot-matrix wires. *See also* daisy wheel, near-letter-quality, thimble.

**fully populated board** *n.* A printed circuit board whose integrated circuit (IC) sockets are all occupied. Memory boards in particular may have fewer than the maximum possible number of memory chips, leaving some IC sockets empty. Such a board is said to be *partially populated*.

**function** *n.* **1.** The purpose of, or the action carried out by, a program or routine. **2.** A general term for a subroutine. **3.** In some languages, such as Pascal, a subroutine that returns a value. *See also* function call, procedure, routine, subroutine.

**functional design** *n.* The specification of the relationships between working parts of a computer system, including details of logical components and the way they work together. Functional design is shown graphically in a

# Appendix M



# The Merriam-Webster Dictionary



**Merriam-Webster, Incorporated**

Springfield, Massachusetts



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

ISBN 978-0-87779-930-6

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

31st printing   Quad Graphics Martinsburg, WV   6/2015

PENSE, REQUITE ♦ *Synonyms* REMU-NERATE, COMPENSATE, REIMBURSE, IN-DEMNIFY — **re·pay·able** *adj* — **re·pay·ment** *n*

**re·peal** \ri-ˈpēl\ *vb* [ME *repelen*, fr. AF *repeler*, lit., to call back, fr. *re-* back + *apeler* to appeal, call] : to annul by authoritative and esp. legislative action — **repeal** *n* — **re·peal·er** *n*

¹**re·peat** \ri-ˈpēt\ *vb* **1** : to say again **2** : to do again **3** : to say over from memory — **re·peat·able** *adj* — **re·peat·er** *n*

²**re·peat** \ˈrē-ˌpēt, ˈri-ˌpēt\ *n* **1** : the act of repeating **2** : something repeated or to be repeated (as a radio or television program)

³**re·peat** \ri-ˈpēt\ *adj* : of, relating to, or being one that repeats an offense, achievement, or action

**re·peat·ed** \ri-ˈpē-təd\ *adj* : done or recurring again and again : FREQUENT — **re·peat·ed·ly** *adv*

**re·pel** \ri-ˈpel\ *vb* **re·pelled; re·pel·ling 1** : to drive away : REPULSE **2** : to fight against : RESIST **3** : to turn away : REJECT **4** : to cause aversion in : DISGUST

¹**re·pel·lent** *also* **re·pel·lant** \ri-ˈpe-lənt\ *adj* **1** : tending to drive away ⟨a mosquito-*repellent* spray⟩ **2** : causing disgust

²**repellent** *also* **repellant** *n* : something that repels; *esp* : a substance that repels insects

**re·pent** \ri-ˈpent\ *vb* **1** : to turn from sin and resolve to reform one's life **2** : to feel sorry for (something done) : REGRET — **re·pen·tance** \ri-ˈpen-tᵊns\ *n* — **re·pen·tant** \-tᵊnt\ *adj*

**re·per·cus·sion** \ˌrē-pər-ˈkə-shən, ˌre-\ *n* **1** : REVERBERATION **2** : a reciprocal action or effect **3** : a widespread, indirect, or unforeseen effect of something done or said

**rep·er·toire** \ˈre-pər-ˌtwär\ *n* [F] **1** : a list of plays, operas, pieces, or parts which a company or performer is prepared to present **2** : a list of the skills or devices possessed by a person or needed in a person's occupation

**rep·er·to·ry** \ˈre-pər-ˌtòr-ē\ *n, pl* **-ries 1** : REPOSITORY **2** : REPERTOIRE **3** : a company that presents its repertoire in the course of one season at one theater

**rep·e·ti·tion** \ˌre-pə-ˈti-shən\ *n* **1** : the act or an instance of repeating **2** : the fact of being repeated

**rep·e·ti·tious** \-ˈti-shəs\ *adj* : marked by repetition; *esp* : tediously repeating — **rep·e·ti·tious·ly** *adv* — **rep·e·ti·tious·ness** *n*

**re·pet·i·tive** \ri-ˈpe-tə-tiv\ *adj* : REPETITIOUS — **re·pet·i·tive·ly** *adv* — **re·pet·i·tive·ness** *n*

**re·pine** \ri-ˈpīn\ *vb* **re·pined; re·pin·ing 1** : to feel or express discontent or dejection **2** : to long for something

**repl** *abbr* replace; replacement

**re·place** \ri-ˈplās\ *vb* **1** : to restore to a former place or position **2** : to take the place of : SUPPLANT **3** : to put something

new in the place of — **re·place·able** *adj* — **re·plac·er** *n*

**re·place·ment** \ri-ˈplās-mənt\ *n* **1** : the act of replacing : the state of being replaced **2** : one that replaces another esp. in a job or function

¹**re·play** \(ˌ)rē-ˈplā\ *vb* : to play again or over

²**re·play** \ˈrē-ˌplā\ *n* **1** : an act or instance of replaying **2** : the playing of a tape (as a videotape)

**re·plen·ish** \ri-ˈple-nish\ *vb* : to fill or build up again : stock or supply anew — **re·plen·ish·ment** *n*

**re·plete** \ri-ˈplēt\ *adj* **1** : fully provided ⟨a kit ∼ with instructions⟩ **2** : FULL; *esp* : full of food — **re·plete·ness** *n* — **re·ple·tion** \ri-ˈplē-shən\ *n*

**rep·li·ca** \ˈre-pli-kə\ *n* [It, repetition, fr. *replicare* to repeat, fr. L, fr. L, to fold back, fr. *re-* back + *plicare* to fold] **1** : an exact reproduction (as of a painting) executed by the original artist **2** : a copy exact in all details : DUPLICATE

¹**rep·li·cate** \ˈre-plə-ˌkāt\ *vb* **-cat·ed; -cat·ing** : DUPLICATE, REPEAT

²**rep·li·cate** \-pli-kət\ *n* : one of several identical experiments or procedures

**rep·li·ca·tion** \ˌre-plə-ˈkā-shən\ *n* **1** : AN-SWER, REPLY **2** : precise copying or reproduction; *also* : an act or process of this ⟨∼ of DNA⟩

¹**re·ply** \ri-ˈplī\ *vb* **re·plied; re·ply·ing** : to say or do in answer : RESPOND

²**reply** *n, pl* **replies** : ANSWER, RESPONSE

**repo** \ˈrē-ˌpō\ *adj* : of, relating to, or being in the business of repossessing property (as a car)

¹**re·port** \ri-ˈpòrt\ *n* [ME, fr. AF, fr. *reporter* to bring back, report, fr. L *reportare*, fr. *re-* back + *portare* to carry] **1** : common talk : RUMOR **2** : FAME, REPUTATION ⟨a person of good ∼⟩ **3** : a usu. detailed account or statement **4** : an explosive noise

²**report** *vb* **1** : to give an account of : RELATE, TELL **2** : to serve as carrier of (a message) **3** : to prepare or present (as an account of an event) for a newspaper or a broadcast **4** : to make a charge of misconduct against **5** : to present oneself (as for work) **6** : to make known to the authorities ⟨∼ a fire⟩ **7** : to return or present (as a matter referred to a committee) with conclusions and recommendations **8** : to work as a subordinate ⟨∼s to the vice president⟩ — **re·port·able** *adj*

**re·port·age** \ri-ˈpòr-tij, *esp for 2* ˌre-pər-ˈtäzh, ˌre-ˌpòr-ˈ\ *n* [F] **1** : the act or process of reporting news **2** : writing intended to give an account of observed or documented events

**report card** *n* : a periodic report on a student's grades

**re·port·ed·ly** \ri-ˈpòr-təd-lē\ *adv* : according to report

**re·port·er** \ri-ˈpòr-tər\ *n* : one that reports; *esp* : a person who gathers and re-